1   LATHAM & WATKINS LLP
    William K. Rawson (D.C. Bar No. 367167)
2   (application for *pro hac vice* pending)
    william.rawson@lw.com
3   Claudia M. O'Brien (D.C. Bar No. 447354)
    (application for *pro hac vice* pending)
4   claudia.o'brien@lw.com
    Stacey L. VanBelleghem (D.C. Bar No. 988144)
5   (application for *pro hac vice* pending)
    stacey.vanbelleghem@lw.com
6       555 Eleventh Street, N.W., Suite 1000
        Washington, D.C. 20004-1304
7       Telephone: (202) 637-2200
        Fax: (202) 637-2201
8
    Patrick J. Ferguson (Ca. Bar No. 252778)
9   patrick.ferguson@lw.com
        505 Montgomery Street, Suite 2000
10      San Francisco, CA 94111-6538
        Telephone: (415) 391-0600
11      Fax: (415) 395-8095

WILEY REIN LLP
David B. Weinberg (D.C. Bar No. 186247)
(application for *pro hac vice* pending)
dweinberg@wileyrein.com
Eric Andreas (D.C. Bar No. 462777)
(application for *pro hac vice* pending)
eandreas@wileyrein.com
    1776 K Street NW
    Washington, DC 20006
    Telephone: (202) 719-7000
    Fax: (202) 719-7049

*Attorneys for Proposed Intervenor-
Defendants CropLife America, et al.*

12

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

13

14

15   CENTER FOR BIOLOGICAL DIVERSITY, et al.,

16                   Plaintiffs,

17           v.

18   UNITED STATES ENVIRONMENTAL
     PROTECTION AGENCY, et al.,

19                   Defendants,

20           and

21   CROPLIFE AMERICA, RESPONSIBLE
     INDUSTRY FOR A SOUND
22   ENVIRONMENT, SOUTHERN CROP
     PRODUCTION ASSOCIATION, WESTERN
23   PLANT HEATH ASSOCIATION, MID-
     ATLANTIC CROPLIFE ASSOCIATION,
24
25                   Proposed Intervenor-
                     Defendants.
26
27
28

CASE NO. NO. 11-CV-293-JCS

**ADMINISTRATIVE MOTION OF
PROPOSED INTERVENOR-DEFENDANTS
CROPLIFE AMERICA, ET AL. FOR A
LIMITED LIFTING OF THE STAY TO
CONSIDER THE MOTION TO INTERVENE**

(The Honorable Joseph C. Spero)

**ADMINISTRATIVE REQUEST TO TEMPORARILY LIFT THE STAY
TO CONSIDER THE MOTION OF
CROPLIFE AMERICA, ET AL. TO INTERVENE**

Pursuant to Civil Local Rule 7-11, Proposed Intervenor-Defendants CropLife America, *et al.* ("Intervenor-Defendants") request that the Court lift the stay in this case for the limited purposes of considering Intervenor-Defendants' Motion to Intervene.  This court granted a stay of the instant litigation for ninety days for the purposes of allowing the parties to negotiate how to proceed with the instant litigation including discussing the possibility of settlement.  *See* Joint Motion to Stay Litigation, Doc. #13 (filed March 14, 2011); Order Granting Joint Motion to Stay Litigation, Doc. #14 (Mar. 15, 2011).

Intervenor-Defendants' members will suffer substantial harm if settlement negotiations are permitted to proceed without Intervenor-Defendants' participation.  As discussed in Intervenor-Defendants' Motion to Intervene, Intervenor-Defendants' members have significant protectable interests in pesticide registrations for the pesticides at issue in this case.  Intervenor-Defendants' members are *the entities* who have a financial interest in the results of any potential settlement discussions, and these interests cannot be protected unless Intervenor-Defendants are permitted to intervene.  As also addressed in Intervenor-Defendants' Motion to Intervene, the government cannot adequately protect these interests.  Furthermore, the stakes are even higher in this litigation than in similar prior Endangered Species Act litigation.  As Plaintiffs and Federal Defendants note in their Joint Motion to Stay Litigation (at 1), "the scope of the instant case is broader than the prior cases" because it involves 214 species and 381 chemicals.

The current stay of litigation should be limited to advancing the purposes set forth by Plaintiffs and Federal Defendants—"discussing how best to proceed with this litigation, including exploring the possibility of settlement."  Joint Motion to Stay Litigation at 1.  The stay should not affect Intervenor-Defendants' right to intervene in this action to protect their members' significant interests at stake in this litigation.  To frustrate Intervenor-Defendants' right to protect these interests would be inconsistent with this Circuit's recent precedent reaffirming "[a] liberal policy in favor of intervention [to] serve[] both efficient resolution of issues and broadened access to the courts."  *Wilderness Society v. United States Forest Service*,

1  630 F.3d 1173, 1179 (9th Cir. 2011) (en banc).  Furthermore, this Court has discretion to

2  consider the motion to intervene because courts have allowed intervention even during the

3  pendency of a stay.  *See Sierra Club v. Robertson*, 960 F.2d 83, 84, 86 (8th Cir. 1992)(where

4  party moved to intervene while a district court case was stayed pending an administrative appeal,

5  the appellate court remanded to the district court with instructions to permit intervention).

6       For these reasons, Intervenor-Defendants respectfully request that the Court lift the stay

7  of litigation for the limited purpose of considering the motion to intervene.

8  Dated:  March 18, 2011                    Respectfully submitted,

9                                  s/ Patrick J. Ferguson

10 WILLIAM K. RAWSON           PATRICK J. FERGUSON
   (D.C. Bar No. 367167)            (Ca. Bar No. 252778)
   (application for *pro hac vice* pending)    LATHAM & WATKINS LLP

11 CLAUDIA M. O'BRIEN          505 Montgomery Street, Suite 2000
   (D.C. Bar No. 447354)            San Francisco, CA  94111-6538

12 (application for *pro hac vice* pending)    Telephone:  (415) 391-0600
   STACEY L. VANBELLEGHEM      Fax:  (415) 395-8095

13 (D.C. Bar No. 988144)            Email: patrick.ferguson@lw.com
   (application for *pro hac vice* pending)

14 LATHAM & WATKINS LLP
     555 Eleventh Street, N.W., Suite 1000

15     Washington, D.C.  20004-1304
     Telephone:  (202) 637-2200

16     Fax:  (202) 637-2201
   Email: william.rawson@lw.com

17       claudia.o'brien@lw.com
      stacey.vanbelleghem@lw.com

18

19 DAVID B. WEINBERG
   (D.C. Bar No. 186247)

20 (application for *pro hac vice* pending)
   ERIC ANDREAS (D.C. Bar No. 462777)

21 (application for *pro hac vice* pending)
   WILEY REIN LLP

22     1776 K Street NW
    Washington, DC  20006         *Attorneys for Proposed Intervenor-*

23     Telephone:  (202) 719-7000      *Defendant CropLife America, RISE,*
     Fax:  (202) 719-7049            *Southern Crop Production Association,*

24 Email: dweinberg@wileyrein.com     *Western Plant Health Association, and Mid*
      eandreas@wileyrein.com          *America CropLife Association*

25

26

27

28

                                      Case Number: 11-cv-00293
2    ADMINISTRATIVE MOTION TO LIFT STAY TO
                                            CONSIDER MOTION TO INTERVENE

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2011 I filed the foregoing Administrative Motion of Proposed Intervenor-Defendants CropLife America, et al. For a Limited Lifting of the Stay to Consider the Motion to Intervene, Proposed Order and Declaration of Eric Andreas with the Clerk of the Court for the United States District Court.

I HEREBY CERTIFY that the foregoing was served on March 18, 2011 on the following individuals via CM/ECF notification:

Justin Augustine
Collette Lucille Adkins Giese
Jaclyn M. Lopez
Center for Biological Diversity
351 California St., Suite 600
San Francisco, California 94104
Telephone:  (415) 436-9682
Fax:  (415) 436-9683
Email:  jaugustine@biologicaldiversity.org
Email:  cadkinsgiese@biologicaldiversity.org
Email:  jlopez@biologicaldiversity.org

Michael W. Graf
Law Offices of Michael Graf
227 Behrens St.
El Cerrito, CA 94530
Telephone: (510) 525-7222
Fax: (510) 525-1208
Email:  mwgraf@aol.com

*Counsel for Plaintiffs*

James Anthony Maysonett
Erik Edward Petersen
U.S. Department of Justice
Environmental & Natural Resources Div.
Wildlife & Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, DC 20044-7369
Telephone: (202) 305-0216
Fax: (202) 305-0275
Email: james.a.maysonett@usdoj.gov
Email: erik.petersen@usdoj.gov

*Defendants*

s/ Patrick J. Ferguson
Patrick J. Ferguson

Case Number: 11-cv-00293
ADMINISTRATIVE MOTION TO LIFT STAY TO
CONSIDER MOTION TO INTERVENE