Justin Augustine (CA Bar No. 235561)
Jaclyn Lopez (CA Bar No. 258589)
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
Tel: (415) 436-9682
Fax: (415) 436-9683
jaugustine@biologicaldiversity.org
jlopez@biologicaldiversity.org

Collette L. Adkins Giese (MN Bar No. 035059X)*
Center for Biological Diversity
8640 Coral Sea Street Northeast
Minneapolis, MN 55449-5600
Tel: (651) 955-3821
Fax: (415) 436-9683
cadkinsgiese@biologicaldiversity.org

Michael W. Graf (CA Bar No. 136172)
Law Offices
227 Behrens Street
El Cerrito, CA 94530
Tel: (510) 525-7222
Fax: (510) 525-1208
mwgraf@aol.com

Attorneys for Plaintiffs

*Granted admission *pro hac vice*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY**, a non-profit organization; and **PESTICIDE ACTION NETWORK NORTH AMERICA**, a non-profit organization;<br><br>Plaintiffs,<br><br>v.<br><br>**ENVIRONMENTAL PROTECTION AGENCY**; and **LISA JACKSON**, Administrator, U.S. EPA;<br><br>Defendants. | Case No. CV-11-0293-JCS<br><br>**DECLARATION OF JUSTIN AUGUSTINE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO CROPLIFE'S MOTION TO INTERVENE**<br><br>Hearing Date: April 22, 2011<br>Time: 9:30 am<br>Courtroom A – 15th Floor<br><br>**Magistrate Judge Joseph C. Spero** |

Declaration of Justin Augustine                    `                                                                      1
CV-11-0293-JCS

**DECLARATION OF JUSTIN AUGUSTINE**

I, Justin Augustine, declare as follows:

1. I am an attorney for Plaintiffs in this case. I have personal knowledge of the facts set forth in this declaration, except those stated on information and belief, and, if called as a witness, could competently testify as to them.

2. Attached hereto as Exhibit A is a true and correct copy of the Court's Order regarding intervention in *Center for Biological Diversity v. EPA*, 3:07-cv-02794-JCS (Docket No. 46).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of April, 2011, in San Francisco, California.

/s/ Justin Augustine
Justin Augustine

# EXHIBIT A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff(s),<br><br>v.<br><br>ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant(s). | Case No. C07-2794 JCS<br><br>**ORDER GRANTING IN PART, DENYING IN PART MOTIONS TO INTERVENE [Docket Nos. 19 and 21] AND CASE MANAGEMENT CONFERENCE AND PRETRIAL ORDER.** |

On January 14, 2008, proposed Intervenor Defendants CropLife America, RISE-Responsible Industry for a Sound Environment, and Reckitt Benckiser filed Motions to Intervene (the "Motions").

On March 14, 2008, the Motions came on for hearing. Michael Graf and Justine Augustine, counsel for Plaintiff, appeared. Rebecca Riley, counsel for Defendant, appeared. Michael Klise, counsel for proposed Intervenor Defendant CropLife America and RISE, appeared. Thomas Stoever, counsel for proposed Intervenor Defendant Reckitt Benckiser, appeared.

For reasons stated on the record, and good cause shown,

IT IS HEREBY ORDERED that the Motions are GRANTED under Fed. R. Civ. P. 24(b) as to the remedy phase of this case. The remainder of the Motions are DENIED.

IT IS HEREBY FURTHER ORDERED that a joint case management conference statement from all parties shall be due on **May 9, 2008**. A further case management conference is set for **May 16, 2008, at 1:30 p.m.**

IT IS SO ORDERED.

Dated: March 19, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge