| | |
|---|---|
| LATHAM & WATKINS LLP<br>William K. Rawson (D.C. Bar No. 367167)*<br>william.rawson@lw.com<br>Claudia M. O'Brien (D.C. Bar No. 447354)*<br>claudia.o'brien@lw.com<br>Stacey L. VanBelleghem (D.C. Bar No. 988144)*<br>stacey.vanbelleghem@lw.com<br>  555 Eleventh Street, N.W., Suite 1000<br>  Washington, D.C.  20004-1304<br>  Telephone:  (202) 637-2200<br>  Fax:  (202) 637-2201 | WILEY REIN LLP<br>David B. Weinberg (D.C. Bar No. 186247)*<br>dweinberg@wileyrein.com<br>Eric Andreas (D.C. Bar No. 462777)*<br>eandreas@wileyrein.com<br>  1776 K Street NW<br>  Washington, DC  20006<br>  Telephone:  (202) 719-7000<br>  Fax:  (202) 719-7049 |

Patrick J. Ferguson (Ca. Bar No. 252778)
patrick.ferguson@lw.com
  505 Montgomery Street, Suite 2000
  San Francisco, CA  94111-6538
  Telephone:  (415) 391-0600
  Fax:  (415) 395-8095

*Attorneys for Proposed Intervenor-Defendants CropLife America, et al.*

* Admitted *pro hac vice*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>          Defendants,<br><br>     and<br><br>CROPLIFE AMERICA, RESPONSIBLE INDUSTRY FOR A SOUND ENVIRONMENT, SOUTHERN CROP PRODUCTION ASSOCIATION, WESTERN PLANT HEATH ASSOCIATION, MID AMERICA CROPLIFE ASSOCIATION,<br><br>          Proposed Intervenor-Defendants. | CASE NO. NO. 11-CV-293-JCS<br><br>**DECLARATION OF STACEY L. VANBELLEGHEM IN SUPPORT OF THE REPLY OF CROPLIFE AMERICA, ET AL. IN SUPPORT OF THE MOTION TO INTERVENE AS DEFENDANTS** |

I, Stacey L. VanBelleghem, declare as follows:

1. I am familiar with the facts set forth herein and, if called and sworn as a witness, I could and would testify completely and from personal knowledge as to the following matters.

2. I am a member of the State Bar of Maryland and of the Bar of the District of Columbia, and I am an associate at the law firm of Latham & Watkins, LLP, counsel for Proposed Intervenor-Defendants CropLife America, et al. I have been admitted *pro hac vice* in the above-captioned case.

3. Attached as Exhibit A is a true and correct copy of the July 8, 2008 Memorandum and Order in *Pesticide Action Network North America v. EPA*, No. C 08-01814 MHP, Dkt.# 43 (N.D. Cal.).

4. Attached as Exhibit B is a true and correct copy of the April 8, 2004 Order in *Home Builders Association of Northern California v. Williams,* Civ. No. S-04-345, Dkt. #22 (E.D. Cal.).

5. Attached as Exhibit C is a true and correct copy of the December 1, 2003 Memorandum Opinion in *Natural Resources Defense Council v. EPA*, No. RDB-03-2444, Dkt.# 26 (D. Md.).

6. Attached as Exhibit D is a true and correct copy of the March 26, 2004 Reply in Support of Motion to Intervene in *Home Builders Association of Northern California v. Williams*, No. Civ. S-04-0345, Dkt.# 20 (E.D. Cal.).

7. Attached as Exhibit E is a true and correct copy of the October 11, 2007 Plaintiff's Combined Opposition to Motions to Intervene in *Center for Biological Diversity v. EPA*, No. C-07-2794-JCS, Dkt.# 27 (N.D. Cal.).

8. Attached as Exhibit F are true and correct copies of the January 12, 2010 Joint Motion for Entry of Stipulated Injunction and May 17, 2010 Order Approving Stipulated Injunction and Order in *Center for Biological Diversity v. EPA,* No. 7-2794, Dkt.# 104, 121 (N.D. Cal.).

9. Attached as Exhibit G is a true and correct copy of the January 22, 2004 Order in *Washington Toxics Coalition v. EPA,* No. C01-0132C (W.D. Wash.).

Executed this 8th day of April, 2011, at Washington, D.C.

    s/Stacey L. VanBelleghem

Stacey L. VanBelleghem

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2011 I filed the foregoing Declaration of Stacey L. VanBelleghem in Support of the Reply of CropLife America, et al. in Support of the Motion to Intervene as Defendants and accompanying exhibits with the Clerk of the Court for the United States District Court.

I HEREBY CERTIFY that the foregoing was served on April 8, 2011 on the following individuals via CM/ECF notification:

Justin Augustine
Collette Lucille Adkins Giese
Jaclyn M. Lopez
Center for Biological Diversity
351 California St., Suite 600
San Francisco, California 94104
Telephone: (415) 436-9682
Fax: (415) 436-9683
Email: jaugustine@biologicaldiversity.org
Email: cadkinsgiese@biologicaldiversity.org
Email: jlopez@biologicaldiversity.org

Michael W. Graf
Law Offices of Michael Graf
227 Behrens St.
El Cerrito, CA 94530
Telephone: (510) 525-7222
Fax: (510) 525-1208
Email: mwgraf@aol.com

*Counsel for Plaintiffs*

James Anthony Maysonett
Erik Edward Petersen
U.S. Department of Justice
Environmental & Natural Resources Div.
Wildlife & Marine Resources Section
Benjamin Franklin Station, P.O. Box 7369
Washington, DC 20044-7369
Telephone: (202) 305-0216
Fax: (202) 305-0275
Email: james.a.maysonett@usdoj.gov
Email: erik.petersen@usdoj.gov

*Defendants*

                                            s/Patrick J. Ferguson
                                            Patrick J. Ferguson