

U.S. Department of Justice

Environment and Natural Resources Division

---

*Wildlife and Marine Resources Section*  *Telephone (202) 305-0210*
*P.O. Box 7369*  *Facsimile (202) 305-0275*
*Ben Franklin Station*
*Washington, DC 20044-7369*

**Via the ECF System**

May 24, 2011

The Honorable Joseph C. Spero
United States District Court
Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

    Re: *Center for Biological Diversity v. Environmental Protection Agency*, Civil Case No. 11-293-JCS

Dear Judge Spero:

    I hereby request the Court's permission to appear by telephone at the hearing on the pending motions for intervention scheduled for Friday, June 3, 2011, at 9:30 a.m. The Federal Defendants have taken no position on those motions. If my request is granted, my direct land line contact phone number is 202-305-0216.

                            Sincerely,

                            /s/ James A. Maysonett
                            _____

                            James A. Maysonett, Trial Attorney
                            Wildlife and Marine Resources Section

IT IS HEREBY ORDERED that counsel shall be on phone standby beginning at 9:30 AM. The Court will initiate the phone contact.

Dated: May 24, 2011

