IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY**, a non-profit organization; and **PESTICIDE ACTION NETWORK NORTH AMERICA**, a non-profit organization;<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>**ENVIRONMENTAL PROTECTION AGENCY**; and **LISA JACKSON**, Administrator, U.S. EPA;<br><br>　　　　　Defendants. | Case No. CV-11-0293-JCS<br><br>**STIPULATION TO EXTEND STAY WITH STATUS REPORT**<br><br>**Magistrate Judge Joseph C. Spero** |

On January 20, 2011, the Center for Biological Diversity and the Pesticide Action Network North America (collectively "Plaintiffs") initiated the instant litigation, alleging that the Environmental Protection Agency and its administrator, Lisa Jackson, (collectively "Defendants") violated Section 7(a)(2) of the Endangered Species Act ("ESA") by failing to consult on the effects of EPA-registered pesticides on endangered and threatened species and their designated critical habitat throughout the United States of America. *See* Docket. No. 1. On March 14, 2011, Defendants and Plaintiffs jointly filed a motion to stay the litigation for 90 days to conserve judicial resources while the parties explore the possibility of settlement. *See* Docket No. 13. The Court granted the motion on March 15, 2011. *See* Docket No. 14. The stay expires on June 13, 2011.

On May 13, 2011, the parties met in Washington, D.C. and engaged in productive exploratory discussions concerning the possibility of settlement, as well as technical issues concerning EPA's current endangered species risk assessment methods and associated regulatory programs. Proposed Intervenors were also present at the meeting. The parties have agreed that additional discussions are necessary and are in the process of arranging the details of the next meeting. To allow these discussions to continue, and in the interest of judicial economy, the parties respectfully request that this Court extend

the stay of this litigation for an additional 30 days.  If the Court extends the stay, the parties will submit a status report prior to the end of this 30-day period.

Respectfully submitted this 27th day of May, 2011,

/s/  Collette L. Adkins Giese

Collette L. Adkins Giese (MN Bar No. 035059X)*
Center for Biological Diversity
8640 Coral Sea Street Northeast
Minneapolis, MN 55449-5600
Tel: (651) 955-3821
Fax: (415) 436-9683
cadkinsgiese@biologicaldiversity.org

Justin Augustine (CA Bar No. 235561)
Jaclyn Lopez (CA Bar No. 258589)
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
Tel: (415) 436-9682
Fax: (415) 436-9683
jaugustine@biologicaldiversity.org
jlopez@biologicaldiversity.org

Michael W. Graf (CA Bar No. 136172)
Law Offices
227 Behrens Street
El Cerrito, CA 94530
Tel: (510) 525-7222
Fax: (510) 525-1208
mwgraf@aol.com

*Attorneys for Plaintiffs*

*Granted admission *pro hac vice*

AND

IGNACIA S. MORENO,
Assistant Attorney General
SETH M. BARSKY, Section Chief
S. JAY GOVINDAN, Assistant Chief

/s/  James A. Maysonett

JAMES A. MAYSONETT, Trial Attorney
ERIK E. PETERSEN, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section

1
2
3
4
5

Ben Franklin Station
P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0216
Fax: (202) 305-0275
Email: james.a.maysonett@usdoj.gov

*Attorneys for Federal Defendants*

6
7   PURSUANT TO STIPULATION, IT IS SO ORDERED.  Except for the pending Motions to Intervene.

8
9   Dated:   5/31/2011

10                                                                                  Magistrate Judge Joseph C. Spero



IT IS SO ORDERED
AS MODIFIED
Judge Joseph C. Spero

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28