Justin Augustine (CA Bar No. 235561)
Jaclyn Lopez (CA Bar No. 258589)
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
Tel: (415) 436-9682; Fax: (415) 436-9683
jaugustine@biologicaldiversity.org
jlopez@biologicaldiversity.org

Collette L. Adkins Giese (MN Bar No. 035059X)*
Center for Biological Diversity
8640 Coral Sea Street Northeast
Minneapolis, MN 55449-5600
Tel: (651) 955-3821; Fax: (415) 436-9683
cadkinsgiese@biologicaldiversity.org

Michael W. Graf (CA Bar No. 136172)
Law Offices
227 Behrens Street
El Cerrito, CA 94530
Tel: (510) 525-7222;Fax: (510) 525-1208
mwgraf@aol.com

Attorneys for Plaintiffs
*Granted admission *pro hac vice*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY**, a non-profit organization; and **PESTICIDE ACTION NETWORK NORTH AMERICA**, a non-profit organization;<br><br>    Plaintiffs,<br><br>    v.<br><br>**ENVIRONMENTAL PROTECTION AGENCY**; and **LISA JACKSON**, Administrator, U.S. EPA;<br><br>    Defendants,<br><br>**CROP LIFE AMERICA, AMERICAN FARM BUREAU FEDERATION, AMERICAN CHEMISTRY COUNCIL,** and **RECKITT BENCKISER**<br><br>    Defendant-Intervenors. | Case No. CV-11-0293-JCS<br><br>**STATUS REPORT AND STIPULATION TO EXTEND STAY**<br><br>Status Conference Date: August 12, 2011<br>Time: 1:30 PM<br>Courtroom A – 15th Floor<br><br>Magistrate Judge Joseph C. Spero |

1        This status report is filed pursuant to the Court's June 3, 2011, order.  In light of the
2   developments described below, all parties respectfully request that the Court extend the stay of
3   litigation by approximately 60 days from August 12, 2011 until October 14, 2011 and continue the
4   status conference now set for August 12, 2011 to October 14, 2011 at 1:30 p.m. (or to such date and
5   time that is convenient for the Court).
6        On January 20, 2011, the Center for Biological Diversity and the Pesticide Action Network
7   North America (collectively "Plaintiffs") initiated the instant litigation, alleging that the Environmental
8   Protection Agency and its administrator, Lisa Jackson, (collectively "Defendants") violated Section
9   7(a)(2) of the Endangered Species Act ("ESA") by failing to consult on the effects of EPA-registered
10  pesticides on endangered and threatened species and their designated critical habitat throughout the
11  United States of America. *See* Docket. No. 1.  On March 14, 2011, Defendants and Plaintiffs jointly
12  filed a motion to stay the litigation to conserve judicial resources while the parties explored the
13  possibility of settlement. *See* Docket No. 13.  The Court granted the motion on March 15, 2011. *See*
14  Docket No. 14.
15       On May 13, 2011, the parties met in Washington, D.C. and engaged in exploratory discussions
16  concerning the possibility of settlement, as well as technical issues concerning EPA's current
17  endangered species risk assessment methods and associated regulatory programs.  Proposed Intervenors
18  were also present at the meeting.
19       On June 3, 2011, the Court held an intervention hearing and granted in part and denied in part
20  the motions from 1) Crop Life America, 2) American Farm Bureau Federation, 3) American Chemistry
21  Council and 4) Reckitt Benckiser (collectively "Intervenors").  The Court also set a status conference
22  for August 12, 2011, and ordered the parties to submit a status report that "include[s] a description of
23  the status of negotiations and a plan for the remainder of the case."
24       On June 21, 2011, the parties, including Intervenors, met in Washington, D.C. and held further
25  discussions regarding the possibility of settlement.  An additional meeting was held by phone on July
26  18, 2011.  Plaintiffs have provided Defendants proposed settlement frameworks, and Defendants are
27  working toward responding to those proposals.  The parties are committed to further pursuing
28

1  settlement discussions and are in the process of arranging the next meeting, as well as establishing a
2  schedule of meetings to ensure full discussion of all elements of the potential settlement. The parties
3  are also currently discussing the potential for a settlement that could resolve all of Plaintiffs' claims and
4  requests for relief.

5       To allow these discussions to continue, and in the interest of judicial economy, the parties
6  respectfully request that this Court continue the status conference currently set for August 12, 2011 to
7  October 14, 2011 at 1:30 p.m. (or to such date and time that is convenient for the Court), and extend the
8  stay of this litigation for approximately an additional 60 days (from August 12, 2011 until October 14,
9  2011). If the Court extends the stay and resets a conference date, the parties will submit a status report
10 two weeks prior to that conference (on September 30, 2011).

12 Respectfully submitted this 29th day of July, 2011,

/s/ Justin Augustine

Collette L. Adkins Giese (MN Bar No. 035059X)*
Center for Biological Diversity
8640 Coral Sea Street Northeast
Minneapolis, MN 55449-5600
Tel: (651) 955-3821
Fax: (415) 436-9683
cadkinsgiese@biologicaldiversity.org

Justin Augustine (CA Bar No. 235561)
Jaclyn Lopez (CA Bar No. 258589)
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
Tel: (415) 436-9682
Fax: (415) 436-9683
jaugustine@biologicaldiversity.org
jlopez@biologicaldiversity.org

Michael W. Graf (CA Bar No. 136172)
Law Offices
227 Behrens Street
El Cerrito, CA 94530
Tel: (510) 525-7222
Fax: (510) 525-1208
mwgraf@aol.com

*Attorneys for Plaintiffs*

*Granted admission pro hac vice*

STATUS REPORT AND STIPULATION TO EXTEND STAY     3
CV-11-0293-JCS

<u>AND</u>

IGNACIA S. MORENO,
Assistant Attorney General
SETH M. BARSKY, Section Chief
S. JAY GOVINDAN, Assistant Chief

<u>/s/  James A. Maysonett</u>

JAMES A. MAYSONETT, Trial Attorney
ERIK E. PETERSEN, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0216
Fax: (202) 305-0275
Email: james.a.maysonett@usdoj.gov

*Attorneys for Federal Defendants*

<u>AND</u>

<u>/s/  William K. Rawson</u>
LATHAM & WATKINS LLP
William K. Rawson (D.C. Bar No. 367167)
william.rawson@lw.com
(*pro hac vice* )
Claudia M. O'Brien (D.C. Bar No 447354)
(*pro hac vice*)
claudia.o'brien@lw.com
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

Patrick J. Ferguson (Ca. Bar No. 252778)
patrick.ferguson@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Fax: (415) 395-8095

WILEY REIN LLP
David B. Weinberg (D.C. Bar No. 186247)
dweinberg@wileyrein.com

|   |   |
|---|---|
| 1 | (*pro hac vice*) |
|   | Eric Andreas (D.C. Bar No. 462777) |
| 2 | eandreas@wileyrein.com |
|   | (*pro hac vice*) |
| 3 | 1776 K Street NW |
|   | Washington, DC 20006 |
| 4 | Telephone: (202) 719-7000 |
|   | Facsimile: (202) 719-7049 |
| 5 |   |
| 6 | Attorneys for Crop Life America, *et al.* |
| 7 | /s/ Thomas W. Stoever, Jr. |
|   | Thomas W. Stoever, Jr. |
| 8 | (Cal. Bar No. 150056) |
|   | ARNOLD & PORTER LLP |
| 9 | 370 Seventeenth Street |
|   | Suite 4500 |
| 10 | Denver, Colorado 80202-1370 |
| 11 | Telephone: (303) 863-1000 |
|   | Facsimile: (303) 832-0428 |
| 12 |   |
| 13 | Attorney for Intervenor-Defendant Reckitt Benckiser LLC. |
| 14 |   |
| 15 | /s/  J. Michael Klise |
|   | J. Michael Klise (*pro hac vice*) |
| 16 | jmklise@crowell.com |
|   | Steven P. Quarles |
| 17 | Thomas R. Lundquist |
|   | CROWELL & MORING LLP |
| 18 | 1001 Pennsylvania Avenue, N.W. |
|   | Washington, D.C. 20004-2595 |
| 19 | (202) 624-2500 |
|   | Fax: (202) 628-5116 |
| 20 |   |
| 21 | Attorneys for Intervenors American Farm Bureau Federation, et al. |
| 22 |   |
| 23 | /s/  Seth Goldberg |
|   | Seth Goldberg (CA Bar No. 153719) |
| 24 | sgoldberg@steptoe.com |
|   | Cynthia L. Taub (D.C. Bar No. 445906) |
| 25 | ctaub@steptoe.com |
|   | (*pro hac vice*) |
| 26 | STEPTOE & JOHNSON LLP |
|   | 1330 Connecticut Avenue, NW |
| 27 | Washington, DC 20036 |
|   | TEL: 202.429.3000 |
| 28 |   |

STATUS REPORT AND STIPULATION TO EXTEND STAY                                              5
CV-11-0293-JCS

|   |   |
|---|---|
|   | FAX: 202.429.3902 |
|   | Attorneys for Defendant-Intervenor American Chemistry Council |

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The status conference is reset for Oct. 14, 2011, at 1:30 p.m.  The status report shall be due by Sept. 30, 2011.

Dated: 7/29/11

Magistrate Joseph C. Spero