Justin Augustine (CA Bar No. 235561)
Jaclyn Lopez (CA Bar No. 258589)
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
Phone: (415) 436-9682; Fax: (415) 436-9683
jaugustine@biologicaldiversity.org
jlopez@biologicaldiversity.org

Collette L. Adkins Giese (MN Bar No. 035059X)*
Center for Biological Diversity
8640 Coral Sea Street Northeast
Minneapolis, MN 55449-5600
Phone: (651) 955-3821; Fax: (415) 436-9683
cadkinsgiese@biologicaldiversity.org

Michael W. Graf (CA Bar No. 136172)
Law Offices
227 Behrens Street
El Cerrito, CA 94530
Phone: (510) 525-7222;Fax: (510) 525-1208
mwgraf@aol.com

*Attorneys for Plaintiffs*
*Granted admission *pro hac vice*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY**, a non-profit organization; and **PESTICIDE ACTION NETWORK NORTH AMERICA**, a non-profit organization;<br><br>  Plaintiffs,<br><br>  v.<br><br>**ENVIRONMENTAL PROTECTION AGENCY**; and **LISA JACKSON**, Administrator, U.S. EPA;<br><br>  Defendants,<br><br>**CROP LIFE AMERICA, AMERICAN FARM BUREAU FEDERATION, AMERICAN CHEMISTRY COUNCIL,** and **RECKITT BENCKISER**;<br><br>  Defendant-Intervenors. | Case No. CV-11-0293-JCS<br><br>**STATUS REPORT AND STIPULATION TO EXTEND STAY**<br><br>Status Conference Date: October 14, 2011<br>Time: 1:30 PM<br>Courtroom A – 15th Floor<br><br>Magistrate Judge Joseph C. Spero |

1    This status report is filed pursuant to the Court's July 29, 2011 order. In light of the
2 developments described below, Plaintiffs and Defendants respectfully request that the Court extend the
3 stay of litigation by approximately 30 days from October 14, 2011 to November 18, 2011 and continue
4 the status conference now set for October 14, 2011 to November 18, 2011 at 1:30 p.m. (or to such date
5 and time that is convenient for the Court). Intervenors have informed Plaintiffs and Defendants that
6 they do not object to this request.
7    On January 20, 2011, the Center for Biological Diversity and the Pesticide Action Network
8 North America (collectively "Plaintiffs") initiated the instant litigation, alleging that the Environmental
9 Protection Agency and its administrator, Lisa Jackson, (collectively "Defendants") violated Section
10 7(a)(2) of the Endangered Species Act ("ESA") by failing to consult on the effects of EPA-registered
11 pesticides on endangered and threatened species and their designated critical habitat throughout the
12 United States of America. *See* Docket No. 1. On March 14, 2011, Defendants and Plaintiffs jointly
13 filed a motion to stay the litigation to conserve judicial resources while the parties explored the
14 possibility of settlement. *See* Docket No. 13. The Court granted the motion on March 15, 2011. *See*
15 Docket No. 14.
16    On May 13, 2011, the parties met in Washington, D.C. and engaged in exploratory discussions
17 concerning the possibility of settlement, as well as technical issues concerning EPA's current
18 endangered species risk assessment methods and associated regulatory programs. Proposed Intervenors
19 were also present at the meeting.
20    On June 3, 2011, the Court held an intervention hearing and granted in part and denied in part
21 the motions from 1) Crop Life America, 2) American Farm Bureau Federation, 3) American Chemistry
22 Council and 4) Reckitt Benckiser (collectively "Intervenors"). The Court also set a status conference
23 for August 12, 2011, and ordered the parties to submit a status report that "include[s] a description of
24 the status of negotiations and a plan for the remainder of the case."
25    On June 21, 2011, the parties, including Intervenors, met in Washington, D.C. and held further
26 discussions regarding the possibility of settlement. An additional meeting was held by phone on July

18, 2011. To allow settlement discussions to continue and pursuant to stipulation, on July 29, 2011, the Court reset the status conference for October 14, 2011 with a status report due September 30, 2011.

Since then, the parties held meetings by phone on August 23, 2011 and September 21, 2011. The parties also exchanged information and ideas for settlement by email. Plaintiffs and Defendants are pursuing further settlement discussions and are in the process of arranging the next meeting. Based on the discussions to date, Intervenors do not object to further settlement talks, provided all parties continue to be involved.

To allow these discussions to continue, and in the interest of judicial economy, Plaintiffs and Defendants respectfully request that this Court continue the status conference currently set for October 14, 2011 to November 18, 2011 at 1:30 p.m. (or to such date and time that is convenient for the Court), and extend the stay of this litigation for approximately an additional 30 days (from October 14, 2011 to November 18, 2011). If the Court extends the stay and resets a conference date, the parties will submit a status report two weeks prior to that conference (on November 4, 2011).

Respectfully submitted this 30th day of September, 2011,

/s/  Collette L. Adkins Giese

Collette L. Adkins Giese (MN Bar No. 035059X)*
Center for Biological Diversity
8640 Coral Sea Street Northeast
Minneapolis, MN 55449-5600
Phone: (651) 955-3821
Fax: (415) 436-9683
cadkinsgiese@biologicaldiversity.org

Justin Augustine (CA Bar No. 235561)
Jaclyn Lopez (CA Bar No. 258589)
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
Phone: (415) 436-9682
Fax: (415) 436-9683
jaugustine@biologicaldiversity.org
jlopez@biologicaldiversity.org

Michael W. Graf (CA Bar No. 136172)
Law Offices
227 Behrens Street
El Cerrito, CA 94530
Phone: (510) 525-7222

| | |
|---|---|
| 1 | Fax: (510) 525-1208<br>mwgraf@aol.com |
| 2 | *Attorneys for Plaintiffs* |
| 3 | AND |
| 4 | |
| 5 | IGNACIA S. MORENO,<br>Assistant Attorney General |
| 6 | SETH M. BARSKY, Section Chief<br>S. JAY GOVINDAN, Assistant Chief |
| 7 | /s/  James A. Maysonett |
| 8 | |
| 9 | JAMES A. MAYSONETT, Trial Attorney<br>ERIK E. PETERSEN, Trial Attorney |
| 10 | U.S. Department of Justice<br>Environment & Natural Resources Division |
| 11 | Wildlife & Marine Resources Section<br>Ben Franklin Station |
| 12 | P.O. Box 7369<br>Washington, DC 20044-7369 |
| 13 | Phone: (202) 305-0216<br>Fax: (202) 305-0275 |
| 14 | james.a.maysonett@usdoj.gov |
| 15 | *Attorneys for Federal Defendants* |
| 16 | |
| 17 | AND |
| 18 | /s/ William K. Rawson |
| 19 | LATHAM & WATKINS LLP |
| 20 | William K. Rawson (D.C. Bar No. 367167)*<br>william.rawson@lw.com |
| 21 | Claudia M. O'Brien (D.C. Bar No 447354)*<br>claudia.o'brien@lw.com |
| 22 | 555 Eleventh Street, N.W., Suite 1000<br>Washington, D.C. 20004-1304 |
| 23 | Phone: (202) 637-2200<br>Fax: (202) 637-2201 |
| 24 | |
| 25 | Patrick J. Ferguson (Ca. Bar No. 252778)<br>patrick.ferguson@lw.com |
| 26 | 505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111-6538 |
| 27 | Phone: (415) 391-0600<br>Fax: (415) 395-8095 |
| 28 | |

STATUS REPORT AND STIPULATION TO EXTEND STAY                                                        4
CV-11-0293-JCS

WILEY REIN LLP
David B. Weinberg (D.C. Bar No. 186247)*
dweinberg@wileyrein.com
Eric Andreas (D.C. Bar No. 462777)*
eandreas@wileyrein.com
1776 K Street NW
Washington, DC 20006
Phone: (202) 719-7000
Fax: (202) 719-7049

*Attorneys for Crop Life America, et al.*

/s/ Thomas W. Stoever, Jr.

Thomas W. Stoever, Jr. (Cal. Bar No. 150056)
ARNOLD & PORTER LLP
370 Seventeenth Street
Suite 4500
Denver, Colorado 80202-1370
Phone: (303) 863-1000
Fax: (303) 832-0428

*Attorney for Intervenor-Defendant Reckitt Benckiser LLC.*

/s/ J. Michael Klise

J. Michael Klise*
jmklise@crowell.com
CROWELL & MORING LLP
Steven P. Quarles
Thomas R. Lundquist
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Phone: (202) 624-2500
Fax: (202) 628-5116

*Attorneys for Intervenors American Farm Bureau Federation, et al.*

/s/ Seth Goldberg

Seth Goldberg (CA Bar No. 153719)
sgoldberg@steptoe.com
Cynthia L. Taub (D.C. Bar No. 445906)*
ctaub@steptoe.com
STEPTOE & JOHNSON LLP

1330 Connecticut Avenue, NW
Washington, DC 20036
Phone: 202.429.3000
Fax: 202.429.3902

*Attorneys for Defendant-Intervenor American Chemistry Council*

*Granted admission pro hac vice

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The status conference is reset for __Nov. 18, 2011, at 1:30 PM__.  The status report shall be due by __November 10, 2011__.

Dated: __09/30/11__

_____
Magistrate Judge Joseph C. Spero