Justin Augustine (CA Bar No. 235561)
Jaclyn Lopez (CA Bar No. 258589)
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
Phone: (415) 436-9682; Fax: (415) 436-9683
jaugustine@biologicaldiversity.org
jlopez@biologicaldiversity.org

Collette L. Adkins Giese (MN Bar No. 035059X)*
Center for Biological Diversity
8640 Coral Sea Street Northeast
Minneapolis, MN 55449-5600
Phone: (651) 955-3821; Fax: (415) 436-9683
cadkinsgiese@biologicaldiversity.org

Michael W. Graf (CA Bar No. 136172)
Law Offices
227 Behrens Street
El Cerrito, CA 94530
Phone: (510) 525-7222;Fax: (510) 525-1208
mwgraf@aol.com

*Attorneys for Plaintiffs*
*Granted admission *pro hac vice*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY**, a non-profit organization; and **PESTICIDE ACTION NETWORK NORTH AMERICA**, a non-profit organization;<br><br>  Plaintiffs,<br><br>  v.<br><br>**ENVIRONMENTAL PROTECTION AGENCY**; and **LISA JACKSON**, Administrator, U.S. EPA;<br><br>  Defendants,<br><br>**CROP LIFE AMERICA, AMERICAN FARM BUREAU FEDERATION, AMERICAN CHEMISTRY COUNCIL,** and **RECKITT BENCKISER**;<br><br>  Defendant-Intervenors. | Case No. CV-11-0293-JCS<br><br>**STATUS REPORT AND STIPULATION TO EXTEND STAY**<br><br>**Status Conference Date: Nov. 18, 2011<br>Time: 1:30 PM**<br><br>**Magistrate Judge Joseph C. Spero** |

This status report is filed pursuant to the Court's September 30, 2011 order.  In light of the developments described below, Plaintiffs and Defendants respectfully request that the Court extend the stay of litigation by approximately 90 days from November 18, 2011 to February 10, 2012 and continue the status conference now set for November 18, 2011 to February 10, 2012 at 1:30 p.m. (or to such date and time that is convenient for the Court).  Intervenors have informed Plaintiffs and Defendants that they do not object to this request.

On January 20, 2011, the Center for Biological Diversity and the Pesticide Action Network North America (collectively "Plaintiffs") initiated the instant litigation, alleging that the Environmental Protection Agency and its administrator, Lisa Jackson, (collectively "Defendants") violated Section 7(a)(2) of the Endangered Species Act ("ESA") by failing to consult on the effects of EPA-registered pesticides on endangered and threatened species and their designated critical habitat throughout the United States of America.  *See* Docket No. 1.  On March 14, 2011, Defendants and Plaintiffs jointly filed a motion to stay the litigation to conserve judicial resources while the parties explored the possibility of settlement.  *See* Docket No. 13.  The Court granted the motion on March 15, 2011.  *See* Docket No. 14.

On May 13, 2011, the parties met in Washington, D.C. and engaged in exploratory discussions concerning the possibility of settlement, as well as technical issues concerning EPA's current endangered species risk assessment methods and associated regulatory programs.  Proposed Intervenors were also present at the meeting.

On June 3, 2011, the Court held an intervention hearing and granted in part and denied in part the motions from 1) Crop Life America, 2) American Farm Bureau Federation, 3) American Chemistry Council and 4) Reckitt Benckiser (collectively "Intervenors").

On June 21, 2011, the parties, including Intervenors, met in Washington, D.C. and held further discussions regarding the possibility of settlement.  Since then, the parties held meetings by phone on July 18, August 23, September 21, and November 1, 2011.  Plaintiffs circulated written settlement proposals on July 13, July 21, and October 5, 2011.  The parties also exchanged information and ideas for settlement by email.

Plaintiffs and Defendants are pursuing further settlement discussions and are in the process of arranging the next meeting.  Based on the discussions to date, Intervenors do not object to further settlement talks, provided all parties continue to be involved.

To allow these discussions to continue, and in the interest of judicial economy, Plaintiffs and Defendants respectfully request that this Court continue the status conference currently set for November 18, 2011 to February 10, 2012 at 1:30 p.m. (or to such date and time that is convenient for the Court), and extend the stay of this litigation for approximately an additional 90 days (from November 18, 2011 to February 10, 2012).  If the Court extends the stay and resets a conference date, the parties will submit a status report two weeks prior to that conference (on January 27, 2012).

Respectfully submitted this 10th day of November, 2011,

/s/  Collette L. Adkins Giese

Collette L. Adkins Giese (MN Bar No. 035059X)*
Center for Biological Diversity
8640 Coral Sea Street Northeast
Minneapolis, MN 55449-5600
Phone: (651) 955-3821
Fax: (415) 436-9683
cadkinsgiese@biologicaldiversity.org

Justin Augustine (CA Bar No. 235561)
Jaclyn Lopez (CA Bar No. 258589)
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
Phone: (415) 436-9682
Fax: (415) 436-9683
jaugustine@biologicaldiversity.org
jlopez@biologicaldiversity.org

Michael W. Graf (CA Bar No. 136172)
Law Offices
227 Behrens Street
El Cerrito, CA 94530
Phone: (510) 525-7222
Fax: (510) 525-1208
mwgraf@aol.com

*Attorneys for Plaintiffs*

AND

IGNACIA S. MORENO,
Assistant Attorney General
SETH M. BARSKY, Section Chief
S. JAY GOVINDAN, Assistant Chief

/s/ James A. Maysonett

JAMES A. MAYSONETT, Trial Attorney
ERIK E. PETERSEN, Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7369
Washington, DC 20044-7369
Phone: (202) 305-0216
Fax: (202) 305-0275
james.a.maysonett@usdoj.gov

*Attorneys for Federal Defendants*

AND

/s/ William K. Rawson

LATHAM & WATKINS LLP
William K. Rawson (D.C. Bar No. 367167)*
william.rawson@lw.com
Claudia M. O'Brien (D.C. Bar No 447354)*
claudia.o'brien@lw.com
555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Phone: (202) 637-2200
Fax: (202) 637-2201

Patrick J. Ferguson (Ca. Bar No. 252778)
patrick.ferguson@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Phone: (415) 391-0600
Fax: (415) 395-8095

WILEY REIN LLP
David B. Weinberg (D.C. Bar No. 186247)*
dweinberg@wileyrein.com
Eric Andreas (D.C. Bar No. 462777)*
eandreas@wileyrein.com
1776 K Street NW

Washington, DC 20006
Phone: (202) 719-7000
Fax: (202) 719-7049

*Attorneys for Crop Life America, et al.*

/s/ Thomas W. Stoever, Jr.

Thomas W. Stoever, Jr. (Cal. Bar No. 150056)
ARNOLD & PORTER LLP
370 Seventeenth Street
Suite 4500
Denver, Colorado 80202-1370
Phone: (303) 863-1000
Fax: (303) 832-0428

*Attorney for Intervenor-Defendant Reckitt Benckiser LLC.*

/s/ J. Michael Klise

J. Michael Klise*
jmklise@crowell.com
CROWELL & MORING LLP
Steven P. Quarles
Thomas R. Lundquist
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
Phone: (202) 624-2500
Fax: (202) 628-5116

*Attorneys for Intervenors American Farm Bureau Federation, et al.*

/s/ Seth Goldberg

Seth Goldberg (CA Bar No. 153719)
sgoldberg@steptoe.com
Cynthia L. Taub (D.C. Bar No. 445906)*
ctaub@steptoe.com
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Phone: 202.429.3000
Fax: 202.429.3902

*Attorneys for Defendant-Intervenor American Chemistry Council*

STATUS REPORT AND STIPULATION TO EXTEND STAY    5
CV-11-0293-JCS

1
2
*Granted admission *pro hac vice*

3
4  PURSUANT TO STIPULATION, IT IS SO ORDERED.  The status conference is reset for
5  Feb. 10, 2012 at 1:30 p.m . The status report shall be due by Feb. 3, 2012        .

6
7  Dated: 11/14/11
                                            _____
                                            Magistrate Judge Joseph C. Spero

(signature and seal: United States District Court, Northern District of California — Judge Joseph C. Spero)