| | |
|---|---|
| LATHAM & WATKINS LLP<br>William K. Rawson (D.C. Bar No. 367167)*<br>william.rawson@lw.com<br>Claudia M. O'Brien (D.C. Bar No. 447354)*<br>claudia.o'brien@lw.com<br>Matthew D. Thurlow (CA. Bar No. 243470)<br>mattthew.thurlow@lw.com<br>Stacey L. VanBelleghem (D.C. Bar No. 988144)*<br>stacey.vanbelleghem@lw.com<br>   555 Eleventh Street, N.W., Suite 1000<br>   Washington, D.C.  20004-1304<br>   T:  (202) 637-2200  F:  (202) 637-2201<br><br>Patrick J. Ferguson (Ca. Bar No. 252778)<br>patrick.ferguson@lw.com<br>   505 Montgomery Street, Suite 2000<br>   San Francisco, CA  94111-6538<br>   T:  (415) 391-0600  F:  (415) 395-8095<br><br>STEPTOE & JOHNSON LLP<br>Seth Goldberg (CA. Bar No. 153719)<br>sgoldberg@steptoe.com<br>Cynthia L. Taub (D.C. Bar No. 445906)*<br>ctaub@steptoe.com<br>   1330 Connecticut Ave. N.W.<br>   Washington D.C. 20036<br>   T: (202) 429-3000  F: (202) 429-3902<br><br>*Attorneys for Defendant-Intervenor American Chemistry Council* | WILEY REIN LLP<br>David B. Weinberg<br>(D.C. Bar No. 186247)*<br>dweinberg@wileyrein.com<br>Eric Andreas (D.C. Bar No. 462777)*<br>eandreas@wileyrein.com<br>   1776 K Street NW<br>   Washington, DC  20006<br>   T:  (202) 719-7000  F:  (202) 719-7049<br><br>*Attorneys for Intervenor-Defendant CropLife America, et al.*<br><br><br><br>ARNOLD & PORTER<br>Thomas William Stoever, Jr.<br>(CA. Bar No. 150056)<br>thomas_stoever@aporter.com<br>   370 17th St., Suite 4400<br>   Denver, CO 80202<br>   T: (303) 863-1000 F: (303) 832-0428<br><br>*Attorney for Intervenor-Defendant Reckitt Benckiser LLC*<br><br>*Admitted pro hac vice* |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>              Plaintiffs,<br><br>      v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>              Defendants,<br><br>      and<br><br>CROPLIFE AMERICA, *et al.*,<br><br>              Intervenor-Defendants. | CASE NO. NO. 11-CV-293-JCS<br><br>**DECLARATION OF ROGER H. MIKSAD IN SUPPORT OF MOTION OF INTERVENOR-DEFENDANTS CROPLIFE AMERICA, ET AL. TO DISMISS**<br><br>(The Honorable Joseph C. Spero) |

I, ROGER H. MIKSAD, declare and state as follows:

1. I am an attorney with the law firm Wiley Rein LLP, located in Washington, DC, and counsel to CropLife America ("CropLife"). In that capacity, I am familiar with the nature and activities of CropLife. I make this declaration based on my personal knowledge.

2. I have reviewed the Complaint filed by Plaintiff Center for Biological Diversity ("CBD") in this litigation. CBD seeks restrictions on the use of 382 pesticides currently registered for use by EPA. The Complaint identifies each pesticide by common name in Paragraph 130. Exhibit A to the Complaint provides supplemental information regarding each pesticide including the "Chemical Group," the EPA Case No., and the EPA PC Code(s). An EPA PC Code is a unique identifier for each registered active ingredient, some of which share a common name as listed in Paragraph 130. The Complaint does not provide any information regarding the date each pesticide was first registered, whether the pesticide has been subject to a Reregistration Eligibility Decision ("RED"), or whether notice and opportunity for comment was provided as part of the initial registration or RED.

3. Attached to this Declaration as Exhibit 1 is a table that identifies for each of the 382 pesticide active ingredients referred to in the Complaint and its Exhibit A: (i) if the pesticide has been subject to a RED, the date of signature of such RED; (ii) if the pesticide has not been subject to a RED, the date of first registration of the active ingredient; and (iii) the Federal Register publication or other action that provided the public with notice of the RED or registration action and an opportunity to comment thereon. The information contained in Exhibit 1 is based on publicly available information published by EPA and the public records of the Federal Register as described in the footnotes within the Exhibit.

4. The attached Exhibit 1 is a true and accurate statement of these facts and was researched and compiled by myself and by legal staff under my supervision.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of February, 2012, at Washington, D.C.

                            */s/ Roger H. Miksad*
                            Roger H. Miksad

**Attorney Signature Attestation**

I, Matthew D. Thurlow, counsel for CropLife America, *et al.*, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

                                                      s/ Matthew D. Thurlow

                                                      Matthew D. Thurlow

CASE NUMBER: 11-CV-293
MIKSAD DECLARATION

# **EXHIBIT 1**

| Chemical Name | RED Signed[1] | If No RED: Date of First Registration[2] | Notice(s) of Opportunity for Comment |
|---|---|---|---|
| 1,3-Dichloropropene ("Telone") | September 1998 | | 64 F.R. 9145 |
| 10,10'-Oxybisphenoxyarsine ("OBPA") | June 1993 | | 58 F.R. 47275 |
| 1080 ("Sodium Fluoroacetate") | June 1995 | | 61 F.R. 11408 |
| 2,4-D | June 2005 | | 69 F.R. 35019; 70 F.R. 2158 |
| 2,4-D, 2-ethylhexyl ester | June 2005 | | 69 F.R. 35019; 70 F.R. 2158 |
| 2,4-D, butoxyethanol ester | June 2005 | | 69 F.R. 35019; 70 F.R. 2158 |
| 2,4-D, diethanolamine salt | June 2005 | | 69 F.R. 35019; 70 F.R. 2158 |
| 2,4-D, diethylamine salt | June 2005 | | 69 F.R. 35019; 70 F.R. 2158 |
| 2,4-D, dimethylamine salt | June 2005 | | 69 F.R. 35019; 70 F.R. 2158 |
| 2,4-D, isooctyl ester | June 2005 | | 69 F.R. 35019; 70 F.R. 2158 |
| 2,4-D, isopropyl ester | June 2005 | | 69 F.R. 35019; 70 F.R. 2158 |
| 2,4-D, isopropylamine salt | June 2005 | | 69 F.R. 35019; 70 F.R. 2158 |
| 2,4-D, sodium salt | June 2005 | | 69 F.R. 35019; 70 F.R. 2158 |
| 2,4-D, triisopropanolamine salt | June 2005 | | 69 F.R. 35019; 70 F.R. 2158 |
| 2,4-D, methyamine salt | June 2005 | | 69 F.R. 35019; 70 F.R. 2158 |
| 2,4-DB acid | January 2005 | | 69 F.R. 45035 |
| 2,4-DB, dimethylamine salt | January 2005 | | 69 F.R. 45035 |
| 3-chloro-p-toluidine hydrochloride ("Starlicide") | June 1995 | | 62 F.R. 4762 |
| 3-iodo-2-propynyl butyl carbamate | March 1997 | | 63 F.R. 23436 |
| 3-Trifluoromethyl-4-nitrophenol ("TFM" or "Lamprecide") | September 1999 | | 64 F.R. 67902 |
| 4-aminopyridine | September 2007 | | 72 F.R. 29995; 72 F.R. 40858; 72 F.R. 65572 |
| Acephate | July 2006 | | 64 F.R. 1199; 65 F.R. 8702; 71 F.R. 43740 |
| Acequinocyl | | 09/26/2003 | 68 F.R. 42707 |

---

[1] Sources: EPA Pesticide Reregistration Status (available at http://www.epa.gov/oppsrrd1/reregistration/status.htm) and EPA Pesticide Chemical Search (available at http://www.epa.gov/pesticides/chemicalsearch).

[2] Sources: EPA Pesticide Chemical Search (available at http://www.epa.gov/pesticides/chemicalsearch) and EPA Registration Review Schedule (available at http://www.epa.gov/oppsrrd1/registration_review/schedule.htm).

| Chemical Name | RED Signed[1] | If No RED: Date of First Registration[2] | Notice(s) of Opportunity for Comment |
|---|---|---|---|
| Acetamiprid | | 12/05/2002 | 67 F.R. 7154 |
| Acetochlor | | 07/30/1994 | 59 F.R. 33756 |
| Acibenzolar-S-methyl | | 08/11/2000 | 64 F.R. 23617 |
| Acrolein | September 2008 (Amended Sept. 2009) | | 72 F.R. 40857; 72 F.R. 62230; 73 F.R. 17970; 73 F.R. 66893 |
| Alachlor | September 1998 | | 64 F.R. 11870 |
| Aldicarb | September 2007 | | 70 F.R. 36147; 71 F.R. 28693; 71 F.R. 66518; 72 F.R. 58082 |
| Allethrin, D-Allethrin | June 2007 (Amended May 2009) | | 71 F.R. 77745 |
| Allethrin, D-trans Allethrin | June 2007 (Amended May 2009) | | 71 F.R. 77745 |
| Allethrin, S-Bioallethrin-004004 | June 2007 (Amended May 2009) | | 71 F.R. 77745 |
| Allethrin, S-Bioallethrin-004007 | June 2007 (Amended May 2009) | | 71 F.R. 77745 |
| Alpha-chlorohydrin | | 12/06/2006 | 70 F.R. 29309 |
| Ametryne | September 2005 | | 70 F.R. 9309 |
| Aminopyralid | | 08/10/2005 | 69 F.R. 75948 |
| Aminopyralid  potassium salt | | 08/10/2005 | 70 F.R. 75948 |
| Aminopyralid, triisopropanolamine salt | | 08/10/2005 | 71 F.R. 75948 |
| Amitraz | March 1995 | | 62 F.R. 4762 |
| Amitrole | September 1996 | | 62 F.R. 4762 |
| Ammonium bromide | | 10/26/1998 | 66 F.R. 31917 |
| Antimycin A | May 2007 | | 72 F.R. 1990; 72 F.R. 32651 |
| Atrazine | April 2006 | | 66 F.R. 10287; 66 F.R. 49180; 68 F.R. 9652; 68 F.R. 63085 |
| Avermectin ("Abamectin") | | 04/24/2000 | |
| Azinphos-Methyl | July 2006 | | 63 F.R. 43175; 64 F.R. 2644; 70 F.R. 72827; 71 F.R. 33448 |
| Azoxystrobin | | 06/03/1997 | 62 F.R. 15685 |
| Benfluralin | July 2004 | | 69 F.R. 8640; 69 F.R. 53704 |
| Bensulide | July 2006 | | 63 F.R. 43175; 64 F.R. 29640; 64 F.R. 32229 |

| Chemical Name | RED Signed[1] | If No RED: Date of First Registration[2] | Notice(s) of Opportunity for Comment |
|---|---|---|---|
| Bentazon | September 1994 | | 60 F.R. 12762 |
| Bentazon, sodium salt | September 1994 | | 60 F.R. 12763 |
| Bethoxazin | | 06/06/2006 | 69 F.R. 3135 |
| Bifenazate | | 06/24/1999 | 64 F.R. 22865 |
| Bifenthrin | | 10/02/1985 | 74 F.R. 54999 |
| Bis-(N-cyclohexyldiazeniumdioxy)-copper ("Copper HDO") | | 11/22/2005 | 67 F.R. 45724 |
| Brodifacoum | September 1997 (Final Decision May 2008) | | 63 F.R. 48729;  68 F.R. 4468; 69; F.R. 56756; 73 F.R. 31868 |
| Bromacil | September 1996 | | 63 F.R. 23436 |
| Bromacil, lithium salt | September 1996 | | 63 F.R. 23437 |
| Bromadiolone | September 1997 (Final Decision May 2008) | | 63 F.R. 48729;  68 F.R. 4468; 69; F.R. 56756; 73 F.R. 31868 |
| Bromethalin | September 1997 (Final Decision May 2008) | | 63 F.R. 48729;  68 F.R. 4468; 69; F.R. 56756; 73 F.R. 31868 |
| Bromoxynil butyrate | September 1998 | | 64 F.R. 2216 |
| Bromoxynil heptanoate | September 1998 | | 64 F.R. 2216 |
| Bromoxynil octanoate | September 1998 | | 64 F.R. 2216 |
| Bromoxynil phenol | September 1998 | | 64 F.R. 2216 |
| Buprofezin ("Buprofazin") | | 04/08/1998 | 63 F.R. 18409 |
| Butralin | September 1997 | | 63 F.R. 55122 |
| Butylate | November 1993 | | 59 F.R. 12598 |
| Captan | September 1999 (Amended November 2004) | | 64 F.R. 67902; 69 F.R. 68357 |
| Carbaryl | September 2007 | | 69 F.R. 62663; 72 F.R. 58844; 72 F.R. 54656 |
| Carbendazim ("Thiophanate-methyl") | November 2004 | | 66 F.R. 41587; 69 F.R. 68362 |
| Carbendazim phosphate | November 2004 | | 66 F.R. 41587; 69 F.R. 68362 |
| Carbofuran | July 2007 | | 72 F.R. 54656 |
| Carboxin | September 2004 | | 70 F.R. 9314 |
| Chelerythrine chloride-sanguinarine chloride mixt. ("Macleaya Extract") | | 03/12/1998 | 65 F.R. 2948 |
| Chlorantraniliprole | | 04/25/2008 | |

| Chemical Name | RED Signed[1] | If No RED: Date of First Registration[2] | Notice(s) of Opportunity for Comment |
|---|---|---|---|
| Chlorethoxyphos | | 04/10/1989 | 60 F.R. 54688 |
| Chlorfenapyr | | 01/18/1995 | 63 F.R. 32658 |
| Chlorflurenol, methyl ester | March 2007 | | 71 F.R. 64262 |
| Chlorophacinone | September 1997 (Final Decision May 2008) | | 63 F.R. 48729;  68 F.R. 4468; 69; F.R. 56756; 73 F.R. 31868 |
| Chloropicrin | July 2008 (Amended May 2009) | | 71 F.R. 69112 |
| Chlorothalonil | September 1998 | | 64 F.R. 29867 |
| Chlorpyrifos | July 2006 | | 64 F.R. 57876 |
| Chlorpyrifos-methyl | | 07/01/1985 | 50 F.R. 26684 |
| Cholecalciferol | September 1997 (Final Decision May 2008) | | 63 F.R. 48729;  68 F.R. 4468; 69; F.R. 56756; 73 F.R. 31868 |
| Chromic acid ("Chromated Arsenical") | September 2008 | | 73 F.R. 69646 |
| Sodium bichromate dihydrate ("Chromated Arsenical") | | 05/10/1990 | |
| Clodinafop-propargyl | | 06/06/2000 | 63 F.R. 51351 |
| Clofentezine | | 03/11/1988 | |
| Clomazone | | 02/27/1986 | |
| Clonitralid ("Niclosamide") | September 1999 | | 64 F.R. 67902 |
| Clothianidin | | 06/19/2003 | |
| Coal tar hydrocarbons | September 2008 | | 73 F.R. 20629 |
| Coumaphos | July 2006 | | 62 F.R. 4762 |
| Creosote and creosote oil | September 2008 | | 73 F.R. 20629 |
| Creosote oil (note: derived from any source) | September 2008 | | 73 F.R. 20629 |
| Cyazofamid | | 09/01/2004 | 68 F.R. 24455 |
| Cybutryne ("PC Code 128996") | | 09/09/1994 | 58 F.R. 32533 |
| Cyclanilide | | 07/18/1996 | 61 F.R. 30234 |
| Cycloate | September 2004 | | 69 F.R. 26382; 69 F.R. 68360 |
| Beta-Cyfluthrin | | 05/26/1995 | |
| Cyfluthrin | | 06/10/1986 | 51 F.R. 12923 |
| Cyhalofop butyl | | 04/30/2001 | |

| Chemical Name | RED Signed[1] | If No RED: Date of First Registration[2] | Notice(s) of Opportunity for Comment |
|---|---|---|---|
| Cyhalothrin, gamma | | 03/31/2004 | |
| Cyhalothrin, lambda | | 05/13/1988 | |
| Cymoxanil | | 02/04/1998 | 62 F.R. 14413 |
| Cypermethrin isomer mixtures | June 2006 (Revised January 2008) | | 70 F.R. 76818; 71 F.R. 47210 |
| Z-Cypermethrin | June 2006 (Revised January 2008) | | 70 F.R. 76818; 71 F.R. 47210 |
| Cyphenothrin | | 10/04/1991 | |
| Cyprodinil | | 04/10/1998 | 62 F.R. 14413 |
| Cyromazine | | 05/09/1985 | 47 F.R. 32601 |
| Dazomet | July 2008 (Amended May 2009) | | 73 F.R. 50965; 73 F.R. 40871; 74 F.R. 26690 |
| DCPA ("dacthal") | September 1995 | | 64 F.R. 11870 |
| DDVP ("dichlorvos") | July 2006 | | 71 F.R. 37568; 71 F.R. 43740 |
| Deltamethrin | | 03/02/1994 | 66 F.R. 16207 |
| Diazinon | July 2006 | | 67 F.R. 60231; 67 F.R. 76175; 71 F.R. 43740 |
| Dicamba | June 2006 (Amended October 2008; Corrected June 2009) | | 70 F.R. 76820; 71 FR 40097 |
| Dicamba, diethanolamine salt | June 2006 (Amended October 2008; Corrected June 2009) | | 70 F.R. 76820; 71 FR 40097 |
| Dicamba, diglycolamine salt | June 2006 (Amended October 2008; Corrected June 2009) | | 70 F.R. 76820; 71 FR 40097 |
| Dicamba, dimethylamine salt | June 2006 (Amended October 2008; Corrected June 2009) | | 70 F.R. 76820; 71 FR 40097 |
| Dicamba, isopropylamine salt | June 2006 (Amended October 2008; Corrected June 2009) | | 70 F.R. 76820; 71 FR 40097 |
| Dicamba, potassium salt | June 2006 (Amended October 2008; Corrected June 2009) | | 70 F.R. 76820; 71 FR 40097 |

| Chemical Name | RED Signed[1] | If No RED: Date of First Registration[2] | Notice(s) of Opportunity for Comment |
|---|---|---|---|
| Dicamba, sodium salt | June 2006 (Amended October 2008; Corrected June 2009) | | 70 F.R. 76820; 71 FR 40097 |
| Dichlobenil | September 1997 | | 63 F.R. 69281 |
| Dichloran ("DCNA") | June 2006 | | 72 F.R. 21010 |
| 2-(2,4-DP), dimethylamine salt ("Dichlorprop") | August 2008 | | 72 F.R. 21010 |
| 2,4-DP-P, dimethylamine salt ("Dichlorprop") | August 2008 | | 72 F.R. 21010 |
| 2,4-DP-P, isooctyl ester ("Dichlorprop") | August 2008 | | 72 F.R. 21010 |
| 2,4-DP, isooctyl ester ("Dichlorprop") | August 2008 | | 72 F.R. 21010 |
| 2,4-DP,2-ethylhexyl ester ("Dichlorprop") | August 2008 | | 72 F.R. 21010 |
| Dichlorprop-P ("Dichlorprop") | August 2008 | | 72 F.R. 21010 |
| Diclofop-methyl | September 2000 | | 65 F.R. 52114; 65 F.R. 79832 |
| Dicofol | September 1998 (Adendum September 2006) | | 63 F.R. 69282; 70 F.R. 51794 |
| Dicrotophos | July 2006 | | 68 F.R. 5874 |
| Difenacoum | September 1997 (Final Decision May 2008) | | 63 F.R. 48729;  68 F.R. 4468; 69; F.R. 56756; 73 F.R. 31868 |
| Difenoconazole | | 08/04/1994 | 59 F.R. 49399 |
| Difethialone | | 05/30/1990 | 60 F.R. 9838 |
| Diflubenzuron | June 1997 | | 63 F.R. 23436 |
| Dimethenamid | | 05/02/1991 | 56 F.R. 64624; 58 F.R. 25832 |
| S-Dimethenamid | | 05/10/1999 | |
| Dimethoate | July 2006 (Revised IRED August 2007) | | 71 F.R. 39312; 72 F.R. 8986 |
| Dimethomorph | | 06/10/1997 | 61 F.R. 33116 |
| Dinotefuran | | 09/17/2004 | 68 F.R. 40935 |
| Diphacinone | September 1997 (Final Decision May 2008) | | 63 F.R. 48729;  68 F.R. 4468; 69; F.R. 56756; 73 F.R. 31868 |
| Diphacinone, sodium salt | September 1997 (Final Decision May 2008) | | 63 F.R. 48729;  68 F.R. 4468; 69; F.R. 56756; 73 F.R. 31868 |

| Chemical Name | RED Signed[1] | If No RED: Date of First Registration[2] | Notice(s) of Opportunity for Comment |
|---|---|---|---|
| Dipropyl isocinchomeronate ("MGK-326") | September 2003 | | 68 F.R. 28216; 69 F.R. 29945 |
| Diquat dibromide | July 1995 | | 61 F.R. 2510 |
| Dithiopyr | | 06/18/1991 | 57 F.R. 18145 |
| Diuron | September 2003 | | 69 F.R. 21528 |
| Emamectin, benzoate | | 02/07/1996 | 61 F.R. 36372 |
| Endosulfan | July 2002 | | 67 F.R. 67617 |
| Endothall | September 2005 | | 70 F.R. 61816 |
| Endothall, di (N,N-dimethylalkylamine) salt | September 2005 | | 70 F.R. 61816 |
| Endothall, dipotassium salt | September 2005 | | 70 F.R. 61816 |
| EPTC ("eptam") | September 1999 | | 64 F.R. 67902 |
| Esfenvalerate | | 12/29/1986 | |
| Ethalfluralin | March 1995 | | 61 F.R. 11408 |
| Ethofenprox | | 04/21/1988 | 53 F.R. 10284 |
| Ethofumesate | September 2005 (Revised February 2007) | | 70 F.R. 16274; 70 FR 68034; 72 F.R. 5705 |
| Ethoprop | July 2006 | | 67 F.R. 76176; 71 FR 17096; 71 F.R. 43740 |
| Etoxazole | | 08/22/2002 | |
| Famoxadone | | 07/17/2003 | 67 F.R. 7267 |
| Fenamidone | | 09/30/2002 | 67 F.R. 45722 |
| Fenarimol | | 03/19/1985 | 48 F.R. 1349; 49 F.R. 23442; 50 F.R. 7218 |
| Fenbuconazole | | 11/22/1993 | 59 F.R. 10384 |
| Fenbutatin-oxide ("Vendex") | September 1994 | | 60 F.R. 4912 |
| Fenhexamid | | 05/21/1999 | 64 F.R. 8815 |
| Fenitrothion | July 2006 | | 61 F.R. 2510 |
| Fenoxaprop-P (+/-) | | 08/15/1991 | |
| Fenoxycarb | | 10/02/1985 | 48 F.R. 44905 |
| Fenpropathrin | | 05/04/1987 | 48 F.R. 31081; 48 F.R. 52124; |
| Fenpyroximate | | 09/27/2000 | |
| Fentin hydroxide ("TPTH" or "Triphenyltin hydroxide") | September 1999 | | 64 F.R. 67265 |
| Ferbam | September 2005 | | 70 FR 77387; 71 F.R. 2543 |
| Fipronil | | 08/24/1995 | 60 F.R. 28407 |
| Fluazifop-P-butyl | | 01/23/1985 | |
| Fluazinam | | 07/05/1994 | 65 F.R. 16199 |

| Chemical Name | RED Signed[1] | If No RED: Date of First Registration[2] | Notice(s) of Opportunity for Comment |
|---|---|---|---|
| Flubendiamide | | 08/01/2008 | 72 F.R. 24299 |
| Fludioxonil | | 10/05/1995 | |
| Flumetralin | September 2007 | | 73 F.R. 76637 |
| Flumiclorac-pentyl | | 03/23/1994 | 58 F.R. 67791 |
| Flumioxazin | | 08/01/1996 | |
| Fluometuron | September 2005 (Scheduled) | | 70 F.R. 17447 |
| Fluopicolide | | 03/28/2007 | 71 F.R. 45557 |
| Fluoxastrobin | | 09/20/2005 | 68 F.R. 19988 |
| Fluridone | | 03/16/1994 | |
| Fluroxypyr 1-methylheptyl ester | | 09/30/1998 | 63 F.R. 64475 |
| Flurprimidol | | 09/23/1993 | 53 F.R. 4712 |
| Fluthiacet-methyl | | 04/15/1999 | 64 F.R. 35152 |
| Flutolanil | | 11/04/1991 | 57 F.R. 7758 |
| Fluvalinate ("Tau-fluvalinate") | September 2005 | | 70 FR 69555 |
| Folpet | September 1999 | | 64 F.R. 67902 |
| Foramsulfuron | | 04/16/2001 | |
| Forchlorfenuron | | 09/01/2004 | |
| Formetanate hydrochloride | September 2007 | | 71 F.R. 36784; 72 FR 20543 |
| Fosthiazate | | 03/30/2004 | 66 F.R. 65954 |
| Dihydro-5-heptyl-2(3H)-furanone ("Furanone") | June 1996 | | 62 F.R. 42783 |
| Dihydro-5-pentyl-2(3H)-furanone ("Furanone") | June 1996 | | 62 F.R. 42783 |
| Halofenozide | | 05/21/1997 | |
| Hexaflumuron | | 12/10/1993 | 94-15294 |
| Hexazinone | September 1994 | | 60 F.R. 12763 |
| Hexythiazox | | 05/08/1986 | |
| Hydramethylnon | September 1998 | | 64 F.R. 11870 |
| Imidacloprid | | 03/17/1993 | 59 F.R. 30797 |
| Imiprothrin | | 03/31/1998 | 61 F.R. 30234 |
| Indoxacarb | | 02/01/2000 | |
| Arsenic acid ("Inorganic Nitrate") | September 1991 | | 57 F.R. 10354 |
| Arsenic pentoxide ("Inorganic Nitrate") | September 1991 | | 57 F.R. 10354 |
| Potassium Nitrate ("Inorganic Nitrate") | September 1991 | | 57 F.R. 10354 |
| Sodium Nitrate ("Inorganic Nitrate") | September 1991 | | 57 F.R. 10354 |
| Iprodione | September 1998 | | 63 F.R. 67066 |

| Chemical Name | RED Signed[1] | If No RED: Date of First Registration[2] | Notice(s) of Opportunity for Comment |
|---|---|---|---|
| Isoxaben | | 12/04/1989 | 52 F.R. 18021 |
| Isoxaflutole | | 12/15/1995 | 61 F.R. 19282 |
| Kresoxim-methyl | | 09/30/1998 | 64 F.R. 10295 |
| Lactofen | | 03/18/1987 | 50 F.R. 45159; 52 F.R. 15548 |
| Linuron | March 1995 | | 60 FR 27504; 60 F.R. 38333 |
| Malathion | July 2006 (Revised May 2009) | | 71 F.R. 69114; 71 F.R. 43740; 74 F.R. 30083 |
| Mancozeb | September 2005 | | 69 FR 68352 |
| Mandipropamide | | 01/09/2008 | 71 F.R. 45557 |
| Maneb | August 2005 | | 69 FR 68352 |
| MCPA, 2-ethyl hexyl ester | September 2004 | | 69 FR 35017; 69 F.R. 68355 |
| MCPA, dimethylamine salt | September 2004 | | 69 FR 35017; 69 F.R. 68355 |
| MCPA, isooctyl ester | September 2004 | | 69 FR 35017; 69 F.R. 68355 |
| MCPA | September 2004 | | 69 FR 35017; 69 F.R. 68355 |
| MCPA, sodium salt | September 2004 | | 69 FR 35017; 69 F.R. 68355 |
| MCPB | March 2006 | | 71 F.R. 35668; 70 F.R. 66384 |
| MCPB, sodium salt | March 2006 | | 71 F.R. 35668; 70 F.R. 66384 |
| MCPP | August 2007 | | 72 F.R. 60363 |
| MCPP-P, dimethylamine salt | August 2007 | | 72 F.R. 60363 |
| MCPP-P, potassium salt | August 2007 | | 72 F.R. 60363 |
| MCPP, dimethylamine salt | August 2007 | | 72 F.R. 60363 |
| Mecoprop-P | August 2007 | | 72 F.R. 60363 |
| Mefluidide | September 2007 | | 72 F.R. 34007 |
| Mefluidide, diethanolamine salt | September 2007 | | 72 F.R. 34007 |
| Mefluidide, potassium salt | September 2007 | | 72 F.R. 34007 |
| Metaflumizone | | 05/25/2007 | |
| Copper naphthenate ("Napthenate salt") | September 2007 | | 72 F.R. 40855 |
| Zinc naphthenate ("Napthenate salt") | September 2007 | | 72 F.R. 40855 |
| Mefenoxam ("Metalaxyl Isomer") | | 03/05/1996 | 61 F.R. 7261 |
| Metalaxyl | September 1994 | | 60 F.R. 12763 |
| Metaldehyde | July 2006 (Amended June 2007) | | 71 F.R. 45551 |
| Metam potassium | July 2008 (Amended May 2009) | | 73 F.R. 40871; 73 F.R. 50965 |

| Chemical Name | RED Signed[1] | If No RED: Date of First Registration[2] | Notice(s) of Opportunity for Comment |
|---|---|---|---|
| Metam-sodium | July 2008 (Amended May 2009) | | 73 F.R. 40871; 73 F.R. 50965 |
| Methidathion | July 2006 | | 67 F.R. 34708; 71 FR 43740 |
| Methiocarb | March 1994 | | 59 F.R. 17453 |
| Methomyl | March 1998 | | 64 F.R. 11870 |
| Methoprene | March 1991 | | 56 F.R. 27017 |
| S-Methoprene | March 1991 | | 56 F.R. 27017 |
| Methoxyfenozide | | 07/05/2000 | |
| Methyl Bromide | July 2008 (Amended May 2009) | | 73 F.R. 40871; 73 F.R. 50965 |
| Methyl iodide ("Iodomethane") | | 10/05/2007 | 67 F.R. 48463 |
| Methyl isothiocyanate | July 2008 (Amended May 2009) | | 73 F.R. 40871; 73 F.R. 50965 |
| Methyl parathion | July 2006 (Cancelled December 2012) | | 71 F.R. 43740 |
| Metiram | August 2005 | | 69 F.R. 68352 |
| Metofluthrin | | 09/29/2006 | |
| Metolachlor | December 1994 | | 60 F.R. 27504 |
| Metolachlor,S | December 1994 | | 60 F.R. 27504 |
| Metribuzin | June 1997 | | 63 F.R. 23436 |
| Milbemectin (A mixture of >=70% Milbemcin A4, & <=30% Milbemycin A3) | | 09/29/2003 | 65 F.R. 34176 |
| Myclobutanil | | 02/02/1989 | |
| N-octyl bicycloheptene dicarboximide ("MGK-264") | June 2006 | | 71 F.R. 42381 |
| Nabam | September 1995 | | 61 F.R. 15939 |
| Naled | July 2006 | | 71 F.R. 43740 |
| Napropamide | September 2005 | | 70 F.R. 75801 |
| Nicarbazin | | 11/23/2005 | 70 F.R. 17450 |
| Nicobifen | | 07/23/2003 | 67 F.R. 72671 |
| Nonyl phenol ethoxylates (Polyethoxylated aliphatic alcohols) | April 1995 | | 61 F.R. 11408 |
| Novaluron | | 09/25/2001 | 66 F.R. 17882 |
| Oryzalin | September 1994 | | 60 F.R. 12763 |
| Oxadiazon | July 2004 | | 69 F.R. 52889 |

| Chemical Name | RED Signed[1] | If No RED: Date of First Registration[2] | Notice(s) of Opportunity for Comment |
|---|---|---|---|
| Oxamyl | September 2007 | | 65 F.R. 39898; 72 F.R. 54656 |
| Oxydemeton-Methyl | July 2006 | | 70 F.R. 61818; 71 F.R. 43740 |
| Oxyfluorfen | August 2002 | | 67 F.R. 4425; 67 F.R. 66149 |
| Para-dichlorobenzene | September 2007 (Revised December 2008) | | 72 F.R. 70589 |
| Paraquat dichloride | August 1997 | | 63 F.R. 23436 |
| PCNB | July 2006 | | 70 F.R. 10090; 71 F.R. 43746; 71 F.R. 57506; 71 F.R. 62457; 71 F.R. 69116 |
| Pendimethalin | April 1997 | | 62 F.R. 42783 |
| Pentachlorophenol | September 2008 | | 73 F.R. 20638 |
| Permethrin | April 2006 (Amended December 2007; Revised May 2009) | | 71 F.R. 36788; 73 F.R. 10433 |
| Phenothrin ("sumithrin") | September 2008 | | 73 F.R. 13892; 73 F.R. 66893 |
| Phorate | July 2006; Revised March 2008 | | 71 F.R. 43740 |
| Phosmet | July 2006 | | 64 F.R. 2644;  71 F.R. 33448 |
| Phosphine | | 08/05/1997 | 64 F.R. 56500 |
| Phostebupirim | July 2006 | | 71 F.R. 43740 |
| Picloram | March 1995 | | 61 F.R. 2510 |
| Picloram, potassium salt | March 1995 | | 61 F.R. 2510 |
| Picloram, triisopropanolamine salt | March 1995 | | 61 F.R. 2510 |
| Pinoxaden | | 07/27/2005 | 69 F.R. 65181 |
| Piperalin | September 1994 | | 60 F.R. 12763 |
| Piperonyl butoxide | June 2006 | | 70 F.R. 21752; 70 F.R. 55383; 71 F.R. 42385 |
| Pirimiphos-methyl | July 2006 | | 71 F.R. 43740 |
| Prallethrin | | 12/23/1994 | 59 F.R. 27015 |
| Prodiamine | | 02/07/1992 | 44 F.R. 50645 |
| Profenofos | July 2006 | | 63 F.R. 43175; 64 F.R. 29640; 64 F.R. 32229 |
| Prometryn | September 1995 | | 62 F.R. 4762 |
| Propachlor | September 1998 | | 63 F.R. 69281 |
| Propamocarb hydrochloride | September 1995 | | 62 F.R. 4762 |
| Propanil | September 2003 (Amended March | | 69 F.R. 8642 |

| Chemical Name | RED Signed[1] | If No RED: Date of First Registration[2] | Notice(s) of Opportunity for Comment |
|---|---|---|---|
| | 2006) | | |
| Propargite | September 2001 | | 67 F.R. 19178 |
| Propiconazole | July 2006 | | 71 F.R. 7949; 71 FR 49447 |
| Propoxur | September 1997 | | 63 F.R. 23436 |
| Propylene oxide | July 2006 (Addendum September 2008; Addendum June 2009) | | 70 F.R. 68031; 70 F.R. 75798; 71 F.R. 45555 |
| Propyzamide ("Pronamide") | June 1994 | 10/11/1972 | 59 F.R. 33505 |
| Prothioconazole | | 03/27/2007 | 70 F.R. 41712 |
| Pymetrozine | | 07/28/1999 | 64 F.R. 23617 |
| Pyraclostrobin | | 09/30/2002 | 66 F.R. 54993 |
| Pyraflufen-ethyl | | 09/27/2002 | 67 F.R. 68864 |
| Pyrasulfotole | | 08/09/2007 | |
| Pyrethrins | June 2006 | | 70 F.R. 68031; 70 F.R. 75798; 71 F.R. 45555 |
| Pyridaben | | 09/24/2010 | 58 F.R. 47274 |
| Pyridalyl | | 04/24/2008 | |
| Pyrimethanil | | 10/09/2008 | 68 F.R. 368 |
| Pyriproxyfen | | 09/15/1995 | |
| Quinoxyfen | | 06/17/2003 | 67 F.R. 72671 |
| Quizalofop-ethyl | | 10/12/1988 | |
| Quizalofop-P-ethyl | | 12/11/1990 | |
| Aluminum Phosphide ("Reactive phosphide salts") | September 1998 | | 63 F.R. 71123; 66 F.R. 8790 |
| Magnesium Phosphide ("Reactive phosphide salts") | September 1998 | | 63 F.R. 71123; 66 F.R. 8790 |
| Resmethrin | June 2006 | | 70 F.R. 70829; 71 F.R. 42389 |
| Rotenone | March 2007 | | 71 F.R. 7041; 72 F.R. 28969 |
| S,S,S-tributyl phosphorotrithioate ("DEF [Tribufos]") | July 2006 | | 65 F.R. 78488 |
| Sabadilla alkaloids | September 2004 | | 71 F.R. 24681 |
| Sethoxydim | September 2005 | | 70 F.R. 37842; 70 F.R. 71139 |
| Siduron | May 2008 | | 72 F.R. 71890; 73 F.R. 49199 |
| Simazine | April 2006 | | 70 F.R. 40345; 71 F.R. 35669 |
| Sodium chlorate | July 2006 | | 71 F.R. 5318 |
| Sodium cyanide | September 1994 | | 60 F.R. 4912 |

| Chemical Name | RED Signed[1] | If No RED: Date of First Registration[2] | Notice(s) of Opportunity for Comment |
|---|---|---|---|
| Sodium dimethyl dithio carbamate ("Dimethyldithiocarbamate Salt") | September 2003 (Amended June 2009) | | 74 F.R. 47574 |
| Sodium fluoride | December 2007 | | 72 F.R. 57569 |
| Sodium Tetrathiocarbonate | | 02/20/1991 | 53 F.R. 10284 |
| Spinetoram (XDE-175-J) | | 09/28/2007 | |
| Spinetoram (XDE-175-L) | | 09/28/2007 | |
| Spinosad (mixture of Factors A and D) | | 06/30/1995 | 60 F.R. 6091 |
| Spirodiclofen | | 06/30/2005 | 68 F.R. 40932 |
| Spiromesifen | | 05/03/2005 | 69 F.R. 43581 |
| Spirotetramat | | 06/30/2008 | 74 F.R. 39321 |
| Strychnine | September 1996 | | RED document states that public was provided notice and opportunity for comment. |
| Sulfentrazone | | 11/22/1993 | 60 F.R. 12765 |
| Sulfluramid | | 01/14/1990 | |
| Sulfosulfuron | | 12/15/1997 | 64 F.R. 4418 |
| Tebuconazole | | 06/27/1988 | 59 F.R. 47333 |
| Tebufenozide | | 07/15/1994 | 59 F.R. 22160 |
| Tebufenpyrad | | 08/26/2002 | |
| Tefluthrin | | 01/13/1989 | 52 F.R. 29063; 54 F.R. 9887 |
| Tembotrione | | 09/28/2007 | |
| Temephos | September 2000 | | 66 F.R. 51662 |
| Terbufos | July 2006 | | 63 F.R. 43175 |
| Terbuthylazine | December 1994 | | 60 F.R. 46278 |
| Terrazole ("etradiazole") | September 2000 | | 65 F.R. 39898; 65 F.R. 79832 |
| Tetraconazole | | 04/14/2005 | 64 F.R. 56500 |
| Tetramethrin | June 2008 (Revised April 2010) | | 73 F.R. 10438; 73 F.R. 40870 |
| Thiacloprid | | 09/26/2003 | 68 F.R. 42707 |
| Thiamethoxam | | 12/04/2000 | 64 F.R. 14233 |
| Thidiazuron | September 2005 | | 70 F.R. 24785; 70 F.R. 69557 |
| Thiencarbazone-methyl | | 9/30/2008 | |
| Thiobencarb | September 1997 | | 63 F.R. 55122 |
| Thiodicarb | September 1998 | | 64 F.R. 11870 |

| Chemical Name | RED Signed[1] | If No RED: Date of First Registration[2] | Notice(s) of Opportunity for Comment |
|---|---|---|---|
| Thiophanate-methyl ("Carbendazim") | November 2004 | | 66 F.R. 41587; 69 F.R. 68362 |
| Thiram | September 2004 | | 69 F.R. 3581; 69 F.R. 40476 |
| Tolylfluanid | | 12/31/2007 | |
| Tralomethrin | | 09/06/1985 | 50 F.R. 46176; 51 F.R. 4535 |
| Tralopyril ("Econea") | | 04/23/2007 | 70 F.R. 1248 |
| Triadimefon | August 2006 | | 71 F.R. 7945; 71 F.R. 51612 |
| Triadimenol | | 04/28/1989 | |
| Triallate | August 2000 | | 66 F.R. 28469 |
| Tributyltin benzoate | June 2008 | | 73 F.R. 17977 |
| Tributyltin maleate | June 2008 | | 73 F.R. 17977 |
| Tribuyltin oxide | June 2008 | | 73 F.R. 17977 |
| Trichlorfon | July 2006 | | 62 F.R. 42783 |
| Triclopyr | September 1997 | | 63 F.R. 69281 |
| Triclopyr, butoxyethyl ester | September 1997 | | 63 F.R. 69282 |
| Triclopyr, triethylamine salt | September 1997 | | 63 F.R. 69283 |
| Triclosan | September 2008 | | 73 F.R. 25700; 73 F.R. 64331 |
| Trifloxystrobin | | 09/20/1999 | 64 F.R. 17170 |
| Trifloxysulfuron-sodium | | 09/29/2003 | 68 F.R. 50136 |
| Triflumizole | | 01/20/1987 | |
| Trifluralin | August 2004 | | 62 F.R. 4762 |
| Triticonazole | | 09/30/2002 | 67 F.R. 11475 |
| Vinclozolin | October 2000 | | 65 F.R. 50523; 65 F.R. 79832 |
| Warfarin | September 1997 (Final Decision May 2008) | | 63 F.R. 48729;  68 F.R. 4468; 69; F.R. 56756; 73 F.R. 31868 |
| Warfarin, sodium salt | September 1997 (Final Decision May 2008) | | 63 F.R. 48729;  68 F.R. 4468; 69; F.R. 56756; 73 F.R. 31868 |
| Zinc Phosphide | September 1997 (Final Decision May 2008) | | 63 F.R. 48729;  68 F.R. 4468; 69; F.R. 56756; 73 F.R. 31868 |
| Ziram | September 2003 | | 67 F.R. 14711; 69 F.R. 43583; 74 F.R. 47574 |
| Zoxamide | | 03/30/2001 | |