1001 Pennsylvania Avenue, NW, Washington, DC 20004-2595 ▪ p 202 624-2500 ▪ f 202 628-5116



**J. Michael Klise**
**202 624-2629**
**jmklise@crowell.com**

April 27, 2012

002134.0000038

**ELECTRONICALLY FILED**

U.S. Magistrate Judge Joseph C. Spero
United States District Court for the
 Northern District of California
450 Golden Gate Avenue
San Francisco, CA  94102

> Re:  *Center for Biological Diversity, et al. v. Environmental Protection Agency, et al.*,
> No. 3:11-cv-00293-JCS (N.D. Cal.)

Dear Judge Spero:

This is to request leave to appear by telephone at the motion hearing and status conference scheduled in the above matter for 1:30 p.m. on Friday, May 4, 2012.

If this request is granted, I can be reached at (202) 624-2629.

Respectfully submitted,

*/s/ J. Michael Klise*

J. Michael Klise
Counsel for Intervenor-Defendants American Farm
Bureau Federation, *et al.*

IT IS HEREBY ORDERED THAT Mr. Klise shall be on phone standby beginning at 1:30 PM and await the Court's call.

Dated: April 27, 2012

*IT IS SO ORDERED
AS MODIFIED*

*Judge Joseph C. Spero*