# STEPTOE & JOHNSON LLP
ATTORNEYS AT LAW

Cynthia L. Taub
202.429.8133
ctaub@steptoe.com

1114 Avenue of the Americas
New York, NY 10036
Tel 212.506.3900
Fax 212.506.3950
steptoe.com

April 27, 2012

U.S. Magistrate Judge Joseph C. Spero
United States District Court for the
 Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *Center for Biological Diversity, et al. v. Environmental Protection Agency, et. al.*,
      **No. 3:11-cv-00293-JCS (N.D. Cal.)**

Dear Judge Spero:

This letter is to request leave to appear by telephone at the motion hearing scheduled in the above matter for 1:30 p.m. on Friday, May 4, 2012.

If this request is granted, I can call in on a conference number to be provided, or can be reached at (202) 429-8133.

Respectfully submitted,

*/s/ Cynthia L. Taub*

Cynthia L. Taub*
Counsel for Intervenor-Defendant American Chemistry Council

*Admitted *pro hac vice*

IT IS HEREBY ORDERED THAT Ms. Taub shall be on phone standby beginning at 1:30 PM and await the Court's call.  The Court will initiate the phone contact.

Dated: April 30, 2012



IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero