

1001 Pennsylvania Avenue, NW, Washington, DC 20004-2595 ■ p202 624-2500 ■ f202 628-5116

J. Michael Klise
202 624-2629
jmklise@crowell.com

September 6, 2012

002134.0000038

**ELECTRONICALLY FILED**

U.S. Magistrate Judge Joseph C. Spero
United States District Court for the
 Northern District of California
450 Golden Gate Avenue
San Francisco, CA  94102

      Re:    *Center for Biological Diversity, et al. v. Environmental Protection Agency, et al.*,
              No. 3:11-cv-00293-JCS (N.D. Cal.)

Dear Judge Spero:

    This is to request leave to appear by telephone at the status conference scheduled in the above matter for 1:30 p.m. PDT on Friday, September 14, 2012.

    If this request is granted, I can be reached at (202) 624-2629.

                                            Respectfully submitted,

                                            */s/ J. Michael Klise*

                                            J. Michael Klise
                                            Counsel for Intervenor-Defendants American Farm
                                            Bureau Federation, *et al.*

    IT IS HEREBY ORDERED THAT Mr. Klise shall be on phone standby beginning at 1:30 PM and await the Court's call.

Dated: 9/6/12

*IT IS SO ORDERED AS MODIFIED*
*Judge Joseph C. Spero*