Cynthia L. Taub
202 429 8133
ctaub@steptoe.com

1330 Connecticut Avenue, NW
Washington, DC 20036-1795
202 429 3000 main
www.steptoe.com



September 6, 2012

**ELECTRONICALLY FILED**

U.S. Magistrate Judge Joseph C. Spero
United States District Court for the
 Northern District of California
450 Golden Gate Avenue
San Francisco, CA  94102

Re:     *Center for Biological Diversity, et al. v. Environmental Protection Agency, et al.,*
        No. 11-cv-00293-JCS (N.D. Cal.)

Dear Judge Spero:

I am writing to request leave to appear by telephone at the status conference scheduled in the above-referenced matter for 1:30 p.m. PDT on Friday, September 14, 2012.

If this request is granted, I can be reached at (202) 429-8133.

Respectfully submitted,

*Cynthia L. Taub*

Cynthia L. Taub

Counsel for Defendant-Intervenor American Chemistry Council

IT IS HEREBY ORDERED THAT Ms. Taub shall be on phone standby beginning at 1:30 PM and await the Court's call.

Dated:  9/6/12

IT IS SO ORDERED
AS MODIFIED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA