

CENTER for BIOLOGICAL DIVERSITY          *Because life is good.*

September 7, 2012

**ELECTRONICALLY FILED**

U.S. Magistrate Judge Joseph C. Spero
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA  94102

Re:    **Center for Biological Diversity v. EPA**, Case No. 3:11-cv-0293-JCS
       **Request Leave To Appear By Phone**

Dear Magistrate Judge Spero:

   I request leave to appear by telephone at the status conference scheduled in the above matter for 1:30 p.m. on Friday, September 14, 2012.  Co-counsel for Plaintiffs, Mr. Justin Augustine, will appear in person.

   If this request is granted, I can be reached at (651) 955-3821.

IT IS HEREBY ORDERED THAT Ms. Giese shall be on phone standby beginning at 1:30 PM and await the Court's call.

Dated: 9/10/12



IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

Sincerely,

/s/ Collette L. Adkins Giese

Collette L. Adkins Giese

*Counsel for Plaintiffs*