# ARNOLD & PORTER LLP

Thomas W. Stoever, Jr.
Thomas.Stoever@aporter.com

+1 303.863.2328
+1 303.832.0428 Fax

370 Seventeenth Street
Suite 4400
Denver, CO 80202-1370

September 6, 2012

**ELECTRONICALLY FILED AND SERVED**

U.S. Magistrate Judge Joseph C. Spero
United States District Court for the
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:    *Center for Biological Diversity, et al. v. Environmental Protection Agency, et al.,*
               No. 11-cv-00293-JCS (N.D. Cal.)

Dear Judge Spero:

     I am writing to request leave to appear by telephone at the status conference scheduled in the above-referenced matter for 1:30 p.m. PDT on Friday, September 14, 2012.

     If this request is granted, I can be reached at (303) 863-2328.

Respectfully submitted,

Thomas W. Stoever, Jr.
*Attorney for Defendant-Intervenor
Reckitt Benckiser LLC*

IT IS HEREBY ORDERED that Mr. Stoever shall be on phone standby beginning at 1:30 PM and await the Court's call.

Dated: 9/7/12

*IT IS SO ORDERED AS MODIFIED*
Judge Joseph C. Spero