| | |
|---|---|
| 1 | IGNACIA S. MORENO, Assistant Attorney General |
| 2 | United States Department of Justice<br>Environment & Natural Resources Division |
| 3 | SETH M. BARSKY, Section Chief<br>S. JAY GOVINDAN, Assistant Section Chief |
| 4 | JAMES A. MAYSONETT, Senior Trial Attorney (D.C. Bar No. 463856) |
| 5 | ERIK E. PETERSEN, Trial Attorney<br>Wildlife & Marine Resources Section |
| 6 | Environment & Natural Resources Division<br>U.S. Department of Justice |
| 7 | P.O. Box 7369<br>Washington, D.C. 20044-7369 |
| 8 | Tel: (202) 305-0216 | Fax: (202) 305-0275 |
| 9 | Email: james.a.maysonett@usdoj.gov<br>Attorneys for the Federal Defendants |

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

**CENTER FOR BIOLOGICAL DIVERSITY** and **PESTICIDE ACTION NETWORK NORTH AMERICA**,

      Plaintiffs,

v.

**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY** and **LISA JACKSON, ADMINISTRATOR, USEPA**,

      Defendants

Case No. 3:11-cv-293

**Notice**

The Court has ordered that, "[o]n or before 10/26/12, if the Plaintiffs and Defendants desire to keep the stay in place beyond [November 1, 2012], they shall provide to the Court a term sheet and a representation to the Court that there is an agreement in principle on the settlement." Docket No. 127 (Sept. 18, 2012). The Federal Defendants hereby notify the Court that the parties have not reached an agreement-in-principle and will not be submitting a term sheet.

| | |
|---|---|
| 1 | IGNACIA S. MORENO, Assistant Attorney General |
| 2 | United States Department of Justice |
| | Environment & Natural Resources Division |
| 3 | SETH M. BARSKY, Section Chief |
| | S. JAY GOVINDAN, Assistant Section Chief |

/s/ James A. Maysonett
_____
JAMES A. MAYSONETT, Senior Trial Attorney (DC # 463856)
ERIK E. PETERSEN, Trial Attorney
Wildlife & Marine Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 7369
Washington, D.C. 20044-7369
Tel:  (202) 305-0216 | Fax:  (202) 305-0275
Email:  james.a.maysonett@usdoj.gov

Attorneys for the Federal Defendants