IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit organization; and PESTICIDE ACTION NETWORK NORTH AMERICA, a non-profit organization,<br><br>Plaintiffs,<br><br>v.<br><br>ENVIRONMENTAL PROTECTION AGENCY; and LISA JACKSON, Administrator, U.S. EPA<br><br>Defendants,<br><br>and<br><br>AMERICAN CHEMISTRY COUNCIL, AMERICAN FARM BUREAU FEDERATION, CROPLIFE AMERICA, RECKITT BENCKISER LLC, *et al.*,<br><br>Intervenor-Defendants. | Case No. 3:11-cv-00293-JCS<br><br>**[INTERVENOR-DEFENDANTS' PROPOSED]**<br><br>**ORDER** |

THIS MATTER having come before the Court upon the Federal Defendants' Notice to the Court (Doc. 128, Oct. 24, 2012) and Intervenor-Defendants Report to the Court (Doc. No. [129], Oct. 30, 2012), the Court having considered the parties' submissions related thereto, and it appearing that good cause exists for this order, now, therefore,

IT IS ORDERED THAT:

1. Intervenor-Defendants will file an updated Motion to Intervene and Motion to Dismiss no later than November 9, 2012.
2. Any response or opposition brief(s) to both the Motion to Dismiss and the Motion to Intervene shall be filed no later than November 30, 2012.
3. Intervenor-Defendants reply brief(s) shall be filed no later than December 14, 2012.

[Proposed] Order

Case No. 3:11-cv-00293-JCS

1
2
3   DATED this ____ day of _____, 2012.
4
5
6                                              _____
                                               UNITED STATES MAGISTRATE JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28