IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, a non-profit organization; and PESTICIDE ACTION NETWORK NORTH AMERICA, a non-profit organization,<br><br>Plaintiffs,<br><br>v.<br><br>ENVIRONMENTAL PROTECTION AGENCY; and LISA JACKSON, Administrator, U.S. EPA<br><br>Defendants,<br><br>and<br><br>AMERICAN CHEMISTRY COUNCIL, AMERICAN FARM BUREAU FEDERATION, CROPLIFE AMERICA, RECKITT BENCKISER LLC, *et al.*,<br><br>Intervenor-Defendants. | Case No. 3:11-cv-00293-JCS<br><br>[INTERVENOR-DEFENDANTS' ~~PROPOSED~~]<br><br>ORDER |

THIS MATTER having come before the Court upon the Federal Defendants' Notice to the Court (Doc. 128, Oct. 24, 2012) and Intervenor-Defendants Report to the Court (Doc. No. [129], Oct. 30, 2012), the Court having considered the parties' submissions related thereto, and it appearing that good cause exists for this order, now, therefore,

IT IS ORDERED THAT:

1. Intervenor-Defendants will file an updated Motion to Intervene and Motion to Dismiss no later than November ~~9, 2012.~~ 16, 2012.- JCS
2. Any response or opposition brief(s) to both the Motion to Dismiss and the Motion to Intervene shall be filed no later than ~~November 30, 2012.~~ December 21, 2012 - JCS
3. Intervenor-Defendants reply brief(s) shall be filed no later than ~~December 14, 2012.~~ January 18, 2013 - JCS

---

~~[Proposed]~~ Order

Case No. 3:11-cv-00293-JCS

DATED this __1st__ day of __November__, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

Judge Joseph C. Spero