UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ENVIRONMENTAL PROTECTION AGENCY, *et al.*, )<br>)<br>Defendants, )<br>)<br>and )<br>)<br>CropLife America, *et al.*, )<br>)<br>Intervenor-Defendants. )<br>_____) | Case No. 3:11-cv-00293-JCS<br><br>[~~PROPOSED~~] ORDER |

This matter is before the Court on Plaintiffs and Federal Defendants' Joint Motion for Entry of Briefing Schedule. For good cause shown, it is hereby ORDERED that the parties' Joint Motion is GRANTED. Accordingly, it is further ORDERED as follows:

(1) Federal Defendants' motion to dismiss is due November 16, 2012.

(2) Plaintiffs' opposition is due December 21, 2012.

(3) Federal Defendants' reply is due January 18, 2013.

(4) Hearing on the motion to dismiss is set for February 15, 2013, 09:30 AM ~~01:30 PM~~ in Courtroom G, 15th Floor, San Francisco before the undersigned.

IT IS SO ORDERED this __1st__ day of November, 2012.

_____
HON. JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE

[~~Proposed~~] ORDER
No. 3:12-cv-001920-WHA