| | |
|---|---|
| LATHAM & WATKINS LLP<br>William K. Rawson (D.C. Bar No. 367167)*<br>william.rawson@lw.com<br>Claudia M. O'Brien (D.C. Bar No. 447354)*<br>Matthew D. Thurlow (CA. Bar No. 243470)<br>mattthew.thurlow@lw.com<br>Stacey L. VanBelleghem (D.C. Bar No. 988144)*<br>stacey.vanbelleghem@lw.com<br>   555 Eleventh Street, N.W., Suite 1000<br>   Washington, D.C.  20004-1304<br>   T:  (202) 637-2200  F:  (202) 637-2201<br><br>Patrick J. Ferguson (CA. Bar No. 252778)<br>patrick.ferguson@lw.com<br>   505 Montgomery Street, Suite 2000<br>   San Francisco, CA  94111-6538<br>   T:  (415) 391-0600  F:  (415) 395-8095<br><br>WILEY REIN LLP<br>David B. Weinberg<br>(D.C. Bar No. 186247)*<br>dweinberg@wileyrein.com<br>   1776 K Street, N.W.<br>   Washington, D.C.  20006<br>   T:  (202) 719-7000 F:  (202) 719-7049<br><br>*Attorneys for Defendant-Intervenors CropLife America, et al.* | STEPTOE & JOHNSON LLP<br>Seth Goldberg (CA. Bar No. 153719)<br>sgoldberg@steptoe.com<br>Cynthia L. Taub (D.C. Bar No. 445906)*<br>   1330 Connecticut Ave. N.W.<br>   Washington, D.C. 20036<br>   T: (202) 429-3000  F: (202) 429-3902<br><br>*Attorneys for Defendant-Intervenor American Chemistry Council*<br><br>ARNOLD & PORTER<br>Thomas William Stoever, Jr.<br>(CA. Bar No. 150056)<br>thomas_stoever@aporter.com<br>   370 17th Street, Suite 4400<br>   Denver, CO 80202<br>   T: (303) 863-1000 F: (303) 832-0428<br><br>*Attorney for Defendant-Intervenor Reckitt Benckiser LLC* |

*Admitted *pro hac vice*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>               Plaintiffs,<br><br>   v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>             Defendants,<br><br>   and<br><br>CROPLIFE AMERICA, *et al.*,<br><br>             Intervenor-Defendants. | CASE NO. NO. 11-CV-293-JCS<br><br>**[PROPOSED] ORDER GRANTING THE RENEWED MOTION OF CROPLIFE AMERICA, AMERICAN CHEMISTRY COUNCIL AND RECKITT BENCKISER LLC TO INTERVENE**<br><br>(The Honorable Joseph C. Spero) |

1  The Court has reviewed the renewed motion of CropLife America, Responsible Industry
2  for a Sound Environment, Southern Crop Production Association, Western Plant Health
3  Association and Mid America CropLife Association (collectively "CropLife"), American
4  Chemistry Council and Reckitt Benckiser LLC to intervene as of right in all phases of the above-
5  captioned matter.  Upon due consideration of this motion, supporting argument, and opposition
6  thereto, the motion to intervene under Rule 24 of the Federal Rules of Civil Procedure is
7  GRANTED without limitation as to all claims in the above-captioned matter.
8      IT IS SO ORDERED

10  Dated: _____, 2012      _____
11          The Honorable Joseph C. Spero
            United States Magistrate Judge