1  LATHAM & WATKINS LLP
   William K. Rawson (D.C. Bar No. 367167)*
2  william.rawson@lw.com
   Claudia M. O'Brien (D.C. Bar No. 447354)*
3  Matthew D. Thurlow (CA. Bar No. 243470)
   mattthew.thurlow@lw.com
4  Stacey L. VanBelleghem (D.C. Bar No. 988144)*
   stacey.vanbelleghem@lw.com
5      555 Eleventh Street, N.W., Suite 1000
       Washington, D.C.  20004-1304
6      T:  (202) 637-2200  F:  (202) 637-2201

7  Patrick J. Ferguson (CA. Bar No. 252778)
   patrick.ferguson@lw.com
8      505 Montgomery Street, Suite 2000
       San Francisco, CA  94111-6538
9      T:  (415) 391-0600  F:  (415) 395-8095

10 WILEY REIN LLP
   David B. Weinberg
11 (D.C. Bar No. 186247)*
   dweinberg@wileyrein.com
12     1776 K Street, N.W.
       Washington, D.C.  20006
13     T:  (202) 719-7000 F:  (202) 719-7049

14 *Attorneys for Defendant-Intervenors CropLife
   America, et al.*

15

16 *Admitted pro hac vice*

STEPTOE & JOHNSON LLP
Seth Goldberg (CA. Bar No. 153719)
sgoldberg@steptoe.com
Cynthia L. Taub (D.C. Bar No. 445906)*
   1330 Connecticut Ave. N.W.
   Washington, D.C. 20036
   T: (202) 429-3000  F: (202) 429-3902

*Attorneys for Defendant-Intervenor American
Chemistry Council*

ARNOLD & PORTER
Thomas William Stoever, Jr.
(CA. Bar No. 150056)
thomas_stoever@aporter.com
   370 17th Street, Suite 4400
   Denver, CO 80202
   T: (303) 863-1000 F: (303) 832-0428

*Attorney for Defendant-Intervenor Reckitt
Benckiser LLC*

17                    UNITED STATES DISTRICT COURT
18                  NORTHERN DISTRICT OF CALIFORNIA
                       SAN FRANCISCO DIVISION
19
   CENTER FOR BIOLOGICAL DIVERSITY,        CASE NO. NO. 11-CV-293-JCS
20 *et al.*,

21            Plaintiffs,

22      v.                                  **DECLARATION OF WILLIAM K.
                                            RAWSON IN SUPPORT OF RENEWED
23 UNITED STATES ENVIRONMENTAL             MOTION OF CROPLIFE AMERICA, ET
   PROTECTION AGENCY, *et al.*,            AL.  TO INTERVENE AS DEFENDANTS**
24
              Defendants,
25
         and
26
   CROPLIFE AMERICA, *et al.,*
27
                 Intervenor-Defendants.
28

1    I, William K. Rawson, declare as follows:

2        1.    I am familiar with the facts set forth herein and, if called and sworn as a witness, I

3    could and would testify completely and from personal knowledge as to the following matters.

4        2.    I am a member of the Bar of the District of Columbia, and I am a partner at the

5    law firm of Latham & Watkins, LLP, counsel for Proposed Intervenor-Defendant CropLife

6    America.  I have been admitted *pro hac vice* in the above-captioned case.

7        3.    Attached as Exhibit A is a true and correct copy of the Order Granting CropLife's

8    Motion to Intervene in *Ctr. for Biological Diversity v. U.S. Fish & Wildlife*, No. C 11-05108

9    JSW (N.D. Cal. Mar. 22, 2012), ECF No. 27.

10       4.    Attached as Exhibit B is a true and correct copy of the Reply Memorandum in

11   Support of Mot. of Grand Canyon Trust et al. to Intervene as Defendants in *Yount v. Salazar*, No.

12   3:11-cv-08171 (D. Ariz. Apr. 12, 2012), ECF No. 36.

13       5.    Attached as Exhibit C is a true and correct copy of the Memorandum and Order

14   granting intervention in *Pesticide Action Network N. Am. v. U.S. EPA*, No. C 08-01814 MHP

15   (N.D. Cal. July 8, 2008), ECF No. 43.

16       6.    Attached as Exhibit D is a true and correct copy of the Memorandum Opinion in

17   *Natural Res. Def. Council v. U.S. EPA*, No. RDB-03-2444 (D. Md. Dec. 1, 2003), ECF No. 26.

18       7.    Attached as Exhibit E is a true and correct copy of the Reply in Support of Mot. to

19   Intervene by Center for Biological Diversity, et al. in *Home Builders Ass'n of N. Cal. v.*

20   *Williams*, No. Civ. S-04-0345 LKK GGH (E.D. Cal. Mar. 26, 2004), ECF No. 20.

21       8.    Attached as Exhibit F is a true and correct copy of Plaintiff's Opposition to

22   CropLife's Mot. to Intervene in *Ctr. for Biological Diversity v. U.S. Fish and Wildlife*, No. C 11-

23   05108-JSW (N.D. Cal. Dec. 27, 2011), ECF No. 19.

24

25

26

27

28

Case Number: 11-cv-293
Declaration of William K. Rawson

1

2      Executed this 16th day of November 2012, at Washington, D.C.

3

4                                              s/ William K. Rawson

5                                          William K. Rawson

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                 Case Number: 11-cv-293
                                            Declaration of William K. Rawson