

U.S. Department of Justice

Environment and Natural Resources Division

---

*Wildlife and Marine Resources Section*  *Telephone (202) 305-0210*
*P.O. Box 7369*  *Facsimile (202) 305-0275*
*Ben Franklin Station*
*Washington, DC  20044-7369*

**Electronically Filed**

March 05, 2013

U.S. Magistrate Judge Joseph C. Spero
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

    Re: Center for Biological Diversity v. EPA, Case No. 3:11-cv-0293-JCS
       Request Leave To Appear By Phone

Your Honor,

    Due to budgetary travel restrictions, the United States requests leave for Michele Knorr, Office of General Counsel, U.S. Environmental Protection Agency, to appear by telephone at the March 15, 2013 hearing.  Ms. Bridget McNeil, U.S. Department of Justice, will appear in-person to argue the Federal Defendants' motion to dismiss.

    If this request is granted, Ms. Knorr may be reached at 410-451-1953.

IT IS HEREBY ORDERED THAT Ms. Knorr shall be on phone standby beginning at 9:30 AM and await the Court's call.
Dated: 3/6/13

Sincerely,

*/s/ Bridget Kennedy McNeil*

Bridget Kennedy McNeil
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section

