| | |
|---|---|
| Stacey L. VanBelleghem | 555 Eleventh Street, N.W., Suite 1000 |
| Direct Dial: 202.637.2153 | Washington, D.C.  20004-1304 |
| stacey.vanbelleghem@lw.com | Tel: +1.202.637.2200  Fax: +1.202.637.2201 |
| | www.lw.com |

**LATHAM & WATKINS LLP**

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Abu Dhabi | Moscow |
| Barcelona | Munich |
| Beijing | New Jersey |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Doha | Riyadh |
| Dubai | Rome |
| Frankfurt | San Diego |
| Hamburg | San Francisco |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

March 8, 2013

ELECTRONICALLY FILED

U.S. Magistrate Judge Joseph C. Spero
United States District Court
for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   Center for Biological Diversity v. EPA, Case No. 3:11-cv-0293-JCS
       Request Leave To Appear By Phone

Dear Judge Spero:

   I request leave to appear by telephone at the March 15, 2013 hearing scheduled in the above matter, and Joshua Saltzman, Assistant General Counsel for Intervenor-Defendant CropLife America, will join me on the line and listen in if the request is granted. My co-counsel, William K. Rawson, will attend the hearing in person to argue Intervenor-Defendants' Renewed Motion to Intervene.

   If this request is granted, I can be reached at (202) 637-2153.

IT IS HEREBY ORDERED THAT counsel shall be on phone standby beginning at 9:30 AM and await the Court's call.
Dated: 3/12/13

Sincerely,

/s/ Stacey L. VanBelleghem

Stacey L. VanBelleghem
of LATHAM & WATKINS LLP

*Counsel for Intervenor-Defendants CropLife America, Responsible Industry for a Sound Environment, Southern Crop Production Association, Western Plant Health Association and Mid America CropLife Association*

