Cynthia L. Taub
202 429 8133
ctaub@steptoe.com



1330 Connecticut Avenue, NW
Washington, DC 20036-1795
202 429 3000 main
www.steptoe.com

November 12, 2013

**ELECTRONICALLY FILED**

U.S. Magistrate Judge Joseph C. Spero
United States District Court for the
 Northern District of California
450 Golden Gate Avenue
San Francisco, CA  94102

      Re:    *Center for Biological Diversity, et al. v. Environmental Protection Agency, et al.,*
              No. 11-cv-00293-JCS (N.D. Cal.)

Dear Judge Spero:

    I am writing to request leave to appear by telephone at the hearing scheduled in the above-referenced matter for 9:30 a.m. on Friday, November 22, 2013.

    If this request is granted, I can be reached at (202) 429-8133.

                                            Respectfully submitted,

                                            */s/ Cynthia L. Taub*

IT IS HEREBY ORDERD THAT Ms. Taub
shall appear by phone on the conference
call number being arranged by Bridget McNeil.

Cynthia L. Taub
Counsel for Defendant-Intervenor American Chemistry Council

Dated: 11/13/13.

IT IS SO ORDERED
Judge Joseph C. Spero