

November 13, 2013

**ELECTRONICALLY FILED**

U.S. Magistrate Judge Joseph C. Spero
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA  94102

Re:   **Center for Biological Diversity v. EPA**, Case No. 3:11-cv-0293-JCS
        Request Leave To Appear By Phone

Dear Magistrate Judge Spero:

I request leave to appear by telephone at the hearing scheduled in the above matter for 9:30 a.m. on Friday, November 22, 2013.  The co-counsel for Plaintiffs, Mr. Justin Augustine, will attend the hearing in person.

If this request is granted, I can be reached at (651) 955-3821.

IT IS HEREBY ORDERED THAT Ms. Giese may appear by phone on a conference call number being arranged by Bridget McNeil.
Dated: 11/13/13.

Sincerely,

/s/ Collette L. Adkins Giese

Collette L. Adkins Giese

*Counsel for Plaintiffs*

IT IS SO ORDERED
Judge Joseph C. Spero

Arizona • California • Nevada • New Mexico • Alaska • Oregon • Illinois • Minnesota • Vermont • Washington, DC
8640 Coral Sea Street NE • Minneapolis, MN 55449-5600  tel: (651) 955.3821   www.BiologicalDiversity.org