

**U.S. Department of Justice**

Environment and Natural Resources Division

BKM
3:11-cv-293-JCS

*Denver Field Office*  *Telephone (303) 844-1899*
*999 18th Street*  *Facsimile (303) 844-1350*
*South Terrace, Suite370*
*Denver, CO 80202*

November 13, 2013

U.S. Magistrate Judge Joseph C. Spero
United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    *Center for Biological Diversity v. EPA*, Case No. 3:11-cv-0293-JCS
           Request For Leave to Appear By Telephone

Dear Magistrate Judge Spero:

    Michele Knorr, Andrew Simons, and Robert Perlis, of the Environmental Protection Agency's Office of General Counsel, request leave to appear by telephone at the upcoming November 22, 2013 hearing. Ms. Bridget Kennedy McNeil, co-counsel for Federal Defendants, will attend the hearing in person.

    If this request is granted, the direct land lines where each counsel can be reached are as follows:

| | |
|---|---|
| Michele Knorr | (410) 451-1953 |
| Andrew Simons | (703) 893-6843 |
| Robert Perlis | (202) 564-5636 |

IT IS HEREBY ORDERED that all counsel may appear by phone on the conference call number being arranged by Bridget McNeil.
Dated: 11/13/13

Sincerely,

*Bridget Kennedy McNeil*

Bridget Kennedy McNeil
Counsel for Federal Defendants