# ARNOLD & PORTER LLP

Thomas W. Stoever, Jr.
Thomas.Stoever@aporter.com

+1 303.863.2328
+1 303.832.0428 Fax

370 Seventeenth Street
Suite 4400
Denver, CO 80202-1370

November 13, 2013

**ELECTRONICALLY FILED AND SERVED**

U.S. Magistrate Judge Joseph C. Spero
United States District Court for the
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

      Re:    *Center for Biological Diversity, et al. v. Environmental Protection Agency, et al.*,
               No. 11-cv-00293-JCS (N.D. Cal.)

Dear Judge Spero:

    I am writing to request leave to appear by telephone at the motions hearing scheduled in the above-referenced matter for 9:30 a.m. PDT on Friday, November 22, 2013.

    If this request is granted, I can be reached at (303) 863-2328.

Respectfully submitted,

Thomas W. Stoever, Jr.
BY RJS

*Attorney for Defendant-Intervenor
Reckitt Benckiser LLC*

IT IS HEREBY ORDERED THAT
Mr. Stoever may appear by phone on the
conference call number being arranged by
Bridget McNeil.
Dated: 11/13/13.

IT IS SO ORDERED
Judge Joseph C. Spero