UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | Case No.  11-cv-00293-JCS |
| Plaintiffs, | |
| v. | **ORDER RE BRIEFING SCHEDULE** |
| ENVIRONMENTAL PROTECTION AGENCY, et al., | |
| Defendants. | |

In light of the Court's schedule, the deadline for Federal Defendants and Intervenor-Defendants to submit a reply to Plaintiffs' opposition is advanced to **July 10, 2014.**

**IT IS SO ORDERED.**

Dated: May 19, 2014

_____
JOSEPH C. SPERO
United States Magistrate Judge