Cynthia L. Taub
202 429 8133
ctaub@steptoe.com



1330 Connecticut Avenue, NW
Washington, DC 20036-1795
202 429 3000 main
www.steptoe.com

July 30, 2014

**ELECTRONICALLY FILED**

U.S. Magistrate Judge Joseph C. Spero
United States District Court for the
 Northern District of California
450 Golden Gate Avenue
San Francisco, CA  94102

    Re:    *Center for Biological Diversity, et al. v. Environmental Protection Agency, et al.*,
              No. 11-cv-00293-JCS (N.D. Cal.)

Dear Judge Spero:

The following parties request leave to appear by telephone at the motion hearing scheduled in the above-referenced matter for 9:30 a.m. on Friday, August 8, 2014.

**Cynthia L. Taub**
Counsel for Intervenor-Defendant American Chemistry Council

**Thomas R. Lundquist** (*pro hac vice application forthcoming*)
Counsel for Intervenor-Defendants American Farm Bureau Federation,
National Agricultural Aviation Association, National Alliance of Forest Owners,
National Corn Growers Association, National Cotton Council, National Council
of Farmers Cooperatives, National Potato Council, Oregonians for Food and Shelter,
USA Rice Federation, and Washington Friends of Farms and Forests

**Roger H. Miksad**
Counsel for Intervenor-Defendant CropLife America.  Rachel Lattimore, General Counsel for CropLife America, will listen in on the line if the request is granted.

If this request is granted, we will use the call-in information provided by Federal Defendants in the Court's July 29, 2014 Order:  866-299-3188; passcode: 202 564 5631#. Claudia M. O'Brien and Stacey L. VanBelleghem, counsel for Intervenor-Defendant CropLife



July 30, 2014
Page 2

America, *et al.*, previously filed a request on July 25, 2015 (ECF. No. 211) and will also use the joint call-in number from Federal Defendants.

Respectfully submitted,

Cynthia L. Taub
Counsel for Defendant-Intervenor American Chemistry Council

Dated: 7/31/14



IT IS SO ORDERED
Judge Joseph C. Spero