Justin Augustine (CA Bar No. 235561)
Jaclyn Lopez (CA Bar No. 258589)
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
Phone: (415) 436-9682; Fax: (415) 436-9683
jaugustine@biologicaldiversity.org
jlopez@biologicaldiversity.org

Collette L. Adkins Giese (MN Bar No. 035059X)*
Center for Biological Diversity
8640 Coral Sea Street Northeast
Minneapolis, MN 55449-5600
Phone: (651) 955-3821; Fax: (415) 436-9683
cadkinsgiese@biologicaldiversity.org

Michael W. Graf (CA Bar No. 136172)
Law Offices
227 Behrens Street
El Cerrito, CA 94530
Phone: (510) 525-7222; Fax: (510) 525-1208
mwgraf@aol.com

*Attorneys for Plaintiffs-Appellants*

*Granted admission *pro hac vice*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY**, a non-profit organization; and **PESTICIDE ACTION NETWORK NORTH AMERICA**, a non-profit organization;<br><br>           Plaintiffs,<br>   v.<br><br>**ENVIRONMENTAL PROTECTION AGENCY**; and **GINA McCARTHY**, Administrator, U.S. EPA;<br><br>           Defendants,<br>and<br><br>**CROPLIFE AMERICA**, *et al.*,<br><br>           Intervenor-Defendants. | Case No. 3:11-cv-00293-JCS<br><br><br><br><br><br>**PLAINTIFFS' NOTICE OF APPEAL AND REPRESENTATION STATEMENT** |

**NOTICE OF APPEAL**

Pursuant to Fed. R. App. P. 3 and 4(a)(1)(B), notice is hereby given that the Center for Biological Diversity and Pesticide Action Network North America, Plaintiffs in the above-named case, appeal to the United States Court of Appeals for the Ninth Circuit from the district court's order dated August 13, 2014 that dismissed claims 1 – 31, which the district court certified for immediate appeal under Fed. R. Civ. P. 54(b) on October 3, 3014. The clerk entered judgment on these claims on October 6, 2014. *See* Docket No. 232.

Respectfully submitted this 10th day of October, 2014,

<u>/s/ Collette Adkins Giese</u>

Justin Augustine (CA Bar No. 235561)
Jaclyn Lopez (CA Bar No. 258589)
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
Phone: (415) 436-9682
Fax: (415) 436-9683
jaugustine@biologicaldiversity.org
jlopez@biologicaldiversity.org

Collette L. Adkins Giese (MN Bar No. 035059X)*
Center for Biological Diversity
8640 Coral Sea Street Northeast
Minneapolis, MN 55449-5600
Phone: (651) 955-3821
Fax: (415) 436-9683
cadkinsgiese@biologicaldiversity.org

Michael W. Graf (CA Bar No. 136172)
Law Offices
227 Behrens Street
El Cerrito, CA 94530
Phone: (510) 525-7222
Fax: (510) 525-1208
mwgraf@aol.com

*Attorneys for Plaintiffs- Appellants*

# REPRESENTATION STATEMENT

The undersigned represents Plaintiffs-Appellants the Center for Biological Diversity and Pesticide Action Network North America and no other party. Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2(b), Plaintiffs-Appellants submit this Representation Statement. The following list identifies all parties to the action, and it identifies their respective counsel by name, firm, address, telephone number, and e-mail, where appropriate.

**Plaintiffs Center for Biological Diversity and Pesticide Action Network North America**

Justin Augustine
Center for Biological Diversity
351 California St.
Suite 600
San Francisco, CA 94104
415-436-9682 ext. 302
Fax: 415-436-9683
Email: jaugustine@biologicaldiversity.org

Collette Lucille Adkins Giese
Center for Biological Diversity
8640 Coral Sea Street Northeast
Minneapolis, MN 55449-5600
651-955-3821
Email: cadkinsgiese@biologicaldiversity.org

Jaclyn M. Lopez
Center for Biological Diversity
351 California St., Ste. 600
San Francisco, CA 94104
415-436-9682
Fax: 415-436-9683
Email: jlopez@biologicaldiversity.org

Michael W. Graf
Law Offices of Michael Graf
227 Behrens St
El Cerrito, CA 94530
510-525-7222
Fax: 510-525-1208
Email: mwgraf@aol.com

**Federal Defendants Environmental Protection Agency, Gina McCarthy**

James Anthony Maysonett
United States Department of Justice
Environmental & Natural Resources Div.
Wildlife & Marine Resources Section

Benjamin Franklin Station, P.O. Box 7369
Washington, DC 20044-7369
202-305-0216
Fax: 202-305-0275
Email: James.A.Maysonett@usdoj.gov

Kevin William McArdle
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
601 D Street, N.W., Third Floor
Washington, DC 20004
202-305-0219
Fax: 202-305-0275
Email: kevin.mcardle@usdoj.gov

Bridget Kennedy McNeil
United States Department of Justice
Environmental & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
303-844-1484
Fax: 303-844-1350
Email: bridget.mcneil@usdoj.gov

**Intervenor Defendant CropLife America, Responsible Industry for a Sound Environment, Southern Crop Production Association, Western Plant Health Association, MidAmerica CropLife Association**

Andrea Maria Hogan
Latham and Watkins LLP
505 Montgomery Street
Suite 2000
San Francisco, Ca 94111
(415) 391-0600
Fax: (415) 395-8095
Email: andrea.hogan@lw.com

Claudia M. O'Brien
Latham Watkins LLP
555 Eleventh Street, N.W.
Suite 1000
Washington, DC 20004-1304
(202) 637-2200
Email: claudia.obrien@lw.com

David B. Weinberg

Wiley Rein LLP
1776 K Street NW
Washington, DC 20006
202-719-7102
Fax: 202-719-7049
Email: dweinberg@wileyrein.com

Matthew David Thurlow
Latham & Watkins LLP
555 Eleventh St NW
Suite 1000
Washington, DC 20004
202-637-2200
Email: matthew.thurlow@lw.com

Roger Herbert Miksad
Wiley Rein LLP
1776 K ST NW
Washington, DC 20006
202-719-7193
Email: rmiksad@wileyrein.com

Stacey L. VanBelleghem
Latham Watkins LLP
555 Eleventh Street, N.W.
Suite 1000
Washington, DC 20004-1304
(202) 637-2200
Email: stacey.vanbelleghem@lw.com

William K. Rawson
Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004-1304
202-637-2200
Fax: 202-637-2201
Email: William.Rawson@lw.com

**Intervenor-Defendant American Farm Bureau Federation, National Agricultural Aviation Association, National Alliance of Forest Owners, National Corn Growers Association, National Cotton Council, National Council of Farmer Cooperatives, National Potato Council, Oregonians for Food and Shelter, USA Rice Federation, Washington Friends of Farms and Forests**

Steven P. Quarles
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
(202) 624-2665

Fax: (202) 628-5116

Janine Laura Scancarelli
Crowell & Moring LLP
275 Battery Street
23rd Floor
San Francisco, CA 94111
415-986-2800
Fax: 415-986-2827
Email: jscancarelli@crowell.com

Kirsten Louise Nathanson
Crowell and Moring LLP
1001 Pennsylvania Ave, NW
Washington, DC 20004
202-624-2887
Email: knathanson@crowell.com

Thomas R. Lundquist
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
202-624-2500
Fax: 202-628-5116
Email: tlundquist@crowell.com

**Intervenor-Defendant American Chemistry Council**
Seth D. Goldberg
Steptoe & Johnson LLP
1330 Connecticut Ave. N.W
Washington, DC 20036
202-429-3000
Fax: 202-429-3902
Email: sgoldberg@steptoe.com

Cynthia L Taub
Steptoe and Johnson LLP
1330 Conneticut Avenue, NW
Washington, DC 20036
202-429-8133
Fax: 202-261-0512
Email: ctaub@steptoe.com

Tamara Helen McCrossen-Orr
Steptoe and Johnson LLP
2121 Avenue of the Stars
Suite 2800
Los Angeles, CA 90067
310-734-3200

Fax: 310-734-3300
Email: tmccrossen-orr@steptoe.com

Respectfully submitted this 10th day of October, 2014,

                                                  /s/ Collette Adkins Giese

Justin Augustine (CA Bar No. 235561)
Jaclyn Lopez (CA Bar No. 258589)
Center for Biological Diversity
351 California Street, Suite 600
San Francisco, CA 94104
Phone: (415) 436-9682
Fax: (415) 436-9683
jaugustine@biologicaldiversity.org
jlopez@biologicaldiversity.org

Collette L. Adkins Giese (MN Bar No. 035059X)*
Center for Biological Diversity
8640 Coral Sea Street Northeast
Minneapolis, MN 55449-5600
Phone: (651) 955-3821
Fax: (415) 436-9683
cadkinsgiese@biologicaldiversity.org

Michael W. Graf (CA Bar No. 136172)
Law Offices
227 Behrens Street
El Cerrito, CA 94530
Phone: (510) 525-7222
Fax: (510) 525-1208
mwgraf@aol.com

*Attorneys for Plaintiffs-Appellants*