CROWELL & MORING LLP
Kirsten L. Nathanson (*Pro Hac Vice*, KNathanson@crowell.com)
Thomas R. Lundquist (*Pro Hac Vice*, TLundquist@crowell.com)
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004-2595
Telephone: 202.624.2500
Facsimile: 202.628.5116

CROWELL & MORING LLP
Tracy E. Reichmuth (CSB No. 215458, TReichmuth@crowell.com)
275 Battery Street, 23rd Floor
San Francisco, CA  94111
Telephone: 415.986.2800
Facsimile: 415.986.2827

Attorneys for Intervenor-Defendants
American Farm Bureau Federation, *et al.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Defendants, <br><br> and <br><br> AMERICAN FARM BUREAU FEDERATION, NATIONAL AGRICULTURAL AVIATION ASSOCIATION, NATIONAL ALLIANCE OF FOREST OWNERS, NATIONAL CORN GROWERS ASSOCIATION, NATIONAL COTTON COUNCIL, NATIONAL COUNCIL OF FARMER COOPERATIVES, NATIONAL POTATO COUNCIL, OREGONIANS FOR FOOD AND SHELTER, USA RICE FEDERATION, WASHINGTON FRIENDS OF FARMS AND FORESTS, et al., <br><br> Intervenor-Defendants | No. 3:11-cv-00293-JCS <br><br> NOTICE OF SUBSTITUTION OF COUNSEL <br><br> Hon. Joseph C. Spero |

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Intervenor-Defendants AMERICAN FARM BUREAU FEDERATION, NATIONAL AGRICULTURAL AVIATION ASSOCIATION, NATIONAL ALLIANCE OF FOREST OWNERS, NATIONAL CORN GROWERS ASSOCIATION, NATIONAL COTTON COUNCIL, NATIONAL COUNCIL OF FARMER COOPERATIVES, NATIONAL POTATO COUNCIL, OREGONIANS FOR FOOD AND SHELTER, USA RICE FEDERATION, and WASHINGTON FRIENDS OF FARMS AND FORESTS substitute Tracy E. Reichmuth of Crowell & Moring LLP in place of Janine L. Scancarelli of the same firm, as local co-counsel for Kristen L. Nathanson and Thomas R. Lundquist in this matter.

Ms. Nathanson and Mr. Lundquist of Crowell & Moring LLP remain as counsel for the aforementioned Intervenor-Defendants.

This Notice is filed pursuant to Civil Local Rule 5-1(c)(2)(B).

Dated: October 28, 2015                               CROWELL & MORING LLP

                                                      /s/ *Tracy E. Reichmuth*
                                                      Tracy E. Reichmuth
                                                      Attorneys for Intervenor Defendants
                                                      American Farm Bureau Federation, National
                                                      Agricultural Aviation Association, National Alliance
                                                      of Forest Owners, National Corn Growers Association,
                                                      National Cotton Council, National Council of Farmer
                                                      Cooperatives, National Potato Council, Oregonians for
                                                      Food and Shelter, USA Rice Federation, and
                                                      Washington Friends of Farms and Forests