JEFFREY H. WOOD
Acting Assistant Attorney General

BRIDGET KENNEDY McNEIL, Senior Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
999 18th St., Suite 370
Denver, CO 80202
Ph: 303-844-1484
bridget.mcneil@usdoj.gov

TRAVIS ANNATOYN, Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Ph: 202-514-5243
Fax: 202-305-0275
Travis.annatoyn@usdoj.gov

Attorneys for Federal Defendants

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, | ) |
| | ) Case No. 3:11-cv-00293-JCS |
| Plaintiffs, | ) |
| | ) **NOTICE OF APPEARANCE** |
| v. | ) |
| | ) |
| ENVIRONMENTAL PROTECTION AGENCY, *et al.*, | ) |
| | ) |
| Defendants, | ) |
| | ) |
| and | ) |
| | ) |
| CROPLIFE AMERICA, *et al.*, | ) |
| | ) |
| Intervenor-Defendants. | ) |
| _____ | ) |

Federal Defendants hereby give notice of appearance of TRAVIS J. ANNATOYN as counsel for Federal Defendants in this matter. Mr. Annatoyn is registered for Electronic Case Filing ("ECF"). Relevant addresses, telephone numbers, and contact information for Mr. Annatoyn are as follows:

**Mailing Address**
Travis Annatoyn
Environment & Natural Resources Division
Wildlife & Marine Resources Section
U.S. Department of Justice
Ben Franklin Station
P.O. Box 7611
Washington, D.C. 20044-7611

**Overnight Delivery/Street Address**
Travis Annatoyn
Environment and Natural Resources Division
Wildlife & Marine Resources Section
U.S. Department of Justice
601 D Street, NW, Room 3708
Washington, D.C. 20004

**Telephone And Fax Numbers**
Telephone: (202) 514-5243
Facsimile: (202) 305-0275

**Electronic Correspondence**
travis.annatoyn@usdoj.gov

DATED:        April 26, 2017

Respectfully submitted,

JEFFREY H. WOOD
Acting Assistant Attorney General

BRIDGET KENNEDY McNEIL, Senior Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
999 18th St., Suite 370
Denver, CO 80202

Ph: 303-844-1484
bridget.mcneil@usdoj.gov

*/s/ Travis J. Annatoyn*
TRAVIS J. ANNATOYN. Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Ph: 202- 514-5243
Fax: 305-0275 (fax)
travis.annatoyn@usdoj.gov

Attorneys for Federal Defendants