

1776 K STREET NW
WASHINGTON, DC 20006
PHONE    202.719.7000

www.wileyrein.com

August 16, 2017

David B. Weinberg
202.719.7102
DWeinberg@wileyrein.com

**VIA ELECTRONIC FILING**

Chief Magistrate Judge Joseph C. Spero
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *Center for Biological Diversity v. EPA*, Case No. 3:11-cv-0293-JCS Request for Leave to Appear by Phone

Dear Chief Magistrate Judge Spero:

I respectfully request leave to appear by telephone at the Case Management Conference scheduled in the above matter at 2:00 p.m. on August 25, 2017.

If this request is granted, the parties will arrange the call through CourtCall.

Respectfully Submitted,


*/s/David B. Weinberg*
David B. Weinberg

*Counsel for Intervenor-Defendants*
*CropLife America, et al.*