Cynthia L. Taub
202 429 8133
ctaub@steptoe.com

1330 Connecticut Avenue, NW
Washington, DC 20036-1795
202 429 3000 main
www.steptoe.com

August 16, 2017

**ELECTRONICALLY FILED**

Chief Magistrate Judge Joseph C. Spero
United States District Court for the
 Northern District of California
450 Golden Gate Avenue
San Francisco, CA  94102

    Re:    *Center for Biological Diversity, et al. v. Environmental Protection Agency, et al.*, No. 11-cv-00293-JCS (N.D. Cal.)

Dear Chief Magistrate Judge Spero:

    The undersigned counsel for Defendant-Intervenor American Chemistry Council requests leave to appear by telephone at the case management conference scheduled in the above matter on August 25, 2017.  If this request is granted, the parties will coordinate the call through CourtCall.

    Respectfully submitted,

    Cynthia L. Taub
    Counsel for Defendant-Intervenor
    American Chemistry Council