1  Tracy E. Reichmuth  (SBN 215458)
   treichmuth@crowell.com
2  CROWELL & MORING LLP
   3 Embarcadero Center, 26th Floor
3  San Francisco, CA 94111
   Phone:  415-986-2800
4  Facsimile:   415-986-2827

5  Attorneys for Intervenor-Defendants CropLifeAmerica, et al.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br>  Plaintiffs, <br><br>  v. <br><br> ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br>  Defendants, <br><br>  and <br><br> CROPLIFE AMERICA, et al., <br><br>  Intervenor-Defendants. | Case No. 3:11-cv-00293-JCS <br><br> **NOTICE OF APPEARANCE OF COUNSEL** <br><br> Dept.: Courtroom G, 15th Floor <br> Judge:  Magistrate Joseph C. Spero |

**TO ALL PARTIES AND ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Tracy E. Reichmuth, who is a member of the Bar of this Court, hereby enters her appearance as additional counsel for Intervenor-Defendants CROPLIFE AMERICA, MIDAMERICA CROPLIFE ASSOCIATION, RESPONSIBLE INDUSTRY FOR A SOUND ENVIRONMENT, SOUTHERN CROP PRODUCTION ASSOCIATION, AND WESTERN PLANT HEALTH ASSOCIATION. Her contact information is as follows:

Tracy E. Reichmuth
treichmuth@crowell.com
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Phone: 415-986-2800
Facsimile: 415-986-2827

Accordingly, please direct copies of all filings, discovery and other papers to her additional attention.

Dated: November 13, 2017

By: */s/ Tracy E. Reichmuth*
Tracy E. Reichmuth (SBN 215458)
treichmuth@crowell.com
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
Phone: 415-986-2800
Facsimile: 415-986-2827

Attorneys for Intervenor Defendants
CropLife America, et al.