1 | [COUNSEL LISTED IN SIGNATURE BLOCK]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br><br> Defendants, <br><br> and <br><br> CROPLIFE AMERICA, *et al*. <br><br> Intervenor-Defendants. | CASE NO. 11-CV-293-JCS <br><br> **JOINT STIPULATION TO DISMISS CERTAIN CLAIMS AND CORRECT SCRIVENERS' ERRORS, AND PROPOSED ORDER** <br><br> (The Honorable Joseph C. Spero) <br><br> Date: March 23, 2018 <br> Time: 9:30 am <br><br> Place: Courtroom G - 15th Floor |

Plaintiffs, Defendants, and Intervenor-Defendants by and through undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on September 19, 2017, Plaintiffs filed their Third Amended and First Supplemental Complaint ("TAC") (ECF No. 270) containing 38 claims for relief regarding over 2,000 pesticide product reregistration or registration actions;

JOINT STIPULATION AND PROPOSED ORDER  1

WHEREAS, the parties met by teleconference on October 18, 2017, and November 1, 2017, to confer regarding Defendants' and Intervenor-Defendants' Motions to Dismiss scheduled to be filed no later than November 15, 2017, and reached certain agreements intended to simplify those motions;

NOW THEREFORE, the parties stipulate and request the Court to order as follows:

1. Plaintiffs agree to voluntarily dismiss by stipulation claims related to product reregistration or registration actions listed in the TAC that involve products registered either only for indoor use or only for use in the manufacture of other pesticide products (the "Subject Products"), which shall be considered by the Parties and the Court to be removed from the TAC for purposes of the Motions to Dismiss to be filed on or before November 15, 2017. Plaintiffs will make a good faith effort to identify those Subject Products specifically and work with the parties to file a stipulation to dismiss claims related to the Subject Products by February 8, 2018.

2. In order to effectuate the stipulation referenced in Paragraph 1, the parties agree to meet and confer at least fourteen days (14) prior to the filing of the stipulation, at which time Plaintiffs will provide Defendants and Intervenor-Defendants with the list of Subject Products. The Parties shall seek to agree upon such list, but reserve all rights to later identify any Subject Products that the Parties overlooked or any Subject Products on which the Parties cannot reach agreement.

3. The dates attributed to the following actions stated in the Third Amended Complaint are corrected as stated below:
    a. In Paragraph 332, the date listed for Diazinon 50W, EPA Registration Number 66222-10, that now appears as "1/36/2007" (January 36, 2007), shall be considered by the Parties and the Court to be stated as 1/3/2007 (January 3, 2007).
    b. In Paragraph 391, the date listed for Sahara DG Herbicide, EPA Registration Number 241-372, that now appears as "1/26/201" (January 26, 201), shall be

JOINT STIPULATION AND PROPOSED ORDER 2

considered by the Parties and the Court to be stated as 1/26/2010 (January 26, 2010).

  c. In Paragraph 616, the date listed for Imidan 50-WSB, EPA Registration Number 10163-175, that now appears as "8/22/5382" (August 22, 5382), shall be considered by the Parties and the Court to be stated as 1/27/2010 (January 27, 2010).

Dated: November 15, 2017

Respectfully Submitted:

| | |
|---|---|
| /s/ *Stephanie M. Parent*<br>CENTER FOR BIOLOGICAL DIVERSITY<br>Stephanie M. Parent (OR Bar No. 925908)*<br>sparent@biologicaldiversity.org<br>PO Box 11374<br>Portland, OR 97211-0374<br>(971) 717-6404<br><br>Justin Augustine (CA Bar No. 235561)<br>jaugustine@biologicaldiversity.org<br>Jennifer Loda (CA Bar No. 284889)<br>jloda@biological diversity.org<br>1212 Broadway Suite 800<br>Oakland, CA 94612<br>(415) 436-9682 ext. 302<br>Fax: (415) 436-9683<br><br>Collette L. Adkins (MN Bar No. 035059X)*<br>P.O. Box 595<br>Circle Pines, MN 55014-0595<br>Tel: (651) 955-3821<br>Fax: (415) 436-9683<br>cadkins@biologicaldiversity.org<br><br>* Admitted *pro hac vice* | */s/ per 11/15/2018 authorization*<br>BRIDGET KENNEDY McNEIL,<br>Senior Trial Attorney<br>United States Department of Justice<br>Environment and Natural Resources Division<br>Wildlife and Marine Resources Section<br>999 18th St., Suite 370<br>Denver, CO 80202<br>Ph: 303-844-1484<br>bridget.mcneil@usdoj.gov<br><br>TRAVIS J. ANNATOYN,<br>Trial Attorney<br>Benjamin Franklin Station, P.O. Box 7611<br>Washington, D.C. 20044-7611<br>Ph: 202)-514-5243<br><br>*Attorneys for Federal Defendants*<br><br>*/s/ per 11/15/2018 authorization*<br>WILEY REIN LLP<br>David B. Weinberg (D.C. Bar No. 186247)*<br>dweinberg@wileyrein.com<br>Roger H. Miksad (D.C. Bar No. 996137)*<br>rmiksad@wileyrein.com<br> 1776 K Street NW<br> Washington, DC 20006<br> T: (202) 719-7000 F: (202) 719-7049<br>*Attorneys for Intervenor-Defendants CropLife America, et al.* |

JOINT STIPULATION AND PROPOSED ORDER   3

| | |
|---|---|
| 1 | /s/ *per 11/15/2018 authorization* |
| | CROWELL & MORING LLP |
| 2 | Kirsten L. Nathanson (D.C. Bar No. 463992)* |
| | 1001 Pennsylvania Ave., NW |
| 3 | Washington, D.C. 20004-2595 |
| 4 | T: (202) 624-2500  F: (202) 628-5116 |

/s/ *per 11/15/2018 authorization*
CROWELL & MORING LLP
Kirsten L. Nathanson (D.C. Bar No. 463992)*
   1001 Pennsylvania Ave., NW
   Washington, D.C. 20004-2595
   T: (202) 624-2500  F: (202) 628-5116
Tracy Eila Reichmuth
   3 Embarcadero Center, 26th Floor
   San Francisco, CA 94111
   T: (415)986-2800  F: (415)986-2827
*Attorneys for Intervenor-Defendants American Farm Bureau Federation, et al.*

*/s/ per 11/15/2018 authorization*
STEPTOE & JOHNSON LLP
Seth Goldberg (CA Bar No. 153719)
sgoldberg@steptoe.com
Cynthia L. Taub (D.C. Bar No. 445906)*
   ctaub@steptoe.com
   1330 Connecticut Avenue, NW
   Washington, DC 20036
   T: (202) 429-3000  F: (202) 429-3902
*Attorneys for Intervenor-Defendant American Chemistry Council*

*Admitted *pro hac vice*

Pursuant to Local Rule 5-1, the filing ECF user attests that the concurrence of all other Signatories on this Joint Stipulation has been obtained.

Pursuant to stipulation, IT IS SO ORDERED this _____ day of _____.

_____
Magistrate Judge Joseph C. Spero

JOINT STIPULATION AND PROPOSED ORDER                                    4