# Exhibit F

**New Active Ingredient Failure-to-Consult Claims Barred by the Six-Year Statute of Limitations**

| Active Ingredient | Product Name | Action Date | Registration Number |
|---|---|---|---|
| brodifacaoum | TALON-G RODENTICIDE BAIT PACK MINI-PELLETS WITH BITREX | 3/29/2010 | 100-1050 |
| brodifacaoum | TALCON-G RODENTICIDE PELLETS WITH BITREX | 3/29/2010 | 100-1052 |
| brodifacaoum | HAVOC RODENTICIDE BAIT PACK PELLETS WITH BITREX | 3/29/2010 | 100-1053 |
| brodifacaoum | HAVOC RODENTICIDE BAIT PACK MINI-PELLETS WITH BITREX | 3/29/2010 | 100-1054 |
| brodifacaoum | TALON WEATHERBLOK XT | 3/29/2010 | 100-1055 |
| brodifacaoum | HAVOC RODENTICIDE BAIT PACK PELLETS WITH BITREX | 3/29/2010 | 100-1056 |
| brodifacaoum | WEATHER BLOK AG BAIT WITH BITREX | 4/15/2010 | 100-1368 |
| brodifacaoum | FORMUS ALL-WEATHER BLOX | 5/20/2009 | 12455-108 |
| brodifacaoum | FINAL ALL-WEATHER BLOX | 3/31/2009 | 12455-89 |
| brodifacaoum | FINAL RODENTICIDE | 9/26/2007 | 12455-90 |
| brodifacaoum | FINAL RODENTICIDE READY-TO-USE PLACE PACS | 4/3/2009 | 12455-91 |
| brodifacaoum | FINAL RODENTICIDE PLACE PACS | 4/3/2009 | 12455-94 |
| brodifacaoum | BRODIFACOUM 25W CONSERVATION | 3/18/2008 | 56228-36 |
| brodifacaoum | BRODIFACOUM 25D CONSERVATION | 3/18/2008 | 56228-37 |
| brodifacaoum | BDF CHUNKS | 4/3/2009 | 61282-27 |
| brodifacaoum | BDF RODENTICIDE BAIT | 6/16/2009 | 61282-28 |
| dimethoate | DREXEL DIMETHOATE TECHNICAL | 7/5/2011 | 19713-209 |
| dimethoate | DREXEL DIMETHOATE 2.67 | 12/6/2011 | 19713-232 |
| dimethoate | DREXEL DIMETHOATE TECHNICAL | 7/5/2011 | 19713-525 |
| dimethoate | CHEMATHOATE TECHNICAL | 4/7/2011 | 4787-7 |
| dimethoate | DIMETHOATE 4E | 5/4/2011 | 66330-223 |
| dimethoate | DIMETHOATE 25 WP | 11/17/2010 | 66330-237 |
| dimethoate | DIMETHOATE 2.67 EC | 5/4/2011 | 66330-244 |
| dimethoate | CYMATE 267 | 7/6/2011 | 66330-245 |
| mancozeb | MAXIM MZ | 11/30/2009 | 100-1158 |
| mancozeb | RIDOMIL GOLD MZ WG | 5/16/2007 | 100-1269 |
| mancozeb | MEFENOXAM MZ | 11/30/2009 | 100-803 |
| mancozeb | MONCOAT MZ | 9/22/2010 | 10163-320 |
| mancozeb | DREXEL MANCOZEB TECHNICAL | 8/14/2008 | 19713-613 |
| mancozeb | ACROBAT MZ FUNGICIDE | 3/26/2009 | 241-383 |
| mancozeb | ACROBAT MZ WDG FUNGICIDE | 6/8/2009 | 241-395 |
| mancozeb | STATURE MZ FUNGICIDE | 2/18/2009 | 241-411 |
| mancozeb | MANCOZEB POTATO SEED PROTECTANT FUNGICIDE | 8/27/2009 | 2935-496 |
| mancozeb | POTATO SEED TREATER PS | 4/7/2009 | 2935-539 |
| mancozeb | POTATO SEED TREATER 6% | 8/27/2009 | 2935-541 |
| mancozeb | GRAIN GUARD | 5/19/2011 | 400-558 |

**New Active Ingredient Failure-to-Consult Claims Barred by the Six-Year Statute of Limitations**

| Active Ingredient | Product Name | Action Date | Registration Number |
|---|---|---|---|
| mancozeb | DUOSAN WSB WETTABLE POWDER TURF AND ORNAMENTAL FUNGICIDE | 1/13/2010 | 58185-31 |
| mancozeb | DITHANE M-45 | 9/24/2009 | 62719-387 |
| mancozeb | DITHANE F-45 | 6/24/2009 | 62719-396 |
| mancozeb | DITHANE 75 DF RAINSHIELD | 3/26/2009 | 62719-402 |
| mancozeb | JUNCTION | 10/13/2005 | 67690-35 |
| mancozeb | PENTATHLON LF | 10/13/2005 | 67690-38 |
| mancozeb | PENTATHLON DF FUNGICIDE DISPERSIBLE GRANULES | 10/13/2005 | 67690-39 |
| mancozeb | PENNCOZEB TECHNICAL | 4/15/2011 | 70506-188 |
| mancozeb | MANZATE 80 WP FUNGICIDE | 6/8/2011 | 70506-235 |
| mancozeb | DUPONT MANZATE FLOWABLE | 7/13/2010 | 70506-236 |
| mancozeb | GREENSMAN | 4/8/2008 | 70506-269 |
| mancozeb | PHOENIX WINGMAN 4L | 3/1/2010 | 70506-287 |
| mancozeb | MONCOAT MZ FUNGICIDE | 9/28/2009 | 71711-8 |
| mancozeb | 4 PLAY | 9/30/2010 | 73771-8 |
| simazine | SIMAZINE TECHNICAL | 3/21/2011 | 100-541 |
| simazine | SIMAZINE 90DF | 3/31/2011 | 19713-252 |
| simazine | DREXEL SIMAZINE 4F | 6/9/2011 | 19713-273 |
| simazine | SIMAZINE TECHNICAL TWO | 3/16/2011 | 19713-386 |
| simazine | DREXEL SIMAZINE TECHNICAL | 6/7/2011 | 19713-59 |
| simazine | DREXEL SIMAZINE 4L | 3/31/2011 | 19713-60 |
| simazine | SIMAZINE TECHNICAL | 5/20/2011 | 35915-10 |
| simazine | OXON ITALIA SIM-TROL 4L SIMAZINE FLOWABLE HERBICIDE | 12/29/2010 | 35915-11 |
| simazine | UPI SIMAZINE 4L | 9/14/2010 | 70506-232 |
| simazine | UPI SIMAZINE 90DF HERBICIDE | 9/14/2010 | 70506-233 |
| simazine | ALGICLEAR | 6/16/2011 | 9712-8 |
| simazine | SIMAZINE 90DF | 12/29/2010 | 9779-295 |
| simazine | SIMAZINE 4L | 3/10/2011 | 9779-296 |
| warfarin | KAPUT COMBO BAIT PELLETS | 5/17/2012 | 72500-13 |
| warfarin | NOVEL COMMENSAL RODENT PELLET # 2 | 5/17/2012 | 72500-13 |
| warfarin | KAPUT COMBO BAIT MINI BLOCKS FOR RODENTS & FLEAS | 5/17/2012 | 72500-14 |
| warfarin | SLN PHARMACHEM WARFARIN | 2/23/2009 | 72500-15 |
| zinc phosphide | ZP RODENT OAT BAIT AG | 10/29/2009 | 12455-102 |
| zinc phosphide | ZP TRACKING POWDER | 10/22/2010 | 12455-16 |
| zinc phosphide | ZP POCKET GOPHER BAIT | 10/14/2010 | 12455-18 |
| zinc phosphide | GOPHA-RID | 11/9/2010 | 12455-30 |
| zinc phosphide | SWEENEY'S POISON PEANUTS MOLE & GOPHER BAIT II | 11/19/2010 | 149-16 |
| zinc phosphide | WILCO ZINC HOMEOWNER BAIT | 12/7/2010 | 36029-12 |
| zinc phosphide | BONIDE MOLETOX II | 11/9/2010 | 4-285 |

**New Active Ingredient Failure-to-Consult Claims Barred by the Six-Year Statute of Limitations**

| Active Ingredient | Product Name | Action Date | Registration Number |
|---|---|---|---|
| zinc phosphide | ZINC PHOSPHIDE 82 | 9/30/2008 | 61282-13 |
| zinc phosphide | ZINC PHOSPHIDE RODENT PELLETS | 11/5/2010 | 61282-50 |
| zinc phosphide | PROZAP ZINC PHOSPHIDE RODENT OAT BAIT | 12/21/2005 | 61282-51 |
| zinc phosphide | ZINC PHOSPHIDE IN OAT PELLETS | 6/4/2007 | 71096-14 |