UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Center for Biological Diversity, *et al.*, | CASE NO. NO. 3:11-CV-293-JCS |
| Plaintiffs, | |
| v. | **[PROPOSED] ORDER GRANTING FEDERAL DEFENDANTS' MOTION TO DISMISS** |
| United States Environmental Protection Agency, *et al.*, | |
| Defendants, | |
| and | |
| CROPLIFE AMERICA, *et al.*, | |
| Intervenor-Defendants. | |

On November 15, 2017, Federal Defendants moved to dismiss Plaintiffs' Third Amended and First Supplemental Complaint. Good cause having been shown, the motion is GRANTED. Plaintiffs' Third Amended Complaint is hereby dismissed.

IT IS SO ORDERED.

Date: _____  _____
The Hon. Joseph C. Spero
United States Magistrate Judge