[COUNSEL LISTED IN SIGNATURE BLOCK]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*,<br><br>Defendants,<br><br>and<br><br>CROPLIFE AMERICA, *et al.*<br><br>Intervenor-Defendants. | CASE NO. 11-CV-293-JCS<br><br>**JOINT STIPULATION TO DISMISS CERTAIN PESTICIDE PRODUCT CLAIMS AND** ~~**PROPOSED**~~ **ORDER**<br><br>(The Honorable Joseph C. Spero) |

Plaintiffs, Defendants, and Intervenor-Defendants by and through undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on November 15, 2017, the Parties filed a Joint Stipulation to Dismiss Certain Claims and Correct Scriveners' Errors, and Proposed Order (ECF No. 274) in which Plaintiffs agreed to voluntarily dismiss by stipulation claims related to product reregistration or

JOINT STIPULATION AND PROPOSED ORDER                                                        1

registration actions listed in the Third Amended and First Supplemental Complaint ("TAC") (ECF No. 270) where the products are registered either only for indoor use or only for use in the manufacture of other pesticide products (the "Subject Products");

WHEREAS, on November 20, 2017, this Court entered an Order (ECF No. 277) granting the relief in the Stipulation;

WHEREAS, on January 18, 2018, Plaintiffs identified over 130 products in the TAC registered either only for indoor use or only for use in the manufacture of other pesticide products by providing all Parties a copy of the TAC with a redline through each of these products ("Redline TAC"). Plaintiffs offered to confer further by phone and asked the Parties to identify any additional products they believe are for indoor or manufacturing use only;

WHEREAS, each of the Parties' representatives identified additional products, which were discussed by teleconference on January 30, 2018 and through emails;

WHEREAS, the Parties agreed on a list of products which meet the criteria for Subject Products and are subject to voluntary dismissal pursuant to the November 15, 2017 Joint Stipulation;

WHEREAS, Defendants and Intervenor-Defendants identified additional products which Defendants and Intervenor-Defendants believe meet the criteria for Subject Products, but on which Plaintiffs did not agree. As with all products that remain in the litigation, Defendants and Intervenor-Defendants reserve the right to present arguments regarding those products to the Court at the appropriate time;

NOW THEREFORE, the Parties stipulate and request the Court to order as follows:

1. The Subject Products identified with a redline through the product name, date, registration number, and action in the attached Exhibit A are voluntarily dismissed from the Third Amended and First Supplemental Complaint (ECF No. 270) and should be considered removed from the TAC.

2. For the convenience of the Court and the Parties, attached hereto as Exhibit B is a list of Subject Products which the Parties have agreed to dismiss from the TAC as indicated in Redline TAC in Exhibit A.

3. As provided in the prior Stipulation and Order (ECF Nos. 274, 277), the Parties reserve all rights to later identify any Subject Products that the Parties overlooked or any products on which the Parties could not agree were Subject Products.

Dated: February 8, 2018

Respectfully Submitted:

/s/ *Stephanie M. Parent*
CENTER FOR BIOLOGICAL DIVERSITY
Stephanie M. Parent (OR Bar No. 925908)*
sparent@biologicaldiversity.org
PO Box 11374
Portland, OR 97211-0374
(971) 717-6404

Justin Augustine (CA Bar No. 235561)
jaugustine@biologicaldiversity.org
Jennifer Loda (CA Bar No. 284889)
jloda@biological diversity.org
1212 Broadway Suite 800
Oakland, CA 94612
(415) 436-9682 ext. 302
Fax: (415) 436-9683

Collette L. Adkins (MN Bar No. 035059X)*
P.O. Box 595
Circle Pines, MN 55014-0595
Tel: (651) 955-3821
Fax: (415) 436-9683
cadkins@biologicaldiversity.org

* Admitted *pro hac vice*

/s/ *per 2/8/2018 authorization*
BRIDGET KENNEDY McNEIL,
Senior Trial Attorney
United States Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
999 18th St., Suite 370
Denver, CO 80202
Ph: 303-844-1484
bridget.mcneil@usdoj.gov

TRAVIS J. ANNATOYN,
Trial Attorney
Benjamin Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Ph: 202)-514-5243

*Attorneys for Federal Defendants*

/s/ *per 2/8/2018 authorization*
WILEY REIN LLP
David B. Weinberg (D.C. Bar No. 186247)*
dweinberg@wileyrein.com
Roger H. Miksad (D.C. Bar No. 996137)*
rmiksad@wileyrein.com
   1776 K Street NW
   Washington, DC  20006
   T:  (202) 719-7000 F:  (202) 719-7049
*Attorneys for Intervenor-Defendants CropLife*

JOINT STIPULATION AND PROPOSED ORDER                                                                                       3

*America, et al.*

/s/ *per 2/8/2018 authorization*
CROWELL & MORING LLP
Kirsten L. Nathanson (D.C. Bar No. 463992)*
   1001 Pennsylvania Ave., NW
   Washington, D.C. 20004-2595
   T: (202) 624-2500  F: (202) 628-5116
Tracy Eila Reichmuth
   3 Embarcadero Center, 26th Floor
   San Francisco, CA 94111
   T: (415)986-2800  F: (415)986-2827
*Attorneys for Intervenor-Defendants American Farm Bureau Federation, et al.*

/s/ *per 2/8/2018 authorization*
STEPTOE & JOHNSON LLP
Seth Goldberg (CA Bar No. 153719)
sgoldberg@steptoe.com
Cynthia L. Taub (D.C. Bar No. 445906)*
   ctaub@steptoe.com
   1330 Connecticut Avenue, NW
   Washington, DC 20036
   T: (202) 429-3000  F: (202) 429-3902
*Attorneys for Intervenor-Defendant American Chemistry Council*

*Admitted *pro hac vice*

Pursuant to Local Rule 5-1, the filing ECF user attests that the concurrence of all other Signatories on this Joint Stipulation has been obtained.

Pursuant to stipulation, IT IS SO ORDERED this __9th__ day of __February_____.



Magistrate Judge Joseph C. Spero

JOINT STIPULATION AND PROPOSED ORDER                                                                4