**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>**CIVIL MINUTE ORDER**</u>

| **Case No.:** 11-cv-00293-JCS | **Case Name:** Center for Biological Diversity v. Environmental Protection Agency | |
|---|---|---|
| **Chief Magistrate Judge:** JOSEPH C. SPERO | **Date**: June 15, 2018 | **Time:** 1 Hour 19 Minutes |

**Attorney for Plaintiff:** Justin Augustine, Stephanie Parent, Collette Adkins (CourtCall)
**Attorney for Defendant:** Bridget Kennedy McNeil, Michele Knorr (CourtCall) for EPA
**Attorney for Intervenor-Defendant:** David Weinberg for CropLife America, et al.
                                                    Kirsten Nathanson (CourtCall) for Croplife America, et al.
                                                    Amelia Thorn (CourtCall) for American Chemistry Council

**Deputy Clerk:** Theresa Hoang                **Court Reporter:** <u>FTR 11:05-11:58;</u>
                                                                                       <u>2:17-2:43</u>

## **PROCEEDINGS**

1. Motion to Dismiss Hearing (Docket #275 and #276) - Held

## **SUMMARY**

For the reasons stated on the record, the motion to dismiss is denied with leave to amend. The Court will issue a written Order. Parties are to include proposed scheduling dates in the joint case management statement by 8/10/2018.

**<u>CASE CONTINUED TO:</u>**   Friday, 8/17/2018 at 2:00 PM for a further case management conference.