Justin Augustine (CA Bar No. 235561)
Jennifer Loda (CA Bar No. 284889)
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612
(415) 436-9682 ext. 302
jaugustine@biologicaldiversity.org
jloda@biological diversity.org

Collette L. Adkins  (MN Bar No. 035059X)*
Center for Biological Diversity
P.O. Box 595
Circle Pines, MN  55014-0595
(651) 955-3821
cadkins@biologicaldiversity.org

Stephanie M. Parent (OR Bar No. 925908)*
Center for Biological Diversity
PO Box 11374
Portland, OR 97211-0374
 (971) 717-6404
sparent@biologicaldiversity.org

Attorneys for Plaintiffs Center for Biological Diversity and Pesticide Action Network North America
*Admitted *pro hac vice*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY**, a non-profit organization; and **PESTICIDE ACTION NETWORK NORTH AMERICA**, a non-profit organization;<br><br>               Plaintiffs,<br><br>        v.<br><br>**ENVIRONMENTAL PROTECTION AGENCY**; and **SCOTT PRUITT**[1], Administrator, EPA;<br><br>               Defendants,<br>and<br><br>**CROPLIFE AMERICA**, *et al.*,<br><br>               Intervenor-Defendants. | Case No. 3:11-cv-00293-JCS<br><br><br>**FOURTH AMENDED COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF** |

---

[1] Scott Pruitt is the successor to Gina McCarthy as EPA Administrator and is automatically substituted as a defendant pursuant to Federal Rule of Civil Procedure 25(d).

**INTRODUCTION**

1.       This action challenges the failure of Defendants Environmental Protection Agency and Scott Pruitt, Administrator of the Environmental Protection Agency (collectively "EPA"), to initiate consultation with the United States Fish and Wildlife Service ("FWS") and National Marine Fisheries Service ("NMFS") (collectively "Service") pursuant to Section 7(a)(2) of the Endangered Species Act ("ESA"), 16 U.S.C. § 1536(a)(2), regarding EPA's pesticide product registration actions, as well as its actions in exercising continuing regulatory authority over pesticide use in the United States.  This amended and supplemental complaint follows the decision of the United States Court of Appeals for the Ninth Circuit, remanding the case for further proceedings. *Ctr. for Biological Diversity v. U.S. Envtl. Prot. Agency*, 847 F.3d 1075 (9th Cir. 2017).

2.       Despite the vast amount of data and research – including from EPA itself – demonstrating widespread and devastating impacts of toxic pesticides to wildlife, EPA, for over two decades, has refused to consult with the Service, thus abdicating its responsibilities to the nation's most vulnerable wildlife.  This litigation seeks to require EPA to consult with the Service on pesticides known to be toxic to the dozens of endangered and threatened species at issue in this case.

3.       Consultation with the Service is necessary to ensure that EPA's regulation of these toxic pesticides does not jeopardize the continued existence of endangered or threatened species, or result in the destruction or adverse modification of designated critical habitat of these species. 16 U.S.C. § 1536(a)(2).  If EPA engaged in consultation as required, the Service would assess how pesticides are affecting listed species and their habitats and, if necessary, would suggest reasonable and prudent alternatives and measures to protect the species. 16 U.S.C. § 1536(a)(3).

4.       The Center for Biological Diversity ("the Center") and Pesticide Action Network North America ("PANNA") (collectively "Plaintiffs" or "the Center") seek an order declaring that EPA has violated Section 7(a)(2) of the ESA by failing to undergo consultation with the Service concerning pesticide impacts on endangered and threatened species in the United States.  Plaintiffs seek an order compelling EPA to consult with the Service by a date certain.  Plaintiffs also seek an order vacating, setting aside, and enjoining EPA's authorization of pesticide uses that may result in pesticides entering

occupied habitat or designated critical habitat of endangered and threatened species until the consultation process has been completed and EPA is in compliance with Section 7(a)(2).

**JURISDICTION AND VENUE**

5.      The Court has jurisdiction over this action by virtue of 28 U.S.C. § 1331 because Plaintiffs allege violations of federal law.  The Court is authorized to provide declaratory and injunctive relief pursuant to 28 U.S.C. §§ 2201 - 2202.  The Federal Insecticide, Fungicide, and Rodenticide Act ("FIFRA"), 7 U.S.C. § 136n(a), provides the district court jurisdiction over challenges to final actions of the EPA that do not follow a hearing.  The ESA's citizen suit provision, 16 U.S.C. § 1540(g), provides the district court jurisdiction to enforce the ESA and its implementing regulations.

6.      As required by the ESA, 16 U.S.C. § 1540(g)(2)(A), Plaintiffs provided EPA with at least 60 days notice of their intent to sue by sending letters to EPA on January 27, 2010; March 16, 2010; and May 20, 2010.  Plaintiffs provided EPA with a supplemental notice on December 19, 2017.

7.      EPA has not remedied the violations set out in the 60-day notices.

8.      Venue lies in this Court pursuant to 28 U.S.C. § 1391(e) as Plaintiffs reside in this judicial district and no real property is involved.  In addition, under 16 U.S.C. § 1540(g)(3)(A), this lawsuit may be brought in this judicial district because Defendants' violations of the ESA have occurred in this district.

**INTRADISTRICT ASSIGNMENT**

9.      Pursuant to Civil Local Rules 3-2(c) and 3-2(d), this action is properly assigned to either the San Francisco or Oakland Division of this Court because Plaintiffs reside in and maintain offices in San Francisco County.

**PARTIES**

10.      Plaintiff CENTER FOR BIOLOGICAL DIVERSITY is a non-profit corporation with offices in San Francisco, Joshua Tree, and Los Angeles, California; Portland, Oregon; Silver Springs, New Mexico; Tucson and Flagstaff, Arizona; Anchorage, Alaska; Seattle, Washington; Minneapolis and Duluth, Minnesota; Las Vegas, Nevada; Washington, D.C; and St. Petersburg, Florida.  The Center is actively involved in species and habitat protection issues throughout the United States, including the

1   U.S. territories, as well as outside of the United States.  The Center has approximately 58,000 members

2   that live throughout the United States, including in San Francisco.

3           11.     Plaintiff PESTICIDE ACTION NETWORK NORTH AMERICA is a non-profit, public

4   interest organization with offices in Berkeley and Sacramento, California and Minneapolis,

5   Minnesota.  PAN is one of five independent regional centers of Pesticide Action Network International,

6   a network of more than 600 organizations in 90 countries.  Pesticide Action Network has 115,000

7   members and more than 100 organizational partners across the United States, working with those on the

8   frontlines of the harms of industrial agriculture to challenge the global proliferation of pesticides,

9   defend basic rights to health and environmental quality, and ensure the transition to a just and viable

10   food system. For more than 30 years, Pesticide Action Network has fought to preserve ecosystems,

11   biodiversity, sustainable agriculture, and community food security.

12           12.     Defendant ENVIRONMENTAL PROTECTION AGENCY is the federal agency

13   charged with registering pesticides under FIFRA.  As such, EPA must ensure that the pesticide uses it

14   authorizes will not have unreasonable adverse effects on the environment, including on endangered and

15   threatened species and their habitats. 7 U.S.C. §§ 136-136y.  EPA also has duties to regulate and

16   restrict pesticide uses under the Federal Food, Drug, and Cosmetic Act, as amended by the Food

17   Quality Protection Act, 21 U.S.C. §§ 307-397.  EPA is further charged with complying with the ESA

18   with respect to its programs, authorities, and actions. 16 U.S.C. § 1536.  Here, Plaintiffs bring claims

19   alleging violations of the ESA only.

20           13.     Defendant SCOTT PRUITT is the Administrator of EPA.  He is sued in his official

21   capacity as EPA Administrator.

22                            **LEGAL BACKGROUND**

23   **I.     EPA's Duties Under The Endangered Species Act**

24           14.     Congress enacted the ESA, in part, to provide a "means whereby the ecosystems upon

25   which endangered species and threatened species depend may be conserved . . . [and] a program for the

26   conservation of such endangered species and threatened species . . . ." 16 U.S.C. § 1531(b).

27

28

15.     The ESA vests primary responsibility for administering and enforcing the statute with the Secretaries of Commerce and Interior.  The Secretaries of Commerce and Interior have delegated this responsibility to the NMFS and the FWS respectively.

16.     When a species has been listed as threatened or endangered under the ESA, all federal agencies – including EPA – must ensure that their programs and activities are in compliance with the ESA.

17.     To this end, Section 7(a)(2) of the ESA requires that "each federal agency shall, in consultation with and with the assistance of the [Service], insure that any action authorized, funded, or carried out by such agency [hereinafter "agency action"] is not likely to jeopardize the continued existence of any endangered species or threatened species or result in the destruction or adverse modification of habitat of such species which is determined by the [Service] . . . to be critical." 16 U.S.C. § 1536(a)(2).

18.     The ESA establishes an interagency consultation process to assist federal agencies in complying with their Section 7(a)(2) duty to guard against jeopardy to listed species or destruction or adverse modification of critical habitat.  Under Section 7(a)(2), federal agencies must consult with the Service to determine whether their actions will jeopardize listed species' survival or adversely modify designated critical habitat, and if so, to identify ways to modify the action to avoid that result. 50 C.F.R. § 402.14 (2010).

19.     An agency must initiate consultation under Section 7 whenever its action "may affect" a listed species or critical habitat. 50 C.F.R. § 402.14(a). The threshold for a "may affect" determination and the required ESA section 7(a)(2) consultation is low. *See* 51 Fed. Reg. 19926, 19949 (June 3, 1986) ("Any possible effect, whether beneficial, benign, adverse or of an undetermined character, triggers the formal consultation requirement."). *See also* Endangered Specis Act Section 7 Consultation Handbook at 3-13, 4-26.  Conversely, an agency is relieved of the obligation to consult on its actions only where the action will have "no effect" on listed species or designated critical habitat.  "Effects determinations" are based on the direct, indirect, and cumulative effects of the action when added to the environmental baseline and other interrelated and interdependent actions. 50 C.F.R. § 402.02 (definition of "effects of the action").

20.     An agency is required to review its actions "at the earliest possible time" to determine whether the action may affect listed species or critical habitat.  50 C.F.R. § 402.14(a).

21.     The scope of agency actions subject to consultation is broadly defined to encompass "all activities or programs of any kind authorized, funded, or carried out, in whole or in part, by Federal agencies." 50 C.F.R. § 402.02 (definition of "action").

22.     Section 7(d) of the ESA, 16 U.S.C. § 1536(d), provides that once a federal agency initiates consultation on an action under the ESA, the agency "shall not make any irreversible or irretrievable commitment of resources with respect to the agency action which has the effect of foreclosing the formulation or implementation of any reasonable and prudent alternative measures which would not violate subsection (a)(2) of this section."  The purpose of Section 7(d) is to maintain the environmental status quo pending the completion of consultation.  Section 7(d) prohibitions remain in effect throughout the consultation period and until the federal agency has satisfied its obligations under Section 7(a)(2) that the action will not result in jeopardy to the species or adverse modification of its critical habitat.

23.     To initiate consultation, the action agency (here, EPA) must assess the impacts of the action on listed species and their habitat and provide all relevant information about such impacts to the Service.  50 C.F.R. § 402.14(c).  If the action agency determines that an action "may affect," but is "not likely to adversely affect" the listed species or its critical habitat and the Service concurs in writing with that determination, the agency does not have to undergo formal consultation. 50 C.F.R. § 402.13.

24.     If the Service does not concur, or if the action agency has determined that the action is "likely to adversely affect" the listed species, the agencies must conduct a formal consultation. *Id*. at §§ 402.02, 402.14(a).

25.     The end product of formal consultation is a biological opinion in which the Service determines whether agency action will jeopardize the survival and recovery of listed species or will destroy or adversely modify the species' critical habitat. 16 U.S.C. § 1536(b).  To make this determination, the Service must review all relevant information and provide a detailed evaluation of the action's effects, including the cumulative effects of federal and nonfederal activities in the area, on the listed species. 16 U.S.C. § 1536(b)(3)(A); 50 C.F.R. § 402.14(g)-(h).  The Service has a statutory duty

1    to use the best available scientific information in an ESA consultation. 16 U.S.C. § 1536(a)(2); 50

2    C.F.R. § 402.14(g)(8).  If the Service determines that the action is likely to jeopardize the species, the

3    biological opinion must specify "reasonable and prudent alternatives" that will avoid jeopardy. 16

4    U.S.C. § 1536(b); 50 C.F.R. § 402.14(h)(3).  The Service must also formulate discretionary

5    conservation recommendations to reduce or minimize the action's impacts on listed species or critical

6    habitat. 50 C.F.R. § 402.14(g)(6).

7    　　　26.　　"[R]easonable and prudent alternatives" are alternative actions identified during formal

8    consultation that (1) can be implemented in a manner consistent with the intended purpose of the

9    action, (2) can be implemented consistent with the scope of the action agency's legal authority, (3) are

10   economically and technologically feasible, and (4) would avoid the likelihood of jeopardizing the

11   continued existence of listed species and/or avert the destruction or adverse modification of critical

12   habitat. 50 C.F.R. § 402.02.

13   　　　27.　　Not only does a Section 7(a)(2) consultation assist the action agency in discharging its

14   duty to avoid jeopardy, but the biological opinion also affects the agency's obligation to avoid the

15   "take" of listed species.  Under ESA Section 9, 16 U.S.C. § 1538(a)(1)(B), it is illegal for any person –

16   whether a private or governmental entity – to "take" any endangered species of fish or wildlife listed

17   under the ESA.  "Take" is defined to mean harass, harm, pursue, hunt, shoot, wound, kill, trap, capture,

18   or collect, or attempt to engage in such conduct.  *Id*. at § 1532(19).  The Service has defined "harm" to

19   include "significant habitat modification or degradation which actually kills or injures fish or wildlife

20   by significantly impairing essential behavioral patterns, including breeding, spawning, rearing,

21   migrating, feeding or sheltering."  50 C.F.R. § 222.102.

22   　　　28.　　As part of a consultation, the Service determines whether to authorize the take of listed

23   species through the issuance of an incidental take statement.  An incidental take statement may be

24   issued only if the action can proceed without causing jeopardy.  16 U.S.C. § 1536(b)(4).  An incidental

25   take statement must: (1) specify the impact of the incidental take on the listed species; (2) specify

26   "reasonable and prudent measures" the agency considers necessary to minimize that impact; and (3) set

27   forth mandatory terms and conditions.  *Id*.

28

29.     Reasonable and prudent measures, along with terms and conditions, are nondiscretionary measures included in an incidental take statement that the Service considers necessary to minimize and reduce impact to listed species and avoid jeopardy.  *Id*.

30.     An incidental take statement insulates the federal agency from liability for a take of an endangered or threatened species, provided the agency complies with the statement's terms and conditions.  This insulation extends further to any entity receiving a federal permit, license, authorization, or funding subject to, and in compliance with, the statement. 16 U.S.C. § 1536(o)(2).

## II.    EPA's Oversight Of Pesticides Under The Federal Insecticide, Fungicide, And Rodenticide Act

31.     The Environmental Protection Agency is responsible for the oversight of pesticide registration and use in the United States.  Specifically, the Federal Insecticide, Fungicide, and Rodenticide Act ("FIFRA") charges EPA with registration, review, and ongoing oversight of chemicals for use as insecticides, herbicides, fungicides, rodenticides, fumigants, and other pesticides (collectively "pesticides") in the United States. 7 U.S.C. §§ 136-136y.  Under FIFRA, a pesticide generally may not be sold or used in the United States unless it has an EPA registration for that particular use. 7 U.S.C. § 136a(a).

32.     EPA may register a pesticide if it makes the following determinations: (1) the labeling complies with FIFRA's requirements; (2) the composition claims are warranted; (3) the pesticide will perform its intended function; and (4) the pesticide will not cause unreasonable adverse effects on the environment. 7 U.S.C. § 136a(c)(5).

33.     The registration process includes EPA's approval of a label for the particular pesticide. FIFRA makes it unlawful to use a pesticide in a manner inconsistent with the label, 7 U.S.C. § 136j(2)(G), or to make any claims that differ substantially from the label. 7 U.S.C. § 136j(1)(B).

34.     EPA must classify pesticides as general or restricted use pesticides, depending on the risk posed to the environment.  Where necessary to guard against unreasonable adverse environmental effects, EPA must classify a pesticide as restricted use. 7 U.S.C. § 136a(d)(1)(C).  Restricted use pesticides are subject to additional regulatory restrictions, particularly concerning application of the pesticide. *Id*.

35.     In 1988, amendments to FIFRA established a comprehensive reregistration scheme for pesticides. 7 U.S.C. § 136a–1.  The 1988 amendments require reregistration of all pesticide active ingredients initially registered before November 1, 1984.

36.     EPA's reregistration decisions require EPA to determine whether the pesticide causes unreasonable adverse effects to people or the environment when used according to product labeling. 7 U.S.C. § 136a–1(g)(2)(C).  EPA has the authority to compel registrants to submit data necessary for a reregistration review.  *Id.* § 136a(g)(2).  The results of EPA's review are presented in a Reregistration Eligibility Decision ("RED") document.

37.     The RED contains a human health assessment and an ecological risk assessment.  The ecological risk assessment evaluates the likelihood that exposure to that pesticide may cause harmful ecological effects.  The effects can be direct (e.g. fish suffer the toxic effects from a pesticide entering waterways), or indirect (e.g. birds become sick from ingesting contaminated fish).

38.     The ecological risk assessment generally does not consider the cumulative or synergistic effects posed by multiple pesticides on wildlife or the environment, nor does it address delayed effects of pesticides, referred to as "lag effects."

39.     The types of measures included in REDs to reduce risks from pesticides include: voluntary cancellation of pesticide products or deletion of uses; declaring certain uses ineligible or not yet eligible (and then proceeding with follow-up action to cancel the uses or require additional supporting data); restricting use of products to certified applicators; limiting the amount or frequency of use; improving use directions and precautions; requiring special packaging or engineering controls; requiring no-treatment buffer zones; employing ground water, surface water, or other environmental and ecological safeguards; and other measures.

40.     In 1996, Congress further amended FIFRA with the Federal Food, Drug, and Cosmetic Act ("FFDCA"), 21 U.S.C. § 346a, as amended by the Food Quality Protection Act ("FQPA"), Pub. L. 104-170, which established new safety standards for pesticide residue in food.  Under FQPA, EPA must further determine with "reasonable certainty that no harm" will come to infants, children or other sensitive individuals exposed to pesticides from food, water, and home and garden use.  EPA is satisfying FQPA's requirements by reassessing all existing "tolerances," which are maximum limits for

1    pesticide residues in foods.  EPA is using the reregistration program to accomplish the tolerance

2    reassessments.

3          41.    After EPA has issued a RED and declared a pesticide active ingredient eligible for

4    reregistration, individual end-use products that contain pesticide active ingredients included in the case

5    still must be reregistered.  *See* U.S. EPA, Evaluation of the U.S. Pesticide Product Reregistration

6    Process: Opportunities for Efficiency and Innovation at 1-4 (2007), *available at*

7    https://www.epa.gov/sites/production/files/2015-09/documents/eval-epa-pesticide-product-

8    reregistration-process.pdf (last visited 6/26/2017).  This concluding part of the reregistration process is

9    referred to as "product reregistration." *Id*.  In issuing a completed RED document, EPA calls in any

10    product-specific data and revised labeling needed to make final reregistration decisions for each of the

11    individual pesticide products covered by the RED. *Id*.  The EPA receives and evaluates the requested

12    studies from the registrants and requests additional information, as needed, and conducts a preliminary

13    label assessment. *Id*.

14          42.    Based on its review of the data and labeling, EPA registers or reregisters a product only

15    "if it was found to meet FIFRA and FFDCA standards." *Id*.  These standards include the requirement

16    that "it will perform its intended function without unreasonable adverse effects on the environment." 7

17    U.S.C. § 136a(c)(5); *see also* 7 U.S.C. § 136a-1(g)(2)(C) (explaining that the requirements of 7 U.S.C.

18    § 136a(c)(5) must be met when analyzing the product specific data); 40 C.F.R. § 152.112 ("EPA will

19    approve an application under the criteria of FIFRA section 3(c)(5) only if: . . . The Agency has

20    determined that the product will perform its intended function without unreasonable adverse effects on

21    the environment, and that, when used in accordance with widespread and commonly recognized

22    practice, the product will not generally cause unreasonable adverse effects on the environment."); 40

23    C.F.R. § 152.113(a) ("[T]he Agency may approve an application for registration or  amended

24    registration of a pesticide product, each of whose active ingredients is contained in one or more other

25    registered pesticide products, only if the Agency has determined that:  . . .  (2) Approval of the

26    application would not significantly increase the risk of any unreasonable adverse effect on the

27    environment.").

28

43.     Several outcomes are possible for a pesticide product completing this final phase of the reregistration process: reregistered product, amended product, suspended product, or cancelled product. The primary output of this step is a reregistration notice issued to the registrant and the stamped pesticide label, which includes any revised mitigation specified in the RED or during the product reregistration process.  *See* U.S. EPA, Evaluation of the U.S. Pesticide Product Reregistration Process: Opportunities for Efficiency and Innovation at 1-4.

44.     After approving pesticide active ingredient and product registrations and reregistrations, EPA retains discretionary involvement and control over them. The EPA Administrator has the authority to cancel pesticide registrations or change its classification whenever "a pesticide or its labeling or other material required to be submitted does not comply with the provisions of [FIFRA] or, when used in accordance with widespread and commonly recognized practice, generally causes unreasonable adverse effects on the environment." 7 U.S.C. § 136d(b).  The Administrator may immediately suspend a pesticide registration to prevent an imminent hazard.  *Id*. § 136d(c).  EPA may change the use classification of any pesticide when necessary to prevent unreasonable adverse effects on the environment. 7 U.S.C. § 136a(d)(2).  Also, EPA may determine that additional data is required to maintain an existing pesticide registration. 7 U.S.C. § 136a(c)(2)(B)(i).  EPA must periodically review pesticide registrations with a goal of reviewing each pesticide registration every 15 years. 7 U.S.C. § 136a(g)(1).  Registrants are required to submit to EPA any information about registered pesticides' unreasonable adverse effects on the environment. 7 U.S.C. § 136d(a)(2).  EPA considers such information in reviewing and, where necessary, modifying the pesticide registrations.

45.     FIFRA's regulations also demonstrate EPA's discretionary control and involvement.  For example, 40 CFR Part 154 (Special Review) authorizes EPA "to cancel, deny, or reclassify registration of a pesticide product because uses of that product may cause unreasonable adverse effects on the environment . . . .  The issuance of a Notice of Special Review means that the [EPA] has determined that one or more uses of a pesticide may pose significant risks and that, following completion of the Special Review process, the Agency expects to initiate formal proceedings seeking to cancel, deny, reclassify, or require modifications to the registration of the product(s) in question . . . ." 40 C.F.R. § 154.1(a).

46.     For every pesticide active ingredient covered by this Complaint, EPA has taken actions including reregistrations of active ingredients (REDs or Interim REDs), amendments or corrections to REDs, and product registrations and reregistrations.

**III.     EPA's Review Of Pesticide Impacts On Listed Species**

47.     In 1988, EPA established the "Endangered Species Protection Program" or "ESPP" to try to address its pesticide program's compliance with the ESA.

48.     EPA has used Endangered Species Protection Bulletins ("Bulletins") to reflect geographically specific pesticide use limitations.  In November of 2005, EPA published a final notice for its Field Implementation of its Endangered Species Protection Program ("ESPP").  Prior to issuance of the final ESPP, these Bulletins were voluntary.  While the Bulletins are now enforceable if referenced on the label, EPA has issued very few Bulletins.

49.     Despite the existence of EPA's ESPP program for over 20 years, the vast majority of pesticides active ingredients and products have undergone no ESA analysis of impacts to listed species. In fact, on information and belief, since 1993, there have been only a few completed consultations with the Service regarding pesticide impacts to listed species, other than those imposed by court orders, as discussed below.

50.     In April of 2013, the National Research Council of the National Academy of Science released a report of a multi-year study examining scientific and technical issues related to determining risks to endangered species posed by pesticides that are registered under FIFRA.  The report found that "the EPA pesticide risk assessments do not directly or explicitly incorporate information on exposures to environmental mixtures," "EPA seldom addresses interactions quantitatively in ecological risk assessments of pesticides," and that "[l]ack of a common approach has created scientific obstacles to reaching agreement between EPA and the Services during consultation." The final report recommended the best available scientific approaches and data to be used in ESA consultations on pesticide uses. On November 13, 2013, EPA, the Services, and the Department of Agriculture published their "Interim Approaches for National-Level Pesticide Endangered Species Act Assessments Based on the Recommendations of the National Academy of Scients April 2013 Report," *available at* https://www.epa.gov/endangered-species/interim-approaches-pesticide-endangered-species-act-

assessments-based-nas-report (last visited 6/22/2017) (hereafter "Interim Approaches"). In the Interim Approaches, the agencies agreed to adopt the NAS recommendations regarding Step 1 of the ESA consultation process for pesticides. The NAS Report and the Interim Approaches define "Step 1" of the ESA consultation process as a "no effect/may affect" determination. Under this framework, "any species or critical habitat that overlaps with the action area will be considered a 'May Affect.'" Interim Approaches at 4. The action area is determined by examining "potential [pesticide] use sites combined with the range of off-site transport to identify the area of potential effects in and around the use sites." Interim Approaches at 4-5. In other words, the agencies agreed that if there is overlap between a species or its critical habitat and the places a pesticide might be used or might otherwise reach (such as through drift or water transport), then consultation is required.

## IV.   Previous Litigation Addressing EPA's Failure To Consult With The Service Regarding Pesticide Impacts To Endangered And Threatened Species

51.     On January 30, 2001, a coalition of environmental groups filed a lawsuit against EPA for violating the ESA when it failed to consult with the NMFS on pesticide impacts to endangered or threatened salmon and steelhead in the waters of the Pacific Northwest.  EPA admittedly did not do any such consultation, but it argued that because it complied with FIFRA in registering the pesticides, it was not bound by the ESA.  The Ninth Circuit rejected EPA's contention and held that the agency was bound by the ESA.  *Washington Toxics Coal. v. U.S. Envtl. Prot. Agency*, 413 F.3d 1024, 1033 (9th Cir. 2005).  The Ninth Circuit affirmed the district court's grant of injunctive relief, which placed restrictions on the use of certain pesticides in the habitat of listed salmon and steelhead. *Id*. at 1035.

52.     On April 2, 2002, the Center for Biological Diversity filed a lawsuit against EPA for failing to undergo consultation with the FWS regarding pesticide impacts on the California red-legged frog, in violation of Section 7(a)(2) of the ESA.  On September 19, 2005, the Court granted the Center's motion for summary judgment. *Ctr. for Biological Diversity v. Leavitt*, 2005 U.S. Dist. LEXIS 40806, at *12 (N.D. Cal. Sept. 19, 2005).  Pursuant to the Court's order, the parties on October 20, 2006 stipulated to a schedule by which EPA would determine if its actions could affect the species and which provided interim injunctive relief.

53.     On May 30, 2007, the Center for Biological Diversity filed a lawsuit against EPA for failing to undergo consultation with FWS regarding pesticide impacts on eleven San Francisco Bay Area species, in violation of Section 7(a)(2) of the ESA.  On May 17, 2010, the Court entered an Order Approving Stipulated Injunction and Order.  *Ctr. for Biological Diversity v. U.S. Envtl. Prot. Agency*, No. 07-02794-JCS, ECF No. 121.  Through this stipulation, EPA agreed to a schedule of compliance for completing consultation and an injunction to remedy its violations.

## FACTUAL BACKGROUND

**I.     Pesticide Use In The U.S.**

54.     Pesticides are toxic substances designed and manufactured to kill organisms. Widespread use of synthetic pesticides began after World War II when federal and local governments sponsored large-scale spraying programs using organochlorines such as DDT.  Although many of the organochlorines have been phased out, they have been replaced with less persistent yet still potentially harmful chemicals such as organophosphates, carbamates, and triazines.

55.     Over one billion pounds of pesticides are used each year in this country to control weeds, insects and other living organisms.

56.     Agriculture accounts for 70 to 80 percent of total pesticide use with few measures in place to protect the environment.  Home and commercial uses also contribute significant amounts of pesticides to our environment.

**II.     Pesticide Contamination Of The Environment**

**Runoff Leads To Contaminated Waterways**

57.     Agricultural and urban runoff transport pesticides from their application sites to other parts of the environment.  Movement of pesticides via runoff can occur when pesticides are dissolved in the water or bound to eroding soil particles.

58.     Over the last decade, the United States Geological Survey ("USGS") has released several reports on its nationwide water quality surveys, documenting the prevalence of pesticides in our nation's waterways, particularly in streams and groundwater in basins with significant agricultural or urban development.  For example, of 186 stream sites sampled nationwide, 57 percent of 83 agricultural streams, 83 percent of 30 urban streams, and 42 percent of 65 streams with mixed-land-use

1    watersheds had concentrations of at least one pesticide that exceeded one or more aquatic-life

2    benchmarks during the selected year of sampling.

3        59.    Polluted runoff can pose acute and chronic problems to wildlife and plants. USGS noted

4    a direct correlation between the amounts and types of pesticides used and their frequency in nearby

5    surface waters.  USGS found pesticides in waters at concentrations exceeding harmful levels. USGS

6    commonly found mixtures of multiple pesticides in stream samples.

7    **Pesticide Drift Harms Wildlife Far From Target Sites**

8        60.    Runoff is not the only mechanism by which pesticides travel inadvertently.  Pesticide

9    drift is any airborne movement of pesticides away from the target site.  Fine droplets generated by

10   spray nozzles can drift long distances before settling.  EPA receives thousands of reported complaints

11   of off-target spray drift each year.  EPA acknowledges that some degree of spray drift will occur from

12   nearly all pesticide applications.

13       61.    In addition, applications of gaseous fumigant pesticides always involve escape of the

14   gases from the intended application site, generally through the normal (and presently legal) application

15   process, but also through leaking equipment, containers, or tarps.

16       62.    Pesticide drift does not end when applications are complete.  Post-application drift also

17   may occur over many days and even weeks after a pesticide application.  Post-application drift takes

18   two forms.  Volatilization drift occurs because some pesticides readily volatilize from the leaf and soil

19   surfaces on which they were initially deposited.  These pesticides might be liquids or oils when applied,

20   but evaporate in the heat of the day, drift for a distance, and re-condense when the temperature drops or

21   when they contact a cool surface.  This process is repeated many times as the pesticide is carried by

22   prevailing winds.  Drift of pesticide-coated dust particles can also occur.  High winds in agricultural

23   areas create clouds of dust from pesticide-treated fields.  This dust is eventually deposited, often a great

24   distance from its application point.  Both volatile and non-volatile pesticides may cling to dust particles

25   and drift in this manner.

26       63.    The amount of drift that occurs via pesticide use has been characterized as

27   "considerable" by the National Research Council and is thought to vary from 5 percent (under optimal

28   low wind conditions) to 60 percent (under more typical conditions).  Pesticides can drift for many

Fourth Amended Complaint for Declaratory and Injunctive Relief
Case No. 3:11-cv-00293-JCS                                                    15

miles.  For example, scientists have documented 2,4-D drift for 10 to 50 miles and paraquat drift for up to 20 miles in central Washington.

64.    Impacts to non-target wildlife from pesticide drift have been well documented.  For example, studies have implicated pesticide drift from the Central Valley of California in disproportional declines of several native frog species in the Sierra Nevada mountain range.  Even tadpoles collected from high in the Sierra Nevada in areas with no direct pesticide use contain pesticide residues in their systems.

**III.    Pesticide Classes**

**<u>Insecticides</u>**

65.    Insecticides are used in agricultural, commercial, and residential settings to control arthropod and arachnid insects.  Aquatic arthropods such as crustaceans and aquatic insects are also sensitive to insecticides.  Because many insecticides work by mechanisms of action that also apply in mammalian, avian, fish, amphibian and reptile species, they are directly toxic to many animal taxa groups.

66.    Insecticides can also have indirect effects on endangered species by virtue of their toxicity to the food sources. For example, some fish species may not be particularly sensitive to some types of insecticides, yet the aquatic insects that they rely on for a food supply can be eliminated by a toxic pulse of pesticide from field runoff.

67.    The different classes of insecticides have differing relative toxicity to different taxa groups.  The neurotoxic organochlorine, organophosphorus (e.g. chlorpyrifos, diazinon), and carbamate insecticides (e.g. carbaryl) can be acutely toxic to birds, mammals, and fish.

68.    Broad-spectrum pesticides used to destroy pest insects can disrupt the natural balance between pest and predator insects and indiscriminately kill beneficial insects needed for pollination and other ecosystem services as well.

**<u>Herbicides</u>**

69.    Herbicides are used in agricultural, commercial, and residential settings to control terrestrial and aquatic weeds.

70.     Many herbicides are water soluble with low affinity for soils and thus have potential to run off into aquatic ecosystems where they may pose a risk to aquatic species. Both runoff and spray drift of herbicides into aquatic and terrestrial habitats can destroy plant cover used for habitat and food for endangered animals, leading to indirect effects on endangered species. Although generally less acutely toxic than insecticides, many herbicides may cause chronic effects on reproduction through disruption of the endocrine system or by other mechanisms.

71.     Several classes of herbicides are particularly problematic for endangered species. Some chloroacetanilide herbicides (e.g. metolachlor) are toxic to certain species of mammals, birds, crustaceans and fish, as well as non-target plants. Triazine herbicides (e.g. atrazine) have been associated with endocrine disruption, with effects on the reproductive and immune systems capable of compromising populations of endangered species.

**Rodenticides**

72.     Rodenticides are used to control mice, rats, gophers, other rodents, and rabbits in agricultural, residential, and commercial settings.

73.     There is potential for harm not only to endangered rodents, but also to the many predator species that depend on rodents as food. Raptors, scavengers (such as the California condor), and mammalian predators (such as wolves and foxes) are all vulnerable from ingesting poisoned rodents.

74.     Rodenticides fall into several categories, such as first-generation anticoagulants (e.g. chlorphacinone and diphacinone) and second-generation anticoagulants (e.g. brodifacoum). For the second-generation anticoagulants, the time between ingestion and death can be as long as five days. Additionally, second-generation anticoagulants can persist in body tissues for nearly one year and can cause secondary poisoning to predators over extended periods of time.

**Fungicides**

75.     Fungicides (e.g. captan) are used against molds, mildews, soil pathogens, and in wood preservation.

76.     As a group, fungicides are heterogeneous and diverse and may affect a wide variety of endangered species through various mechanisms. Acute effects to aquatic species are particularly

1  notable for fungicides.  Endocrine disruption is also a potential effect of exposure to many fungicides,

2  with effects on reproduction and the immune system.

3  **Fumigants**

4      77.    Fumigant pesticides (e.g. 1,3-dichloropropene) are used in pre-plant soil treatments to

5  kill nematodes, fungal pathogens, and weed seeds.

6      78.    Fumigants are used at application rates between 50 and 400 pounds per acre and are all

7  highly volatile, vaporizing to form gases that drift away from the application site and into neighboring

8  areas.

9      79.    EPA has not required sufficient data for a comprehensive ecological analysis, and it has

10  not prioritized these chemicals for ecological risk assessment, assuming that effects are minimal,

11  although there is little data to support that conclusion.  In fact, many of these chemicals are neurotoxic

12  and/or highly irritating. Fumigants are used at such high application rates that animals adjacent to

13  fumigation sites find it impossible to avoid inhalation exposure at levels that could be fatal or severely

14  damaging to the individual.  Spills of liquid fumigants into waterways can be similarly devastating to

15  aquatic life.

16  **IV.    Harmful Biological Effects Of Pesticides**

17      80.    Pesticides are well known to have adverse effects on wildlife.  These impacts have been

18  in the public consciousness since the mid-1950s when Rachel Carson published *Silent Spring*, which

19  examined devastating impacts of pesticides on the environment, particularly birds.  In 2004, the Center

20  published *Silent Spring Revisited: Pesticide Use and Endangered Species*, detailing the EPA's dismal

21  record in protecting endangered species from pesticides.

22      81.    Death is the most extreme and obvious effect of exposure to pesticides, but it is not the

23  only significant biological impact.  Sublethal effects occur at far lower concentrations than those that

24  cause death.  Sublethal effects include impaired growth and development, malformations, reduced

25  reproductive success, immune suppression, and more.  For example, a 2009 study found that exposure

26  to pesticides can slow the time to metamorphosis for frog and toad species.  Such delay causes

27  increased vulnerability to predators and may be a factor contributing to widespread amphibian declines.

28

82.     Aquatic species are particularly vulnerable to the harmful impacts of pesticides because pesticides are pervasive in U.S. waterways.  USGS found that "[a]lmost every sample of water and fish from streams and major rivers in all land use settings contained at least one of the pesticides that we measured. This means that, throughout the nation, almost every time and place that you observe a stream or river in a populated area you are looking at water that contains pesticides, inhabited by fish that contain pesticides."

83.     Many of the pesticides detected in U.S. waterways have been discontinued for many years, and their continued presence raises serious concerns about the long-term chronic impacts of pesticides on aquatic species.  Moreover, more recent and currently used pesticides (such as chlorpyrifos, bensulide, pendimethalin, trifluralin, phorate, and propargite) are all predicted to have potential to accumulate in aquatic biota.

84.     Amphibians are highly susceptible to pesticides because of their permeable skins.  For example, salamanders can readily absorb the chemical chlorpyrifos through their permeable skins, especially when migrating through recently treated fields.  Numerous studies have documented significant impacts to amphibians from pesticide exposure.

85.     Wildlife can be indirectly impacted when pesticides harm food sources.  For example, a 2005 study examined the impacts on salamanders from carbaryl, which is a commonly used insecticide for home gardens, commercial agriculture, and forestry protection.  The study found that zooplankton – a primary food source for many salamanders during the aquatic life phase – was nearly eliminated by concentrations of carbaryl commonly found in the environment.  Without this food source, the study showed that mortality in salamander larvae increased, resulting in fewer salamanders ultimately reproducing and contributing to population declines.

86.     Pesticides may also have indirect effects on insectivorous birds.  In a 2010 study published in the Journal of Applied Ecology, scientists found that populations of insectivorous birds declined after application of insecticides suppressed their prey base of mosquitoes.  Other studies have shown that herbivorous insects can contain pesticide residues from eating plants sprayed with herbicides.  Insectivorous birds that ingest these insects may suffer the harmful effects of the pesticides.

87.     Similarly, rodenticides enter the food chain when non-target birds and mammals feed on targeted rodents.  In a May 2008 risk assessment for rodenticides, EPA found that widespread exposure of non-target animals is occurring wherever rodenticides are being used.  For example, EPA found in California that 71 to 84% of the 106 bobcats, mountain lions, and San Joaquin kit foxes analyzed had been exposed.  EPA suspects that the results from California are representative of non-target wildlife exposures nationwide.  In addition, FWS has found that rodenticides typically used on ground squirrels are likely to have a disproportionately adverse effect on salamanders, which can inhabit rodent burrows, are smaller than the target species, and have permeable skins.

88.     Synthetic pyrethroids (e.g. permethrin) are suspected to have reproductive effects on birds. Sub-lethal exposure to pesticides can chronically affect avian behavior, reproduction, and nervous system function.  Birds exposed to pesticides can become more susceptible to predation, experience weight loss, and have decreased resistance to disease.  Pesticide exposure can also reduce interest in mating and defending territory and cause birds to abandon their nestlings.

89.     Even low doses of pesticides in wildlife can have drastic consequences.  This is especially true for pesticides that act as "endocrine disrupters."  Endocrine disruptors are chemicals that mimic an organism's hormones, disrupting natural processes by sending false messages, blocking real messages, preventing synthesis of the body's own hormones, and accelerating the breakdown and excretion of hormones.  Endocrine disruption affects how an organism develops and functions.  Reproductive disorders, immune system dysfunction, thyroid disorders, types of cancer, birth defects and neurological effects have all been linked to endocrine disruption.  In particular, carbamate, organophosphate, and triazine pesticides have all been shown to disrupt hormone systems.  Over 60% of the poundage of agricultural herbicides applied in the United States has the potential to disrupt endocrine and/or reproductive systems in wildlife (and humans).

90.     Atrazine provides a stark example of the problem posed by endocrine disrupters.  Atrazine – which is now banned in the European Union – is the most commonly detected pesticide in U.S. waters with about 75% of streamwater and 40% of groundwater containing atrazine.  A 2007 USGS report identified atrazine concentrations in watersheds exceeding the level where studies have

observed altration in the development of sex characteristics in male frogs.  As a result, studies have concluded that aquatic environments across the country are at risk.

91.     As alleged below, many of the pesticides at issue in this Complaint are known endocrine disrupters, based on their inclusion in at least one of the following publications:

- Illinois EPA, *Report on Endocrine Disrupting Chemicals* (February, 1997).
- Danish EPA, *Auxiliary Matters with Estrogenic Effects* (April, 2000).
- BKH Consulting Engineers and TNO Nutrition and Food Research, *Towards the Establishment of a Priority List of Substances for Further Evaluation of Their Role in Endocrine Disruption*, Appendix 1. (June 21, 2000), *available at* http://ec.europa.eu/environment/archives/docum/pdf/bkh_main.pdf (last visited Jan. 14, 2014).
- T. Colborn. Widespread pollutants with reproductive and endocrine-disrupting effects, *available at* http://www.ourstolenfuture.org/Basics/chemlist.htm (last visited Jan. 14, 2014).
- L. Keith. *Environmental Endocrine Disruptors: A Handbook of Property Data, Wiley Interscience* (1997).
- C. Benbrook. *Growing Doubt: A Primer on Pesticides Identified as Endocrine Disruptors and/or Reproductive Toxicants, National Campaign for Pesticide Policy Reform* (1996).

92.     The discussion above provides just a few examples of the harm being inflicted by widespread pesticide use, and more information on the harms from each pesticide in the Complaint is included below.  These harmful impacts have been known for years.  Yet EPA continues to ignore this information at the expense of numerous endangered and threatened species and their habitats.  Action by EPA to ensure that registered pesticides are not jeopardizing the survival and recovery of endangered and threatened species is long overdue.

## V.     Endangered And Threatened Species May Be Adversely Affected From Ongoing Exposure To Pesticides

93.     Each of the pesticide active ingredients in Exhibit A, which is attached to this Complaint and hereby fully incorporated within it, fall within one or both of the following two categories.  Category 1 includes pesticides for which EPA has indicated that Estimated Environmental Concentrations are likely to exceed Levels of Concern for endangered or threatened species or may cause indirect effects on endangered species by altering habitat or food sources.  Category 2 includes pesticides that are "highly acutely toxic" or "very highly acutely toxic" to one or more taxa groups.

These toxicity ratings are based on LD50 or LC50 data (lethal dose to 50 percent of the test organisms or lethal concentration of 50 percent of the test organisms) in one or more of the databases that EPA possesses: e.g., AQUIRE, Terretox, and the EPA databases of ecotoxicity studies used in registration decisions.

94.     Moreover, each pesticide product containing pesticide active ingredients in Exhibit A may be used in the states where each of the species it is associated with in Exhibit A live.  In addition, as shown in Exhibit B, USGS has identified many of the pesticide products containing the pesticide active ingredients in this lawsuit (or their degradates) in watersheds that are within the ranges of species that may be harmed by that pesticide.  Watersheds within the range of each species were identified using the NatureServe database.  Toxicity was determined for the taxonomic group of each species as discussed above in Paragraph 95.  Exhibit A contains a comprehensive, but not necessarily exhaustive, list of those species that may be affected by EPA's pesticide product registration actions.

95.     In addition, for every species discussed in this lawsuit, federal agency documents or peer-reviewed journal articles document pesticide impacts to the species or its habitats.

96.     Together, this information establishes that each of the pesticide products containing pesticide active ingredients in Exhibit A "may affect" each of the species or their habitat associated with that pesticide in Exhibit A and "may affect" other species or their habitat.

97.     In total, the pesticide products containing pesticide active ingredients identified in Exhibit A may affect the following, non-exclusive list of endangered or threatened species or their critical habitats:

- **Mammals**: Amargosa vole, black-footed ferret, Buena Vista Lake ornate shrew, Carolina northern flying squirrel, Columbian white-tailed deer (Columbia River DPS), Florida salt marsh vole, Florida panther, Fresno kangaroo rat, giant kangaroo rat, gray bat, gray wolf, Indiana bat, Key Largo cotton mouse, Key Largo woodrat, killer whale (southern resident DPS), Louisiana black bear, Lower Keys rabbit, Morro Bay kangaroo rat, ocelot, Preble's meadow jumping mouse, riparian brush rabbit, riparian woodrat (=San Joaquin woodrat), San Joaquin kit fox, Stephen's kangaroo rat, Tipton kangaroo rat, West Indian manatee;

- **Birds**: Audubon's crested caracara (Florida DPS), California condor, California least tern, Coastal California gnatcatcher, Florida grasshopper sparrow, Florida scrub jay, light-footed clapper rail (U.S. DPS), northern spotted owl, piping plover, southwestern willow flycatcher, western snowy plover (Pacific DPS), wood stork (U.S. breeding DPS);

- **Fish**: Alabama cavefish, Alabama sturgeon, Atlantic salmon (Gulf of Maine DPS), blue shiner, bonytail chub, bull trout (U.S. DPS), Cape Fear shiner, Colorado pikeminnow, desert pupfish, Gulf sturgeon, North American green sturgeon (southern DPS), razorback sucker, Santa Ana sucker, shortnose sturgeon, Topeka shiner, Vermilion darter;

- **Amphibians**: arroyo toad, California tiger salamander (Central California DPS, except for Bay Area Counties), California tiger salamander (Santa Barbara County DPS), Chiricahua leopard frog, frosted flatwoods salamander, dusky gopher frog (= Mississippi gopher frog), mountain yellow-legged frog (Southern California DPS), Puerto Rican crested toad, reticulated flatwoods salamander, San Marcos salamander, Santa Cruz long-toed salamander, Shenandoah salamander, Texas blind salamander, Wyoming toad;

- **Mollusks**: Alabama moccasinshell, Appalachian elktoe, Chipola slabshell, clubshell, Coosa moccasinshell, Cumberlandian combshell, dwarf wedgemussel, fat threeridge, finelined pocketbook, Gulf moccasinshell, heavy pigtoe (= Judge Tait's mussel, *Pleurobema taitianum*), Higgins eye pearlymussel, littlewing pearlymussel, northern riffleshell, Ochlockonee moccasinshell, oval pigtoe, oyster mussel, pink mucket, purple bankclimber, purple bean, rough pigtoe, shinyrayed pocketbook, southern clubshell, southern combshell (= Penitent mussel, *Epioblasma penita*), southern pigtoe, stirrup shell, tan riffleshell, triangular kidneyshell, Upland combshell, winged mapleleaf;

- **Crustaceans**: Alabama cave shrimp, conservancy fairy shrimp, Kauai Cave amphipod, Nashville crayfish;

- **Insects**: American burying beetle, Behren's fritillary (= Behren's silverspot), Callippe silverspot, Kauai cave wolf spider, Kern primrose sphinx moth, Lange's metalmark, Mitchell's satyr butterfly, Myrtle's silverspot, Ohlone tiger beetle, Salt Creek tiger beetle, San Bruno elfin;

- **Reptiles**: Atlantic salt marsh snake, bluetail mole skink, blunt-nosed leopard lizard, bog turtle (Northern DPS), desert tortoise, eastern indigo snake, giant garter snake, northern red-bellied cooter (= Plymouth red-bellied cooter), sand skink.

VI.   **Examples of Documented Pesticide Impacts On Particular Endangered And Threatened Species**

98.   Potential impacts due to pesticide exposures for particular endangered and threatened species are well documented.  Again, for every species listed in Exhibit A, federal agency documents or peer-reviewed journal articles document pesticide impacts on these particular species.  A few examples of the risks pesticides pose to these listed species are provided below.

99.   Hoy and others (2002)[2] discuss endocrine-disrupting pesticides as possible causes of genital abnormalities in populations of male **Columbian white-tailed deer**.

100.   FWS notes: "Pesticides (including herbicides) may pose a threat to amphibians, such as the **frosted flatwoods salamander**, whose permeable eggs and skin readily absorb substances from the surrounding aquatic or terrestrial environment (Duellman and Trueb 1986, pp. 199-200).  Negative effects that commonly used pesticides and herbicides may have on amphibians include delayed metamorphosis, paralysis, reduced growth rate, and mortality (Bishop 1992, pp. 6769).  Herbicides used near frosted flatwoods salamander breeding ponds may alter the density and species composition of vegetation surrounding a breeding site and reduce the number of potential sites for egg deposition, larval development, or shelter for migrating salamanders.  Aerial spraying of herbicides over outdoor pond mesocosms (semifield approximations of ponds) has been shown to reduce zooplankton diversity, a food source for larval frosted flatwoods salamanders, and cause very high (68 to 100 percent) mortality in tadpoles and juvenile frogs (Relyea 2005, pp. 618-626).  The potential for negative effects from pesticide and herbicide use in areas adjacent to breeding ponds would be reduced by avoiding aerial spraying (Tatum 2004, p. 1047)." *Endangered and Threatened Wildlife and Plants; Proposed Endangered Status for Reticulated Flatwoods Salamander; Proposed Designation of Critical Habitat*

---

[2] J.A. Hoy, R. Hoy, D. Seba, and T.H. Kerstetter,  *Genital Abnormalities in White-tailed Deer (Odocoileus virginianus) in West-central Montana: Pesticide Exposure as a Possible Cause*, 23  J. Environ. Biol. 189 (2002).

1   *for Frosted Flatwoods Salamander and Reticulated Flatwoods Salamander*, 73 Fed. Reg. 54125, 54131

2   (September 18, 2008).

3        101.    In a final rulemaking to designate critical habitat for **North American green sturgeon**,

4   the FWS found that the "application of pesticides may adversely affect prey resources and water quality

5   within the bays and estuaries.  For example, in Willapa Bay and Grays Harbor, the use of carbaryl in

6   association with aquaculture operations reduces the abundance and availability of burrowing ghost

7   shrimp, an important prey species for green sturgeon (Moser and Lindley 2007; Dumbauld et al. 2008).

8   In the San Francisco, San Pablo, and Suisun bays, several pesticides have been detected at levels

9   exceeding national benchmarks for the protection of aquatic life (Domagalski et al. 2000).  These

10   pesticides pose a water quality issue and may affect the abundance and health of prey items as well as

11   the growth and reproductive health of Southern DPS green sturgeon through bioaccumulation." 74 Fed.

12   Reg. 52300 (October 9, 2009).

13        102.    FWS has stated that the surviving population of the **Vermillion darter** is currently

14   threatened by pesticides that wash into streams from runoff. *Final Rule to List the Vermillion Darter as*

15   *Endangered*, 66 Fed. Reg. 59367 (Nov. 28, 2001).  FWS cited to a study (Swann 2000) that attributed a

16   past fish kill to pesticide runoff from urban use. *Id*.

17        103.    In a five-year review for the **Alabama cave shrimp** conducted by the FWS, it was

18   stated that urbanization may have caused contamination of the aquifers containing this species.  FWS

19   states that groundwater contamination may result from "sewage leakage, industrial contaminants, road

20   and highway runoff, toxic spills, pesticides, and siltation" and that this is likely the greatest threat to

21   populations of this shrimp.

22   **VII.    EPA's Control Over And Involvement With Pesticides At Issue In Consultation Claims**

23        104.    All of the following pesticide active ingredients/pesticide groups (also listed in Exhibit

24   A) are currently registered for use by EPA:  1,3-Dichloropropene (Telone); 2,4-D, salts and esters;

25   Acephate; Atrazine; Bensulide; Brodifacoum; Bromadiolone; Captan; Carbaryl; Chlorothalonil;

26   Chlorpyrifos; Diazinon; Dicamba and salts; Dimethoate; Diuron; Ethoprop; MCPA salts and esters;

27   Mancozeb; Methomyl; Metolachlor and isomers; Metribuzin; Naled; Oxyfluorfen; Paraquat Dichloride;

28

1   Pendimethalin; Phorate; Phosmet; Propanil; Propargite; S,S,S-tributyl phosphorotrithioate (Tribufos or

2   DEF); Simazine; Thiobencarb; Trifluralin; Warfarin; and Zinc Phosphide.

3       105.    Details on EPA's authorization of pesticide active ingredients and pesticide products is

4   provided immediately below.

5   **1,3-Dichloropropene**[3]

6       106.    Exhibit A contains a comprehensive, but not necessarily exhaustive, list of endangered

7   and threatened species for which 1,3-dichloropropene is known to be harmful to the taxonomic group

8   of that species and is used in the state where that species lives.

9       107.    1,3-dichloropropene is a pesticide for which the EPA has indicated that estimated

10  environmental concentrations (EECs) are likely to exceed the Levels of Concern (LOCs) for

11  endangered species, and/or may cause indirect effects on endangered species by altering habitat or food

12  sources.  Specifically, EECs of 1,3-dichloropropene are likely to exceed the LOCs for the following

13  taxonomic groups:  fish, amphibians, and crustaceans.

14      108.    1,3-dichloropropene is a pesticide that is "highly acutely toxic" or "very highly acutely

15  toxic" to the following taxonomic groups:  fish, amphibians, and crustaceans. These toxicity rankings

16  are based on LD50 or LC50 data (lethal dose to 50 percent of the test organisms or lethal concentration

17  for 50 percent of the test organisms) that EPA possesses.

18      109.    EPA "affirmatively authorized" the continued use of the active ingredient 1,3-

19  dichloropropene when it issued a Reregistration Eligibility Decision in September of 1998.

20      110.    The RED for 1,3-dichloropropene states: "The results of the GENEEC model indicate

21  that aquatic acute high risk, restricted use, and endangered species levels of concern are exceeded for

22  freshwater fish at application rates equal to or above 177 lbs a.i./acre. . . . The results indicate that

23  aquatic acute high risk, restricted use, and endangered species levels of concern are exceeded for

24  freshwater invertebrates at application rates equal to or above 177 lbs a.i./acre from the GENEEC

25  model."

26

27

28  [3] The current EPA Case Number and EPA PC Code for 1,3-dichloropropene are 0328, 029001.  The
    Case Numbers and PC Codes for each pesticide group/pesticide at issue in this case can also be found at
    the end of Exhibit A.

111.    On September 16, 2008, EPA completed product reregistration for 1,3-dichloropropene. *See* https://www.epa.gov/pesticide-reevaluation/pesticides-have-completed-product-reregistration (last visited 6/26/2017).

112.    Active product registrations for this pesticide can be found on EPA's Pesticide Product Label System, *available at* http://iaspub.epa.gov/apex/pesticides/f?p=PPLS:1 (last visited 6/26/2017).

113.    Specifically, EPA's online Pesticide Product Label System lists the following pesticide products containing 1,3-dichloropropene that EPA affirmatively authorized by product reregistration or new product registration since January 20, 2005[4]:

| Product Name | Date | Registration Number | Action |
|---|---|---|---|
| TRI-CAL TRILONE II | 12/19/2007 | 11220-1 | Reregistration |
| TRI-FORM 60 | 2/26/2008 | 11220-15 | Reregistration |
| TELONE C-15 | 6/21/2007; 12/21/2011 | 11220-20 | Reregistration |
| TRI-FORM 30 | 6/28/2007; 12/21/2011 | 11220-21 | Reregistration |
| TRI-FORM 35 | 6/21/2007; 12/21/2011 | 11220-22 | Reregistration |
| TRI-FORM 60 EC | 3/1/2013 | 11220-33 | Registration |
| TRI-FORM 40 EC | 3/1/2013 | 11220-34 | Registration |
| TRI-FORM 80 EC | 12/5/2013 | 11220-35 | Registration |
| TRI-FORM 80 | 12/4/2013 | 11220-36 | Registration |
| TRI-FORM 40 | 12/5/2013 | 11220-37 | Registration |
| TRI-FORM 70 EC | 12/5/2013 | 11220-38 | Registration |
| TRI-FORM 70 | 12/5/2013 | 11220-39 | Registration |
| TELONE C-17 | 2/6/2006; 12/21/2011 | 62719-12 | Reregistration |
| TELONE C-35 | 2/6/2006; 12/21/2011 | 62719-302 | Reregistration |
| TELONE II | 2/6/2006 | 62719-32 | Reregistration |
| TELONE EC | 2/6/2006 | 62719-321 | Reregistration |
| INLINE | 2/6/2006; 1/3/2012 | 62719-348 | Reregistration |
| CORDON | 2/1/2008 | 62719-363 | Registration |

---

[4] Where two dates are included, the first date appears to be the EPA documentation of product reregistration in EPA's Pesticide Product Label System prior to the September 16, 2008 completion of product reregistration. The second date appears to be EPA documention of additional label amendments pursuant to the RED.

| | | | |
|---|---|---|---|
| PIC-CLOR 15 | 6/21/2007; 12/21/2011 | 8536-21 | Reregistration |
| PIC-CLOR 30 | 6/21/2007; 12/21/2011 | 8536-22 | Reregistration |
| PIC-CLOR 40 EC | 11/30/2007 | 8536-42 | Registration |
| PIC-CLOR 60 EC | 11/28/2007 | 8536-43 | Registration |
| PIC-CLOR 60 | 2/21/2008 | 8536-8 | Reregistration |

114.    Upon information and belief, EPA provided no hearings or other public participation for these product registration actions.

115.    As set forth above, EPA has discretion to influence or change registrations of pesticide products for the benefit of protected species.  For example, EPA may only register or reregister a pesticide product if its use does not cause an unreasonable adverse effect on the environment.  7 U.S.C. § 136a(c)(5); 7 U.S.C. § 136a-1(g)(2)(C); 40 C.F.R. § 152.112; 40 C.F.R. § 152.113(a).   EPA may also change, cancel, restrict, or immediately suspend registered pesticides, pesticide labeling, or particular uses at any time if it appears that the pesticide is causing an unreasonable adverse effect on the environment.  7 U.S.C. § 136d(c).   Thus, EPA's product reregistration and its approvals of products containing 1,3-dichloropropene constitute "affirmative agency actions" subject to consultation under Section 7(a)(2) of the ESA.  16 U.S.C. § 1536(a)(2).

116.    Plaintiffs' members live, work, visit, recreate, and otherwise enjoy areas across the nation that may be impacted by products containing 1,3-dichloropropene.  Plaintiffs' members derive professional, aesthetic, spiritual, recreational, economic, and educational benefits from the endangered and threatened species that live in these areas and may be impacted by products containing 1,3-dichloropropene.  The list of species that may be affected by products containing 1,3-dichloropropene is provided in Exhibit A, and Plaintiffs' members have cognizable interests in these species.

117.    For example, products containing 1,3-dichloropropene may affect the Santa Cruz long-toed salamander, and a member of Plaintiffs' organizations has a cognizable interest in this species based on, among other things, efforts to observe the species during frequent visits to habitats where the species can be found and may be affected by products containing 1,3-dichloropropene.

118.    In the recovery plan for the Santa Cruz long-toed salamander, FWS explains: "Pesticide use for agricultural and mosquito control purposes remains a concern."  In addition, in the 1989

Biological Opinion, FWS found that many pesticides can adversely affect the salamander.  1,3-dichloropropene is used as a component in formulations for soil fumigants.

119.    Plaintiffs' members engage in wildlife observation, research, photography, restoration activities, and educational programs involving endangered and threatened species that may be impacted by products containing 1,3-dichloropropene.  Plaintiffs' members will continue to maintain an interest in the species and areas that may be impacted by products containing 1,3-dichloropropene in the future.

120.    The above-described interests of Plaintiffs and their members have been and are being adversely affected by EPA's reregistration, registration and authorization of the use of products containing 1,3-dichloropropene, which is a pesticide that may harm endangered and threatened species and their habitats.  As alleged in the Complaint, products containing 1,3-dichloropropene may affect the species identified in Exhibit A, as well as their designated critical habitat.

121.    EPA's failure to ensure that products containing 1,3-dichloropropene do not impact endangered species and their habitats harms Plaintiffs' members' interests in the species and their habitats affected by products containing 1,3-dichloropropene.  For example, EPA's failure to consult on products containing 1,3-dichloropropene may impair recovery of species impacted by products containing 1,3-dichloropropene and may make it more likely that these species would suffer population declines.  Species declines and impaired recovery harm the interests that Plaintiffs' members have in the existence of these rare animals, such as by limiting their ability to observe the species.  Consultation on products containing 1,3-dichloropropene is necessary to ensure that Plaintiffs' members' interests in the species affected by 1,3-dichloropropene are preserved and remain free from injury.

122.    EPA must register and authorize pesticide products before they can be used and has an ongoing responsibility to ensure that registered pesticides do not have unreasonable adverse effects on the environment.  Absent EPA's continuing registration and discretionary control and involvement in products containing 1,3-dichloropropene, this pesticide could not be used and could not negatively impact the listed species named in Exhibit A and their habitats.

123.    If this Court orders EPA to engage in consultation as required, the Service would analyze the extent to which products containing 1,3-dichloropropene affect listed species and their habitats and, if necessary, would suggest reasonable and prudent alternatives or measures to protect the species,

which would protect Plaintiffs' members' interests in the species.  16 U.S.C. § 1536(a)(3).  Unless the requested relief is granted, Plaintiffs' interests will continue to be injured by EPA's failure to consult on products containing 1,3-dichloropropene with the Service, as well as by the potential ongoing harm to the species named in Exhibit A and their habitats as a result of ongoing use of products containing 1,3-dichloropropene.

124.    The injuries described above are actual, concrete injuries that are presently suffered by Plaintiffs and their members and will continue to occur unless relief is granted by this Court.  These injuries are directly caused by the Defendants' failure to consult with the Service to ensure that EPA's actions relating to products containing 1,3-dichloropropene do not affect listed species and Plaintiffs' members' cognizable interests in these species.  The relief sought herein, EPA's compliance with the ESA, would redress Plaintiffs' injuries.  Plaintiffs have no other adequate remedy at law, and they bring this action on behalf of their adversely affected members.

**2,4-D, Salts and Esters**[5]

125.    Exhibit A contains a comprehensive, but not necessarily exhaustive, list of endangered and threatened species for which the 2,4-D, salts and esters are known to be harmful to the taxonomic group of that species and is used in the state where that species lives.

126.    The 2,4-D, salts and esters are known endocrine disrupters.  As explained above, endocrine disrupters have effects on the reproductive and immune systems capable of compromising populations of endangered species.

127.    The 2,4-D, salts and esters are pesticides for which the EPA has indicated that estimated environmental concentrations (EECs) are likely to exceed the Levels of Concern (LOCs) for endangered species, and/or may cause indirect effects on endangered species by altering habitat or food sources.  Specifically, EECs of the 2,4-D, salts and esters are likely to exceed the LOCs for the following taxonomic groups:  mammals, birds, fish, amphibians, mollusks, crustaceans, and reptiles.

---

[5] 2,4-D, salts and esters refers to the following, which also shows the current EPA Case Number and EPA PC Code: 2,4-D (0073, 030001); 2,4-D, 2-ethylhexyl ester (0073, 030063); 2,4-D, butoxyethanol ester (0073, 030053); 2,4-D, choline salt (0073, 051505); 2,4-D, diethanolamine salt (0073, 030016); 2,4-D, dimethylamine salt (0073, 030019); 2,4-D, isooctyl ester (0073, 030064); 2,4-D, isopropyl ester (0073, 030066); 2,4-D, isopropylamine salt (0073, 030025); 2,4-D, methyamine salt (0073, 030027); 2,4-D, sodium salt (0073, 030004); 2,4-D, triisopropanolamine salt (0073, 030035).

128.    The 2,4-D, salts and esters are pesticides that are "highly acutely toxic" or "very highly acutely toxic" to the following taxonomic groups:  mammals, birds, fish, amphibians, crustaceans, and reptiles.  These toxicity rankings are based on LD50 or LC50 data (lethal dose to 50 percent of the test organisms or lethal concentration for 50 percent of the test organisms) that EPA possesses.

129.    The USGS has detected 2,4-D, salts and esters in dozens of watersheds across the nation, as documented in reports on its nationwide water quality surveys.  As shown in Exhibit B, some of these watersheds overlap the range of species that may be affected by this pesticide.

130.    EPA "affirmatively authorized" the continued use of the active ingredients 2,4-D, salts and esters when it issued a Reregistration Eligibility Decision in June of 2005.  In its 2005 RED for 2,4-D, EPA states: "The Agency's level of concern for endangered and threatened freshwater fish and invertebrates, estuarine invertebrates, birds, mammals, aquatic vascular plants, and terrestrial non-target plants is exceeded for the use of 2,4-D."

131.    In its June 29, 2016 Ecological Risk Assessment for the Registration Review of 2,4-D Acid, Salts, and Esters, EPA states: "This risk assessment for 2,4-D indicates potential risks of direct effects to listed terrestrial plants, birds, reptiles, terrestrial-phase amphibians, mammals, terrestrial invertebrates, fish, aquatic invertebrates, and aquatic plants on some of its registered use sites. Listed species of all taxa may also be affected through indirect effects because of the potential for direct effects on listed and non-listed species upon which such species may rely. Potential direct effects on listed terrestrial plants, birds, reptiles, terrestrial-phase amphibians, mammals, terrestrial invertebrates, fish, aquatic invertebrates, and aquatic plants from the use of 2,4-D may be associated with modification of Primary Constituent Elements (PCEs) of designated critical habitats, where such designations have been made."

132.    On March 16, 2012, EPA completed product reregistration for the 2,4-D, salts and esters. *See* https://www.epa.gov/pesticide-reevaluation/pesticides-have-completed-product-reregistration (last visited 6/26/2017).

133.    Active product registrations for this pesticide can be found on EPA's Pesticide Product Label System, *available at* http://iaspub.epa.gov/apex/pesticides/f?p=PPLS:1 (last visited 6/26/2017).

134.    Specifically, the EPA's online Pesticide Product Label System lists the following pesticide products containing 2,4-D, salts and esters that EPA affirmatively authorized by product reregistration or new product registration since January 20, 2005:

| Product Name | Date | Registration Number | Action |
|---|---|---|---|
| NON-SELECTIVE HERBICIDE AEROSOL | 9/15/2008 | 10088-114 | Reregistration |
| SELECTIVE HERBICIDE #1 BROADLEAF WEED KILLER | 6/16/2009 | 10088-16 | Reregistration |
| NON-SELECTIVE HERBICIDE #1 | 12/23/2008 | 10088-2 | Reregistration |
| SELECTIVE HERBICIDE #3 BROADLEAF WEED KILLER | 11/3/2008 | 10088-5 | Reregistration |
| NON-SELECTIVE HERBICIDE #2 | 9/15/2008 | 10088-68 | Reregistration |
| SELECTIVE HERBICIDE #4 | 7/14/2008 | 10088-99 | Reregistration |
| LESCO THREE-WAY SELECTIVE HERBICIDE | 2/10/2008 | 10404-43 | Reregistration |
| LESCO THREE-WAY BENTGRASS SELECTIVE HERBICIDE | 2/10/2009 | 10404-44 | Reregistration |
| MISTY REPCO KILL LF | 11/14/2008 | 10807-204 | Reregistration |
| MISTY REPCO KILL III | 11/14/2008 | 10807-205 | Reregistration |
| CORNBELT SALVAN | 9/18/2008 | 11773-16 | Reregistration |
| CORNBELT 4LB. AMINE HERBICIDE | 5/27/2008 | 11773-2 | Reregistration |
| CORNBELT METRO | 7/3/2008 | 11773-20 | Reregistration |
| CORNBELT 4 LB. LOVOL ESTER | 9/22/2008 | 11773-3 | Reregistration |
| CORNBELT 6LB. LOVOL ESTER | 9/22/2008 | 11773-4 | Reregistration |
| 2,4-D LV6 | 5/12/2008 | 1381-101 | Reregistration |
| 2,4-D LV4 | 4/30/2008 | 1381-102 | Reregistration |
| 2,4-D AMINE 4 | 7/11/2008 | 1381-103 | Reregistration |
| E-99 | 8/18/2008 | 1381-195 | Reregistration |
| BRASH | 3/3/2008 | 1381-202 | Reregistration |
| RUGGED HERBICIDE | 8/25/2011 | 1381-247 | Registration |
| SHREDDER 2,4-D LV6 | 5/25/2012 | 1381-250 | Registration |
| SADDLE-UP | 6/15/2015 | 1381-255 | Registration |
| KOCHIAVORE | 3/31/2016 | 1381-258 | Registration |
| DREXEL LV6 WEED KILLER | 11/14/2008 | 19713-337 | Reregistration |
| DREXEL AMINE-4 | 8/19/2008 | 19713-339 | Reregistration |
| DREXEL DE-ESTER LV4 HERBICIDE | 10/31/2008 | 19713-345 | Reregistration |
| DREXEL D-AMINE 4 | 11/16/2010 | 19713-626 | Registration |
| DREXEL IMITATOR + 2,4-D | 12/21/2011 | 19713-635 | Registration |
| DREXEL DE-AMINE 4 | 4/18/2013 | 19713-650 | Registration |
| DREXEL DE-AMINE 6 | 5/17/2013 | 19713-651 | Registration |

| | | | |
|---|---|---|---|
| DREXEL DE-ESTER LV6 | 9/13/2013 | 19713-655 | Registration |
| DREXEL DICAMBA 2,4 DE-AMINE | 3/23/2016 | 19713-678 | Registration |
| DICAMBA DE-AMINE HERBICIDE | 5/10/2016 | 19713-680 | Registration |
| EH-1574 HERBICIDE | 9/22/2015 | 2217-1009 | Registration |
| EH-1573 HERBICIDE | 9/22/2015 | 2217-1010 | Registration |
| EH-1568 HERBICIDE | 3/30/2016 | 2217-1014 | Registration |
| EH-1567 HERBICIDE | 3/30/2016 | 2217-1015 | Registration |
| EH-1492 CONSUMER | 8/17/2016 | 2217-1017 | Registration |
| AMINE 400 2,4-D WEED KILLER | 3/27/2009 | 2217-2 | Reregistration |
| 600 LV 2,4-D WEED KILLER A LOW VOLATILE ESTER | 9/12/2008 | 2217-413 | Reregistration |
| TRIMEC 873 HERBICIDE | 12/29/2008 | 2217-488 | Reregistration |
| TRIMEC 869 HERBICIDE | 3/25/2009 | 2217-493 | Reregistration |
| GORDON'S BROADLEAF & DANDELION LAWN WEED KILLER | 10/9/2009 | 2217-507 | Reregistration |
| TRIMEC 13 WEED'N-FEED | 10/22/2009 | 2217-532 | Reregistration |
| GORDON'S BROADLEAF WEED & BRUSH KILLER 879 | 3/27/2009 | 2217-536 | Reregistration |
| GORDON'S BL 6000 LAWN WEED KILLER | 3/20/2009 | 2217-540 | Reregistration |
| TRIMEC HERBICIDE | 4/3/2009 | 2217-543 | Reregistration |
| GORDON'S TRIMEC WEED AND FEED 4 | 6/29/2009 | 2217-559 | Reregistration |
| WEED-'N-FEED 5 | 10/23/2009 | 2217-560 | Reregistration |
| GORDON'S TRIMEC WEED & FEED 15 | 9/16/2011 | 2217-563 | Reregistration |
| TRIMEC D.M.B. #2 TURF HERBICIDE | 8/18/2010 | 2217-566 | Reregistration |
| GORDON'S TRIMEC ST. AUGUSTINE GRASS BROADLEAF HERBICIDE | 5/13/2009 | 2217-570 | Reregistration |
| GORDON'S TRIMEC WEED & FEED 30 24-4-8 | 3/19/2010 | 2217-579 | Reregistration |
| GORDON'S TRIMEC WEED & FEED 20 | 4/4/2011 | 2217-580 | Reregistration |
| GORDON'S TRIMEC WEED & FEED 24 | 3/24/2011 | 2217-581 | Reregistration |
| GORDON'S TRIMEC WEED & FEED FOR SENSITIVE GRASSES | 4/9/2009 | 2217-603 | Reregistration |
| GORDON'S TRIMEC WEEDER GRANULES L | 7/23/2010 | 2217-657 | Reregistration |
| GORDON'S TRIMEC WEED AND FEED 27 | 2/25/2010 | 2217-658 | Reregistration |
| GORDON'S TRIMEC WEED & FEED FOR SOUTHERN LAWNS | 2/25/2010 | 2217-661 | Reregistration |
| GORDON'S AMINE 600 2,4-D WEED KILLER | 7/14/2008 | 2217-668 | Reregistration |

| | | | |
|---|---|---|---|
| TRIMEC LAWN WEED KILLER FOR SOUTHERN OR NORTHERN GRASSES | 8/5/2009 | 2217-695 | Reregistration |
| GORDON'S 2,4-D WEED & FEED | 10/19/2009 | 2217-697 | Reregistration |
| ACME HI-DEP HERBICIDE | 9/16/2008 | 2217-703 | Reregistration |
| QUADMEC TURF HERBICIDE | 5/22/2012 | 2217-709 | Reregistration |
| TRIMEC LIQUID WEED & FEED FOR SENSITIVE GRASSES | 10/28/2009 | 2217-716 | Reregistration |
| TRIMEC NORTHERN LIQUID WEED & FEED 25-0-0 | 9/11/2009 | 2217-724 | Reregistration |
| DM 896 | 11/25/2008 | 2217-739 | Reregistration |
| TRIMEC 932 TURF HERBICIDE | 8/2/2011 | 2217-749 | Reregistration |
| DM 969 LIQUID WEED & FEED | 3/27/2009 | 2217-752 | Reregistration |
| TRIMEC 970 WEED & FEED | 10/28/2009 | 2217-753 | Reregistration |
| TRIMEC 973 WEED & FEED | 11/5/2009 | 2217-754 | Reregistration |
| LV 400 2,4-D WEED KILLER | 9/11/2008 | 2217-77 | Reregistration |
| EH 1068 TRIMEC ESTER | 10/1/2009 | 2217-774 | Reregistration |
| EH 1073 TRIMEC ESTER | 6/30/2009 | 2217-775 | Reregistration |
| GORDON'S TRI-GUARD | 11/10/2009 | 2217-793 | Reregistration |
| GORDON'S GRANULAR 33 1/2 | 7/13/2011 | 2217-794 | Reregistration |
| GORDON'S TRIPLEX 24-4-8 | 9/8/2010 | 2217-795 | Reregistration |
| EH1148 HERBICIDE | 12/2/2008 | 2217-796 | Reregistration |
| GORDON'S TRIMEC WEED & FEED 2001 | 11/16/2009 | 2217-801 | Reregistration |
| GORDON'S TRIPLE PLAY | 11/5/2009 | 2217-805 | Reregistration |
| GORDON'S TRIMEC DMA HERBICIDE + TURF FERTILIZER | 10/23/2009 | 2217-806 | Reregistration |
| EH1328 WEED AND FEED | 10/22/2009 | 2217-811 | Reregistration |
| EH 1329 WEED AND FEED | 10/23/2009 | 2217-812 | Reregistration |
| EH 1330 HERBICIDE | 3/13/2009 | 2217-813 | Reregistration |
| EH1350 WEED AND FEED | 10/23/2009 | 2217-817 | Reregistration |
| EH1351 WEED AND FEED | 10/23/2009 | 2217-818 | Reregistration |
| EH1352 WEED & FEED | 10/22/2009 | 2217-819 | Reregistration |
| EH-1396 HERBICIDE | 3/3/2008 | 2217-848 | Reregistration |
| EH-1395 HERBICIDE | 6/17/2009 | 2217-849 | Reregistration |
| EH-1411 HERBICIDE | 5/24/2005 | 2217-874 | Registration |
| EH-1416 HERBICIDE | 3/24/2008 | 2217-875 | Reregistration |
| EH-1418 HERBICIDE | 3/28/2008 | 2217-876 | Reregistration |
| EH-1419 HERBICIDE | 4/15/2005 | 2217-877 | Registration |
| EH-1415 ORP | 8/25/2009 | 2217-882 | Reregistration |
| EH-1415 WEED AND FEED | 8/25/2009 | 2217-883 | Reregistration |
| EH-1414 WEED AND FEED | 8/25/2009 | 2217-884 | Reregistration |
| EH-1426 HERBICIDE | 1/18/2006 | 2217-885 | Registration |
| EH-1427 HERBICIDE | 3/28/2008 | 2217-886 | Reregistration |

| | | | |
|---|---|---|---|
| EH-1425 HERBICIDE | 12/8/2008 | 2217-888 | Reregistration |
| EH-1412 PROFESSIONAL | 9/16/2005 | 2217-889 | Registration |
| EH-1433 WEED AND FEED | 10/28/2005 | 2217-890 | Registration |
| EH-1421 HERBICIDE | 3/23/2006 | 2217-891 | Registration |
| EH-1422 HERBICIDE | 3/22/2006 | 2217-892 | Registration |
| EH-1423 HERBICIDE | 3/22/2006 | 2217-893 | Registration |
| EH-1432 HERBICIDE | 4/2/2008 | 2217-894 | Reregistration |
| EH-1413 PROFESSIONAL | 10/1/2009 | 2217-895 | Reregistration |
| EH-1438 HERBICIDE | 9/22/2006 | 2217-897 | Registration |
| EH-1442 HERBICIDE | 11/10/2009 | 2217-898 | Reregistration |
| EH-1441 HERBICIDE | 11/10/2009 | 2217-899 | Reregistration |
| EH-1440 HERBICIDE | 11/16/2009 | 2217-900 | Reregistration |
| EH-1434 HERBICIDE | 1/30/2007 | 2217-901 | Registration |
| EH-1446 HERBICIDE | 5/4/2007 | 2217-903 | Registration |
| EH-1447 HERBICIDE | 7/23/2010 | 2217-904 | Reregistration |
| EH-1448 HERBICIDE | 9/21/2011 | 2217-905 | Reregistration |
| EH-1449 HERBICIDE | 8/31/2009 | 2217-906 | Reregistration |
| EH-1369 PROFESSIONAL | 8/25/2010 | 2217-907 | Reregistration |
| EH-1459 LIQUID WEED AND FEED | 6/11/2008 | 2217-911 | Registration |
| EH-1451 PROFESSIONAL | 8/5/2008 | 2217-912 | Registration |
| EH-1451 WEED & FEED | 8/5/2008 | 2217-913 | Registration |
| DM 899 LIQUID WEED AND FEED II | 3/21/2011 | 2217-916 | Reregistration |
| EH-1465 HERBICIDE | 12/17/2008 | 2217-919 | Registration |
| EH-1466 HERBICIDE | 1/15/2009 | 2217-920 | Registration |
| EH-1467 HERBICIDE | 1/27/2009 | 2217-921 | Registration |
| EH-1352 HERBICIDE LIGHT | 4/3/2009 | 2217-925 | Registration |
| EH-1470 WEED & FEED | 8/11/2009 | 2217-926 | Registration |
| EH-1470 PROFESSIONAL | 8/11/2009 | 2217-927 | Registration |
| EH-1471 HERBICIDE | 12/11/2009 | 2217-930 | Registration |
| EH-1473 HERBICIDE | 3/19/2010 | 2217-931 | Registration |
| EH-1477 HERBICIDE | 3/25/2010 | 2217-933 | Registration |
| EH-1475 HERBICIDE | 4/12/2010 | 2217-934 | Registration |
| EH-1487 HERBICIDE | 5/25/2010 | 2217-936 | Registration |
| EH-1479 HERBICIDE | 9/29/2010 | 2217-938 | Registration |
| EH-1480 HERBICIDE | 9/29/2010 | 2217-939 | Registration |
| EH-1488 HERBICIDE | 2/4/2011 | 2217-944 | Registration |
| EH-1489 BROADLEAF HERBICIDE | 6/13/2011 | 2217-947 | Registration |
| EH-1490 BROADLEAF HERBICIDE | 6/13/2011 | 2217-948 | Registration |
| EH-1491 HERBICIDE | 7/22/2011 | 2217-949 | Registration |
| EH-1493 HERBICIDE | 7/22/2011 | 2217-951 | Registration |
| EH-1494 HERBICIDE | 7/22/2011 | 2217-952 | Registration |
| EH-1518 HERBICIDE | 9/15/2011 | 2217-959 | Registration |

| | | | |
|---|---|---|---|
| EH-1513 WEED AND FEED | 2/23/2012 | 2217-963 | Registration |
| EH-1513 ORP | 2/23/2012 | 2217-964 | Registration |
| EH-1523 WEED AND FEED | 7/18/2012 | 2217-972 | Registration |
| EH-1524 HERBICIDE | 7/18/2012 | 2217-973 | Registration |
| EH 1520 HERBICIDE | 11/15/2012 | 2217-974 | Registration |
| EH 1528 HERBICIDE | 12/21/2012 | 2217-975 | Registration |
| EH 1527 HERBICIDE | 12/21/2012 | 2217-976 | Registration |
| EH-1531 HERBICIDE | 8/26/2013 | 2217-979 | Registration |
| EH 1532 HERBICIDE | 8/26/2013 | 2217-980 | Registration |
| EH 1533 HERBICIDE | 9/3/2013 | 2217-981 | Registration |
| EH 1534 HERBICIDE | 8/26/2013 | 2217-982 | Registration |
| EH-1538 HERBICIDE | 8/8/2013 | 2217-983 | Registration |
| EH 1540 HERBICIDE | 11/18/2013 | 2217-985 | Registration |
| EH 1541 HERBICIDE | 11/21/2013 | 2217-986 | Registration |
| EH 1542 HERBICIDE | 11/21/2013 | 2217-988 | Registration |
| EH 1544 HERBICIDE | 12/11/2013 | 2217-989 | Registration |
| EH 1543 HERBICIDE | 12/11/2013 | 2217-990 | Registration |
| EH 1449 READY-TO-USE | 12/10/2013 | 2217-991 | Registration |
| EH-1523 ORP | 2/27/2014 | 2217-992 | Registration |
| EH 1529 HERBICIDE | 6/10/2014 | 2217-995 | Registration |
| EH-1552 HERBICIDE | 10/14/2014 | 2217-996 | Registration |
| EH-1558 WEED AND FEED | 8/11/2014 | 2217-997 | Registration |
| RIVERDALE SOLUTION EMULSIBLE | 3/25/2009 | 228-126 | Reregistration |
| 2,4-D L.V. 4 ESTER | 2/10/2009 | 228-139 | Reregistration |
| WEEDESTROY AM-40 AMINE SALT | 6/17/2008 | 228-145 | Reregistration |
| FERTILIZER PLUS 2,4-D X-X-X | 12/1/2008 | 228-153 | Reregistration |
| RIVERDALE WEEDESTROY WEED AND FEED | 9/17/2008 | 228-164 | Reregistration |
| TURF WEED AND BRUSH CONTROL | 8/5/2009 | 228-167 | Reregistration |
| TRIAMINE | 6/15/2009 | 228-178 | Reregistration |
| RIVERDALE TRIAMINE LAWN WEED KILLER | 4/29/2011 | 228-181 | Reregistration |
| TRIAMINE 8000 LAWN WEED KILLER | 3/19/2010 | 228-239 | Reregistration |
| RIVERDALE 2, 4-D 6 AMINE | 10/22/2009 | 228-242 | Reregistration |
| SOLUTION WATER SOLUBLE | 9/18/2008 | 228-260 | Reregistration |
| RIVERDALE TRIPLET SELECTIVE HERBICIDE | 5/15/2009 | 228-264 | Reregistration |
| RIVERDALE DISSOLVE WEED AND FEED | 7/6/2009 | 228-281 | Reregistration |
| RIVERDALE DISSOLVE (R) 4000 WEED AND FEED | 10/23/2009 | 228-293 | Reregistration |
| VETERAN 720 HERBICIDE | 3/19/2009 | 228-295 | Reregistration |

| | | | |
|---|---|---|---|
| RIVERDALE DISSOLVE (R) GRANULAR WEED KILLER | 6/30/2009 | 228-305 | Reregistration |
| TRIPLET SF | 10/1/2009 | 228-312 | Reregistration |
| TURFLON II AMINE | 5/12/2009 | 228-316 | Reregistration |
| RIVERDALE DRI-CLEAN C HERBICIDE | 12/8/2008 | 228-329 | Reregistration |
| RIVERDALE 2,4-D AMINE WEED AND FEED | 11/14/2008 | 228-331 | Reregistration |
| DISSOLVE PREMIUM GRANULAR WEED KILLER | 6/30/2009 | 228-342 | Reregistration |
| DISSOLVE LBN WEED AND FEED | 6/30/2009 | 228-348 | Reregistration |
| FORMULA 40 | 10/31/2008 | 228-357 | Reregistration |
| RIVERDALE AQUA-KLEEN | 6/29/2009 | 228-378 | Reregistration |
| SWEET SIXTEEN WEED AND FEED WITH VIPER | 3/19/2010 | 228-401 | Reregistration |
| RIVERDALE SWEET SIXTEEN WEED AND FEED WITH DTDA | 3/14/2008 | 228-402 | Reregistration |
| RIVERDALE DTDA GRANULAR WEED KILLER | 5/16/2008 | 228-403 | Reregistration |
| DTDA 10000 LAWN WEED KILLER | 1/25/2005 | 228-405 | Registration |
| DTDA SPOT WEED KILLER | 1/25/2005 | 228-407 | Registration |
| ESCALADE LOW ODOR FOR SELECTIVE BROADLEAF WEED CONTROL | 4/2/2008 | 228-416 | Reregistration |
| RIVERDALE ESCALADE | 3/24/2008 | 228-417 | Reregistration |
| RIVERDALE MOMENTUM FX | 5/16/2008 | 228-418 | Reregistration |
| RIVERDALE STRIKE THREE ULTRA 2 SELECTIVE HERBICIDE | 10/6/2009 | 228-421 | Reregistration |
| DQD SELECTIVE HERBICIDE | 7/10/2009 | 228-423 | Reregistration |
| RIVERDALE ESCALADE WEED AND FEED (18#/5M) | 5/22/2009 | 228-425 | Reregistration |
| RIVERDALE ESCALADE WEED AND FEED (16#/5M) | 4/29/2005 | 228-426 | Registration |
| ESCALADE2 HERBICIDE | 4/4/2008 | 228-442 | Reregistration |
| RIVERDALE ESCALADE LOW ODOR II | 4/4/2008 | 228-444 | Reregistration |
| MOMENTUM FX2 HERBICIDE | 3/24/2008 | 228-447 | Reregistration |
| STRIKE 3 ULTRA 3 SELECTIVE HERBICIDE | 3/24/2008 | 228-455 | Reregistration |
| TRIPLET LOW ODOR PREMIUM LAWN WEED KILLER CONCENTRATE | 8/8/2006 | 228-489 | Registration |
| TRIPLET LOW ODOR PREMIUM WEED AND FEED | 8/8/2006 | 228-490 | Registration |

| | | | |
|---|---|---|---|
| TRIPLET LOW ODOR PREMIUM GRANULAR WEED KILLER | 9/8/2006 | 228-492 | Registration |
| TRIPLET LOW ODOR L.A. GRANULAR WEED KILLER | 9/8/2006 | 228-493 | Registration |
| NUP05018 HERBICIDE | 9/8/2011 | 228-499 | Reregistration |
| TRIPLET LOW ODOR PREMIUM WEED AND FEED (18/5) | 10/23/2006 | 228-503 | Registration |
| TRIPLET LOW ODOR PREMIUM WEED AND FEED (20/5) | 10/23/2006 | 228-504 | Registration |
| TRIPLET LOW ODOR L.A. PREMIUM WEED AND FEED (16/5) | 10/23/2006 | 228-505 | Registration |
| TRIPLET LOW ODOR L.A. PREMIUM WEED AND FEED (18/5) | 10/23/2006 | 228-506 | Registration |
| TRIPLET LOW ODOR L.A. PREMIUM WEED AND FEED (20/5) | 10/23/2006 | 228-507 | Registration |
| TRIPLET LOW ODOR PREMIUM 8000 LAWN WEED KILLER CONCENTRATE | 10/27/2006 | 228-508 | Registration |
| TRIPLET LOW ODOR PREMIUM SPOT LAWN WEED KILLER READY-TO-SPRAY | 11/22/2006 | 228-511 | Registration |
| MANPOWER HERBICIDE | 8/17/2007 | 228-530 | Registration |
| QUINCEPT HERBICIDE | 9/16/2011 | 228-531 | Reregistration |
| NUP 06237 HERBICIDE | 10/23/2009 | 228-551 | Reregistration |
| LAZER PREMIUM LAWN WEED KILLER CONCENTRATE | 10/1/2009 | 228-553 | Reregistration |
| LAZER 8000 LAWN WEED KILLER CONCENTRATE | 12/18/2007 | 228-554 | Registration |
| LAZER RTU LAWN WEED KILLER | 8/18/2010 | 228-555 | Reregistration |
| CANDOR HERBICIDE | 3/27/2008 | 228-565 | Registration |
| TROOPER EXTRA SELECTIVE HERBICIDE | 11/19/2008 | 228-586 | Registration |
| 4-SPEED XT SELECTIVE HERBICIDE | 12/19/2008 | 228-590 | Registration |
| NUP-08041 READY-TO-USE | 2/12/2009 | 228-593 | Registration |
| QUINCEPT HERBICIDE READY TO USE | 11/3/2008 | 228-594 | Registration |
| QUINCEPT HERBICIDE PREMIUM LAWN WEED KILLER CONCENTRATE | 11/3/2008 | 228-595 | Registration |
| RIVERDALE 2,4-D GRANULES | 7/28/2008 | 228-61 | Reregistration |
| QUINCEPT LT HERBICIDE READY-TO-USE | 5/6/2010 | 228-703 | Registration |
| QUINCEPT LT HERBICIDE PREMIUM LAWN WEED KILLER CONCENTRATE | 5/6/2010 | 228-704 | Registration |
| NUP-09066 HERBICIDE | 5/19/2010 | 228-705 | Registration |

| ELLIPTICAL HERBICIDE | 5/5/2010 | 228-707 | Registration |
|---|---|---|---|
| SOLUTION WSG HERBICIDE | 5/8/2013 | 228-715 | Registration |
| NAVIGATE DMA AQUATIC HERBICIDE | 6/21/2016 | 228-732 | Registration |
| Viper Weed and Feed (37.5#/5M) | 11/30/2016 | 228-738 | Registration |
| 2,4-D L.V. 6 ESTER | 12/8/2008 | 228-95 | Reregistration |
| WEED B-GON SPOT WEED KILLER CONCENTRATE | 6/24/2009 | 239-2690 | Reregistration |
| OASIS HERBICIDE | 6/20/2008 | 241-409 | Reregistration |
| F6119 EC HERBICIDE | 3/14/2008 | 279-3316 | Reregistration |
| F6119 TURF AND IVM HERBICIDE | 11/8/2010 | 279-9546 | Registration |
| LV 4 | 1/14/2009 | 2935-511 | Reregistration |
| AMINE 4 D | 9/2/2008 | 2935-512 | Reregistration |
| BASE CAMP LV 6 | 1/31/2011 | 2935-553 | Registration |
| SENTRY LV-4 HERBICIDE | 9/9/2013 | 33270-20 | Registration |
| SENTRY AMINE 4 HERBICIDE | 9/9/2013 | 33270-21 | Registration |
| SENTRY LV-6 HERBICIDE | 9/23/2014 | 33270-22 | Registration |
| QUICKSILVER | 8/25/2015 | 33270-39 | Registration |
| COLT + SALVO | 4/14/2008 | 34704-1010 | Reregistration |
| STARANE + SABER | 9/25/2008 | 34704-1012 | Reregistration |
| WHITEOUT 2,4-D | 12/22/2009 | 34704-1032 | Registration |
| LPI 6310-20 HERBICIDE | 1/25/2011 | 34704-1053 | Registration |
| LOW VOL ESTER 4 WEED KILLER | 1/9/2009 | 34704-124 | Reregistration |
| LOW VOL 6 ESTER WEED KILLER | 2/6/2009 | 34704-125 | Reregistration |
| SAVAGE | 7/11/2008 | 34704-606 | Reregistration |
| SALVO | 12/8/2008 | 34704-609 | Reregistration |
| AMINE 6 2,4-D HERBICIDE | 9/17/2008 | 34704-646 | Reregistration |
| SHOTGUN FLOWABLE HERBICIDE | 7/14/2008 | 34704-728 | Reregistration |
| SABER HERBICIDE | 9/16/2008 | 34704-803 | Reregistration |
| APHD HERBICIDE | 12/8/2008 | 34704-817 | Reregistration |
| SAVANA | 3/18/2009 | 34704-847 | Reregistration |
| RIFLE-D HERBICIDE | 3/30/2009 | 34704-869 | Reregistration |
| CHASER TURF HERBICIDE | 7/1/2008 | 34704-928 | Reregistration |
| CHASER 2 AMINE | 5/3/2010 | 34704-930 | Reregistration |
| AGSCO 400 HERBICIDE | 3/30/2009 | 34704-991 | Reregistration |
| AGSCO B-4 HERBICIDE | 6/17/2008 | 34704-996 | Reregistration |
| ALPHASET IPE | 2/6/2009 | 35935-21 | Reregistration |
| 2,4-D LV-6 | 2/24/2009 | 35935-6 | Reregistration |
| KNOCK-OUT NON-SELECTIVE WEED KILLER | 5/19/2008 | 3862-143 | Reregistration |
| ST. AUGUSTINE GRASS BROADLEAF HERBICIDE | 4/14/2009 | 3862-145 | Reregistration |
| DOUBLE KILL | 3/18/2008 | 3862-92 | Reregistration |

| | | | |
|---|---|---|---|
| NO. 1117 HILCO-X WEED KILLER | 3/24/2008 | 402-98 | Reregistration |
| BW II | 6/9/2006 | 42750-100 | Registration |
| PD 2 | 8/6/2009 | 42750-107 | Reregistration |
| TRICLOPYR BEE + 2,4-D BEE | 4/17/2008 | 42750-124 | Reregistration |
| BW III | 9/17/2009 | 42750-144 | Reregistration |
| ALBAUGH 2,4-D LV4 | 3/3/2008 | 42750-15 | Reregistration |
| 2,4-D AMINE 4 | 3/24/2008 | 42750-19 | Reregistration |
| 2,4-D LV 6 | 7/23/2008 | 42750-20 | Reregistration |
| FLUROXYPYR + 2,4-D | 9/23/2009 | 42750-203 | Registration |
| 2,4-D AMINE 6 | 3/14/2008 | 42750-21 | Registration |
| SOLVE 2,4-D | 9/15/2008 | 42750-22 | Reregistration |
| STAR 650 | 10/3/2011 | 42750-232 | Registration |
| DMD 3-WAY | 11/6/2014 | 42750-272 | Registration |
| RANGE STAR EW | 3/26/2015 | 42750-286 | Registration |
| B3-WAY-001 | 8/13/2015 | 42750-294 | Registration |
| ALBAUGH D-638 | 7/23/2008 | 42750-36 | Reregistration |
| FIVE-STAR | 3/24/2008 | 42750-49 | Reregistration |
| ALBAUGH LAND STAR | 5/12/2008 | 42750-62 | Reregistration |
| OUTLAW | 8/6/2009 | 42750-68 | Reregistration |
| THUNDERMASTER | 8/6/2009 | 42750-76 | Reregistration |
| PICLORAM + 2,4-D RANGELAND | 7/28/2008 | 42750-80 | Reregistration |
| PICLORAM + 2,4-D IVM | 5/7/2008 | 42750-82 | Reregistration |
| PICLORAM + 2,4-D RTU | 3/18/2008 | 42750-83 | Reregistration |
| CLOPYRALID MEA+2,4-D | 7/7/2008 | 42750-92 | Reregistration |
| CIMARRON MAX HERBICIDE | 3/2/2010 | 432-1555 | Registration |
| BONIDE LAWN WEED KILLER | 5/12/2009 | 4-400 | Reregistration |
| BONIDE LAWN WEED KILLER W/TRIMEC | 5/13/2009 | 4-401 | Reregistration |
| DOOM WEED KILLER SPRAY | 4/28/2008 | 44446-61 | Reregistration |
| BONIDE WEED BEATER PLUS CRABGRASS & BROADLEAF WEED KILLER READY TO SPRAY | 5/20/2009 | 4-466 | Reregistration |
| REAL-KILL BROADLEAF WEED KILLER | 4/4/2011 | 478-121 | Reregistration |
| TORAM 101 | 2/6/2009 | 48273-15 | Reregistration |
| AMINE 4 D | 9/29/2008 | 48273-4 | Reregistration |
| AMINE 6D WEED KILLER | 7/14/2008 | 48273-5 | Reregistration |
| A.C. AQUACIDE PELLETS | 4/17/2008 | 5080-2 | Reregistration |
| LANDMASTER BW HERBICIDE | 8/19/2008 | 524-351 | Reregistration |
| LANDMASTER II HERBICIDE | 8/18/2008 | 524-376 | Reregistration |
| RT MASTER | 3/3/2008 | 524-531 | Reregistration |
| TURF BUILDER PRE/POST 2 | 9/17/2009 | 538-299 | Reregistration |
| EDISON | 12/22/2009 | 538-314 | Registration |

| | | | |
|---|---|---|---|
| TURF FERTILIZER AND WEED CONTROL | 4/3/2014 | 538-326 | Registration |
| LIQUID TB WEED CONTROL | 1/4/2016 | 538-328 | Registration |
| PICLORAM 10.2 HERBICIDE | 2/12/2009 | 53883-255 | Registration |
| QUALI-PRO 2TQ | 7/29/2013 | 53883-332 | Registration |
| QUALI-PRO-2DQ | 5/21/2013 | 53883-334 | Registration |
| QUALI-PRO THREE-D | 8/8/2013 | 53883-342 | Registration |
| QUALI-PRO 3-D HERBICIDE | 10/25/2010 | 53883-378 | Registration |
| ALCO CITRUS FIX PLANT GROWTH REGULATOR | 10/19/2009 | 5481-145 | Reregistration |
| HIVOL 44 | 8/14/2009 | 5481-509 | Reregistration |
| TENKOZ LO-VOL 4 HERBICIDE | 11/24/2009 | 55467-11 | Registration |
| TENKOZ LO-VOL 6 HERBICIDE | 11/24/2009 | 55467-12 | Registration |
| TENKOZ AMINE 4 HERBICIDE | 12/2/2009 | 55467-14 | Registration |
| WEEDEX DANDELION STICK | 7/7/2008 | 58501-2 | Reregistration |
| WEED RHAP A-4D | 7/14/2008 | 5905-501 | Reregistration |
| WEED-RHAP A-6D HERBICIDE 2,4-D AMINE | 6/20/2008 | 5905-503 | Reregistration |
| WEED-RHAP LV-6D | 7/1/2008 | 5905-508 | Reregistration |
| BARRAGE HF | 7/1/2008 | 5905-529 | Reregistration |
| HM-2010 | 8/14/2008 | 5905-542 | Reregistration |
| HARDBALL | 3/3/2008 | 5905-549 | Reregistration |
| DOUBLE UP B+D | 10/1/2009 | 5905-552 | Reregistration |
| LATIGO | 8/2/2010 | 5905-564 | Reregistration |
| HM-0339 | 6/21/2007 | 5905-565 | Registration |
| BRUSH RHAP | 8/5/2009 | 5905-568 | Reregistration |
| HELENA OUTLAW | 2/27/2008 | 5905-574 | Registration |
| HELENA BW-III | 2/27/2008 | 5905-575 | Registration |
| TRUMPCARD | 5/20/2009 | 5905-581 | Registration |
| WEED RHAP LV-4 | 10/3/2016 | 5905-600 | Registration |
| 2,4-D LV ESTER 4 | 7/28/2008 | 5905-90 | Reregistration |
| 2,4-D AMINE – 4 | 1/27/2009 | 62575-1 | Reregistration |
| BIESTERFELD 2,4-D ESTER LV | 3/16/2012 | 62575-5 | Reregistration |
| 2,4-D AMINE - 6 HERBICIDE | 2/10/2009 | 62575-8 | Reregistration |
| FORMULA 40 HERBICIDE | 9/16/2008 | 62719-1 | Reregistration |
| GRAZON P+D | 8/18/2008 | 62719-182 | Reregistration |
| DMA 6 WEED KILLER | 9/11/2008 | 62719-2 | Reregistration |
| XRM-5202 | 6/17/2008 | 62719-217 | Reregistration |
| STATESMAN HERBICIDE | 8/15/2008 | 62719-218 | Reregistration |
| CROSSBOW | 5/27/2008 | 62719-260 | Reregistration |
| DMA 4 HERBICIDE | 9/17/2008 | 62719-3 | Reregistration |
| IPA-4 | 6/20/2008 | 62719-303 | Reregistration |
| TORDON 101R | 5/27/2008 | 62719-31 | Reregistration |

| | | | |
|---|---|---|---|
| ESTERON 638 | 7/11/2008 | 62719-330 | Reregistration |
| E-99 | 7/16/2008 | 62719-365 | Reregistration |
| GLYMIX MT | 6/23/2009 | 62719-366 | Reregistration |
| CURTAIL | 6/17/2008 | 62719-48 | Reregistration |
| TORDON 101 MIXTURE | 9/15/2008 | 62719-5 | Reregistration |
| 2,4-D BEE-4 | 9/23/2008 | 62719-50 | Reregistration |
| FOREFRONT R&P | 6/23/2008 | 62719-524 | Reregistration |
| ESTERON SL HERBICIDE | 7/7/2008 | 62719-551 | Reregistration |
| EF-1383 | 9/28/2011 | 62719-558 | Registration |
| GRAZON PD2 | 9/25/2009 | 62719-571 | Reregistration |
| GF-2003 | 10/2/2007 | 62719-579 | Registration |
| GRAZONNEXT | 2/12/2008 | 62719-587 | Registration |
| PENOXSULAM 2 FERT | 11/19/2008 | 62719-589 | Registration |
| PENOXSULAM 3 FERT | 11/19/2008 | 62719-590 | Registration |
| GF-2121 | 7/21/2008 | 62719-599 | Registration |
| GF-2122 | 7/21/2008 | 62719-600 | Registration |
| GrazonNext HL | 3/10/2011 | 62719-628 | Registration |
| PASTURALL HL | 3/10/2011 | 62719-629 | Registration |
| FOREFRONT HL | 3/10/2011 | 62719-630 | Registration |
| GF-2654 | 4/14/2011 | 62719-634 | Registration |
| GF-2727 | 6/27/2011 | 62719-640 | Registration |
| Grazon HL | 3/7/2013 | 62719-653 | Registration |
| TURFLON D | 5/27/2008 | 62719-67 | Reregistration |
| GF-2726 SR | 4/2/2013 | 62719-673 | Registration |
| GF-3335 | 1/31/2017 | 62719-695 | Registration |
| ESTERON 6E HERBICIDE | 2/24/2009 | 62719-8 | Reregistration |
| WEED KILLER 4D | 2/10/2009 | 62719-9 | Reregistration |
| MANA 2,4-D ESTER 4 | 7/27/2010 | 66222-219 | Registration |
| MANA 2,4-D ESTER 6 | 7/27/2010 | 66222-220 | Registration |
| MANA 2,4-D AMINE 4 | 7/23/2010 | 66222-221 | Registration |
| BANVEL + 2,4-D | 2/10/2009 | 66330-287 | Reregistration |
| SP1304 | 4/22/2009 | 67690-49 | Registration |
| SP1037 | 4/22/2009 | 67690-50 | Registration |
| PC HERBICIDE CONCENTRATE | 9/21/2009 | 69526-11 | Reregistration |
| PC RTU HERBICIDE | 4/22/2008 | 69526-12 | Registration |
| PC HERBICIDE CONCENTRATE PLUS | 5/26/2009 | 69526-15 | Registration |
| PC HERBICIDE RTU PLUS | 5/21/2009 | 69526-16 | Registration |
| TERNSTYLE | 12/11/2009 | 70506-285 | Registration |
| TERNSTYLE G | 3/18/2011 | 70506-290 | Registration |
| CHINOOK | 8/10/2016 | 70506-321 | Registration |
| WEEDONE LV4 IOE BROADLEAF HERBICIDE | 6/24/2009 | 71368-10 | Reregistration |

| | | | |
|---|---|---|---|
| NUP-12004 HERBICIDE | 12/18/2012 | 71368-107 | Registration |
| BURNMASTER HERBICIDE | 1/7/2014 | 71368-108 | Registration |
| SPITFIRE HERBICIDE | 1/23/2014 | 71368-109 | Registration |
| WEEDONE LV6 EC | 3/20/2009 | 71368-11 | Reregistration |
| Panther Duo Herbicide | 6/18/2015 | 71368-115 | Registration |
| Panther Trio Herbicide | 7/23/2015 | 71368-116 | Registration |
| Scorch | 3/30/2016 | 71368-117 | Registration |
| WEEDAR IVM 44 BROADLEAF HERBICIDE | 7/1/2008 | 71368-13 | Reregistration |
| WEEDONE LV4 BROADLEAF HERBICIDE | 3/14/2008 | 71368-14 | Reregistration |
| NUFARM/2,4-D SODIUM SALT HERBICIDE | 8/10/2009 | 71368-22 | Reregistration |
| WEEDONE 638 BROADLEAF HERBICIDE | 4/29/2011 | 71368-3 | Reregistration |
| CREDIT MASTER HERBICIDE | 3/20/2009 | 71368-31 | Reregistration |
| NUFARM KAMBAMASTER HERBICIDE | 7/29/2008 | 71368-34 | Reregistration |
| RECOIL BROAD SPECTRUM HERBICIDE | 8/26/2010 | 71368-35 | Reregistration |
| MAESTRO D HERBICIDE | 3/18/2008 | 71368-39 | Reregistration |
| AQUA-KLEEN | 6/24/2009 | 71368-4 | Reregistration |
| NUFARM NUL 0365 BROADLEAF HERBICIDE | 2/10/2009 | 71368-42 | Reregistration |
| WEEDHAWK DRY FLOWABLE HERBICIDE | 3/18/2008 | 71368-50 | Reregistration |
| WEEDONE LV6 EMULSIFIABLE BROADLEAF HERBICIDE | 6/24/2009 | 71368-6 | Reregistration |
| CLEANSWEEP D HERBICIDE | 4/8/2009 | 71368-90 | Registration |
| NUP-08131 SELECTIVE HERBICIDE | 11/19/2009 | 71368-93 | Registration |
| CRAZE HERBICIDE | 5/13/2011 | 71711-35 | Registration |
| RD 1645 HERBICIDE | 7/6/2005 | 71995-41 | Registration |
| RD 1644 HERBICIDE | 7/6/2005 | 71995-42 | Registration |
| RD 1646 | 7/6/2005 | 71995-43 | Registration |
| LAWN 3FL2 HERBICIDE CONCENTRATE/READY-TO-SPRAY | 4/26/2011 | 72155-104 | Registration |
| LAWN 3FL2 HERBICIDE READY-TO-USE | 6/13/2011 | 72155-105 | Registration |
| Lawn 3FL Herbicide Concentrate/Ready-to-spray | 7/26/2010 | 72155-89 | Registration |
| Lawn 3FL Herbicide Ready-to-use | 7/26/2010 | 72155-90 | Registration |
| SWISS FARMS WEED & FEED (ZERO P) | 5/15/2009 | 73327-2 | Registration |

| | | | |
|---|---|---|---|
| LILLY/MILLER DANDELION KILLER | 7/3/2008 | 802-146 | Reregistration |
| LILLY/MILLER LAWN WEED KILLER | 12/4/2009 | 802-485 | Reregistration |
| LILLY/MILLER READY-TO-USE LAWN WEED KILLER | 5/29/2009 | 802-580 | Reregistration |
| LILLY/MILLER ULTRAGREEN WEED & FEED WITH TRIMEC HERBICIDE | 12/4/2009 | 802-588 | Reregistration |
| LILLY/MILLER 5M WEED & FEED | 10/9/2009 | 802-597 | Reregistration |
| ALLIGARE PICLORAM+D | 8/31/2007 | 81927-16 | Registration |
| ALLIGARE CODY HERBICIDE | 6/24/2008 | 81927-28 | Registration |
| ALLIGARE EVERETT HERBICIDE | 6/24/2008 | 81927-29 | Registration |
| ALLIGARE 2,4-D AMINE | 7/16/2009 | 81927-38 | Registration |
| ALLIGARE 2,4-D LV 6 | 7/16/2009 | 81927-39 | Registration |
| ALLIGARE DICAMBA + 2,4-D DMA | 6/3/2010 | 81927-42 | Registration |
| Dicamba DMA + 2,4-D DMA SL | 1/29/2016 | 83100-45 | Registration |
| DICAMBA + 2,4-D | 7/26/2011 | 83520-12 | Reregistration |
| 2,4-D AMINE 4 | 6/10/2008 | 83520-13 | Registration |
| 2,4-D ESTER 4 | 11/21/2008 | 83520-20 | Registration |
| 2,4-D ESTER 6 | 12/17/2008 | 83520-21 | Registration |
| 2,4-D AMINE WEED KILLER | 6/29/2010 | 84009-4 | Reregistration |
| UNICO 2,4-D LO-V ESTER WEED KILLER | 9/15/2008 | 84009-5 | Reregistration |
| 2,4-D LO-V ESTER 6E | 8/18/2010 | 84009-9 | Reregistration |
| ARMORTECH (R) THREESOME(TM) | 12/16/2009 | 86064-5 | Registration |
| WILLOWOOD 2,4-D AMINE | 2/20/2014 | 87290-45 | Registration |
| WILLOWOOD 2,4-D ESTER 4 | 3/10/2014 | 87290-49 | Registration |
| WILLOWOOD 2,4-D ESTER 6 | 2/27/2014 | 87290-50 | Registration |
| Dee-Cam Herbicide | 4/17/2017 | 87845-8 | Registration |
| AX LV 4 2,4-D HERBICIDE | 11/13/2012 | 89167-13 | Registration |
| AX AMINE 4 2,4-D BROADLEAF HERBICIDE | 11/13/2012 | 89167-2 | Registration |
| AX 24DE-BROMOX-FLUROX | 3/26/2015 | 89167-49 | Registration |
| AX-DICAMBA 2,4-D-ESTER | 7/15/2015 | 89167-52 | Registration |
| DICAMBA + 2,4-D DMA | 6/9/2010 | 89168-2 | Registration |
| LIBERTY 2.4-D LV 6 ESTER NS | 12/9/2014 | 89168-40 | Registration |
| LIBERTY 2,4-D ESTER 6 | 10/14/2010 | 89168-5 | Registration |
| LIBERTY 2, 4-D ESTER 4 | 10/14/2010 | 89168-6 | Registration |
| LIBERTY SFO | 12/7/2016 | 89168-61 | Registration |
| LIBERTY 2,4-D AMINE 4 | 10/14/2010 | 89168-7 | Registration |
| TRIAD SELECT HERBICIDE | 3/26/2015 | 89442-22 | Registration |
| CrossCut Select | 3/20/2017 | 89442-31 | Registration |
| 2,4-D AMINE WEED KILLER | 4/7/2017 | 91543-2 | Registration |
| THE ANDERSONS WEED & FEED | 3/28/2008 | 9198-70 | Reregistration |
| LAWN HERBICIDE JD READY-TO-USE | 4/29/2011 | 92564-2 | Reregistration |

| | | | |
|---|---|---|---|
| LAWN HERBICIDE 3F CONCENTRATE | 10/19/2009 | 92564-34 | Reregistration |
| LAWN HERBICIDE 3F READY-TO-USE | 5/18/2007 | 92564-35 | Registration |
| LAWN HERBICIDE JD CONCENTRATE | 8/5/2009 | 92564-4 | Reregistration |
| LAWN HERBICIDE 2Q READY-TO-USE | 6/29/2009 | 92564-41 | Reregistration |
| LAWN HERBICIDE 2Q CONCENTRATE READY-TO-SPRAY | 3/26/2008 | 92564-42 | Registration |
| LAWN 3IP HERBICIDE CONCENTRATE/READY-TO-SPRAY | 4/30/2009 | 92564-43 | Registration |
| LAWN 3IP HERBICIDE READY-TO-USE | 4/30/2009 | 92564-44 | Registration |
| LAWN 3IP HERBICIDE GRANULE | 8/12/2011 | 92564-56 | Registration |
| LEBANON FERTILIZER PLUS CONFRONT TR BRAND HERBICIDE | 9/24/2008 | 961-394 | Reregistration |
| CONFRONT III + FERTILIZER | 1/25/2005 | 961-395 | Registration |
| CONFRONT* IV + FERTILIZER | 9/26/2006 | 961-406 | Registration |
| TURF FERTILIZER PLUS TRIMEC DMB WEED CONTROL | 6/3/2010 | 961-413 | Registration |
| TURF FERTILIZER PLUS TRIMEC ESTER WEED CONTROL | 6/7/2010 | 961-415 | Registration |
| TURF BROADLEAF WEED CONTROL | 7/14/2011 | 961-418 | Registration |
| TURF FERTILIZER BROADLEAF PLUS DIMENSION WEED CONTROL | 7/14/2011 | 961-419 | Registration |
| TURF FERTILIZER WITH LOCKUP PLUS DIMENSION WEED CONTROL | 7/18/2012 | 961-420 | Registration |
| CHEMSICO SPOT WEED KILLER A | 4/14/2009 | 9688-109 | Reregistration |
| CHEMSICO HERBICIDE WSG RTU | 8/10/2006 | 9688-243 | Registration |
| CHEMSICO HERBICIDE 2XG | 10/9/2009 | 9688-261 | Reregistration |
| EH-1460 HERBICIDE | 8/13/2009 | 9688-268 | Reregistration |
| CHEMSICO BRUSH KILLER CONCENTRATE II | 11/10/2010 | 9688-286 | Registration |
| CHEMSICO PESTICIDE CONCENTRATE WI-N | 5/19/2011 | 9688-289 | Registration |
| CHEMSICO PESTICIDE CONCENTRATE WI-S | 5/19/2011 | 9688-290 | Registration |
| CHEMSICO SPOT WEED KILLER TFA | 8/2/2011 | 9688-292 | Registration |
| CHEMSICO PESTICIDE GRANULES WI-N | 12/18/2012 | 9688-310 | Registration |
| CHEMSICO PESTICIDE GRANULES WI-S | 12/18/2012 | 9688-311 | Registration |

135.   Upon information and belief, EPA provided no hearings or other public participation for these product registration actions.

136.    As set forth above, EPA has discretion to influence or change registrations of pesticide products for the benefit of protected species.  For example, EPA may only register or reregister a pesticide product if its use does not cause an unreasonable adverse effect on the environment.  7 U.S.C. § 136a(c)(5); 7 U.S.C. § 136a-1(g)(2)(C); 40 C.F.R. § 152.112; 40 C.F.R. § 152.113(a).   EPA may also change, cancel, restrict, or immediately suspend registered pesticides, pesticide labeling, or particular uses at any time if it appears that the pesticide is causing an unreasonable adverse effect on the environment.  7 U.S.C. § 136d(c).   Thus, EPA's product reregistration and its approvals of products containing 2,4-D, salts and esters are "affirmative agency actions" subject to consultation under Section 7(a)(2) of the ESA. 16 U.S.C. § 1536(a)(2).

137.    Plaintiffs' members live, work, visit, recreate, and otherwise enjoy areas across the nation that may be impacted by products containing 2,4-D, salts and esters.  Plaintiffs' members derive professional, aesthetic, spiritual, recreational, economic, and educational benefits from the endangered and threatened species that live in these areas and may be impacted by products containing 2,4-D, salts and esters.  The list of species that may be affected by products containing 2,4-D, salts and esters is provided in Exhibit A, and Plaintiffs' members have cognizable interests in these species.

138.    For example, products containing 2,4-D, salts and esters may affect the Puerto Rican crested toad, and a member of Plaintiffs' organizations has a cognizable interest in this species based on, among other things, efforts to observe the species during frequent visits to habitats where the species can be found and may be affected by products containing 2,4-D, salts and esters.

139.    In the Recovery Plan for the Puerto Rican crested toad, the FWS explains: "Ponds in Quebradillas are found in areas used for cattle since the 1950's. These areas are regularly sprayed with herbicides and chemical fertilizers, which could affect the toads when rain and runoff from pastures fill cattle troughs constructed to take advantage of natural drainage channels. These cattle troughs are used by the toads for breeding."  In addition, in its 1989 Biological Opinion, FWS found that the Puerto Rican crested toad may be adversely affected by numerous pesticides.

140.    Plaintiffs' members engage in wildlife observation, research, photography, restoration activities, and educational programs involving endangered and threatened species that may be impacted by products containing 2,4-D, salts and esters.  Plaintiffs' members will continue to maintain an interest

1  in the species and areas that may be impacted by products containing 2,4-D, salts and esters in the

2  future.

3      141.   The above-described interests of Plaintiffs and their members have been and are being

4  adversely affected by EPA's reregistration, registration and authorization of the use of products

5  containing 2,4-D, salts and esters, which are pesticides that may harm endangered and threatened

6  species and their habitats.  As alleged in the Complaint, products containing 2,4-D, salts and esters may

7  affect the species identified in Exhibit A, as well as their designated critical habitat.

8      142.   EPA's failure to ensure that products containing 2,4-D, salts and esters do not impact

9  endangered species and their habitats harms Plaintiffs' members' interests in the species and their

10  habitats affected by products containing 2,4-D, salts and esters.  For example, EPA's failure to consult

11  on products containing 2,4-D, salts and esters may impair recovery of species impacted by products

12  containing 2,4-D, salts and esters and may make it more likely that these species would suffer

13  population declines.  Species declines and impaired recovery harm the interests that Plaintiffs'

14  members have in the existence of these rare animals, such as by limiting their ability to observe the

15  species.  Consultation on products containing 2,4-D, salts and esters is necessary to ensure that

16  Plaintiffs' members' interests in the species affected by products containing 2,4-D, salts and esters are

17  preserved and remain free from injury.

18      143.   EPA must register and authorize pesticide products before they can be used and has an

19  ongoing responsibility to ensure that registered pesticides do not have unreasonable adverse effects on

20  the environment.  Absent EPA's continuing registration and discretionary control and involvement in

21  products containing 2,4-D, salts and esters, these pesticides could not be used and could not be

22  negatively impacting the listed species named in Exhibit A and their habitats.

23      144.   If this Court orders EPA to engage in consultation as required, the Service would analyze

24  the extent to which the products containing 2,4-D, salts and esters affect listed species and their habitats

25  and, if necessary, would suggest reasonable and prudent alternatives or measures to protect the species,

26  which would protect Plaintiffs' members' interests in the species.  16 U.S.C. § 1536(a)(3).  Unless the

27  requested relief is granted, Plaintiffs' interests will continue to be injured by EPA's failure to consult

28  on products containing 2,4-D, salts and esters with the Service, as well as by the potential ongoing

harm to the species named in Exhibit A and their habitats as a result of ongoing use of products containing 2,4-D, salts and esters.

145. The injuries described above are actual, concrete injuries that are presently suffered by Plaintiffs and their members and will continue to occur unless relief is granted by this Court. These injuries are directly caused by the Defendants' failure to consult with the Service to ensure that EPA's actions relating to products containing 2,4-D, salts and esters do not affect listed species and Plaintiffs' members' cognizable interests in these species. The relief sought herein, EPA's compliance with the ESA, would redress Plaintiffs' injuries. Plaintiffs have no other adequate remedy at law, and they bring this action on behalf of their adversely affected members.

**Acephate**[6]

146. Exhibit A contains a comprehensive, but not necessarily exhaustive, list of endangered and threatened species for which acephate is known to be harmful to the taxonomic group of that species and is used in the state where that species lives.

147. Acephate is a pesticide for which the EPA has indicated that estimated environmental concentrations (EECs) are likely to exceed the Levels of Concern (LOCs) for endangered species, and/or may cause indirect effects on endangered species by altering habitat or food sources. Specifically, EECs of acephate are likely to exceed the LOCs for the following taxonomic groups: mammals, birds, fish, amphibians, mollusks, crustaceans, insects, and reptiles.

148. Acephate is a pesticide that is "highly acutely toxic" or "very highly acutely toxic" to the following taxonomic groups: crustaceans, insects, fish, and amphibians. These toxicity rankings are based on LD50 or LC50 data (lethal dose to 50 percent of the test organisms or lethal concentration for 50 percent of the test organisms) that EPA possesses.

149. In its 2006 RED for acephate, EPA states: "Endangered species LOCs except for fish (estuarine and freshwater) and estuarine invertebrates are exceeded for all uses of acephate. In addition, LOCs are exceeded for endangered species of mammals, amphibians, birds, reptiles, insects, and freshwater invertebrates for the degradate methamidophos formed from all uses of acephate."

---

[6] The current EPA Case Number and EPA PC Code for acephate are 0042, 103301.

150.    EPA "affirmatively authorized" the continued use of the active ingredient acephate when it issued a Reregistration Eligibility Decision in July of 2006.

151.    On October 14, 2008, EPA completed product reregistration for acephate.  *See* https://www.epa.gov/pesticide-reevaluation/pesticides-have-completed-product-reregistration (last visited 6/26/2017).

152.    Active product registrations for this pesticide can be found on EPA's Pesticide Product Label System, *available at* http://iaspub.epa.gov/apex/pesticides/f?p=PPLS:1 (last visited 6/26/2017).

153.    Specifically, the EPA's online Pesticide Product Label System lists the following products containing acephate that EPA affirmatively authorized by product reregistration or new product registration since January 20, 2005:

| Product Name | Date | Registration Number | Action |
|---|---|---|---|
| BRACKET 90 WSP | 7/2/2008 | 1381-238 | Registration |
| DEXOL SYSTEMIC GRANULES FOR PLANT INSECT CONTROL | 3/29/2007 | 192-210 | Reregistration |
| DEXOL SYSTEMIC PLANT CARE | 3/29/2007 | 192-211 | Reregistration |
| DREXEL ACEPHATE 75 WSP | 9/27/2007 | 19713-400 | Reregistration |
| DREXEL ACEPHATE 80 SEED PROTECTANT | 2/22/2017 | 19713-408 | Reregistration |
| DREXEL ACEPHATE PCO SP INSECTICIDE | 8/16/2007 | 19713-495 | Reregistration |
| DREXEL ACEPHATE 75SP HOMEOWNER | 9/13/2007 | 19713-497 | Reregistration |
| ORTHENE SYSTEMIC INSECT CONTROL | 9/27/2007 | 239-2461 | Reregistration |
| ORTHENE FIRE ANT KILLER II | 9/13/2007 | 239-2632 | Reregistration |
| ACEPHATE 90 WDG | 1/28/2010 | 34704-1051 | Registration |
| ACEPHATE 90SP INSECTICIDE | 8/16/2005 | 34704-880 | Registration |
| ACEPHATE 97 EG | 2/15/2006 | 34704-903 | Registration |
| ACECAP SYSTEMIC INSECTICIDE IMPLANTS | 4/19/2007 | 37979-1 | Reregistration |
| BONIDE SYSTEMIC INSECT CONTROL | 11/18/2015 | 4-490 | Registration |
| WHITMIRE PT 289 ORTHENE | 9/10/2007 | 499-373 | Reregistration |
| ACEPHATE 75 SP AGRICULTURAL & FIRE ANT INSECTICIDE | 7/19/2011 | 53883-133 | Reregistration |
| ACEPHATE 50 FIRE ANT INSECTICIDE | 11/16/2006 | 53883-203 | Registration |

| ACEPHATE 90% PRILLS | 4/1/2009 | 53883-253 | Registration |
|---|---|---|---|
| ORTHENE 75 S SOLUBLE POWDER | 4/9/2007 | 5481-8971 | Reregistration |
| ORTHENE TOBACCO INSECT SPRAY | 6/20/2007 | 5481-8972 | Reregistration |
| ORTHENE PCO FORMULA II | 8/16/2007 | 5481-8973 | Reregistration |
| ORTHENE 90S | 6/20/2007 | 5481-8974 | Reregistration |
| PAYLOAD 15 GRANULAR | 3/29/2007 | 5481-8976 | Reregistration |
| ORTHENE TURFGRASS & CONTAINER GROWN NURSERY STOCK 15 GRANULAR | 3/29/2007 | 5481-8977 | Reregistration |
| ORTHENE 97 PELLETS | 4/25/2007 | 5481-8978 | Reregistration |
| ARBOR X THENE | 5/2/2007 | 64014-1 | Reregistration |
| ACEPHATE 97 WDG | 10/20/2016 | 66222-266 | Registration |
| ACEPHATE 75SP | 9/27/2007 | 66330-354 | Reregistration |
| ACEPHATE PCO SP INSECTICIDE | 9/13/2007 | 66330-355 | Reregistration |
| ACEPHATE 90SP | 9/24/2007 | 66330-356 | Registration |
| ACEPHATE 75SP HOMEOWNER | 9/10/2007 | 66330-358 | Registration |
| ACEPHATE 80S SEED TREATER | 8/16/2007 | 66330-359 | Reregistration |
| ACEPHATE 97 EG | 9/24/2007 | 66330-360 | Reregistration |
| ACEPHATE 90EG | 12/19/2007 | 66330-370 | Registration |
| ACEPHATE 75 SP | 7/18/2007 | 70506-1 | Reregistration |
| ACEPHATE 90 SP | 7/9/2007 | 70506-2 | Reregistration |
| LANCER GOLD INSECTICIDE | 10/5/2011 | 70506-242 | Registration |
| AVATAR PLX | 3/3/2015 | 70506-313 | Registration |
| ACEPHATE 90 DF INSECTICIDE | 4/13/2006 | 70506-76 | Registration |
| ACEPHATE 97UP INSECTICIDE | 11/28/2007 | 70506-8 | Reregistration |
| EXCEL SYSTEMIC INSECT CONTROL GRANULES | 8/23/2005 | 71376-2 | Registration |
| ACE-JET | 7/21/2005 | 74578-2 | Registration |
| ACEPHATE INFUSIBLE INSECTICIDE | 3/7/2007 | 74779-5 | Registration |
| ACEPHATE SYSTEMIC TREE & ORNAMENTAL INSECTICIDE | 6/27/2007 | 74779-6 | Registration |
| BORER-STOP ECOTAB | 7/20/2005 | 75748-1 | Registration |
| TIDE ACEPHATE 90 WSG | 7/31/2014 | 80697-12 | Registration |
| TIDE ACEPHATE 97 SG | 9/18/2014 | 80697-13 | Registration |
| ACEPHATE 90% SP | 1/25/2006 | 81964-3 | Registration |
| ACEPHATE 90% WSP | 5/10/2007 | 83222-2 | Registration |
| ACEPHATE 97% PRILLS | 4/16/2010 | 83222-31 | Registration |
| TIDE ACEPHATE 90 WDG | 11/25/2009 | 84229-7 | Registration |
| PRECISE ACEPHATE | 9/13/2007 | 84886-1 | Reregistration |
| PRECISE ACEPHATE GREENHOUSE AND NURSERY SYSTEMIC INSECTICIDE | 1/20/2006 | 84886-2 | Registration |
| AX ACEPHATE 90 WDG | 1/2/2013 | 89167-27 | Registration |

| AX ACEPHATE 97 | 9/16/2013 | 89167-35 | Registration |

154.   Upon information and belief, EPA provided no hearings or other public participation for these product registration actions.

155.   As set forth above, EPA has discretion to influence or change registrations of pesticide products for the benefit of protected species.  For example, EPA may only register or reregister a pesticide product if its use does not cause an unreasonable adverse effect on the environment.  7 U.S.C. § 136a(c)(5); 7 U.S.C. § 136a-1(g)(2)(C); 40 C.F.R. § 152.112; 40 C.F.R. § 152.113(a).   EPA may also change, cancel, restrict, or immediately suspend registered pesticides, pesticide labeling, or particular uses at any time if it appears that the pesticide is causing an unreasonable adverse effect on the environment.  7 U.S.C. § 136d(c).   Thus, EPA's product reregistration and its approvals of products containing acephate are "affirmative agency actions" subject to consultation under Section 7(a)(2) of the ESA. 16 U.S.C. § 1536(a)(2).

156.   Plaintiffs' members live, work, visit, recreate, and otherwise enjoy areas across the nation that may be impacted by products containing acephate.  Plaintiffs' members derive professional, aesthetic, spiritual, recreational, economic, and educational benefits from the endangered and threatened species that live in these areas and may be impacted by products containing acephate.  The list of species that may be affected by products containing acephate is provided in Exhibit A, and Plaintiffs' members have cognizable interests in these species.

157.   For example, products containing acephate may affect the Mississippi gopher frog (dusky gopher frog), and a member of Plaintiffs' organizations has a cognizable interest in this species based on, among other things, efforts to observe the species during frequent visits to habitats where the species can be found and may be affected by products containing acephate.

158.   In the rule listing the Mississippi gopher frog, FWS cites numerous studies recognizing the multiple impacts pesticides have on frogs throughout their life cycle. *Final Rule to List the Mississippi Gopher Frog Distinct Population Segment of the Dusky Gopher Frog as Endangered*, 66 Fed. Reg. 62993 (December 4, 2001).  FWS explains: "Pesticides and herbicides pose a threat to amphibians such as the Mississippi gopher frog, because their permeable eggs and skin readily absorb substances from the surrounding aquatic or terrestrial environment (Duellman and Trueb 1986)."  In

addition, in the Fact Sheet for the frog, FWS explains: "Some chemicals used as herbicides and pesticides are known to be toxic to aquatic amphibians. Since there is only one remaining pond for the Mississippi gopher frog population, any sedimentation or toxic run-off that reaches the pond could destroy the pond and injure or kill tadpoles and adult frogs."

159.   Plaintiffs' members engage in wildlife observation, research, photography, restoration activities, and educational programs involving endangered and threatened species that may be impacted by products containing acephate.  Plaintiffs' members will continue to maintain an interest in the species and areas that may be impacted by products containing acephate in the future.

160.   The above-described interests of Plaintiffs and their members have been and are being adversely affected by EPA's reregistration, registration and authorization of the use of products containing acephate, which is a pesticide that may harm endangered and threatened species and their habitats.  As alleged in the Complaint, products containing acephate may affect the species identified in Exhibit A, as well as their designated critical habitat.

161.   EPA's failure to ensure that products containing acephate do not impact endangered species and their habitats harms Plaintiffs' members' interests in the species and their habitats affected by products containing acephate.  For example, EPA's failure to consult on products containing acephate may impair recovery of species impacted by products containing acephate and may make it more likely that these species would suffer population declines.  Species declines and impaired recovery harm the interests that Plaintiffs' members have in the existence of these rare animals, such as by limiting their ability to observe the species.  Consultation on products containing acephate is necessary to ensure that Plaintiffs' members' interests in the species affected by products containing acephate are preserved and remain free from injury.

162.   EPA must register and authorize pesticide products before they can be used and has an ongoing responsibility to ensure that registered pesticides do not have unreasonable adverse effects on the environment.  Absent EPA's continuing registration and discretionary control and involvement in products containing acephate, this pesticide could not be used and could not negatively impact the listed species named in Exhibit A and their habitats.

163.    If this Court orders EPA to engage in consultation as required, the Service would analyze the extent to which products containing acephate affect listed species and their habitats and, if necessary, would suggest reasonable and prudent alternatives or measures to protect the species, which would protect Plaintiffs' members' interests in the species.  16 U.S.C. § 1536(a)(3).  Unless the requested relief is granted, Plaintiffs' interests will continue to be injured by EPA's failure to consult on products containing acephate with the Service, as well as by the potential ongoing harm to the species named in Exhibit A and their habitats as a result of ongoing use of products containing acephate.

164.    The injuries described above are actual, concrete injuries that are presently suffered by Plaintiffs and their members and will continue to occur unless relief is granted by this Court.  These injuries are directly caused by the Defendants' failure to consult with the Service to ensure that EPA's actions relating to products containing acephate do not affect listed species and Plaintiffs' members' cognizable interests in these species.  The relief sought herein, EPA's compliance with the ESA, would redress Plaintiffs' injuries.  Plaintiffs have no other adequate remedy at law, and they bring this action on behalf of their adversely affected members.

**Atrazine**[7]

165.    Exhibit A contains a comprehensive, but not necessarily exhaustive, list of endangered and threatened species for which atrazine is known to be harmful to the taxonomic group of that species and is used in the state where that species lives.

166.    Atrazine is a pesticide for which the EPA has indicated that estimated environmental concentrations (EECs) are likely to exceed the Levels of Concern (LOCs) for endangered species, and/or may cause indirect effects on endangered species by altering habitat or food sources.  Specifically, EECs of atrazine are likely to exceed the LOCs for the following taxonomic groups: mammals, birds, fish, amphibians, mollusks, crustaceans, and reptiles.

167.    Atrazine is a pesticide that is "highly acutely toxic" or "very highly acutely toxic" to the following taxonomic groups: fish, amphibians, mollusks, crustaceans, and insects.  These toxicity

---

[7] The current EPA Case Number and EPA PC Code for atrazine are 0062, 080803.

1    rankings are based on LD50 or LC50 data (lethal dose to 50 percent of the test organisms or lethal

2    concentration for 50 percent of the test organisms) that EPA possesses.

3        168.    Atrazine is present across the country in concentrations harmful to species.  The USGS

4    has detected atrazine in dozens of waterways across the nation, as documented in reports on its

5    nationwide water quality surveys.  It is the most commonly detected pesticide in U.S. waters with about

6    75% of streamwater and 40% of groundwater containing atrazine.  As shown in Exhibit B, some of

7    these watersheds overlap the range of species that may be affected by this pesticide.

8        169.    Atrazine is a known endocrine disrupter.  Endocrine disrupters have effects on the

9    reproductive and immune systems capable of compromising populations of endangered species.  At just

10   0.1 ppb – far below the level established by EPA as safe for aquatic organisms – atrazine can alter the

11   development of sex characteristics in male frogs.  As a result, studies have concluded that due to the

12   pervasive nature of atrazine at levels that can disrupt sexual development, aquatic environments across

13   the country are at risk.

14       170.    In its 2006 RED for atrazine, EPA states: "Endangered species LOCs are exceeded for

15   terrestrial plants, birds and small mammals from the agricultural uses of atrazine. Acute risks to

16   endangered freshwater invertebrates and aquatic vascular plants are exceeded for all crop uses except

17   for the typical use rate on corn (1.1 lb ai/A). Chronic levels of concern for endangered species are

18   exceeded for fish and aquatic invertebrate reproduction for all use rates, except for corn and the typical

19   use rate on sorghum."

20       171.    In its April 12, 2016 Refined Ecological Risk Assessment for Atrazine, EPA states:

21   "Based on the results from hundreds of toxicity studies on the effects of atrazine on plants and animals,

22   over 20 years of surface water monitoring data, and higher tier aquatic exposure models, this risk

23   assessment concludes that aquatic plant communities are impacted in many areas where atrazine use is

24   the heaviest, and there is potential chronic risk to fish, amphibians, and aquatic invertebrates in these

25   same locations." EPA further states: "For aquatic phase amphibians, a weight of evidence analysis

26   concluded there is potential for chronic risks to amphibians based on multiple effects endpoint

27   concentrations compared to measured and predicted surface water concentrations. The breadth of

28   terrestrial plant species and families potentially impacted by atrazine use at current labeled rates, as

well as reduced rates of 0.5 and 0.25 lbs. a.i./A, suggest that terrestrial plant biodiversity and communities are likely to be impacted from off-field exposures via runoff and spray drift." And, EPA further states: : "Average atrazine concentrations in water at or above 5 ug/L for several weeks are predicted to lead to reproductive effects in fish, while a 60-day average of 3.4 ug/L has a high probability of impacting aquatic plant community primary productivity, structure and function."

172.    EPA "affirmatively authorized" the continued use of the active ingredient atrazine when it issued a Reregistration Eligibility Decision in April of 2006.

173.    On June 26, 2008, EPA completed product reregistration for atrazine.  *See* https://www.epa.gov/pesticide-reevaluation/pesticides-have-completed-product-reregistration (last visited 6/26/2017).

174.    Active product registrations for this pesticide can be found on EPA's Pesticide Product Label System, *available at* http://iaspub.epa.gov/apex/pesticides/f?p=PPLS:1 (last visited 6/26/2017).

175.    Specifically, the EPA's online Pesticide Product Label System lists the following pesticide products containing atrazine that EPA affirmatively authorized by product reregistration or new product registration since January 20, 2005[8]:

| Product Name | Date | Registration Number | Action |
|---|---|---|---|
| LUMAX SELECTIVE HERBICIDE | 7/19/2007 | 100-1152 | Reregistration |
| EXPERT HERBICIDE | 7/16/2007 | 100-1161 | Reregistration |
| LEXAR HERBICIDE | 2/7/2012 | 100-1201 | Reregistration |
| SYN-AI7227 | 11/10/2009 | 100-1356 | Registration |
| CALLISTO XTRA | 1/12/2010 | 100-1359 | Registration |
| LEXAR EZ HERBICIDE | 12/14/2011 | 100-1414 | Registration |
| Lumax EZ Herbicide | 8/2/2012 | 100-1442 | Registration |
| ACURON HERBICIDE | 4/24/2015 | 100-1466 | Registration |
| AATREX 4L HERBICIDE | | 100-497 | Reregistration |
| AATREX NINE-O HERBICIDE | 4/30/2007 | 100-585 | Reregistration |
| BICEP II MAGNUM HERBICIDE | 7/16/2007 | 100-817 | Reregistration |
| BICEP LITE II MAGNUM HERBICIDE | 3/19/2008 | 100-827 | Reregistration |
| BICEP MAGNUM | 10/1/2007 | 100-886 | Reregistration |

[8] Where a date is not included, the EPA documentation of product reregistration did not appear on EPA's Pesticide Product Label System. However, product reregistration should have occurred between the April  2006 RED and the June 26, 2008 completion of product reregistration.

| | | | |
|---|---|---|---|
| LESCO ATRAZINE 0.76% PLUS FERTILIZER | 4/3/2007 | 10404-39 | Reregistration |
| LESCO ATRAZINE 1.05% PLUS FERTILIZER | 4/3/2007 | 10404-94 | Reregistration |
| LESCO ATRAZINE 0.45% PLUS FERTILIZER | 4/3/2007 | 10404-95 | Reregistration |
| LESCO ATRAZINE 0.92% PLUS FERTILIZER | 4/3/2007 | 10404-96 | Reregistration |
| CORNBELT ATRAZINE 4L | 4/1/2008 | 11773-1 | Reregistration |
| CORNBELT ATRAZINE 90 DF | 6/10/2008 | 11773-13 | Reregistration |
| ATRAZINE 4L | 4/12/2007 | 1381-158 | Reregistration |
| CHARGER MAX ATZ | 2/9/2006 | 1381-199 | Registration |
| CHARGER MAX ATZ LITE | 11/20/2006 | 1381-208 | Registration |
| DREXEL ATRAZINE 4L | 9/29/2005 | 19713-11 | Reregistration |
| DREXEL SIMAZAT 4L HERBICIDE | 4/19/2007 | 19713-171 | Reregistration |
| DREXEL ATRAZINE 5L HERBICIDE | 3/28/2007 | 19713-291 | Reregistration |
| DREXEL ATRAZINE 4F | 9/29/2005 | 19713-498 | Reregistration |
| DREXAL ATRAZINE 90DP | 10/18/2005 | 19713-499 | Reregistration |
| DREXEL ACETOCHLOR PLUS ATRAZINE | | 19713-513 | Reregistration |
| DREXEL TRIZMET II | | 19713-547 | Reregistration |
| DREXEL AUGUZINE | 6/22/2005 | 19713-567 | Registration |
| DREXEL TRIZMET LITE | 7/10/2014 | 19713-663 | Registration |
| DREXEL TRIZAR HERBICIDE | 10/19/2016 | 19713-686 | Registration |
| TRIZMAX HERBICIDE | 1/3/2017 | 19713-688 | Registration |
| DREXEL ATRAZINE 90 DF | 10/18/2005 | 19713-76 | Reregistration |
| ATRA-5 | 3/28/2007 | 19713-80 | Reregistration |
| F9316-2 | 11/9/2012 | 279-3449 | Registration |
| ATRAZINE 4L | 9/20/2007 | 33270-10 | Reregistration |
| TREMOR AT | 5/2/2005 | 33270-13 | Registration |
| TREMOR AT LITE | 5/2/2005 | 33270-14 | Registration |
| TREMOR ATZ NXT | 11/21/2013 | 33270-24 | Registration |
| TREMOR ATZ LITE NXT | 11/21/2013 | 33270-25 | Registration |
| ATRAZINE 90DF | 9/20/2007 | 33270-9 | Reregistration |
| STRATOS DICAMBA+ATRAZINE AGRICULTURAL HERBICIDE | 4/30/2007 | 33658-31 | Reregistration |
| SLIDER ATZ | 9/30/2009 | 34704-1041 | Registration |
| SLIDER ATZ LITE | 9/30/2009 | 34704-1042 | Registration |
| LPI S-METOLACHLOR +ATRAZINE | 1/8/2013 | 34704-1070 | Registration |
| LPI METOLACHLOR + ATRAZINE HERBICIDE | 1/8/2013 | 34704-1072 | Registration |
| CADENCE ATZ NXT HERBICIDE | 9/10/2013 | 34704-1081 | Registration |
| CADENCE LA NXT HERBICIDE | 9/10/2013 | 34704-1082 | Registration |

| | | | |
|---|---|---|---|
| ATRAZINE 90 WDG HERBICIDE | 4/16/2007 | 34704-622 | Reregistration |
| CONIFER 90 HERBICIDE | 4/16/2007 | 34704-689 | Reregistration |
| ATRAZINE 4L | 3/28/2007 | 34704-69 | Reregistration |
| CLEAN CROP ATRAZINE 4L TURF & CONIFER HERBICIDE | 3/28/2007 | 34704-690 | Reregistration |
| SHOTGUN FLOWABLE HERBICIDE | 7/14/2008 | 34704-728 | Reregistration |
| RIFLE PLUS HERBICIDE | 9/9/2009 | 34704-860 | Reregistration |
| BROZINE | 9/22/2005 | 34704-892 | Registration |
| CADENCE ATZ HERBICIDE | 8/7/2006 | 34704-950 | Reregistration |
| BASIS GOLD HERBICIDE | 8/30/2007 | 352-585 | Reregistration |
| DPX-MX670 MT | | 352-600 | Reregistration |
| DUPONT STEADFAST ATZ HERBICIDE | 7/21/2005 | 352-619 | Reregistration |
| DUPONT CINCH ATZ LITE HERBICIDE | 6/26/2008 | 352-623 | Reregistration |
| DUPONT CINCH ATZ HERBICIDE | 8/2/2007 | 352-624 | Reregistration |
| DUPONT BREAKFREE ATZ LITE | 11/1/2006 | 352-723 | Registration |
| DUPONT BREAKFREE ATZ HERBICIDE | 11/1/2006 | 352-724 | Registration |
| DUPONT BREAKFREE NXT ATZ HERBICIDE | 5/8/2014 | 352-893 | Registration |
| DUPONT BREAKFREE NXT LITE HERBICIDE | 5/8/2014 | 352-895 | Registration |
| TURF PRIDE WEEDER | 3/28/2007 | 35512-14 | Reregistration |
| TURF PRIDE 92 WEED & FEED | 4/18/2007 | 35512-46 | Reregistration |
| TURF PRIDE 115 WEED & FEED | 4/18/2007 | 35512-48 | Reregistration |
| ATRAZINE 90 HERBICIDE | 4/30/2007 | 35915-3 | Reregistration |
| ATRAZINE 4L HERBICIDE | 10/29/2007 | 35915-4 | Reregistration |
| ACETOCHLOR 4.3 + ATZ 1.7 | 12/14/2005 | 42750-106 | Registration |
| ACETOCHLOR 3.1 + ATZ 2.5 | 12/22/2005 | 42750-108 | Registration |
| DICAMBAZINE | 8/27/2009 | 42750-41 | Reregistration |
| ATRAZINE 4L | 8/29/2005 | 42750-44 | Reregistration |
| WEED PRO ATRAZINE 4L HERBICIDE | 8/29/2005 | 42750-45 | Reregistration |
| BROX-AT HERBICIDE | 9/27/2005 | 42750-50 | Reregistration |
| ALBAUGH ATRAZINE 90 DF | 11/5/2007 | 42750-53 | Reregistration |
| HARNESS XTRA HERBICIDE | 1/2/2008 | 524-480 | Reregistration |
| HARNESS XTRA 5.6L HERBICIDE PREMIX FOR CORN | 5/17/2006 | 524-485 | Reregistration |
| MON 58442 HERBICIDE | 9/20/2007 | 524-497 | Reregistration |
| MON 78088 HERBICIDE | 5/17/2006 | 524-509 | Reregistration |
| MON 58494 | 5/17/2006 | 524-511 | Reregistration |
| SCOTTS BONUS S | 4/12/2007 | 538-18 | Reregistration |

| | | | |
|---|---|---|---|
| SUPER BONUS S LAWN WEED CONTROL PLUS FERTILIZER | 4/12/2007 | 538-229 | Reregistration |
| WEED CONTROL WITH FERTILIZER | 3/28/2007 | 538-234 | Reregistration |
| SCOTTS SOUTHERNMAX | 2/6/2007 | 538-301 | Registration |
| SOUTHERNMAX PRO | 3/6/2008 | 538-302 | Registration |
| SOUTHERN FERTILIZER WITH WEED AND INSECT CONTROL | 5/12/2009 | 538-307 | Registration |
| BONUS S SUPER | 5/26/2009 | 538-310 | Registration |
| EDISON SOUTH | 3/15/2010 | 538-315 | Registration |
| TENKOZ ATRAZINE 4L HERBICIDE | 11/23/2009 | 55467-13 | Registration |
| VOLLEY ATZ LITE TENKOZ HERBICIDE | 12/20/2007 | 55467-6 | Reregistration |
| VOLLEY ATZ TENKOZ HERBICIDE | 7/10/2007 | 55467-7 | Reregistration |
| ATRAZINE 4L | 9/26/2005 | 5905-470 | Reregistration |
| ATRAZINE 90DF | 11/19/2007 | 5905-522 | Reregistration |
| PRO-MATE ATRAZINE 0.5% WITH FERTILIZER | 7/17/2006 | 5905-562 | Registration |
| ATRAZINE 1.055% GRANULAR HERBICIDE PLUS LAWN FERTILIZER | 3/29/2007 | 5905-8613 | Reregistration |
| PENNGREEN WEED & FEED WITH ATRAZINE | 4/12/2007 | 59144-32 | Reregistration |
| ATRAZINE 90 DF HERBICIDE | 10/4/2007 | 59639-106 | Reregistration |
| STALWART XTRA | 10/4/2007 | 60063-23 | Reregistration |
| STALWART XTRA LITE HERBICIDE | 1/24/2012 | 60063-48 | Registration |
| ATRAZINE 90 DF | 10/20/2008 | 62575-12 | Registration |
| KEYSTONE HERBICIDE | 12/26/2007 | 62719-368 | Reregistration |
| FULTIME HERBICIDE | 8/2/2007 | 62719-371 | Reregistration |
| KEYSTONE LA HERBICIDE | 12/26/2007 | 62719-479 | Reregistration |
| GF-2836 | 2/7/2012 | 62719-646 | Registration |
| FulTimeNXT | 4/4/2013 | 62719-668 | Registration |
| KEYSTONE LA NXT | 4/4/2013 | 62719-670 | Registration |
| KEYSTONE NXT | 4/3/2013 | 62719-671 | Registration |
| TRIANGLE HERBICIDE | 7/19/2005 | 66222-131 | Registration |
| PARALLEL PLUS | 11/15/2005 | 66222-132 | Registration |
| MANA ATRAZINE 90DF | 12/30/2010 | 66222-229 | Registration |
| ATRAZINE 4L | 4/12/2007 | 66222-36 | Reregistration |
| ATRAZINE 90DF | 8/29/2005 | 66222-37 | Reregistration |
| BANVEL + ATRAZINE | 3/22/2007 | 66330-286 | Reregistration |
| SWISS FARMS CENTIPEDE WEED & FEED | 5/11/2009 | 73327-1 | Registration |
| SWISS FARMS ST. AUGUSTINE WEED & FEED | 5/11/2009 | 73327-3 | Registration |

| | | | |
|---|---|---|---|
| FERTI-LOME ST. AUGUSTINE WEED & FEED | 2/14/2007 | 7401-336 | Reregistration |
| MARKSMAN HERBICIDE | 11/5/2007 | 7969-136 | Reregistration |
| GUARDSMAN MAX HERBICIDE | 7/19/2007 | 7969-192 | Reregistration |
| Alligare Atrazine 4L | 1/17/2017 | 81927-59 | Registration |
| GROWSTAR ATRAZINE 1.05% PLUS FERTILIZER | 5/2/2007 | 82757-1 | Registration |
| GROWSTAR ATRAZINE 0.92% PLUS FERTILIZER | 5/2/2007 | 82757-2 | Registration |
| GROWSTAR ATRAZINE 0.76% PLUS FERTILIZER | 5/2/2007 | 82757-3 | Registration |
| Rotam Metolachlor+Atrazine+Mesotrione | 12/22/2016 | 83100-47 | Registration |
| Rotam Metolachlor 19% + Atrazine 18.6% + Mesotrione 2.44% | 3/8/2017 | 83100-50 | Registration |
| ARC-METOLAZINE HERBICIDE | 12/28/2010 | 84930-23 | Registration |
| HERBICIDE GRANULES FORMULA A | 9/26/2005 | 8660-12 | Reregistration |
| AX-ATZ 4L | 10/18/2012 | 89167-10 | Registration |
| AX ACETOZINE 2 NG | 12/24/2013 | 89167-30 | Registration |
| AX ACETOZINE NG | 12/4/2013 | 89167-32 | Registration |
| AX ATZ 4L-2 HERBICIDE | 3/20/2014 | 89167-38 | Registration |
| AX ATZ S-MET HERBICIDE | 5/29/2014 | 89167-41 | Registration |
| AX ATRACHLOR | 10/18/2012 | 89167-9 | Registration |
| LIBERTY ATRAZINE 4L HERBICIDE | 12/4/2013 | 89168-29 | Registration |
| LIBERTY ATRAZINE 90 HERBICIDE | 11/27/2013 | 89168-32 | Registration |
| LIBERTY ATZ 4L | 9/4/2014 | 89168-35 | Registration |
| SUNNILAND WEEDER-FEEDER | 4/30/2007 | 9404-51 | Reregistration |
| SUNNILAND OUR BEST QUALITY WEED & FEED | 4/26/2007 | 9404-55 | Reregistration |
| SUNNILAND WEED & FEED FOR ST. AUGUSTINE LAWNS | 4/30/2007 | 9404-56 | Reregistration |
| WEED & FEED WITH 0.57% ATRAZINE FOR ST. AUGUSTINE LAWNS | 4/16/2007 | 9404-80 | Reregistration |
| WEED & FEED WITH 1.15% ATRAZINE FOR ST. AUGUSTINE LAWNS | 4/30/2007 | 9404-82 | Reregistration |
| CHEMSICO HERBICIDE GRANULES AN | 3/30/2005 | 9688-227 | Registration |
| CHEMSICO HERBICIDE CONCENTRATE 48A | 8/2/2007 | 9688-263 | Registration |
| CHEMSICO GRANULES LAH | 12/16/2008 | 9688-274 | Registration |
| ATRAZINE 90DF | 4/11/2007 | 9779-253 | Reregistration |

1    176.    Upon information and belief, EPA provided no hearings or other public participation for

2    these product registration actions.

3    177.    As set forth above, EPA has discretion to influence or change registrations of pesticide

4    products for the benefit of protected species.  For example, EPA may only register or reregister a

5    pesticide product if its use does not cause an unreasonable adverse effect on the environment.  7 U.S.C.

6    § 136a(c)(5); 7 U.S.C. § 136a-1(g)(2)(C); 40 C.F.R. § 152.112; 40 C.F.R. § 152.113(a).   EPA may also

7    change, cancel, restrict, or immediately suspend registered pesticides, pesticide labeling, or particular

8    uses at any time if it appears that the pesticide is causing an unreasonable adverse effect on the

9    environment.  7 U.S.C. § 136d(c).   Thus, EPA's product reregistration and its approvals of products

10   containing atrazine are "affirmative agency actions" subject to consultation under Section 7(a)(2) of the

11   ESA.  16 U.S.C. § 1536(a)(2).

12   178.    Plaintiffs' members live, work, visit, recreate, and otherwise enjoy areas across the

13   nation that may be impacted by products containing atrazine.  Plaintiffs' members derive professional,

14   aesthetic, spiritual, recreational, economic, and educational benefits from the endangered and

15   threatened species that live in these areas and may be impacted by products containing atrazine.  The

16   list of species that may be affected by products containing atrazine is provided in Exhibit A, and

17   Plaintiffs' members have cognizable interests in these species.

18   179.    For example, products containing atrazine may affect the arroyo toad, and a member of

19   Plaintiffs' organizations has a cognizable interest in this species based on, among other things, efforts

20   to observe the species during frequent visits to habitats where the species can be found and may be

21   affected by products containing atrazine.

22   180.    In the rule designating critical habitat for the arroyo toad, the FWS explains that

23   "pesticides and herbicides" are threats to the toads, which can be found in agricultural fields.

24   *Designation of Critical Habitat for the Arroyo Toad*, 66 Fed. Reg. 9414, 9415 (Feb. 7, 2001).  FWS

25   noted that these habitats are probably sinks where mortality exceeds reproduction over the long term

26   due to "pesticide and fertilizer applications."  FWS went on to state that the use of pesticides and

27   herbicides within or adjacent to arroyo toad habitat may cause adverse impacts.

28

181.   Plaintiffs' members engage in wildlife observation, research, photography, restoration activities, and educational programs involving endangered and threatened species that may be impacted by products containing atrazine.  Plaintiffs' members will continue to maintain an interest in the species and areas that may be impacted by products containing atrazine in the future.

182.   The above-described interests of Plaintiffs and their members have been and are being adversely affected by EPA's reregistration, registration and authorization of the use of atrazine, which is a pesticide that may harm endangered and threatened species and their habitats.  As alleged in the Complaint, products containing atrazine may affect the species identified in Exhibit A, as well as their designated critical habitat.

183.   EPA's failure to ensure that products containing atrazine do not impact endangered species and their habitats harms Plaintiffs' members' interests in the species and their habitats affected by atrazine.  For example, EPA's failure to consult on products containing atrazine may impair recovery of species impacted by products containing atrazine and may make it more likely that these species would suffer population declines.  Species declines and impaired recovery harm the interests that Plaintiffs' members have in the existence of these rare animals, such as by limiting their ability to observe the species.  Consultation on products containing atrazine is necessary to ensure that Plaintiffs' members' interests in the species affected by products containing atrazine are preserved and remain free from injury.

184.   EPA must register and authorize pesticide products before they can be used and has an ongoing responsibility to ensure that registered pesticides do not have unreasonable adverse effects on the environment.  Absent EPA's continuing registration and discretionary control and involvement in products containing atrazine, this pesticide could not be used and could not negatively impact the listed species named in Exhibit A and their habitats.

185.   If this Court orders EPA to engage in consultation as required, the Service would analyze the extent to which products containing atrazine affect listed species and their habitats and, if necessary, would suggest reasonable and prudent alternatives or measures to protect the species, which would protect Plaintiffs' members' interests in the species.  16 U.S.C. § 1536(a)(3).  Unless the requested relief is granted, Plaintiffs' interests will continue to be injured by EPA's failure to consult on products

1  containing atrazine with the Service, as well as by the potential ongoing harm to the species named in

2  Exhibit A and their habitats as a result of ongoing use of products containing atrazine.

3    186.   The injuries described above are actual, concrete injuries that are presently suffered by

4  Plaintiffs and their members and will continue to occur unless relief is granted by this Court.  These

5  injuries are directly caused by the Defendants' failure to consult with the Service to ensure that EPA's

6  actions relating to products containing atrazine do not affect listed species and Plaintiffs' members'

7  cognizable interests in these species.  The relief sought herein, EPA's compliance with the ESA, would

8  redress Plaintiffs' injuries.  Plaintiffs have no other adequate remedy at law, and they bring this action

9  on behalf of their adversely affected members.

10  **Bensulide**[9]

11    187.   Exhibit A contains a comprehensive, but not necessarily exhaustive, list of endangered

12  and threatened species for which bensulide is known to be harmful to the taxonomic group of that

13  species and is used in the state where that species lives.

14    188.   Bensulide is a pesticide for which the EPA has indicated that estimated environmental

15  concentrations (EECs) are likely to exceed the Levels of Concern (LOCs) for endangered species,

16  and/or may cause indirect effects on endangered species by altering habitat or food sources.

17  Specifically, EECs of bensulide are likely to exceed the LOCs for the following taxonomic groups:

18  fish, amphibians, and crustaceans.

19    189.   Bensulide is a pesticide that is "highly acutely toxic" or "very highly acutely toxic" to

20  the following taxonomic groups:  fish, amphibians, and crustaceans. These toxicity rankings are based

21  on LD50 or LC50 data (lethal dose to 50 percent of the test organisms or lethal concentration for 50

22  percent of the test organisms) that EPA possesses.

23    190.   In its 2006 RED for bensulide, EPA states: "In general, the acute levels of concern for

24  bensulide are exceeded for freshwater fish, including those for threatened or endangered species, and

25  for freshwater invertebrates."

26    191.   In June of 2008, EPA began reregistration review for bensulide.  In its February 18, 2016

27  analysis "Bensulide: Preliminary Ecological Risk Assessment for Registration Review," the EPA

28

---

[9] The current EPA Case Number and EPA PC Code for bensulide are 2035, 009801.

concludes that the continuing use of bensulide would  result in direct and/or indirect risks of concern for the following taxa of listed and non-listed species: Birds, reptiles, terrestrial-phase amphibians, mammals, terrestrial invertebrates, terrestrial (upland and semi-aquatic) plants – monocots, terrestrial (upland and semi-aquatic) plants – dicots, freshwater fish, aquatic-phase amphibians, marine/estuarine fish,  freshwater invertebrates, and aquatic vascular plants.

192.   EPA "affirmatively authorized" the continued use of the active ingredient bensulide when it issued a Reregistration Eligibility Decision in July of 2006.

193.   On October 12, 2006, EPA completed product reregistration for bensulide.  *See* https://www.epa.gov/pesticide-reevaluation/pesticides-have-completed-product-reregistration (last visited 6/26/2017).

194.    Active product registrations for this pesticide can be found on EPA's Pesticide Product Label System, *available at* http://iaspub.epa.gov/apex/pesticides/f?p=PPLS:1 (last visited 6/26/2017).

195.   Specifically, EPA's online Pesticide Product Label System lists the following active pesticide products containing bensulide that EPA affirmatively authorized by product reregistration or new product registration since January 20, 2005[10]:

| Product Name | Date | Registration Number | Action |
|---|---|---|---|
| BETASAN 4-E SELECTIVE HERBICIDE | 8/8/2005 | 10163-196 | Reregistration |
| BETASAN 12.5 G | | 10163-198 | Reregistration |
| BETASAN 3.6G | | 10163-199 | Reregistration |
| PREFAR 4-E HERBICIDE | | 10163-200 | Reregistration |
| BETASAN 7-G SELECTIVE HERBICIDE | | 10163-204 | Reregistration |
| HANDY SPRAY BETASAN CRABGRASS PREVENTER | 8/8/2005 | 10163-205 | Reregistration |
| BETAMEC 4 PRE-EMERGENCE GRASS KILLER | | 2217-696 | Reregistration |
| PRE-SAN 7G | | 2217-778 | Reregistration |
| BETASAN 3.6G | | 2217-838 | Reregistration |
| ANDERSON'S WEEDGRASS PREVENTER | | 9198-172 | Reregistration |

---

[10] Where a date is not included, the EPA documentation of product reregistration did not appear on EPA's Pesticide Product Label System. However, final product reregistration should have occurred between the July, 2006 RED and the October 12, 2006 completion of product reregistration.

Fourth Amended Complaint for Declaratory and Injunctive Relief

| ANDERSON'S GOOSEGRASS/CRABGRASS CONTROL | 9/22/2006 | 9198-176 | Reregistration |
|---|---|---|---|

196.    Upon information and belief, EPA provided no hearings or other public participation for these product registration actions.

197.    As set forth above, EPA has discretion to influence or change registrations of pesticide products for the benefit of protected species.  For example, EPA may only register or reregister a pesticide product if its use does not cause an unreasonable adverse effect on the environment.  7 U.S.C. § 136a(c)(5); 7 U.S.C. § 136a-1(g)(2)(C); 40 C.F.R. § 152.112; 40 C.F.R. § 152.113(a).   EPA may also change, cancel, restrict, or immediately suspend registered pesticides, pesticide labeling, or particular uses at any time if it appears that the pesticide is causing an unreasonable adverse effect on the environment.  7 U.S.C. § 136d(c).  Thus, EPA's product reregistration and its approvals of products containing bensulide constitute "affirmative agency actions" subject to consultation under Section 7(a)(2) of the ESA. 16 U.S.C. § 1536(a)(2).

198.    Plaintiffs' members live, work, visit, recreate, and otherwise enjoy areas across the nation that may be impacted by products containing bensulide.  Plaintiffs' members derive professional, aesthetic, spiritual, recreational, economic, and educational benefits from the endangered and threatened species that live in these areas and may be impacted by products containing bensulide.  The list of species that may be affected by products containing bensulide is provided in Exhibit A, and Plaintiffs' members have cognizable interests in these species.

199.    For example, products containing bensulide may affect the California tiger salamander, and a member of Plaintiffs' organizations has a cognizable interest in this species based on, among other things, efforts to observe the species during frequent visits to habitats where the species can be found and may be affected by products containing bensulide.

200.    In the listing document for the Central California DPS of the California tiger salamander, the U.S. Fish and Wildlife Service explains: "We believe that California tiger salamanders may be at risk from the use of pesticides because salamanders occur in the vicinity of agricultural lands where pesticides are often used (e.g., along the east side of the San Joaquin Valley)."."

201.    Plaintiffs' members engage in wildlife observation, research, photography, restoration activities, and educational programs involving endangered and threatened species that may be impacted

by products containing bensulide.  Plaintiffs' members will continue to maintain an interest in the species and areas that may be impacted by products containing bensulide in the future.

202.  The above-described interests of Plaintiffs and their members have been and are being adversely affected by EPA's registration and authorization of the use of products containing bensulide, which is a pesticide that may harm endangered and threatened species and their habitats.  As alleged in the Complaint, products containing bensulide may affect the species identified in Exhibit A, as well as their designated critical habitat.

203.  EPA's failure to ensure that products containing bensulide do not impact endangered species and their habitats harms Plaintiffs' members' interests in the species and their habitats affected by bensulide.  For example, EPA's failure to consult on products containing bensulide may impair recovery of species impacted by bensulide and may make it more likely that these species would suffer population declines.  Species declines and impaired recovery harm the interests that Plaintiffs' members have in the existence of these rare animals, such as by limiting their ability to observe the species.  Consultation on products containing bensulide is necessary to ensure that Plaintiffs' members' interests in the species affected by products containing bensulide are preserved and remain free from injury.

204.  EPA must register and authorize pesticide products before they can be used and has an ongoing responsibility to ensure that registered pesticides do not have unreasonable adverse effects on the environment.  Absent EPA's continuing registration and discretionary control and involvement in products containing bensulide, this pesticide could not be used and could not negatively impact the listed species named in Exhibit A and their habitats.

205.  If this Court orders EPA to engage in consultation as required, the Service would analyze the extent to which products containing bensulide affect listed species and their habitats and, if necessary, would suggest reasonable and prudent alternatives or measures to protect the species, which would protect Plaintiffs' members' interests in the species.  16 U.S.C. § 1536(a)(3).  Unless the requested relief is granted, Plaintiffs' interests will continue to be injured by EPA's failure to consult on products containing bensulide with the Service, as well as by the potential ongoing harm to the

1    species named in Exhibit A and their habitats as a result of ongoing use of products containing

2    bensulide.

3          206.    The injuries described above are actual, concrete injuries that are presently suffered by

4    Plaintiffs and their members and will continue to occur unless relief is granted by this Court.  These

5    injuries are directly caused by the Defendants' failure to consult with the Service to ensure that EPA's

6    actions relating to products containing bensulide do not affect listed species and Plaintiffs' members'

7    cognizable interests in these species.  The relief sought herein, EPA's compliance with the ESA, would

8    redress Plaintiffs' injuries.  Plaintiffs have no other adequate remedy at law, and they bring this action

9    on behalf of their adversely affected members.

10   **Brodifacoum[11]**

11         207.    Exhibit A contains a comprehensive, but not necessarily exhaustive, list of endangered

12   and threatened species for which brodifacoum is known to be harmful to the taxonomic group of that

13   species and is used in the state where that species lives.

14         208.    Brodifacoum is a pesticide for which the EPA has indicated that estimated environmental

15   concentrations (EECs) are likely to exceed the Levels of Concern (LOCs) for endangered species,

16   and/or may cause indirect effects on endangered species by altering habitat or food sources.

17   Specifically, EECs of brodifacoum are likely to exceed the LOCs for the following taxonomic groups:

18   mammals, birds, and reptiles.

19         209.    Brodifacoum is a pesticide that is "highly acutely toxic" or "very highly acutely toxic" or

20   othwerwise harmful to the following taxonomic groups:  mammals, birds, and reptiles.  These toxicity

21   rankings are based on LD50 or LC50 data (lethal dose to 50 percent of the test organisms or lethal

22   concentration for 50 percent of the test organisms) that EPA possesses.

23         210.    EPA "affirmatively authorized" the continued use of the active ingredient brodifacoum

24   when it issued a Reregistration Eligibility Decision in July of 1998.

25         211.    In its 2004 In "Potential Risks of Nine Rodenticides to Birds and Non Target Mammals:

26   a Comparative Approach," the EPA concluded that brodifacoum poses significant risks to non-target

27   wildlife, and that secondary exposure to second-generation anticoagulants is "particularly problematic"

28

---

[11] The current EPA Case Number and EPA PC Code for brodifacoum are 2755, 112701.

due to "high toxicity and long persistence in dietary tissues."  In its 2008 Risk Mitigation Decision for Ten Rodenticides, EPA states that brodifacoum poses "particularly signicant risks to non-target wildlife." A 2013 California Department of Pesticide Regulation report found that data indicate that anticoagulant rodenticides impact reptiles and amphibians.

212.    On January 1, 2015, EPA completed product reregistration for brodifacuom.  *See* https://www.epa.gov/pesticide-reevaluation/pesticides-have-completed-product-reregistration (last visited 6/26/2017).

213.    Active product registrations for this pesticide can be found on EPA's Pesticide Product Label System, *available at* http://iaspub.epa.gov/apex/pesticides/f?p=PPLS:1 (last visited 6/26/2017). Specifically, the EPA's online Pesticide Product Label System lists the following pesticide products containing brodifacoum that EPA affirmatively authorized by product reregistration or new product registration since January 20, 2005:

| Product Name | Date | Registration Number | Action |
|---|---|---|---|
| TALON-G RODENTICIDE BAIT PACK MINI-PELLETS WITH BITREX | 3/29/2010 | 100-1050 | Reregistration |
| TALCON-G RODENTICIDE PELLETS WITH BITREX | 3/29/2010 | 100-1052 | Reregistration |
| HAVOC RODENTICIDE BAIT PACK PELLETS WITH BITREX | 3/29/2010 | 100-1053 | Reregistration |
| HAVOC RODENTICIDE BAIT PACK MINI-PELLETS WITH BITREX | 3/29/2010 | 100-1054 | Reregistration |
| TALON WEATHERBLOK XT | 3/29/2010 | 100-1055 | Reregistration |
| HAVOC RODENTICIDE BAIT PACK PELLETS WITH BITREX | 3/29/2010 | 100-1056 | Reregistration |
| WEATHER BLOK AG BAIT WITH BITREX | 4/15/2010 | 100-1368 | Registration |
| FORMUS ALL-WEATHER BLOX | 5/20/2009 | 12455-108 | Registration |
| Final Soft Bait | 7/26/2012 | 12455-139 | Registration |
| FINAL ALL-WEATHER BLOX | 3/31/2009 | 12455-89 | Reregistration |
| FINAL RODENTICIDE | 9/26/2007 | 12455-90 | Reregistration |
| FINAL RODENTICIDE READY-TO-USE PLACE PACS | 4/3/2009 | 12455-91 | Reregistration |
| FINAL RODENTICIDE PLACE PACS | 4/3/2009 | 12455-94 | Reregistration |
| d-CON® Farm, Ranch & Home | 5/29/2014 | 3282-112 | Registration |
| BRODIFACOUM 25W CONSERVATION | 3/18/2008 | 56228-36 | Registration |
| BRODIFACOUM 25D CONSERVATION | 3/18/2008 | 56228-37 | Registration |

| BDF CHUNKS | 4/3/2009 | 61282-27 | Reregistration |
| BDF RODENTICIDE BAIT | 6/16/2009 | 61282-28 | Reregistration |

214.    Upon information and belief, EPA provided no hearings or other public participation for these product registration actions.

215.    As set forth above, EPA has discretion to influence or change registrations of pesticide products for the benefit of protected species.  For example, EPA may only register or reregister a pesticide product if its use does not cause an unreasonable adverse effect on the environment.  7 U.S.C. § 136a(c)(5); 7 U.S.C. § 136a-1(g)(2)(C); 40 C.F.R. § 152.112; 40 C.F.R. § 152.113(a).   EPA may also change, cancel, restrict, or immediately suspend registered pesticides, pesticide labeling, or particular uses at any time if it appears that the pesticide is causing an unreasonable adverse effect on the environment.  7 U.S.C. § 136d(c).   Thus, EPA's product reregistration and its approvals of products containing brodifacoum are "affirmative agency actions" subject to consultation under Section 7(a)(2) of the ESA. 16 U.S.C. § 1536(a)(2).

216.    Plaintiffs' members live, work, visit, recreate, and otherwise enjoy areas across the nation that may be impacted by products containing brodifacuom.  Plaintiffs' members derive professional, aesthetic, spiritual, recreational, economic, and educational benefits from the endangered and threatened species that live in these areas and may be impacted by products containing brodifacuom.  The list of species that may be affected by products containing brodifacuom is provided in Exhibit A, and Plaintiffs' members have cognizable interests in these species.

217.    For example, products containing brodifacuom may affect the San Joaquin kit fox, and a member of Plaintiffs' organizations has a cognizable interest in this species based on, among other things, efforts to observe the species during frequent visits to habitats where the species can be found and may be affected by products containing brodifacuom.

218.    A 2013 compilation of wildlife mortality incident reports showed brodifacoum in San Joaquin kit fox, as well as death to San Joaquin kit fox, in 1987, 1999, 2000, 2002, 2003, 2007, 2011. In a 2013 Department of Pesticide Regulation report, data in California showed brodifacoum residues were found in approximately 69% of the 492 animals tested, brodifacoum was likely involved in 13% of animal mortalities. In "Potential Risks of Nine Rodenticides to Birds and Non Target Mammals: a Comparative Approach," the EPA explained: "In California, second-generation anticoagulants were

1    detected in 71 to 84% of the 106 bobcats, mountain lions, and San Joaquin kit foxes analyzed."  In

2    addition, in the 1993 Biological Opinion, the FWS specified reasonable and prudent alternatives to

3    avoid jeopardy to the San Joaquin kit fox.

4        219.   Plaintiffs' members engage in wildlife observation, research, photography, restoration

5    activities, and educational programs involving endangered and threatened species that may be impacted

6    by products containing brodifacuom.  Plaintiffs' members will continue to maintain an interest in the

7    species and areas that may be impacted by products containing brodifacuom in the future.

8        220.   The above-described interests of Plaintiffs and their members have been and are being

9    adversely affected by EPA's reregistration, registration and authorization of the use of products

10   containing brodifacuom, which are pesticides that may harm endangered and threatened species and

11   their habitats.  As alleged in the Complaint, products containing brodifacuom may affect the species

12   identified in Exhibit A, as well as their designated critical habitat.

13       221.   EPA's failure to ensure that products containing brodifacuom do not impact endangered

14   species and their habitats harms Plaintiffs' members' interests in the species and their habitats affected

15   by products containing brodifacuom.  For example, EPA's failure to consult on products containing

16   brodifacuom may impair recovery of species impacted by products containing brodifacuom and may

17   make it more likely that these species would suffer population declines.  Species declines and impaired

18   recovery harm the interests that Plaintiffs' members have in the existence of these rare animals, such as

19   by limiting their ability to observe the species.  Consultation on products containing brodifacuom is

20   necessary to ensure that Plaintiffs' members' interests in the species affected by products containing

21   brodifacuom are preserved and remain free from injury.

22       222.    EPA must register and authorize pesticide products before they can be used and has an

23   ongoing responsibility to ensure that registered pesticides do not have unreasonable adverse effects on

24   the environment.  Absent EPA's continuing registration and discretionary control and involvement in

25   products containing brodifacuom, these pesticides could not be used and could not be negatively

26   impacting the listed species named in Exhibit A and their habitats.

27       223.    If this Court orders EPA to engage in consultation as required, the Service would analyze

28   the extent to which the products containing brodifacuom affect listed species and their habitats and, if

1    necessary, would suggest reasonable and prudent alternatives or measures to protect the species, which

2    would protect Plaintiffs' members' interests in the species.  16 U.S.C. § 1536(a)(3).  Unless the

3    requested relief is granted, Plaintiffs' interests will continue to be injured by EPA's failure to consult

4    on products containing brodifacuom with the Service, as well as by the potential ongoing harm to the

5    species named in Exhibit A and their habitats as a result of ongoing use of products containing

6    brodifacuom.

7         224.    The injuries described above are actual, concrete injuries that are presently suffered by

8    Plaintiffs and their members and will continue to occur unless relief is granted by this Court.  These

9    injuries are directly caused by the Defendants' failure to consult with the Service to ensure that EPA's

10   actions relating to products containing brodifacoum do not affect listed species and Plaintiffs'

11   members' cognizable interests in these species.  The relief sought herein, EPA's compliance with the

12   ESA, would redress Plaintiffs' injuries.  Plaintiffs have no other adequate remedy at law, and they bring

13   this action on behalf of their adversely affected members.

14   **Bromadiolone**[12]

15        225.    Exhibit A contains a comprehensive, but not necessarily exhaustive, list of endangered

16   and threatened species for which bromadiolone is known to be harmful to the taxonomic group of that

17   species and is used in the state where that species lives.

18        226.    Bromadiolone is a pesticide for which the EPA has indicated that estimated

19   environmental concentrations (EECs) are likely to exceed the Levels of Concern (LOCs) for

20   endangered species, and/or may cause indirect effects on endangered species by altering habitat or food

21   sources.  Specifically, EECs of bromadiolone are likely to exceed the LOCs for the following

22   taxonomic groups:  mammals, birds, and reptiles.

23        227.    Bromadiolone is a pesticide that is "highly acutely toxic" or "very highly acutely toxic"

24   to the following taxonomic groups:  mammals, birds, and reptiles. These toxicity rankings are based on

25   LD50 or LC50 data (lethal dose to 50 percent of the test organisms or lethal concentration for 50

26   percent of the test organisms) that EPA possesses.

27

28

---

[12] The current EPA Case Number and EPA PC Code for bromadiolone are 2760, 112001.

228.   EPA "affirmatively authorized" the continued use of the active ingredient bromadiolone when it issued a Reregistration Eligibility Decision in July of 1998.

229.   On June 29, 2011, EPA completed product reregistration for bromadiolone. *See* https://www.epa.gov/pesticide-reevaluation/pesticides-have-completed-product-reregistration (last visited 6/26/2017).

230.   Active product registrations for this pesticide can be found on EPA's Pesticide Product Label System, *available at* http://iaspub.epa.gov/apex/pesticides/f?p=PPLS:1 (last visited 6/26/2017).

231.   Specifically, the EPA's online Pesticide Product Label System lists the following pesticide products containing bromadiolone that EPA affirmatively authorized by product reregistration or new product registration since January 20, 2005:

| Product Name | Date | Registration Number | Action |
|---|---|---|---|
| CONTRAC WITH LUMITRACK | 12/21/2010 | 12455-133 | Registration |
| CONTRAC SOFT BAIT | 2/14/2017 | 12455-146 | Registration |
| CONTRAC ALL-WEATHER CAKE | 3/18/2009 | 12455-34 | Reregistration |
| CONTRAC RAT & MOUSE BAIT | 3/18/2009 | 12455-36 | Reregistration |
| CONTRAC RODENTICIDE | 4/3/2009 | 12455-69 | Reregistration |
| CONTRAC RAT AND MOUSE BAIT READY TO USE PLACE PACS | 3/18/2009 | 12455-75 | Reregistration |
| CONTRAC RODENTICIDE READY TO USE PLACE PACS | 3/18/2009 | 12455-76 | Reregistration |
| CONTRAC ALL-WEATHER BLOX | 3/18/2009 | 12455-79 | Reregistration |
| CONTRAC SUPER-SIZE BLOX | 3/18/2009 | 12455-82 | Reregistration |
| CONTRAC RODENTICIDE PLACE PACS | 3/18/2009 | 12455-86 | Reregistration |
| RAT-A-REST PELLETS | 6/29/2011 | 61282-71 | Reregistration |
| MOUSE-A-REST PELLETS | 6/29/2011 | 61282-72 | Reregistration |
| RAT/MOUSE-A-REST PLACE PACK | 6/29/2011 | 61282-73 | Reregistration |
| MAKI PARAFFINIZED PELLETS | 7/15/2010 | 7173-187 | Reregistration |
| MAKI RAT AND MOUSE BAIT PACKS (PELLETS) | 8/17/2010 | 7173-188 | Reregistration |
| MAKI PARAFFIN BLOCKS | 8/17/2010 | 7173-189 | Reregistration |
| MAKI MINI BLOCKS | 8/17/2010 | 7173-202 | Reregistration |
| MAKI RODENTICIDE BAIT PACKS (PELLETS) | 8/17/2010 | 7173-208 | Reregistration |
| MAKI RODENTICIDE PELLETS | 8/17/2010 | 7173-212 | Reregistration |
| MAKI RODENTICIDE MINI BLOCKS | 8/17/2010 | 7173-215 | Reregistration |
| BROMADIOLONE PASTE 0901 | 8/1/2011 | 7173-297 | Registration |

| SMACKER BAIT | 8/2/2010 | 72500-19 | Registration |
|---|---|---|---|
| RATIMOR WAX BLOCK | 9/20/2007 | 82744-1 | Registration |
| RATIMOR SOFT BAIT | 9/20/2007 | 82744-2 | Registration |
| BRIGAND SB SOFT BAIT RODENTICIDE | 7/19/2010 | 87235-1 | Registration |
| BRIGAND WB WAX BLOCK RODENTICIDE | 8/16/2010 | 87235-2 | Registration |

232.    Upon information and belief, EPA provided no hearings or other public participation for these product registration actions.

233.    As set forth above, EPA has discretion to influence or change registrations of pesticide products for the benefit of protected species.  For example, EPA may only register or reregister a pesticide product if its use does not cause an unreasonable adverse effect on the environment.  7 U.S.C. § 136a(c)(5); 7 U.S.C. § 136a-1(g)(2)(C); 40 C.F.R. § 152.112; 40 C.F.R. § 152.113(a).   EPA may also change, cancel, restrict, or immediately suspend registered pesticides, pesticide labeling, or particular uses at any time if it appears that the pesticide is causing an unreasonable adverse effect on the environment.  7 U.S.C. § 136d(c).  Thus, EPA's product reregistration and its approvals of products containing bromadiolone are "affirmative agency actions" subject to consultation under Section 7(a)(2) of the ESA. 16 U.S.C. § 1536(a)(2).

234.    Plaintiffs' members live, work, visit, recreate, and otherwise enjoy areas across the nation that may be impacted by products containing bromadiolone.  Plaintiffs' members derive professional, aesthetic, spiritual, recreational, economic, and educational benefits from the endangered and threatened species that live in these areas and may be impacted by products containing bromadiolone.  The list of species that may be affected by products containing bromadiolone is provided in Exhibit A, and Plaintiffs' members have cognizable interests in these species.

235.    For example, products containing bromadiolone may affect the San Joaquin kit fox, and a member of Plaintiffs' organizations has a cognizable interest in this species based on, among other things, efforts to observe the species during frequent visits to habitats where the species can be found and may be affected by products containing bromadiolone.

236.    In "Potential Risks of Nine Rodenticides to Birds and Non Target Mammals: a Comparative Approach," the EPA explained: "In California, second-generation anticoagulants were detected in 71 to 84% of the 106 bobcats, mountain lions, and San Joaquin kit foxes analyzed."  In

1    addition, in the 1993 Biological Opinion, the FWS explained that the kit fox may be exposed to

2    bromadiolone because it occupies urban and quasi-urban settings.  The FWS specified reasonable and

3    prudent alternatives to avoid jeopardy to the San Joaquin kit fox.

4         237.    Plaintiffs' members engage in wildlife observation, research, photography, restoration

5    activities, and educational programs involving endangered and threatened species that may be impacted

6    by products containing bromadiolone.  Plaintiffs' members will continue to maintain an interest in the

7    species and areas that may be impacted by products containing bromadiolone in the future.

8         238.    The above-described interests of Plaintiffs and their members have been and are being

9    adversely affected by EPA's reregistration, registration and authorization of the use of products

10   containing bromadiolone, which is a pesticide that may harm endangered and threatened species and

11   their habitats.  As alleged in the Complaint, products containing bromadiolone may affect the species

12   identified in Exhibit A, as well as their designated critical habitat.

13        239.    EPA's failure to ensure that products containing bromadiolone do not impact endangered

14   species and their habitats harms Plaintiffs' members' interests in the species and their habitats affected

15   by bromadiolone.  For example, EPA's failure to consult on products containing bromadiolone may

16   impair recovery of species impacted by products containing bromadiolone and may make it more likely

17   that these species would suffer population declines.  Species declines and impaired recovery harm the

18   interests that Plaintiffs' members have in the existence of these rare animals, such as by limiting their

19   ability to observe the species.  Consultation on products containing bromadiolone is necessary to ensure

20   that Plaintiffs' members' interests in the species affected by products containing bromadiolone are

21   preserved and remain free from injury.

22        240.    EPA must register and authorize pesticide productss before they can be used and has an

23   ongoing responsibility to ensure that registered pesticides do not have unreasonable adverse effects on

24   the environment.  Absent EPA's continuing registration and discretionary control and involvement in

25   products containing bromadiolone, this pesticide could not be used and could not negatively impact the

26   listed species named in Exhibit A and their habitats.

27        241.    If this Court orders EPA to engage in consultation as required, the Service would analyze

28   the extent to which products containing bromadiolone affect listed species and their habitats and, if

1  necessary, would suggest reasonable and prudent alternatives or measures to protect the species, which

2  would protect Plaintiffs' members' interests in the species.  16 U.S.C. § 1536(a)(3).  Unless the

3  requested relief is granted, Plaintiffs' interests will continue to be injured by EPA's failure to consult

4  on products containing bromadiolone with the Service, as well as by the potential ongoing harm to the

5  species named in Exhibit A and their habitats as a result of ongoing use of products containing

6  bromadiolone.

7      242.   The injuries described above are actual, concrete injuries that are presently suffered by

8  Plaintiffs and their members and will continue to occur unless relief is granted by this Court.  These

9  injuries are directly caused by the Defendants' failure to consult with the Service to ensure that EPA's

10  actions relating to products containing bromadiolone do not affect listed species and Plaintiffs'

11  members' cognizable interests in these species.  The relief sought herein, EPA's compliance with the

12  ESA, would redress Plaintiffs' injuries.  Plaintiffs have no other adequate remedy at law, and they bring

13  this action on behalf of their adversely affected members.

14  **Captan**[13]

15      243.   Exhibit A contains a comprehensive, but not necessarily exhaustive, list of endangered

16  and threatened species for which captan is known to be harmful to the taxonomic group of that species

17  and is used in the state where that species lives.

18      244.   Captan is a pesticide for which the EPA has indicated that estimated environmental

19  concentrations (EECs) are likely to exceed the Levels of Concern (LOCs) for endangered species,

20  and/or may cause indirect effects on endangered species by altering habitat or food sources.

21  Specifically, EECs of captan are likely to exceed the LOCs for the following taxonomic groups:

22  mammals, birds, fish, amphibians, mollusks, crustaceans, and reptiles.

23      245.   Captan is a pesticide that is "highly acutely toxic" or "very highly acutely toxic" to the

24  following taxonomic groups:  fish, amphibians, and crustaceans. These toxicity rankings are based on

25  LD50 or LC50 data (lethal dose to 50 percent of the test organisms or lethal concentration for 50

26  percent of the test organisms) that EPA possesses.

27

28

---

[13] The current EPA Case Number and EPA PC Code for captan are 0120, 081301.

246.     EPA "affirmatively authorized" the continued use of the active ingredient captan when it issued a Reregistration Eligibility Decision in November of 2004.

247.     On September 20, 2007, EPA completed product reregistration for captan.  *See* https://www.epa.gov/pesticide-reevaluation/pesticides-have-completed-product-reregistration (last visited 6/26/2017).

248.     Active product registrations for this pesticide can be found on EPA's Pesticide Product Label System, *available at* http://iaspub.epa.gov/apex/pesticides/f?p=PPLS:1 (last visited 6/26/2017).

249.     Specifically, the EPA's online Pesticide Product Label System lists the following pesticide products containing captan that EPA affirmatively authorized by product reregistration or new product registration since January 20, 2005[14]:

| Product Name | Date | Registration Number | Action |
|---|---|---|---|
| DREXEL CAPTAN 4L FUNGICIDE | 7/30/2007 | 19713-156 | Reregistration |
| DREXEL CAPTAN 4 FLOWABLE SEED PROTECTANT | 8/31/2007 | 19713-161 | Reregistration |
| DREXEL CAPTAN 50W | 3/29/2007 | 19713-235 | Reregistration |
| DREXEL CAPTAN-75 SEED PROTECTANT | 8/31/2007 | 19713-260 | Reregistration |
| DREXEL CAPTAN 50/10 | 8/17/2007 | 19713-261 | Reregistration |
| KAPTAN 50W | 8/31/2007 | 19713-268 | Reregistration |
| DREXEL CAPTAN 80 EDF | 7/9/2007 | 19713-405 | Reregistration |
| DCC CAPTAN 4L | 10/23/2012 | 19713-644 | Registration |
| DCC CAPTAN 4 FLOWABLE | 10/23/2012 | 19713-645 | Registration |
| DREXEL CAPTAN 50W FUNGICIDE | 10/23/2012 | 19713-646 | Registration |
| CAPTAN-75 SP | 1/3/2013 | 19713-648 | Registration |
| DREXEL CAPTAN 80 WDG | 5/14/2013 | 19713-652 | Registration |
| FOUR WAY PEANUT SEED TREATMENT FUNGICIDE | 6/10/2005 | 264-998 | Registration |
| CAPTAN 4000 FLOWABLE SEED PROTECTANT | 3/1/2007 | 2935-484 | Reregistration |
| CLEAN CROP CAPTAN 7.5 DUST FUNGICIDE | 3/1/2007 | 2935-536 | Reregistration |
| CAPTAN 80 WDG | 4/10/2013 | 34704-1075 | Registration |

---

[14] Where a date is not included, the EPA documentation of product reregistration did not appear on EPA's Pesticide Product Label System. However, product reregistration should have occurred between the November, 2004 RED and the September 20, 2007 completion of product reregistration.

| CAPTAN 4L | 4/15/2013 | 34704-1076 | Registration |
|---|---|---|---|
| CAPTAN 50-W FUNGICIDE | 2/9/2007 | 34704-427 | Reregistration |
| CAPTAN 50 + MOLY-LUBE PLANTER BOX SEED TREATER | 2/5/2007 | 34704-676 | Reregistration |
| DYNA-SHIELD CAPTAN FUNGICIDE | 7/13/2006 | 34704-935 | Registration |
| ENHANCE | 12/15/2008 | 400-554 | Reregistration |
| HI-MOLY/CAPTAN-D | 7/30/2007 | 400-557 | Reregistration |
| BEAN GUARD/ALLEGIANCE | 7/12/2010 | 400-561 | Registration |
| ENHANCE AW | 8/19/2008 | 400-567 | Registration |
| ENHANCE PLUS | 4/21/2009 | 400-568 | Registration |
| BONIDE A COMPLETE FRUIT TREE SPRAY | 6/5/2009 | 4-122 | Reregistration |
| CAPTAN 80 DF | 11/17/2011 | 42750-231 | Registration |
| CAPTAN 50% WP | 1/30/2012 | 42750-235 | Registration |
| CAPTAN 38.75% FL | 2/7/2012 | 42750-236 | Registration |
| CAPTAN 4L ST | 7/9/2013 | 42750-253 | Registration |
| BONIDE CAPTAN WETTABLE | | 4-459 | Reregistration |
| CAPTAN 50-WP | 9/19/2007 | 66222-1 | Reregistration |
| CAPTAN GOLD 4L | 1/30/2014 | 66222-257 | Registration |
| CAPTAN 80WDG | 10/12/2006 | 66222-58 | Reregistration |
| CAPTAN 80W | 7/27/2006 | 66330-209 | Registration |
| CAPTAN 50 WETTABLE POWDER | 3/1/2007 | 66330-234 | Reregistration |
| CAPTAN 4 FLOWABLE | 3/1/2007 | 66330-235 | Reregistration |
| CAPTAN 4 FLOWABLE SEED PROTECTANT | 3/2/2007 | 66330-238 | Reregistration |
| CAPTEC 4L CAPTAN FLOWABLE FUNGICIDE | 7/10/2007 | 66330-239 | Reregistration |
| CAPTAN 4 FLOWABLE | 12/4/2006 | 66330-24 | Reregistration |
| CAPTAN 50 WP | 12/4/2006 | 66330-26 | Reregistration |
| CAPTAN GARDEN SPRAY | 8/16/2007 | 66330-27 | Reregistration |
| CAPTAN 80 WDG | 12/4/2006 | 66330-29 | Reregistration |
| UPI CAPTAN 50 WP | 5/22/2012 | 70506-292 | Registration |
| UPI CAPTAN 80 WDG | 5/22/2012 | 70506-293 | Registration |
| CAPTAN 80 WDG | 8/5/2013 | 70506-299 | Registration |
| CAPTAN 4L | 6/14/2011 | 85678-13 | Registration |
| CAPTAN 80 WDG | 6/14/2011 | 85678-14 | Registration |

250.    Upon information and belief, EPA provided no hearings or other public participation for these product registration actions.

251.    As set forth above, EPA has discretion to influence or change registrations of pesticide products for the benefit of protected species.  For example, EPA may only register or reregister a

1  pesticide product if its use does not cause an unreasonable adverse effect on the environment.  7 U.S.C.
2  § 136a(c)(5); 7 U.S.C. § 136a-1(g)(2)(C); 40 C.F.R. § 152.112; 40 C.F.R. § 152.113(a).   EPA may also
3  change, cancel, restrict, or immediately suspend registered pesticides, pesticide labeling, or particular
4  uses at any time if it appears that the pesticide is causing an unreasonable adverse effect on the
5  environment.  7 U.S.C. § 136d(c).   Thus, EPA's product reregistrations and its approvals of products
6  containing captan are "affirmative agency actions" subject to consultation under Section 7(a)(2) of the
7  ESA.  16 U.S.C. § 1536(a)(2).

8      252.   Plaintiffs' members live, work, visit, recreate, and otherwise enjoy areas across the
9  nation that may be impacted by products containing captan.  Plaintiffs' members derive professional,
10  aesthetic, spiritual, recreational, economic, and educational benefits from the endangered and
11  threatened species that live in these areas and may be impacted by products containing captan.  The list
12  of species that may be affected by products containing captan is provided in Exhibit A, and Plaintiffs'
13  members have cognizable interests in these species.

14      253.   For example, products containing captan may affect the Cape Fear shiner, and a member
15  of Plaintiffs' organizations has a cognizable interest in this species based on, among other things,
16  efforts to observe the species during frequent visits to habitats where the species can be found and may
17  be affected by products containing captan.

18      254.   As the FWS explained in its Fact Sheet for the Cape Fear shiner: "The Cape Fear shiner
19  is sensitive to chemicals found in fertilizers, pesticides, and other sources that pollute water.  These and
20  other pollutants include water runoff from farms, municipalities and businesses and their associated
21  infrastructure."

22      255.   Plaintiffs' members engage in wildlife observation, research, photography, restoration
23  activities, and educational programs involving endangered and threatened species that may be impacted
24  by products containing captan.  Plaintiffs' members will continue to maintain an interest in the species
25  and areas that may be impacted by products containing captan in the future.

26      256.   The above-described interests of Plaintiffs and their members have been and are being
27  adversely affected by EPA's reregistration, registration and authorization of the use of products
28  containing captan, which is a pesticide that may harm endangered and threatened species and their

1    habitats.  As alleged in the Complaint, products containing captan may affect the species identified in

2    Exhibit A, as well as their designated critical habitat.

3          257.    EPA's failure to ensure that products containing captan do not impact endangered

4    species and their habitats harms Plaintiffs' members' interests in the species and their habitats affected

5    by products containing captan.  For example, EPA's failure to consult on products containing captan

6    may impair recovery of species impacted by products containing captan and may make it more likely

7    that these species would suffer population declines.  Species declines and impaired recovery harm the

8    interests that Plaintiffs' members have in the existence of these rare animals, such as by limiting their

9    ability to observe the species.  Consultation on products containing captan is necessary to ensure that

10   Plaintiffs' members' interests in the species affected by products containing captan are preserved and

11   remain free from injury.

12         258.    EPA must register and authorize pesticide products before they can be used and has an

13   ongoing responsibility to ensure that registered pesticides do not have unreasonable adverse effects on

14   the environment.  Absent EPA's continuing registration and discretionary control and involvement in

15   products containing captan, this pesticide could not be used and could not negatively impact the listed

16   species named in Exhibit A and their habitats.

17         259.    If this Court orders EPA to engage in consultation as required, the Service would analyze

18   the extent to which products containing captan affect listed species and their habitats and, if necessary,

19   would suggest reasonable and prudent alternatives or measures to protect the species, which would

20   protect Plaintiffs' members' interests in the species.  16 U.S.C. § 1536(a)(3).  Unless the requested

21   relief is granted, Plaintiffs' interests will continue to be injured by EPA's failure to consult on products

22   containing captan with the Service, as well as by the potential ongoing harm to the species named in

23   Exhibit A and their habitats as a result of ongoing use of products containing captan.

24         260.    The injuries described above are actual, concrete injuries that are presently suffered by

25   Plaintiffs and their members and will continue to occur unless relief is granted by this Court.  These

26   injuries are directly caused by the Defendants' failure to consult with the Service to ensure that EPA's

27   actions relating to products containing captan do not affect listed species and Plaintiffs' members'

28   cognizable interests in these species.  The relief sought herein, EPA's compliance with the ESA, would

1  redress Plaintiffs' injuries.  Plaintiffs have no other adequate remedy at law, and they bring this action

2  on behalf of their adversely affected members.

3  **Carbaryl**[15]

4     261.   Exhibit A contains a comprehensive, but not necessarily exhaustive, list of endangered

5  and threatened species for which carbaryl is known to be harmful to the taxonomic group of that

6  species and is used in the state where that species lives.

7     262.   Carbaryl is a known endocrine disrupter.  As explained above, endocrine disrupters have

8  effects on the reproductive and immune systems capable of compromising populations of endangered

9  species.

10    263.   Carbaryl is a pesticide for which the EPA has indicated that estimated environmental

11 concentrations (EECs) are likely to exceed the Levels of Concern (LOCs) for endangered species,

12 and/or may cause indirect effects on endangered species by altering habitat or food sources.

13 Specifically, EECs of carbaryl are likely to exceed the LOCs for the following taxonomic groups:

14 mammals, birds, fish, amphibians, mollusks, crustaceans, insects, and reptiles.

15    264.   Carbaryl is a pesticide that is "highly acutely toxic" or "very highly acutely toxic" to the

16 following taxonomic groups: fish, amphibians, mollusks, crustaceans, and insects. These toxicity

17 rankings are based on LD50 or LC50 data (lethal dose to 50 percent of the test organisms or lethal

18 concentration for 50 percent of the test organisms) that EPA possesses.

19    265.   The USGS has detected carbaryl in dozens of waterways across the nation, as

20 documented in reports on its nationwide water quality surveys. As shown in Exhibit B, some of these

21 watersheds overlap the range of species that may be affected by this pesticide.

22    266.   EPA "affirmatively authorized" the continued use of the active ingredient carbaryl when

23 it issued a Reregistration Eligibility Decision in September of 2007.

24    267.   On October 28, 2009, EPA completed product reregistration for carbaryl.  *See*

25 https://www.epa.gov/pesticide-reevaluation/pesticides-have-completed-product-reregistration (last

26 visited 6/26/2017).

27

28

---

[15] The current EPA Case Number and EPA PC Code for carbaryl are 0080, 056801.

268.     Active product registrations for this pesticide can be found on EPA's Pesticide Product Label System, *available at* http://iaspub.epa.gov/apex/pesticides/f?p=PPLS:1 (last visited 6/26/2017).

269.     Specifically, the EPA's online Pesticide Product Label System lists the following products containing carbaryl that EPA affirmatively authorized by product reregistration or new product registration since January 20, 2005[16]:

| Product Name | Date | Registration Number | Action |
|---|---|---|---|
| LESCO 6.3% SEVIN(R) BRAND GRANULAR CARBARYL INSECTICIDE | 12/8/2009 | 10404-61 | Reregistration |
| LESCO SEVIN 4% PLUS FERTILIZER | 8/28/2009 | 10404-62 | Reregistration |
| DREXEL CARBARYL 10D (10% SEVIN DUST) | | 19713-212 | Reregistration |
| DREXEL CARBARYL 5D (5% SEVIN DUST) | | 19713-213 | Reregistration |
| DREXEL CARBARYL 85 SPRAYABLE | 10/15/2009 | 19713-363 | Reregistration |
| DREXEL CARBARYL 4L | 9/30/2009 | 19713-49 | Reregistration |
| DREXEL CARBARYL 80S | 10/9/2009 | 19713-50 | Reregistration |
| DREXEL CARBARYL 10D | | 19713-53 | Reregistration |
| DREXEL CARBARYL 5% BAIT | 9/28/2010 | 19713-627 | Registration |
| DREXEL CARBARYL 2% BAIT GRANULE | 4/18/2011 | 19713-630 | Registration |
| DREXEL CARBARYL 95 SPRAYABLE | | 19713-84 | Reregistration |
| DREXEL CARBARYL 2L | 9/15/2009 | 19713-89 | Reregistration |
| SEVIN BRAND RP2 CARBARYL INSECTICIDE | 7/31/2009 | 264-334 | Reregistration |
| SEVIN BRAND RP4 CARBARYL INSECTICIDE | 9/1/2009 | 264-335 | Reregistration |
| SEVIN BRAND GRANULAR CARBARYL INSECTICIDE | 9/8/2009 | 264-429 | Reregistration |
| SEVIN 5 BAIT | 9/8/2009 | 2935-366 | Reregistration |
| 2% SEVIN BAIT | 3/13/2012 | 2935-556 | Registration |
| CARBARYL CUTWORM BAIT | 9/8/2009 | 34704-1021 | Reregistration |
| 10% SEVIN GRANULES | 9/15/2009 | 34704-289 | Reregistration |
| CARBARYL 4L | 9/22/2009 | 34704-447 | Reregistration |

---

[16] Where a date is not included, the EPA documentation of product reregistration did not appear on EPA's Pesticide Product Label System. However, product reregistration should have occurred between the September, 2007RED and the October 28, 2009 completion of product reregistration.

Fourth Amended Complaint for Declaratory and Injunctive Relief
Case No. 3:11-cv-00293-JCS                                                                                        80

| APICIDE | 7/31/2009 | 36272-14 | Reregistration |
|---|---|---|---|
| BONIDE A COMPLETE FRUIT TREE SPRAY | 6/5/2009 | 4-122 | Reregistration |
| GRUBTOX LAWN GRUB AND INSECT CONTROL | | 4-142 | Reregistration |
| BONIDE SEVIN 5% DUST INSECTICIDE | | 4-143 | Reregistration |
| R & M GARDEN DUST 5% | 7/31/2009 | 432-1209 | Reregistration |
| R & M GARDEN DUST 10% | 7/31/2009 | 432-1210 | Reregistration |
| CP CARBARYL INSECTICIDE SPRAY – RTU | 6/25/2009 | 432-1211 | Reregistration |
| SEVIN GRUB KILLER GRANULES (2% SEVIN) | 6/25/2009 | 432-1212 | Reregistration |
| SEVIN GRANULES (1% SEVIN) ANT, FLEA, TICK & GRUB KILLER | 7/3/2009 | 432-1213 | Reregistration |
| SEVIN 80 WSP CARBARYL INSECTICIDE | 9/30/2009 | 432-1226 | Reregistration |
| SEVIN SL CARBARYL INSECTICIDE | 6/16/2009 | 432-1227 | Reregistration |
| SEVIN BRAND GRANULAR CARBARYL INSECTICIDE | 7/31/2009 | 432-885 | Reregistration |
| SEVIN GARDEN DUST | | 4-413 | Reregistration |
| COPPER DRAGON TOMATO & VEGETABLE DUST | | 4-458 | Reregistration |
| BONIDE VEGETABLE-FLORAL DUST | 2/26/2009 | 4-474 | Registration |
| SEVIN BRAND 85 SPRAYABLE CARBARYL INSECTICIDE | 10/9/2009 | 61842-33 | Reregistration |
| SEVIN 80 SOLUPAK | 9/25/2009 | 61842-34 | Reregistration |
| SEVIN XLR PLUS CARBARYL INSECTICIDE | 9/16/2009 | 61842-37 | Reregistration |
| SEVIN BRAND 4F CARBARYL INSECTICIDE | 9/16/2009 | 61842-38 | Reregistration |
| SEVIN BRAND 80 WSP CARBARYL INSECTICIDE | 2/22/2013 | 61842-39 | Reregistration |
| GET-A-BUG SNAIL, SLUG & INSECT KILLER | 5/23/2011 | 71096-18 | Reregistration |
| AGRISEL CARBAIT 5 | 2/17/2009 | 72159-13 | Registration |
| HI-YIELD 10% CARBARYL GARDEN DUST | | 7401-166 | Reregistration |
| FERTI-LOME LIQUID CARBARYL HOME GARDEN SPRAY | 9/15/2009 | 7401-38 | Reregistration |
| FERTI LOME GARDEN DUST | 8/28/2009 | 7401-69 | Reregistration |

| | | | |
|---|---|---|---|
| LILLY/MILLER GRASSHOPPER & EARWIG BAIT | 6/19/2009 | 802-493 | Reregistration |
| CORRY'S SLUG, SNAIL & INSECT KILLER | 6/17/2011 | 8119-5 | Reregistration |
| SA-50 BRAND SEVIN 5% DUST | 7/31/2009 | 829-128 | Reregistration |
| CUTWORM & CRICKET BAIT | 8/20/2009 | 829-285 | Reregistration |
| SHAW'S SEVIN 430 TURF INSECT GRANULES + FERTILIZER | 5/21/2009 | 8378-31 | Reregistration |
| SHAW'S SEVIN 143 TURF INSECT GRANULES + FERTILIZER | 5/21/2009 | 8378-36 | Reregistration |
| THE ANDERSONS 8.0% GRANULAR CARBARYL | 9/25/2009 | 9198-146 | Reregistration |
| THE ANDERSONS BICARB LAWN INSECT KILLER GRANULES | 11/6/2006 | 9198-234 | Registration |
| THE ANDERSONS BICARB INSECTICIDE + FERTILIZER | 11/6/2006 | 9198-235 | Registration |

270.    Upon information and belief, EPA provided no hearings or other public participation for these product registration actions.

271.    As set forth above, EPA has discretion to influence or change registrations of pesticide products for the benefit of protected species.  For example, EPA may only register or reregister a pesticide product if its use does not cause an unreasonable adverse effect on the environment.  7 U.S.C. § 136a(c)(5); 7 U.S.C. § 136a-1(g)(2)(C); 40 C.F.R. § 152.112; 40 C.F.R. § 152.113(a).   EPA may also change, cancel, restrict, or immediately suspend registered pesticides, pesticide labeling, or particular uses at any time if it appears that the pesticide is causing an unreasonable adverse effect on the environment.  7 U.S.C. § 136d(c).   Thus, EPA's product reregistration and its approvals of products containing carbaryl are "affirmative agency actions" subject to consultation under Section 7(a)(2) of the ESA. 16 U.S.C. § 1536(a)(2).

272.    Plaintiffs' members live, work, visit, recreate, and otherwise enjoy areas across the nation that may be impacted by products containing carbaryl.  Plaintiffs' members derive professional, aesthetic, spiritual, recreational, economic, and educational benefits from the endangered and threatened species that live in these areas and may be impacted by products containing carbaryl.  The list of species that may be affected by products containing carbaryl is provided in Exhibit A, and Plaintiffs' members have cognizable interests in these species.

273.     For example, products containing carbaryl may affect the mountain yellow-legged frog, and a member of Plaintiffs' organizations has a cognizable interest in this species based on, among other things, his efforts to observe the species during frequent visits to habitats where the species can be found and may be affected by products containing carbaryl.

274.     Peer-reviewed scientific studies have implicated pesticides in the decline of mountain yellow-legged frogs.  *See, e.g.*, Carlos Davidson, et al., *Spatial Tests of the Pesticide Drift, Habitat Destruction, UV-B, and Climate Change Hypotheses for California Amphibian Declines*, Conservation Biology (6):1588-1601 (2002).

275.     Plaintiffs' members engage in wildlife observation, research, photography, restoration activities, and educational programs involving endangered and threatened species that may be impacted by products containing carbaryl.  Plaintiffs' members will continue to maintain an interest in the species and areas that may be impacted by products containing carbaryl in the future.

276.     The above-described interests of Plaintiffs and their members have been and are being adversely affected by EPA's reregistration, registration and authorization of the use of products containing carbaryl, which is a pesticide that may harm endangered and threatened species and their habitats.  As alleged in the Complaint, products containing carbaryl may affect the species identified in Exhibit A, as well as their designated critical habitat.

277.     EPA's failure to ensure that products containing carbaryl do not impact endangered species and their habitats harms Plaintiffs' members' interests in the species and their habitats affected by products containing carbaryl.  For example, EPA's failure to consult on products containing carbaryl may impair recovery of species impacted by products containing carbaryl and may make it more likely that these species would suffer population declines.  Species declines and impaired recovery harm the interests that Plaintiffs' members have in the existence of these rare animals, such as by limiting their ability to observe the species.  Consultation on products containing carbaryl is necessary to ensure that Plaintiffs' members' interests in the species affected by carbaryl are preserved and remain free from injury.

278.      EPA must register and authorize pesticide products before they can be used and has an ongoing responsibility to ensure that registered pesticides do not have unreasonable adverse effects on

the environment.  Absent EPA's continuing registration and discretionary control and involvement in products containing carbaryl, this pesticide could not be used and could not negatively impact the listed species named in Exhibit A and their habitats.

279.    If this Court orders EPA to engage in consultation as required, the Service would analyze the extent to which products containing carbaryl affect listed species and their habitats and, if necessary, would suggest reasonable and prudent alternatives or measures to protect the species, which would protect Plaintiffs' members' interests in the species.  16 U.S.C. § 1536(a)(3).  Unless the requested relief is granted, Plaintiffs' interests will continue to be injured by EPA's failure to consult on products containing carbaryl with the Service, as well as by the potential ongoing harm to the species named in Exhibit A and their habitats as a result of ongoing use of products containing carbaryl.

280.    The injuries described above are actual, concrete injuries that are presently suffered by Plaintiffs and their members and will continue to occur unless relief is granted by this Court.  These injuries are directly caused by the Defendants' failure to consult with the Service to ensure that EPA's actions relating to products containing carbaryl do not affect listed species and Plaintiffs' members' cognizable interests in these species.  The relief sought herein, EPA's compliance with the ESA, would redress Plaintiffs' injuries.  Plaintiffs have no other adequate remedy at law, and they bring this action on behalf of their adversely affected members.

**Chlorothalonil**[17]

281.    Exhibit A contains a comprehensive, but not necessarily exhaustive, list of endangered and threatened species for which chlorothalonil is known to be harmful to the taxonomic group of that species and is used in the state where that species lives.

282.    Chlorothalonil is a known endocrine disrupter.  As explained above, endocrine disrupters have effects on the reproductive and immune systems capable of compromising populations of endangered species.

283.    Chlorothalonil is a pesticide for which the EPA has indicated that estimated environmental concentrations (EECs) are likely to exceed the Levels of Concern (LOCs) for endangered species, and/or may cause indirect effects on endangered species by altering habitat or food

---

[17] The current EPA Case Number and EPA PC Code for chlorothalonil are 0097, 081901.

1   sources.  Specifically, EECs of chlorothalonil are likely to exceed the LOCs for the following

2   taxonomic groups:  mammals, birds, fish, amphibians, mollusks, crustaceans, and reptiles.

3       284.    Chlorothalonil is a pesticide that is "highly acutely toxic" or "very highly acutely toxic"

4   to the following taxonomic groups: fish, amphibians, and crustaceans.  These toxicity rankings are

5   based on LD50 or LC50 data (lethal dose to 50 percent of the test organisms or lethal concentration for

6   50 percent of the test organisms) that EPA possesses.

7       285.    The USGS has detected chlorothalonil in dozens of waterways across the nation, as

8   documented in reports on its nationwide water quality surveys. As shown in Exhibit B, some of these

9   watersheds overlap the range of species that may be affected by this pesticide.

10      286.    In its 1999 RED for chlorothalonil, EPA states: "The registered uses of chlorothalonil

11  may adversely affect endangered species of birds (chronically), mammals (chronically), freshwater fish

12  (acutely and chronically), freshwater invertebrates (acutely) and aquatic plants. Mollusks which may be

13  at risk include freshwater mussels (a phylum that includes numerous freshwater endangered species)."

14      287.    EPA "affirmatively authorized" the continued use of the active ingredient chlorothalonil

15  when it issued a Reregistration Eligibility Decision in April of 1999.

16      288.    On March 11, 2009, EPA completed product reregistration for chlorothalonil.  *See*

17  https://www.epa.gov/pesticide-reevaluation/pesticides-have-completed-product-reregistration (last

18  visited 6/26/2017).

19      289.    Active product registrations for this pesticide can be found on EPA's Pesticide Product

20  Label System, *available at* http://iaspub.epa.gov/apex/pesticides/f?p=PPLS:1 (last visited 6/26/2017).

21      290.    Specifically, the EPA's online Pesticide Product Label System lists the following

22  pesticide products containing chlorothalonil that EPA affirmatively authorized by product reregistration

23  or new product registration since January 20, 2005:

| Product Name | Date | Registration Number | Action |
|---|---|---|---|
| REVUS OPTI | 2/20/2008 | 100-1279 | Registration |
| RENOWN FUNGICIDE | 1/29/2009 | 100-1315 | Registration |
| CONCERT II | 5/21/2009 | 100-1347 | Registration |
| DACONIL ACTION | 4/12/2011 | 100-1364 | Registration |
| CHLOROTHALONIL FLOWABLE 720 | 1/20/2011 | 100-1394 | Registration |
| CHLOROTHALONIL 82.5 SDG | 1/20/2011 | 100-1395 | Registration |

| BRAVO TOP | 10/31/2012 | 100-1441 | Registration |
|---|---|---|---|
| Orondis Opti | 9/7/2016 | 100-1591 | Registration |
| SPECTRO 90 WDG | 9/24/2008 | 1001-72 | Reregistration |
| CULVER TURF AND ORNAMENTAL FUNGICIDE | 2/23/2009 | 1001-85 | Reregistration |
| Zing! | 12/10/2014 | 10163-331 | Reregistration |
| STA-BRITE D | 5/25/2005 | 1022-546 | Reregistration |
| DENSIL C40 ANTIMICROBIAL | 2/12/2016 | 1258-1367 | Registration |
| CHLOROTHALONIL 720 | 12/21/2016 | 19713-690 | Registration |
| NUFARM CTN 82.5 | 2/3/2009 | 228-601 | Registration |
| NUFARM TM + CTN SPC 66.6 WDG FUNGICIDE | 12/7/2006 | 228-638 | Registration |
| TM + CTN E-PRO 90 WDG FUNGICIDE | 12/7/2006 | 228-639 | Registration |
| NUFARM CTN SPC 720 FUNGICIDE | 4/18/2007 | 228-647 | Registration |
| ORTHO DACONIL 2787 MULTIPURPOSE FUNGICIDE | 9/6/2007 | 239-2522 | Reregistration |
| KRD-1501 | 8/5/2016 | 3008-125 | Registration |
| INITIATE ZN | 3/16/2010 | 34704-1050 | Registration |
| APPLAUSE DF FUNGICIDE | 3/30/2005 | 34704-874 | Registration |
| CHLOROTHALONIL 90DF | 4/29/2005 | 34704-878 | Registration |
| INITIATE 720 FLOWABLE FUNGICIDE | 8/4/2005 | 34704-881 | Registration |
| CHLOROTHALONIL 825 AGRICULTURAL FUNGICIDE | 4/13/2006 | 34704-914 | Registration |
| ENSIGN 82.5% | 11/21/2006 | 34704-965 | Registration |
| ENSIGN 720 FLOWABLE FUNGICIDE | 11/21/2006 | 34704-966 | Registration |
| DuPont Treoris Fungicide | 2/29/2012 | 352-833 | Registration |
| Tetraconazole + Chlorothalonil | 8/31/2016 | 35915-18 | Registration |
| VITALONIL | 8/13/2008 | 42519-30 | Registration |
| CATAMARAN | 8/8/2008 | 42519-31 | Registration |
| CONSYST WDG | 9/29/2008 | 48234-7 | Reregistration |
| BRAVO ZN | 9/19/2005 | 50534-204 | Reregistration |
| DACONIL ZN FLOWABLE FUNGICIDE | 2/20/2007 | 50534-211 | Reregistration |
| BRAVO 500 | 11/10/2005 | 50534-8 | Reregistration |
| CONCORDE P-40M | 7/11/2006 | 53883-192 | Registration |
| QUALI-PRO ENCLAVE 5.3F | 11/16/2012 | 53883-309 | Registration |
| QUALI-PRO CHLOROTHALONIL 720 SFT | 10/10/2012 | 53883-310 | Registration |
| QUALI-PRO CHLOROTHALONIL DF | 10/25/2012 | 53883-313 | Registration |
| QUALI-PRO CHLOROTHALONIL 500 ZN | 10/23/2012 | 53883-317 | Registration |
| THE ANDERSONS 3-WAY SNOW MOLD FUNGICIDE | 9/27/2005 | 5481-614 | Registration |
| OMNI BRAND CHLOROTHALONIL | 11/10/2016 | 5905-601 | Registration |

| | | | |
|---|---|---|---|
| HMO-1601 FUNGICIDE | 4/12/2017 | 5905-602 | Registration |
| ECHO RTU | 3/7/2007 | 60063-30 | Registration |
| ECHO ULTIMATE ETQ | 1/12/2009 | 60063-36 | Registration |
| ADVAN ECHO 6F ETQ | 1/12/2009 | 60063-37 | Registration |
| ECHO ZN ETQ | 6/23/2011 | 60063-44 | Registration |
| ECHO 378/CYMOXANIL 50 | 1/10/2012 | 60063-47 | Registration |
| MUSCLE ADV | 7/3/2012 | 60063-49 | Registration |
| E-SCAPE TURF & ORNAMENTAL FUNGICIDE | 7/3/2012 | 60063-50 | Registration |
| ECHO 459/CYMOXANIL 61 | 3/7/2013 | 60063-53 | Registration |
| CTL + IPRO TURF AND ORNAMENTAL FUNGICIDE | 6/8/2015 | 60063-55 | Registration |
| ARIUS ADV FUNGICIDE | 6/17/2016 | 60063-57 | Registration |
| ARCH CTL F500 | 1/13/2012 | 62190-36 | Registration |
| DISARM C FUNGICIDE | 6/17/2008 | 66330-379 | Registration |
| PEREGRINE | 9/19/2006 | 70506-254 | Registration |
| PEGASUS 6L | 8/30/2007 | 70506-262 | Registration |
| PEGASUS 82.5 DF | 12/18/2008 | 70506-271 | Registration |
| PEGASUS DFX | 7/22/2008 | 70506-272 | Registration |
| PEGASUS HPX | 7/22/2008 | 70506-273 | Registration |
| ELIXIR FUNGICIDE | 6/27/2013 | 70506-298 | Registration |
| NAI-301 4 SE FUNGICIDE | 10/13/2005 | 71711-24 | Registration |
| CHLOROSEL PRO 720 FUNGICIDE | 2/18/2009 | 72159-5 | Registration |
| CLORTRAM F-54 | 11/30/2006 | 72304-8 | Registration |
| Encartis Fungicide | 11/1/2012 | 7969-348 | Registration |
| M14360D | 12/15/2016 | 80289-22 | Registration |
| MAZINGA FUNGICIDE | 2/19/2016 | 83070-12 | Registration |
| ARMORTECH CLT 825 DF | 6/1/2009 | 86064-1 | Registration |
| ARMOR TECH CLT 720 FL | 6/1/2009 | 86064-2 | Registration |
| CHLOROTHALONIL 82.5DF SELECT | 12/17/2012 | 89442-6 | Registration |
| CHLOROTHALONIL 720 SELECT | 12/17/2012 | 89442-9 | Registration |
| THE ANDERSONS 3-WAY SNOW MOLD FUNGICIDE | 9/27/2005 | 9198-227 | Registration |
| CHLOROTHALONIL 720SC | 6/13/2007 | 92044-2 | Registration |
| CHLOROTHALONIL 82.5 WDG | 8/23/2008 | 92044-3 | Registration |

291.    Upon information and belief, EPA provided no hearings or other public participation for these product registration actions.

292.    As set forth above, EPA has discretion to influence or change registrations of pesticide products for the benefit of protected species.  For example, EPA may only register or reregister a pesticide product if its use does not cause an unreasonable adverse effect on the environment.  7 U.S.C.

§ 136a(c)(5); 7 U.S.C. § 136a-1(g)(2)(C); 40 C.F.R. § 152.112; 40 C.F.R. § 152.113(a).   EPA may also change, cancel, restrict, or immediately suspend registered pesticides, pesticide labeling, or particular uses at any time if it appears that the pesticide is causing an unreasonable adverse effect on the environment. 7 U.S.C. § 136d(c).   Thus, EPA's product reregistration and its approvals of products containing chlorothalonil are "affirmative agency actions" subject to consultation under Section 7(a)(2) of the ESA. 16 U.S.C. § 1536(a)(2).

293.    Plaintiffs' members live, work, visit, recreate, and otherwise enjoy areas across the nation that may be impacted by products containing chlorothalonil.  Plaintiffs' members derive professional, aesthetic, spiritual, recreational, economic, and educational benefits from the endangered and threatened species that live in these areas and may be impacted by products containing chlorothalonil.  The list of species that may be affected by products containing chlorothalonil is provided in Exhibit A, and Plaintiffs' members have cognizable interests in these species.

294.    For example, products containing chlorothalonil may affect the blue shiner, and a member of Plaintiffs' organizations has a cognizable interest in this species based on, among other things, his efforts to observe the species during frequent visits to habitats where the species can be found and may be affected by products containing chlorothalonil.

295.    In the recovery plan for the blue shiner, FWS explains: "Any actions that would likely affect water quality or quantity could affect the blue shiner. These include: timber cutting, road, bridge, or dam construction, instream gravel mining, and pesticide spraying."

296.    Plaintiffs' members engage in wildlife observation, research, photography, restoration activities, and educational programs involving endangered and threatened species that may be impacted by products containing chlorothalonil.  Plaintiffs' members will continue to maintain an interest in the species and areas that may be impacted by products containing chlorothalonil in the future.

297.    The above-described interests of Plaintiffs and their members have been and are being adversely affected by EPA's reregistration, registration and authorization of the use of products containing chlorothalonil, which is a pesticide that may harm endangered and threatened species and their habitats.  As alleged in the Complaint, products containing chlorothalonil may affect the species identified in Exhibit A, as well as their designated critical habitat.

298.    EPA's failure to ensure that products containing chlorothalonil do not impact endangered species and their habitats harms Plaintiffs' members' interests in the species and their habitats affected by products containing chlorothalonil.  For example, EPA's failure to consult on products containing chlorothalonil may impair recovery of species impacted by products containing chlorothalonil and may make it more likely that these species would suffer population declines.  Species declines and impaired recovery harm the interests that Plaintiffs' members have in the existence of these rare animals, such as by limiting their ability to observe the species.  Consultation on products containing chlorothalonil is necessary to ensure that Plaintiffs' members' interests in the species affected by products containing chlorothalonil are preserved and remain free from injury.

299.    EPA must register and authorize pesticide products before they can be used and has an ongoing responsibility to ensure that registered pesticides do not have unreasonable adverse effects on the environment.  Absent EPA's continuing registration and discretionary control and involvement in products containing chlorothalonil, this pesticide could not be used and could not negatively impact the listed species named in Exhibit A and their habitats.

300.    If this Court orders EPA to engage in consultation as required, the Service would analyze the extent to which products containing chlorothalonil affect listed species and their habitats and, if necessary, would suggest reasonable and prudent alternatives or measures to protect the species, which would protect Plaintiffs' members' interests in the species.  16 U.S.C. § 1536(a)(3).  Unless the requested relief is granted, Plaintiffs' interests will continue to be injured by EPA's failure to consult on products containing chlorothalonil with the Service, as well as by the potential ongoing harm to the species named in Exhibit A and their habitats as a result of ongoing use of products containing chlorothalonil.

301.    The injuries described above are actual, concrete injuries that are presently suffered by Plaintiffs and their members and will continue to occur unless relief is granted by this Court.  These injuries are directly caused by the Defendants' failure to consult with the Service to ensure that EPA's actions relating to products containing chlorothalonil do not affect listed species and Plaintiffs' members' cognizable interests in these species.  The relief sought herein, EPA's compliance with the

1   ESA, would redress Plaintiffs' injuries.  Plaintiffs have no other adequate remedy at law, and they bring

2   this action on behalf of their adversely affected members.

3   **Chlorpyrifos**[18]

4   302.   Exhibit A contains a comprehensive, but not necessarily exhaustive, list of endangered

5   and threatened species for which chlorpyrifos is known to be harmful to the taxonomic group of that

6   species and is used in the state where that species lives.

7   303.   Chlorpyrifos is a known endocrine disrupter.  As explained above, endocrine disrupters

8   have effects on the reproductive and immune systems capable of compromising populations of

9   endangered species.

10   304.   Chlorpyrifos is a pesticide for which the EPA has indicated that estimated environmental

11   concentrations (EECs) are likely to exceed the Levels of Concern (LOCs) for endangered species,

12   and/or may cause indirect effects on endangered species by altering habitat or food sources.

13   Specifically, EECs of chlorpyrifos are likely to exceed the LOCs for the following taxonomic groups:

14   mammals, birds, fish, amphibians, mollusks, crustaceans, insects, and reptiles.

15   305.   Chlorpyrifos is a pesticide that is "highly acutely toxic" or "very highly acutely toxic" to

16   the following taxonomic groups:  mammals, birds, fish, amphibians, mollusks, crustaceans, insects, and

17   reptiles.  These toxicity rankings are based on LD50 or LC50 data (lethal dose to 50 percent of the test

18   organisms or lethal concentration for 50 percent of the test organisms) that EPA possesses.

19   306.   The USGS has detected chlorpyrifos in dozens of waterways across the nation, as

20   documented in reports on its nationwide water quality surveys. As shown in Exhibit B, some of these

21   watersheds overlap the range of species that may be affected by this pesticide.

22   307.   EPA "affirmatively authorized" the continued use of the active ingredient chlorpyrifos

23   when it issued a Reregistration Eligibility Decision in July of 2006.

24   308.   On January 10, 2008, EPA completed product reregistration for chlorpyrifos.  *See*

25   https://www.epa.gov/pesticide-reevaluation/pesticides-have-completed-product-reregistration (last

26   visited 6/26/2017).

27

28

---

[18] The current EPA Case Number and EPA PC Code for chlorpyrifos are 0100, 059101.

309.    Active product registrations for this pesticide can be found on EPA's Pesticide Product Label System, *available at* http://iaspub.epa.gov/apex/pesticides/f?p=PPLS:1 (last visited 6/26/2017).

310.    Specifically, the EPA's online Pesticide Product Label System lists the following pesticide products containing chlorpyrifos that EPA affirmatively authorized by product reregistration or new product registration since January 20, 2005:

| Product Name | Date | Registration Number | Action |
|---|---|---|---|
| LESCO 1% DURSBAN GRANULAR BAIT | 9/11/2007 | 10404-67 | Reregistration |
| RAINBOW FIRE ANT KILLER | 12/28/2007 | 13283-14 | Reregistration |
| FIRE ANT KILLER GRANULES | 12/12/2008 | 13283-37 | Registration |
| TUNDRA SUPREME | 9/16/2010 | 1381-243 | Registration |
| CHLORPYRIFOS 4 WOOD | 1/14/2008 | 19713-300 | Reregistration |
| DREXEL CHLORPYRIFOS 15G | 1/8/2008 | 19713-505 | Reregistration |
| DREXEL CHLORPYRIFOS 4EC | 12/17/2007 | 19713-517 | Reregistration |
| DREXEL CHLORPYRIFOS CONCENTRATE | 3/30/2007 | 19713-518 | Reregistration |
| DREXEL CHLORPYRIFOS 4E-AG | 8/27/2007 | 19713-520 | Reregistration |
| DREXEL CHLORPYRIFOS 15GR | 1/10/2008 | 19713-521 | Reregistration |
| DREXEL CHLORPYRIFOS 4E-AG2 | 11/6/2006 | 19713-599 | Registration |
| DREXEL LAMBDAFOS INSECTICIDE | 11/10/2015 | 19713-671 | Registration |
| NUFOS 4E | 1/24/2008 | 279-3538 | Reregistration |
| BOLTON INSECTICIDE | 1/19/2012 | 279-3581 | Registration |
| F9047-2 EC INSECTICIDE | 1/21/2011 | 279-9545 | Registration |
| GAT CHLORPYRIFOS CS | 12/23/2009 | 279-9572 | Registration |
| CHLORPYRIFOS 42 CS | 4/4/2013 | 279-9574 | Registration |
| PILOT 4E CHLORPYRIFOS AGRICULTURAL INSECTICIDE | 1/15/2008 | 33658-26 | Reregistration |
| PILOT 15G CHLORPYRIFOS AGRICULTURAL INSECTICIDE | 12/31/2007 | 33658-27 | Reregistration |
| WARHAWK CLEARFORM | 5/22/2013 | 34704-1077 | Reregistration |
| MATCH-UP INSECTICIDE | 1/27/2014 | 34704-1086 | Reregistration |
| WARRIOR INSECTICIDE CATTLE EAR TAGS | 12/28/2006 | 39039-6 | Reregistration |
| INSECTA | 12/12/2007 | 45600-1 | Reregistration |
| WHITMIRE PT 275 DUR-O-CAP MICROENCAPSULATED CHLORPYRIFOS | 2/6/2008 | 499-367 | Reregistration |
| DURATION PT 275 MC MICROENCAPSULATED DURSBAN LIQUID CONCENTRATE | 2/7/2008 | 499-419 | Reregistration |

| CSI 1.5 ULV | 12/3/2008 | 53883-251 | Registration |
|---|---|---|---|
| CSI CHLORPYRIFOS CS | 12/23/2009 | 53883-264 | Registration |
| CSI CHLORPYRIFOS 42 CS INSECTICIDE | 4/4/2013 | 53883-331 | Registration |
| CSI CHLORPYRIFOS CS | 4/30/2015 | 53883-355 | Registration |
| CSI 16-150 Chlorpyrifos 42 | 2/10/2017 | 53883-394 | Registration |
| LORSBAN 15G SMARTBOX | 3/10/2006 | 5481-525 | Registration |
| LORSBAN-4E | 11/20/2007 | 62719-220 | Reregistration |
| LORSBAN 50W IN WATER SOLUBLE PACKETS | 12/28/2007 | 62719-221 | Reregistration |
| DURSBAN 4E-N | 12/31/2007 | 62719-254 | Reregistration |
| LORSBAN 75WG | 12/19/2007 | 62719-301 | Reregistration |
| LORSBAN 15G | 12/10/2007 | 62719-34 | Reregistration |
| LORSBAN ADVANCED | 6/6/2008 | 62719-591 | Registration |
| Cobalt Advanced | 5/5/2010 | 62719-615 | Registration |
| DURSBAN 50W IN WATER SOLUBLE PACKETS | 12/18/2007 | 62719-72 | Reregistration |
| LOCK-ON | 12/31/2007 | 62719-79 | Reregistration |
| CHLORPYRIFOS 15G | 12/14/2007 | 66222-18 | Reregistration |
| CHLORPYRIFOS 4E AG | 12/19/2007 | 66222-19 | Reregistration |
| VULCAN | 11/30/2011 | 66222-233 | Registration |
| MANA 24301 | 4/28/2014 | 66222-259 | Registration |
| PYRINEX 4 EC | 12/14/2007 | 66222-3 | Reregistration |
| CHLORPYRIFOS 1% MOLE CRICKET BAIT | 12/4/2007 | 829-291 | Reregistration |
| CHLORPYRIFOS 2.5% | 12/4/2007 | 829-292 | Reregistration |
| CPF 4E | 12/15/2009 | 83222-20 | Registration |
| CPF 15G | 3/4/2011 | 83222-34 | Registration |
| MOSQUITOMIST TWO U.L.V. | 8/7/2007 | 8329-18 | Reregistration |
| MOSQUITOMIST 1.5 U.L.V. | 8/7/2007 | 8329-20 | Reregistration |
| MOSQUITOMIST ONE U.L.V. | 8/7/2007 | 8329-24 | Reregistration |
| ULV MOSQUITO MASTER 412 | 11/25/2009 | 8329-36 | Reregistration |
| ULV MOSQUITO MASTER 2+6 | 4/19/2007 | 8329-73 | Registration |
| CHLORPYRIFOS 4 EC | 1/21/2011 | 84229-20 | Registration |
| CHLORPYRIFOS 4E AG | 1/8/2008 | 84229-25 | Reregistration |
| CHLORPYRIFOS 15G | 12/31/2007 | 84229-26 | Reregistration |
| BIFENCHLOR | 9/13/2011 | 86363-11 | Registration |
| LIBERTY CHLORPYRIFOS BIFENTHRIN | 12/19/2012 | 89168-20 | Registration |
| LIBERTY CHLORPYRIFOS 4E | 4/3/2013 | 89168-24 | Registration |
| LIBERTY GRANULAR INSECTICIDE | 4/19/2016 | 89168-47 | Registration |
| EQUIL PYRIFOS | 10/2/2012 | 89459-69 | Registration |
| EQUIL CHLORPYRIFOS ULV 1 | 4/10/2013 | 89459-72 | Registration |

| EQUIL CHLORPYRIFOS ULV 2 | 4/10/2013 | 89459-73 | Registration |
| ANDERSONS GOLF PRODUCTS INSECTICIDE III | 12/14/2007 | 9198-167 | Reregistration |

311.   Upon information and belief, EPA provided no hearings or other public participation for these product registration actions.

312.   As set forth above, EPA has discretion to influence or change registrations of pesticide products for the benefit of protected species.  For example, EPA may only register or reregister a pesticide product if its use does not cause an unreasonable adverse effect on the environment.  7 U.S.C. § 136a(c)(5); 7 U.S.C. § 136a-1(g)(2)(C); 40 C.F.R. § 152.112; 40 C.F.R. § 152.113(a).  EPA may also change, cancel, restrict, or immediately suspend registered pesticides, pesticide labeling, or particular uses at any time if it appears that the pesticide is causing an unreasonable adverse effect on the environment.  7 U.S.C. § 136d(c).  Thus, EPA's product reregistration and its approvals of products containing chlorpyrifos are "affirmative agency actions" subject to consultation under Section 7(a)(2) of the ESA. 16 U.S.C. § 1536(a)(2).

313.   Plaintiffs' members live, work, visit, recreate, and otherwise enjoy areas across the nation that may be impacted by products containing chlorpyrifos.  Plaintiffs' members derive professional, aesthetic, spiritual, recreational, economic, and educational benefits from the endangered and threatened species that live in these areas and may be impacted by products containing chlorpyrifos.  The list of species that may be affected by products containing chlorpyrifos is provided in Exhibit A, and Plaintiffs' members have cognizable interests in these species.

314.   For example, products containing chlorpyrifos may affect the American burying beetle, and a member of Plaintiffs' organizations has a cognizable interest in this species based on, among other things, his efforts to observe the species during frequent visits to habitats where the species can be found and may be affected by products containing chlorpyrifos.

315.   In its factsheet for the American burying beetle, FWS explains: "Widespread use of pesticides may have caused local populations to disappear."

316.   Plaintiffs' members engage in wildlife observation, research, photography, restoration activities, and educational programs involving endangered and threatened species that may be impacted

1    by products containing chlorpyrifos.  Plaintiffs' members will continue to maintain an interest in the

2    species and areas that may be impacted by products containing chlorpyrifos in the future.

3        317.   The above-described interests of Plaintiffs and their members have been and are being

4    adversely affected by EPA's reregistration, registration and authorization of the use of products

5    containing chlorpyrifos, which is a pesticide that may harm endangered and threatened species and their

6    habitats.  As alleged in the Complaint, products containing chlorpyrifos may affect the species

7    identified in Exhibit A, as well as their designated critical habitat.

8        318.   EPA's failure to ensure that products containing chlorpyrifos do not impact endangered

9    species and their habitats harms Plaintiffs' members' interests in the species and their habitats affected

10   by products containing chlorpyrifos.  For example, EPA's failure to consult on products containing

11   chlorpyrifos may impair recovery of species impacted by products containing chlorpyrifos and may

12   make it more likely that these species would suffer population declines.  Species declines and impaired

13   recovery harm the interests that Plaintiffs' members have in the existence of these rare animals, such as

14   by limiting their ability to observe the species.  Consultation on products containing chlorpyrifos is

15   necessary to ensure that Plaintiffs' members' interests in the species affected by products containing

16   chlorpyrifos are preserved and remain free from injury.

17       319.    EPA must register and authorize pesticide products before they can be used and has an

18   ongoing responsibility to ensure that registered pesticides do not have unreasonable adverse effects on

19   the environment.  Absent EPA's continuing registration and discretionary control and involvement in

20   products containing chlorpyrifos, this pesticide could not be used and could not negatively impact the

21   listed species named in Exhibit A and their habitats.

22       320.   If this Court orders EPA to engage in consultation as required, the Service would analyze

23   the extent to which products containing chlorpyrifos affect listed species and their habitats and, if

24   necessary, would suggest reasonable and prudent alternatives or measures to protect the species, which

25   would protect Plaintiffs' members' interests in the species.  16 U.S.C. § 1536(a)(3).  Unless the

26   requested relief is granted, Plaintiffs' interests will continue to be injured by EPA's failure to consult

27   on products containing chlorpyrifos with the Service, as well as by the potential ongoing harm to the

28

1   species named in Exhibit A and their habitats as a result of ongoing use of products containing

2   chlorpyrifos.

3        321.   The injuries described above are actual, concrete injuries that are presently suffered by

4   Plaintiffs and their members and will continue to occur unless relief is granted by this Court.  These

5   injuries are directly caused by the Defendants' failure to consult with the Service to ensure that EPA's

6   actions relating to products containing chlorpyrifos do not affect listed species and Plaintiffs' members'

7   cognizable interests in these species.  The relief sought herein, EPA's compliance with the ESA, would

8   redress Plaintiffs' injuries.  Plaintiffs have no other adequate remedy at law, and they bring this action

9   on behalf of their adversely affected members.

10  **<u>Diazinon</u>**[19]

11       322.   Exhibit A contains a comprehensive, but not necessarily exhaustive, list of endangered

12  and threatened species for which diazinon is known to be harmful to the taxonomic group of that

13  species and is used in the state where that species lives.

14       323.   Diazinon is a known endocrine disrupter.  As explained above, endocrine disrupters have

15  effects on the reproductive and immune systems capable of compromising populations of endangered

16  species.

17       324.   Diazinon is a pesticide for which the EPA has indicated that estimated environmental

18  concentrations (EECs) are likely to exceed the Levels of Concern (LOCs) for endangered species,

19  and/or may cause indirect effects on endangered species by altering habitat or food sources.

20  Specifically, EECs of diazinon are likely to exceed the LOCs for the following taxonomic groups:

21  birds, fish, amphibians, mollusks, crustaceans, and reptiles.

22       325.   Diazinon is a pesticide that is "highly acutely toxic" or "very highly acutely toxic" to the

23  following taxonomic groups: mammals, birds, fish, amphibians, mollusks, crustaceans, insects, and

24  reptiles.  These toxicity rankings are based on LD50 or LC50 data (lethal dose to 50 percent of the test

25  organisms or lethal concentration for 50 percent of the test organisms) that EPA possesses.

26

27

28

---

[19] The current EPA Case Number and EPA PC Code for diazinon are 0238, 057801.

326.    The USGS has detected diazinon in dozens of waterways across the nation, as documented in reports on its nationwide water quality surveys. As shown in Exhibit B, some of these watersheds overlap the range of species that may be affected by this pesticide.

327.    EPA "affirmatively authorized" the continued use of the active ingredient diazinon when it issued a Reregistration Eligibility Decision in July of 2006.

328.    On July 16, 2007, EPA completed product reregistration for diazinon.  *See* https://www.epa.gov/pesticide-reevaluation/pesticides-have-completed-product-reregistration (last visited 6/26/2017).

329.    Active product registrations for this pesticide can be found on EPA's Pesticide Product Label System, *available at* http://iaspub.epa.gov/apex/pesticides/f?p=PPLS:1 (last visited 6/26/2017). EPA provided no hearings or other public participation for these product registration actions.

330.    Specifically, EPA's online Pesticide Product Label System lists the followingpesticide products containing diazinon that EPA affirmatively authorized by product reregistration or new product registration since January 20, 2005:

| Product Name | Date | Registration Number | Action |
|---|---|---|---|
| DREXEL DIAZINON 50WP INSECTICIDE | 12/7/2006 | 19713-492 | Reregistration |
| DREXEL DIAZINON INSECTICIDE | 12/7/2006 | 19713-91 | Reregistration |
| DIAZINON AG500 INSECTICIDE | 1/17/2007 | 5905-248 | Reregistration |
| DIAZINON 50W | 1/3/2007 | 66222-10 | Reregistration |
| DIAZINON AG600 | 12/7/2006 | 66222-103 | Reregistration |
| DIAZINON AG500 | 1/3/2007 | 66222-9 | Reregistration |

331.    Upon information and belief, EPA provided no hearings or other public participation for these product registration actions.

332.    As set forth above, EPA has discretion to influence or change registrations of pesticide products for the benefit of protected species.  For example, EPA may only register or reregister a pesticide product if its use does not cause an unreasonable adverse effect on the environment.  7 U.S.C. § 136a(c)(5); 7 U.S.C. § 136a-1(g)(2)(C); 40 C.F.R. § 152.112; 40 C.F.R. § 152.113(a).   EPA may also change, cancel, restrict, or immediately suspend registered pesticides, pesticide labeling, or particular uses at any time if it appears that the pesticide is causing an unreasonable adverse effect on the

environment.  7 U.S.C. § 136d(c).   Thus, EPA's product reregistration and its approvals of products containing diazinon constitute "affirmative agency actions" subject to consultation under Section 7(a)(2) of the ESA. 16 U.S.C. § 1536(a)(2).

333.    Plaintiffs' members live, work, visit, recreate, and otherwise enjoy areas across the nation that may be impacted by products containing diazinon.  Plaintiffs' members derive professional, aesthetic, spiritual, recreational, economic, and educational benefits from the endangered and threatened species that live in these areas and may be impacted by products containing diazinon.  The list of species that may be affected by products containing diazinon is provided in Exhibit A, and Plaintiffs' members have cognizable interests in these species.

334.    For example, products containing diazinon may affect the southwestern willow flycatcher, and a member of Plaintiffs' organizations has a cognizable interest in this species based on, among other things, his efforts to observe the species during frequent visits to habitats where the species can be found and may be affected by products containing diazinon.

335.    In the rule listing the southwestern willow flycatcher, FWS explains: "The southwestern willow flycatcher's preference for, and former abundance in, floodplain areas that are now largely agricultural may indicate a potential threat from pesticides. Where flycatcher populations remain, they are sometimes in proximity to agricultural areas, with the associated pesticides and herbicides. Without appropriate precautions, these agents may potentially affect the southwestern willow flycatcher through direct toxicity or effects on their insect food base." *Final Rule Determining Endangered Status for the Southwestern Willow Flycatcher*, 60 Fed. Reg. 10694, 10713 (Feb. 27, 1995).

336.    Plaintiffs' members engage in wildlife observation, research, photography, restoration activities, and educational programs involving endangered and threatened species that may be impacted by products containing diazinon.  Plaintiffs' members will continue to maintain an interest in the species and areas that may be impacted by products containing diazinon in the future.

337.    The above-described interests of Plaintiffs and their members have been and are being adversely affected by EPA's reregistration, registration and authorization of the use of products containing diazinon, which is a pesticide that may harm endangered and threatened species and their

habitats.  As alleged in the Complaint, products containing diazinon may affect the species identified in Exhibit A, as well as their designated critical habitat.

338.   EPA's failure to ensure that products containing diazinon do not impact endangered species and their habitats harms Plaintiffs' members' interests in the species and their habitats affected by products containing diazinon.  For example, EPA's failure to consult on products containing diazinon may impair recovery of species impacted by products containing diazinon and may make it more likely that these species would suffer population declines.  Species declines and impaired recovery harm the interests that Plaintiffs' members have in the existence of these rare animals, such as by limiting their ability to observe the species.  Consultation on products containing diazinon is necessary to ensure that Plaintiffs' members' interests in the species affected by products containing diazinon are preserved and remain free from injury.

339.   EPA must register and authorize pesticide products before they can be used and has an ongoing responsibility to ensure that registered pesticides do not have unreasonable adverse effects on the environment.  Absent EPA's continuing registration and discretionary control and involvement in products containing diazinon, this pesticide could not be used and could not negatively impact the listed species named in Exhibit A and their habitats.

340.   If this Court orders EPA to engage in consultation as required, the Service would analyze the extent to which products containing diazinon affect listed species and their habitats and, if necessary, would suggest reasonable and prudent alternatives or measures to protect the species, which would protect Plaintiffs' members' interests in the species.  16 U.S.C. § 1536(a)(3).  Unless the requested relief is granted, Plaintiffs' interests will continue to be injured by EPA's failure to consult on products containing diazinon with the Service, as well as by the potential ongoing harm to the species named in Exhibit A and their habitats as a result of ongoing use of products containing diazinon.

341.   The injuries described above are actual, concrete injuries that are presently suffered by Plaintiffs and their members and will continue to occur unless relief is granted by this Court.  These injuries are directly caused by the Defendants' failure to consult with the Service to ensure that EPA's actions relating to products containing diazinon do not affect listed species and Plaintiffs' members'

1  cognizable interests in these species.  The relief sought herein, EPA's compliance with the ESA, would
2  redress Plaintiffs' injuries.  Plaintiffs have no other adequate remedy at law, and they bring this action
3  on behalf of their adversely affected members.

4  **Dicamba and Salts**[20]

5       342.    Exhibit A contains a comprehensive, but not necessarily exhaustive, list of endangered
6  and threatened species for which dicamba and salts are known to be harmful to the taxonomic group of
7  that species and is used in the state where that species lives.

8       343.    Dicamba and salts are pesticides for which the EPA has indicated that estimated
9  environmental concentrations (EECs) are likely to exceed the Levels of Concern (LOCs) for
10  endangered species, and/or may cause indirect effects on endangered species by altering habitat or food
11  sources.  Specifically, EECs of dicamba and salts are likely to exceed the LOCs for the following
12  taxonomic groups:  mammals, birds, and reptiles.

13      344.    The dicamba and salts are pesticides that are "highly acutely toxic" or "very highly
14  acutely toxic" to the following taxonomic groups:  fish, amphibians, and crustaceans.  These toxicity
15  rankings are based on LD50 or LC50 data (lethal dose to 50 percent of the test organisms or lethal
16  concentration for 50 percent of the test organisms) that EPA possesses.

17      345.    The USGS has detected dicamba and salts in dozens of waterways across the nation, as
18  documented in reports on its nationwide water quality surveys. As shown in Exhibit B, some of these
19  watersheds overlap the range of species that may be affected by this pesticide.

20      346.    EPA "affirmatively authorized" the continued use of the active ingredient dicamba and
21  salts when it issued a Reregistration Eligibility Decision in June of 2006.

22      347.    On September 27, 2011, EPA completed product reregistration for the dicamba and salts.
23  *See* https://www.epa.gov/pesticide-reevaluation/pesticides-have-completed-product-reregistration (last
24  visited 6/26/2017).

25

26  _____
27  [20] Dicamba and salts refers to the following, which also shows the current EPA Case Number and EPA
PC Code: dicamba (0065, 029801); dicamba, diethanolamine salt (0065, 029803); dicamba,
diglycolamine salt (0065, 128931); dicamba, dimethylamine salt (0065, 029802); dicamba,
28  isopropylamine salt (0065, 128944); dicamba, potassium salt (0065, 129043), dicamba, sodium salt
(0065, 029806).

348.    Active product registrations for this pesticide can be found on EPA's Pesticide Product Label System, *available at* http://iaspub.epa.gov/apex/pesticides/f?p=PPLS:1 (last visited 6/26/2017).

349.    Specifically, the EPA's online Pesticide Product Label System lists the following pesticide products containing dicamba and salts that EPA affirmatively authorized by product reregistration or new product registration since January 20, 2005:

| Product Name | Date | Registration Number | Action |
|---|---|---|---|
| PULSAR HERBICIDE | 6/29/2009 | 100-1343 | Registration |
| Diquat/Fluazifop-p-butyl/Dicamba ME Concentrate | 7/20/2009 | 100-1344 | Registration |
| Dicamba ME Ready To Use | 7/16/2009 | 100-1345 | Registration |
| VANQUISH HERBICIDE | 7/26/2011 | 100-884 | Reregistration |
| NORTHSTAR HERBICIDE | 7/15/2010 | 100-923 | Reregistration |
| RAVE HERBICIDE | 8/20/2009 | 100-927 | Reregistration |
| LESCO THREE-WAY SELECTIVE HERBICIDE | 2/10/2009 | 10404-43 | Reregistration |
| LESCO THREE-WAY BENTGRASS SELECTIVE HERBICIDE | 2/10/2009 | 10404-44 | Reregistration |
| STERLING | 7/23/2010 | 1381-190 | Reregistration |
| BRASH | 5/30/2006 | 1381-202 | Registration |
| STERLING BLUE | 7/14/2011 | 1381-248 | Registration |
| SADDLE-UP | 6/15/2015 | 1381-255 | Registration |
| STRIKE 3 | 9/17/2008 | 14774-2 | Reregistration |
| DREXEL DICAMBA HERBICIDE | 3/3/2010 | 19713-624 | Registration |
| DREXEL DICAMBA 2,4 DE-AMINE | 3/23/2016 | 19713-678 | Registration |
| DICAMBA DE-AMINE HERBICIDE | 5/10/2016 | 19713-680 | Registration |
| DICAMBA DGA HERBICIDE | 12/19/2016 | 19713-687 | Registration |
| EH-1554 ORP | 2/23/2015 | 2217-1000 | Registration |
| EH-1557 WEED & FEED | 4/8/2015 | 2217-1003 | Registration |
| EH-1557-ORP | 4/8/2015 | 2217-1004 | Registration |
| EH-1574 HERBICIDE | 9/22/2015 | 2217-1009 | Registration |
| EH-1573 HERBICIDE | 9/22/2015 | 2217-1010 | Registration |
| EH-1568 HERBICIDE | 3/30/2016 | 2217-1014 | Registration |
| EH-1567 HERBICIDE | 3/30/2016 | 2217-1015 | Registration |
| EH-1492 CONSUMER | 8/17/2016 | 2217-1017 | Registration |
| TRIMEC 873 HERBICIDE | 12/29/2008 | 2217-488 | Reregistration |
| TRIMEC 869 HERBICIDE | 3/25/2009 | 2217-493 | Reregistration |
| GORDON'S BROADLEAF & DANDELION LAWN WEED KILLER | 10/9/2009 | 2217-507 | Reregistration |
| TRIMEC 891 BROADLEAF HERBICIDE | 2/6/2009 | 2217-517 | Reregistration |

| | | | |
|---|---|---|---|
| TRIMEC BROADLEAF HERBICIDE BENTGRASS FORMULA | 2/10/2009 | 2217-529 | Reregistration |
| TRIMEC 848 HERBICIDE | 7/28/2008 | 2217-531 | Reregistration |
| TRIMEC 13 WEED'N-FEED | 10/22/2009 | 2217-532 | Reregistration |
| GORDON'S BROADLEAF WEED & BRUSH KILLER 879 | 3/27/2009 | 2217-536 | Reregistration |
| GORDON'S TRIMEC SPOT WEEDER | 2/10/2009 | 2217-537 | Reregistration |
| GORDON'S BL 8000 LAWN WEED KILLER | 2/6/2009 | 2217-539 | Reregistration |
| GORDON'S BL 6000 LAWN WEED KILLER | 3/20/2009 | 2217-540 | Reregistration |
| TRIMEC HERBICIDE | 4/8/2009 | 2217-543 | Reregistration |
| GORDON'S TRIMEC WEED AND FEED 4 | 6/29/2009 | 2217-559 | Reregistration |
| WEED-'N-FEED 5 | 10/23/2009 | 2217-560 | Reregistration |
| GORDON'S TRIMEC WEED & FEED 15 | 9/16/2011 | 2217-563 | Reregistration |
| TRIMEC D.M.B. #2 TURF HERBICIDE | 8/18/2010 | 2217-566 | Reregistration |
| GORDON'S TRIMEC ST. AUGUSTINEGRASS BROADLEAF HERBICIDE | 5/13/2009 | 2217-570 | Reregistration |
| GORDON'S TRIMEC WEED & FEED 30 24-4-8 | 3/19/2010 | 2217-579 | Reregistration |
| GORDON'S TRIMEC WEED & FEED 20 | 4/4/2011 | 2217-580 | Reregistration |
| GORDON'S TRIMEC WEED & FEED 24 | 3/24/2011 | 2217-581 | Reregistration |
| GORDON'S BROADLEAF AND POISON IVY SPOT-WEEDER | 2/6/2009 | 2217-585 | Reregistration |
| GORDON'S TRIMEC 849 GENERAL BROADLEAF LAWN HERBICIDE | 7/7/2010 | 2217-597 | Reregistration |
| TRIMEC HERBICIDE FOR TRANSITION TURFGRASSES | 11/3/2008 | 2217-602 | Reregistration |
| GORDON'S TRIMEC WEED & FEED FOR SENSITIVE GRASSES | 4/9/2009 | 2217-603 | Reregistration |
| TRIMEC 875 HERBICIDE | 9/29/2008 | 2217-639 | Reregistration |
| GORDON'S TRIMEC WEEDER GRANULES | 1/14/2009 | 2217-640 | Reregistration |
| GORDON'S TRIMEC WEED & FEED 24B | 3/27/2009 | 2217-643 | Reregistration |
| TRIMEC 800 HERBICIDE | 1/12/2009 | 2217-651 | Reregistration |
| GORDON'S TRIMEC BROADLEAF HERBICIDE FOR SENSITIVE GRASSES | 11/25/2008 | 2217-655 | Reregistration |
| TRIMEC 992 BROADLEAF HERBICIDE | 2/10/2009 | 2217-656 | Reregistration |
| GORDON'S TRIMEC WEEDER GRANULES L | 7/23/2010 | 2217-657 | Reregistration |

| | | | |
|---|---|---|---|
| GORDON'S TRIMEC WEED AND FEED 27 | 2/25/2010 | 2217-658 | Reregistration |
| GORDON'S TRIMEC WEED & FEED FOR SOUTHERN LAWNS | 2/25/2010 | 2217-661 | Reregistration |
| TRIMEC LIQUID WEED & FEED | 11/4/2008 | 2217-681 | Reregistration |
| TRIMEC 899 BROADLEAF HERBICIDE | 2/10/2009 | 2217-694 | Reregistration |
| TRIMEC LAWN WEED KILLER FOR SOUTHERN OR NORTHERN GRASSES | 8/5/2009 | 2217-695 | Reregistration |
| QUADMEC TURF HERBICIDE | 11/25/2008 | 2217-709 | Reregistration |
| TRIMEC LAF 637 BROADLEAF HERBICIDE | 2/24/2009 | 2217-710 | Reregistration |
| TRIMEC LIQUID WEED & FEED FOR SENSITIVE GRASSES | 10/28/2009 | 2217-716 | Reregistration |
| TRIMEC NORTHERN LIQUID WEED & FEED 25-0-0 | 9/11/2009 | 2217-724 | Reregistration |
| TRIMEC SOUTHERN LIQUID WEED & FEED 25-0-0 | 11/3/2008 | 2217-725 | Reregistration |
| TRIMEC 932 TURF HERBICIDE | 8/2/2011 | 2217-749 | Reregistration |
| TRIMEC 970 WEED & FEED | 10/28/2009 | 2217-753 | Reregistration |
| TRIMEC 973 WEED & FEED | 11/5/2009 | 2217-754 | Reregistration |
| TRIMEC 937 HERBICIDE | 5/29/2009 | 2217-758 | Reregistration |
| TRIMEC 959 BROADLEAF HERBICIDE | 4/9/2009 | 2217-773 | Reregistration |
| EH 1068 TRIMEC ESTER | 10/1/2009 | 2217-774 | Reregistration |
| EH 1073 TRIMEC ESTER | 6/30/2009 | 2217-775 | Reregistration |
| GORDON'S TRI-GUARD | 10/10/2009 | 2217-793 | Reregistration |
| GORDON'S GRANULAR 33 1/2 | 7/13/2011 | 2217-794 | Reregistration |
| GORDON'S TRIPLEX 24-4-8 | 9/8/2010 | 2217-795 | Reregistration |
| EH1148 HERBICIDE | 12/2/2008 | 2217-796 | Reregistration |
| EH1153 WEED AND FEED 21-3-5 | 7/6/2009 | 2217-798 | Reregistration |
| EH-1154 WEED AND FEED 21-3-5 | 7/6/2009 | 2217-799 | Reregistration |
| GORDON'S TRIMEC WEED & FEED 2001 | 11/16/2009 | 2217-801 | Reregistration |
| EH1180 HERBICIDE | 8/11/2009 | 2217-803 | Reregistration |
| GORDON'S TRIPLE PLAY | 11/5/2009 | 2217-805 | Reregistration |
| GORDON'S TRIMEC DMA HERBICIDE + TURF FERTILIZER | 10/23/2009 | 2217-806 | Reregistration |
| EH1328 WEED AND FEED | 10/22/2009 | 2217-811 | Reregistration |
| EH 1329 WEED AND FEED | 10/23/2009 | 2217-812 | Reregistration |
| EH1314 HERBICIDE | 3/10/2009 | 2217-814 | Reregistration |
| EH1346 HERBICIDE | 10/2/2008 | 2217-816 | Reregistration |
| EH1350 WEED AND FEED | 10/23/2009 | 2217-817 | Reregistration |
| EH1351 WEED AND FEED | 10/23/2009 | 2217-818 | Reregistration |
| EH1352 WEED & FEED | 10/22/2009 | 2217-819 | Reregistration |

| EH1149 HERBICIDE | 11/3/2008; 7/28/2008 | 2217-820 | Reregistration |
|---|---|---|---|
| EH-1349 HERBICIDE | 5/1/2008 | 2217-823 | Reregistration |
| 3-D BRUSH KILLER | 3/27/2009 | 2217-824 | Reregistration |
| EH1377 HERBICIDE | 3/10/2009 | 2217-829 | Reregistration |
| SPEED ZONE BROADLEAF HERBICIDE | 9/19/2008 | 2217-833 | Reregistration |
| POWER ZONE BROADLEAF HERBICIDE FOR TURF | 10/22/2009 | 2217-834 | Reregistration |
| SPEED ZONE ST.AUGUSTINE FORMULA BROADLEAF HERBICIDE | 9/23/2008 | 2217-835 | Reregistration |
| EH-1396 HERBICIDE | 3/3/2008 | 2217-848 | Reregistration |
| EH-1395 HERBICIDE | 6/17/2009 | 2217-849 | Reregistration |
| EH-1397 HERBICIDE | 8/29/2008 | 2217-851 | Reregistration |
| 1382 EC RESIDENTIAL HERBICIDE | 9/4/2008 | 2217-855 | Reregistration |
| EH-1400 HERBICIDE | 6/20/2006 | 2217-856 | Reregistration |
| EH-1401 HERBICIDE | 6/30/2008 | 2217-859 | Reregistration |
| EH-1403 HERBICIDE | 8/20/2009 | 2217-863 | Reregistration |
| 1381 EC RESIDENTIAL | 12/1/2008 | 2217-864 | Reregistration |
| EH 1404 HERBICIDE | 10/1/2009 | 2217-865 | Reregistration |
| EH-1405 HERBICIDE | 8/22/2008 | 2217-866 | Reregistration |
| EH-1406 HERBICIDE | 5/7/2008 | 2217-867 | Reregistration |
| EH-1407 HERBICIDE | 6/23/2008 | 2217-868 | Reregistration |
| EH-1411 HERBICIDE | 5/24/2005 | 2217-874 | Registration |
| EH-1416 HERBICIDE | 3/24/2008 | 2217-875 | Reregistration |
| EH-1418 HERBICIDE | 3/28/2008 | 2217-876 | Reregistration |
| EH-1419 HERBICIDE | 4/15/2005 | 2217-877 | Registration |
| EH-1417 HERBICIDE | 8/18/2008 | 2217-880 | Reregistration |
| EH-1415 ORP | 7/26/2005 | 2217-882 | Registration |
| EH-1415 WEED AND FEED | 7/27/2005 | 2217-883 | Registration |
| EH-1414 WEED AND FEED | 8/25/2009 | 2217-884 | Registration |
| EH-1426 HERBICIDE | 1/18/2006 | 2217-885 | Registration |
| EH-1427 HERBICIDE | 1/18/2006 | 2217-886 | Registration |
| EH-1428 HERBICIDE | 1/18/2006 | 2217-887 | Registration |
| EH-1425 HERBICIDE | 1/18/2006 | 2217-888 | Registration |
| EH-1412 PROFESSIONAL | 9/16/2005 | 2217-889 | Registration |
| EH-1433 WEED AND FEED | 10/28/2008 | 2217-890 | Registration |
| EH-1421 HERBICIDE | 3/23/2006 | 2217-891 | Registration |
| EH-1422 HERBICIDE | 3/22/2006 | 2217-892 | Registration |
| EH-1423 HERBICIDE | 3/22/2006 | 2217-893 | Registration |
| EH-1432 HERBICIDE | 4/21/2006 | 2217-894 | Registration |
| EH-1413 PROFESSIONAL | 12/7/2005 | 2217-895 | Registration |
| EH-1437 HERBICIDE | 3/21/2008 | 2217-896 | Reregistration |

| | | | |
|---|---|---|---|
| EH-1438 HERBICIDE | 9/22/2006 | 2217-897 | Registration |
| EH-1442 HERBICIDE | 10/6/2006 | 2217-898 | Registration |
| EH-1441 HERBICIDE | 10/6/2006 | 2217-899 | Registration |
| EH-1440 HERBICIDE | 10/6/2006 | 2217-900 | Registration |
| EH-1434 HERBICIDE | 1/30/2007 | 2217-901 | Registration |
| EH-1446 HERBICIDE | 5/4/2007 | 2217-903 | Registration |
| EH-1447 HERBICIDE | 5/4/2007 | 2217-904 | Registration |
| EH-1448 HERBICIDE | 5/4/2007 | 2217-905 | Registration |
| EH-1449 HERBICIDE | 8/27/2007 | 2217-906 | Registration |
| EH-1458 HERBICIDE | 10/9/2009 | 2217-910 | Reregistration |
| EH-1451 PROFESSIONAL | 8/5/2008 | 2217-912 | Registration |
| EH-1451 WEED & FEED | 8/5/2008 | 2217-913 | Registration |
| EH-1456 HERBICIDE | 9/17/2008 | 2217-914 | Registration |
| EH-1455 HERBICIDE | 9/17/2008 | 2217-915 | Registration |
| EH-1462 HERBICIDE | 10/2/2008 | 2217-917 | Registration |
| EH-1464 HERBICIDE | 10/2/2008 | 2217-918 | Registration |
| EH-1465 HERBICIDE | 12/17/2008 | 2217-919 | Registration |
| EH-1466 HERBICIDE | 1/15/2009 | 2217-920 | Registration |
| EH-1467 HERBICIDE | 1/27/2009 | 2217-921 | Registration |
| EH-1352 HERBICIDE LIGHT | 4/2/2009 | 2217-925 | Registration |
| EH-1470 WEED & FEED | 8/11/2009 | 2217-926 | Registration |
| EH-1470 PROFESSIONAL | 8/11/2009 | 2217-927 | Registration |
| EH-1471 HERBICIDE | 12/11/2009 | 2217-930 | Registration |
| EH-1473 HERBICIDE | 3/19/2010 | 2217-931 | Registration |
| EH-1477 HERBICIDE | 3/25/2010 | 2217-933 | Registration |
| EH-1475 HERBICIDE | 4/12/2010 | 2217-934 | Registration |
| EH-1479 HERBICIDE | 9/29/2010 | 2217-938 | Registration |
| EH-1480 HERBICIDE | 9/29/2010 | 2217-939 | Registration |
| EH-1484 HERBICIDE | 8/6/2010 | 2217-940 | Registration |
| EH-1483 HERBICIDE | 8/6/2010 | 2217-941 | Registration |
| EH-1488 HERBICIDE | 2/4/2011 | 2217-944 | Registration |
| EH-1482 HERBICIDE | 4/29/2011 | 2217-945 | Registration |
| EH-1485 HERBICIDE | 1/21/2011 | 2217-946 | Registration |
| EH-1489 BROADLEAF HERBICIDE | 6/13/2011 | 2217-947 | Registration |
| EH-1491 HERBICIDE | 7/22/2011 | 2217-949 | Registration |
| EH-1492 HERBICIDE | 7/22/2011 | 2217-950 | Registration |
| EH-1493 HERBICIDE | 7/22/2011 | 2217-951 | Registration |
| EH-1494 HERBICIDE | 7/22/2011 | 2217-952 | Registration |
| EH-1497 HERBICIDE | 9/15/2011 | 2217-953 | Registration |
| EH-1457 HERBICIDE | 9/15/2011 | 2217-954 | Registration |
| EH-1506 HERBICIDE | 7/14/2011 | 2217-958 | Registration |
| EH-1518 HERBICIDE | 9/15/2011 | 2217-959 | Registration |

| | | | |
|---|---|---|---|
| EH-1516 HERBICIDE | 10/11/2011 | 2217-961 | Registration |
| EH-1517 HERBICIDE | 10/11/2011 | 2217-962 | Registration |
| EH-1513 WEED AND FEED | 2/23/2012 | 2217-963 | Registration |
| EH-1513 ORP | 2/23/2012 | 2217-964 | Registration |
| EH-1515 HERBICIDE | 2/7/2012 | 2217-965 | Registration |
| EH-1514 HERBICIDE | 5/7/2012 | 2217-966 | Registration |
| EH-1500 WEED & FEED | 6/8/2012 | 2217-967 | Registration |
| EH-1501 WEED & FEED | 6/8/2012 | 2217-968 | Registration |
| EH-1503 WEED & FEED | 8/23/2012 | 2217-969 | Registration |
| EH-1502 WEED & FEED | 8/23/2012 | 2217-970 | Registration |
| EH 1509 HERBICIDE | 8/28/2012 | 2217-971 | Registration |
| EH-1523 WEED AND FEED | 7/18/2012 | 2217-972 | Registration |
| EH-1524 HERBICIDE | 7/18/2012 | 2217-973 | Registration |
| EH 1520 HERBICIDE | 11/15/2012 | 2217-974 | Registration |
| EH 1528 HERBICIDE | 12/21/2012 | 2217-975 | Registration |
| EH 1527 HERBICIDE | 12/21/2012 | 2217-976 | Registration |
| EH-1525 HERBICIDE | 1/15/2013 | 2217-977 | Registration |
| EH-1526 HERBICIDE | 1/15/2013 | 2217-978 | Registration |
| EH 1449 READY-TO-USE | 12/20/2013 | 2217-991 | Registration |
| EH-1523 ORP | 2/27/2014 | 2217-992 | Registration |
| EH-1505 HERBICIDE | 8/1/2014 | 2217-993 | Registration |
| EH 1507 HERBICIDE | 9/10/2014 | 2217-994 | Registration |
| EH 1529 HERBICIDE | 6/10/2014 | 2217-995 | Registration |
| EH-1552 HERBICIDE | 10/14/2014 | 2217-996 | Registration |
| EH-1558 WEED AND FEED | 8/11/2014 | 2217-997 | Registration |
| EH-1554 WEED & FEED | 2/23/2015 | 2217-999 | Registration |
| TRI-POWER SELECTIVE HERBICIDE | 8/6/2009 | 228-262 | Reregistration |
| RIVERDALE TRIPLET SELECTIVE HERBICIDE | 5/15/2009 | 228-264 | Reregistration |
| RIVERDALE TRI-POWER (R) WEED AND FEED | 8/6/2009 | 228-270 | Reregistration |
| RIVERDALE TRI-POWER (R) LIQUID WEED AND FEED | 8/2/2011 | 228-276 | Reregistration |
| TRI-POWER PREMIUM LIQUID WEED AND FEED | 8/18/2010 | 228-277 | Reregistration |
| TRI-POWER (R) JET-SPRAY SPOT WEED KILLER | 1/28/2008 | 228-284 | Reregistration |
| RIVERDALE TRI-POWER L.A. WEED AND FEED | 5/3/2010 | 228-286 | Reregistration |
| VETERAN 720 HERBICIDE | 3/19/2009 | 228-295 | Reregistration |
| RIVERDALE VETERAN 2010 HERBICIDE | 8/10/2009 | 228-296 | Reregistration |

| | | | |
|---|---|---|---|
| TRI-POWER (R) GRANULAR WEED KILLER | 8/24/2009 | 228-303 | Reregistration |
| 3-WAY WEED AND FEED WITH TRI-POWER (R) | 8/24/2009 | 228-304 | Reregistration |
| TRIPLET SF | 10/1/2009 | 228-312 | Reregistration |
| HORSEPOWER SELECTIVE HERBICIDE | 1/11/2008 | 228-313 | Reregistration |
| COOL POWER SELECTIVE HERBICIDE | 9/11/2009 | 228-317 | Reregistration |
| RIVERDALE TRUPOWER SELECTIVE HERBICIDE | 10/3/2007 | 228-323 | Reregistration |
| RIVERDALE SWEET SIXTEEN XL WEED AND FEED WITH HORSEPOWER | 6/16/2009 | 228-324 | Reregistration |
| RIVERDALE SWEET SIXTEEN WEED AND FEED WITH HORSEPOWER | 11/5/2007 | 228-325 | Reregistration |
| HORSEPOWER WEED AND FEED | 10/23/2007 | 228-326 | Reregistration |
| RIVERDALE HORSEPOWER L.A. WEED AND FEED | 1/30/2008 | 228-327 | Reregistration |
| HORSEPOWER GRANULAR WEED KILLER | 8/6/2009 | 228-328 | Reregistration |
| TRI-POWER N.Y. WEED AND FEED | 8/20/2009 | 228-330 | Reregistration |
| MILLENNIUM ULTRA 2 | 7/14/2008 | 228-332 | Reregistration |
| RIVERDALE MCDA L.A.C. SELECTIVE HERBICIDE | 10/23/2007 | 228-333 | Reregistration |
| RIVERDALE HORSEPOWER LAWN WEED KILLER | 10/23/2007 | 228-334 | Reregistration |
| RIVERDALE HORSEPOWER 8000 LAWN WEED KILLER | 1/31/2008 | 228-335 | Reregistration |
| HORSEPOWER SPOT WEED KILLER | 8/6/2009 | 228-336 | Reregistration |
| MILLENNIUM ULTRA WEED AND FEED | 9/19/2008 | 228-343 | Reregistration |
| MILLENNIUM ULTRA GRANULAR WEED KILLER | 9/19/2008 | 228-344 | Reregistration |
| RIVERDALE ENTERPRISE SELECTIVE HERBICIDE | 9/23/2008 | 228-355 | Reregistration |
| DTDA/DMA-TEA-DMA SELECTIVE HERBICIDE | 8/18/2008 | 228-356 | Reregistration |
| DIABLO HERBICIDE | 9/27/2011 | 228-379 | Reregistration |
| PROGENY HERBICIDE | 7/1/2008 | 228-395 | Reregistration |
| VANQUISH HERBICIDE | 5/5/2011 | 228-397 | Reregistration |
| SWEET SIXTEEN WEED AND FEED WITH VIPER | 3/19/2010 | 228-401 | Reregistration |
| RIVERDALE SWEET SIXTEEN WEED AND FEED WITH DTDA | 3/14/2008 | 228-402 | Reregistration |

| RIVERDALE DTDA GRANULAR WEED KILLER | 5/16/2008 | 228-403 | Reregistration |
|---|---|---|---|
| RIVERDATE DTDA 12800 LAWN WEED KILLER | 9/8/2008 | 228-404 | Reregistration |
| DTDA 10000 LAWN WEED KILLER | 1/25/2005 | 228-405 | Registration |
| RIVERDALE DTDA 8000 LAWN WEED KILLER | 5/16/2008 | 228-406 | Reregistration |
| DTDA SPOT WEED KILLER | 1/25/2005 | 228-407 | Registration |
| TRIPLET LOW ODOR PREMIUM SELECTIVE HERBICIDE | 11/21/2008 | 228-409 | Reregistration |
| VIPER WEED AND FEED (18#/5M) | 9/12/2008 | 228-412 | Reregistration |
| VIPER WEED AND FEED (20#/5M) | 6/30/2008 | 228-413 | Reregistration |
| RIVERDALE VETERAN 3010 HERBICIDE | 7/9/2008 | 228-414 | Reregistration |
| ESCALADE LOW ODOR FOR SELECTIVE BROADLEAF WEED CONTROL | 4/2/2008 | 228-416 | Reregistration |
| RIVERDALE ESCALADE | 3/24/2008 | 228-417 | Reregistration |
| TRUPOWER 2 SELECTIVE HERBICIDE | 9/11/2009 | 228-419 | Reregistration |
| DQD SELECTIVE HERBICIDE | 7/10/2009 | 228-423 | Reregistration |
| RIVERDALE ESCALADE WEED AND FEED (18#/5M) | 11/4/2008 | 228-425 | Reregistration |
| RIVERDALE ESCALADE WEED AND FEED (16#/5M) | 4/29/2005 | 228-426 | Reregistration |
| ESCALADE WEED AND FEED (20#5M) | 4/29/2005 | 228-427 | Registration |
| RIVERDALE LAZER WEED AND FEED X-X-X FORMULA FIVE | 7/11/2008 | 228-428 | Reregistration |
| LAZER WEED AND FEED X-X-X FORMULA FOUR | 7/9/2008 | 228-429 | Reregistration |
| RIVERDALE LAZER WEED AND FEED X-X-X FORMULA THREE | 6/20/2008 | 228-430 | Reregistration |
| RIVERDALE LAZER WEED AND FEED X-X-X FORMULA TWO | 8/29/2008 | 228-431 | Reregistration |
| RIVERDALE LAZER WEED AND FEED X-X-X FORMULA ONE | 9/12/2008 | 228-432 | Reregistration |
| ESCALADE2 HERBICIDE | 5/26/2005 | 228-442 | Registration |
| RIVERDALE ESCALADE LOW ODOR II | 5/17/2005 | 228-444 | Registration |
| CHANGE UP SELECTIVE HERBICIDE | 5/19/2005 | 228-445 | Registration |
| TRIPLET LOW ODOR PREMIUM LAWN WEED KILLER CONCENTRATE | 8/8/2006 | 228-489 | Registration |
| TRIPLET LOW ODOR PREMIUM WEED AND FEED | 8/8/2006 | 228-490 | Registration |

| | | | |
|---|---|---|---|
| TRIPLET LOW ODOR PREMIUM GRANULAR WEED KILLER | 9/8/2006 | 228-492 | Registration |
| TRIPLET LOW ODOR L.A. GRANULAR WEED KILLER | 9/8/2006 | 228-493 | Registration |
| NUP05018 HERBICIDE | 9/15/2006 | 228-499 | Registration |
| TRIPLET LOW ODOR PREMIUM WEED AND FEED (18/5) | 10/23/2006 | 228-503 | Registration |
| TRIPLET LOW ODOR PREMIUM WEED AND FEED (20/5) | 10/23/2006 | 228-504 | Registration |
| TRIPLET LOW ODOR L.A. PREMIUM WEED AND FEED (16/5) | 10/23/2006 | 228-505 | Registration |
| TRIPLET LOW ODOR L.A. PREMIUM WEED AND FEED (18/5) | 10/23/2006 | 228-506 | Registration |
| TRIPLET LOW ODOR L.A. PREMIUM WEED AND FEED (20/5) | 10/23/2006 | 228-507 | Registration |
| TRIPLET LOW ODOR PREMIUM 8000 LAWN WEED KILLER CONCENTRATE | 10/27/2006 | 228-508 | Registration |
| TRIPLET LOW ODOR PREMIUM SPOT LAWN WEED KILLER READY-TO-SPRAY | 11/22/2006 | 228-511 | Registration |
| QUINCEPT HERBICIDE | 8/24/2007 | 228-531 | Registration |
| NUP 06237 HERBICIDE | 12/13/2007 | 228-551 | Registration |
| LAZER PREMIUM LAWN WEED KILLER CONCENTRATE | 12/17/2007 | 228-553 | Registration |
| LAZER 8000 LAWN WEED KILLER CONCENTRATE | 12/18/2007 | 228-554 | Registration |
| LAZER RTU LAWN WEED KILLER | 12/18/2007 | 228-555 | Registration |
| TROOPER EXTRA SELECTIVE HERBICIDE | 11/19/2008 | 228-586 | Registration |
| 4-SPEED SELECTIVE HERBICIDE | 12/19/2008 | 228-589 | Registration |
| 4-SPEED XT SELECTIVE HERBICIDE | 12/19/2008 | 228-590 | Registration |
| NUP-08041 READY-TO-USE | 2/12/2009 | 228-593 | Registration |
| QUINCEPT HERBICIDE READY TO USE | 11/3/2008 | 228-594 | Registration |
| QUINCEPT HERBICIDE PREMIUM LAWN WEED KILLER CONCENTRATE | 11/3/2008 | 228-595 | Registration |
| CLASH SELECTIVE HERBICIDE | 9/15/2009 | 228-615 | Registration |
| QUINCEPT LT HERBICIDE READY-TO-USE | 5/6/2010 | 228-703 | Registration |
| QUINCEPT LT HERBICIDE PREMIUM LAWN WEED KILLER CONCENTRATE | 5/6/2010 | 228-704 | Registration |
| NUP-09066 HERBICIDE | 5/19/2010 | 228-705 | Registration |
| ELLIPTICAL HERBICIDE | 5/5/2010 | 228-707 | Registration |

| NUP-08040 PREMIUM 8000 LAWN WEED KILLER CONCENTRATE | 2/18/2011 | 228-712 | Registration |
|---|---|---|---|
| NUP-11032 HERBICIDE | 10/11/2012 | 228-716 | Registration |
| LAST CALL SELECTIVE HERBICIDE | 1/17/2014 | 228-719 | Registration |
| Viper Weed and Feed (37.5#/5M) | 11/30/2016 | 228-738 | Registration |
| WEED B GON LAWN WEED KILLER3 | 9/22/2008 | 239-2665 | Reregistration |
| WEED-B-GON READY-SPRAY ISOMER FORMULA | 9/19/2008 | 239-2666 | Reregistration |
| EH-1398 HERBICIDE | 9/26/2008 | 239-2682 | Reregistration |
| LAWN CRABGRASS AND WEED KILLER | 6/30/2008 | 239-2689 | Reregistration |
| LIGHTNING D HERBICIDE | 11/3/2009 | 241-384 | Reregistration |
| DIFLEXX HERBICIDE | 1/13/2015 | 264-1173 | Registration |
| DIFLEXX DUO | 2/17/2016 | 264-1184 | Registration |
| DICAMBA DGA | 1/24/2012 | 33270-29 | Registration |
| QUICKSILVER | 8/25/2015 | 33270-39 | Registration |
| ORACLE DICAMBA AGRICULTURAL HERBICIDE | 8/25/2009 | 33658-30 | Reregistration |
| STRATOS DICAMBA+ATRAZINE AGRICULTURAL HERBICIDE | 4/8/2010 | 33658-31 | Reregistration |
| GHARDA DICAMBA + 2,4-D DMA HERBICIDE | 7/28/2008 | 33658-32 | Reregistration |
| STRUT HERBICIDE | 11/9/2009 | 34704-1043 | Registration |
| MEC AMINE-D | 9/23/2008 | 34704-239 | Reregistration |
| RIFLE PLUS HERBICIDE | 9/9/2009 | 34704-860 | Reregistration |
| RIFLE HERBICIDE | 10/9/2009 | 34704-861 | Reregistration |
| RIFLE-D HERBICIDE | 3/30/2009 | 34704-869 | Reregistration |
| DUPONT AGILITY SG HERBICIDE (WITH TOTALSOL SOLUBLE GRANULES) | 8/2/2007 | 352-751 | Registration |
| DUPONT DPX-QFU31 (MP) HERBICIDE | 1/9/2008 | 352-761 | Reregistration |
| DUPONT REQUIRE Q HERBICIDE | 10/7/2008 | 352-778 | Registration |
| DUPONT FEXAPAN HERBICIDE | 7/23/2015 | 352-913 | Registration |
| DUPONT D1691 HERBICIDE | 7/23/2015 | 352-914 | Registration |
| ST. AUGUSTINE GRASS BROADLEAF HERBICIDE | 4/14/2009 | 3862-145 | Reregistration |
| BW II | 10/9/2006 | 42750-100 | Registration |
| PD 2 | 12/16/2005 | 42750-107 | Registration |
| BW III | 8/9/2007 | 42750-144 | Registration |
| DICAMBA DGA 4SC | 12/30/2009 | 42750-209 | Registration |
| DICAMBA 70% SG | 10/7/2014 | 42750-271 | Registration |
| RANGE STAR EW | 3/26/2015 | 42750-286 | Registration |
| B3-WAY-001 | 8/13/2015 | 42750-294 | Registration |

| | | | |
|---|---|---|---|
| ALBAUGH DICAMBA DMA SALT | 5/12/2010 | 42750-40 | Reregistration |
| DICAMBAZINE | 8/27/2009 | 42750-41 | Reregistration |
| RANGE STAR | 5/13/2008 | 42750-55 | Reregistration |
| ALLOW STAR | 10/20/2009 | 42750-63 | Reregistration |
| OUTLAW | 8/6/2009 | 42750-68 | Reregistration |
| THUNDERMASTER | 5/7/2008 | 42750-76 | Registration |
| ALB 40 | 6/3/2005 | 42750-98 | Registration |
| CELSIUS WG | 10/22/2009 | 432-1507 | Registration |
| CIMARRON MAX PART B HERBICIDE | 5/7/2008 | 432-1554 | Registration |
| CIMARRON MAX HERBICIDE | 3/2/2010 | 432-1555 | Registration |
| BONIDE LAWN WEED KILLER | 5/12/2009 | 4-400 | Reregistration |
| BONIDE LAWN WEED KILLER W/TRIMEC | 5/13/2009 | 4-401 | Reregistration |
| BONIDE WEED BEATER PLUS CRABGRASS & BROADLEAF WEED KILLER READY TO SPRAY | 2/8/2008 | 4-466 | Registration |
| REAL-KILL BROADLEAF WEED KILLER | 4/4/2011 | 478-121 | Reregistration |
| FALLOW MASTER BROADSPECTRUM HERBICIDE | 8/31/2009 | 524-507 | Reregistration |
| M1691 HERBICIDE | 10/15/2008 | 524-582 | Registration |
| M1750 Herbicide | 2/14/2013 | 524-610 | Registration |
| M1769 PREMIX HERBICIDE | 4/22/2014 | 524-616 | Registration |
| SUPER PLUS 2 FOR GRASS | 4/10/2009 | 538-175 | Registration |
| QUALI-PRO-2DQ | 5/21/2013 | 53883-334 | Registration |
| QUALI-PRO THREE-D | 8/8/2013 | 53883-342 | Registration |
| QUALI-PRO 3-D HERBICIDE | 10/25/2010 | 53883-378 | Registration |
| Fahrenheit | 12/29/2016 | 53883-387 | Registration |
| SCOTTS LAWN WEED CONTROL | 3/27/2009 | 538-9 | Reregistration |
| LATIGO | 3/9/2007 | 5905-564 | Registration |
| BRUSH RHAP | 10/11/2007 | 5905-568 | Registration |
| HELENA OUTLAW | 2/27/2008 | 5905-574 | Registration |
| HELENA BW-III | 2/27/2008 | 5905-575 | Registration |
| HELENA VISION | 2/3/2008 | 5905-576 | Registration |
| HM-1410 HERBICIDE | 2/1/2016 | 5905-597 | Registration |
| GRAZON PD2 | 4/20/2007 | 62719-571 | Registration |
| PENOXSULAM S FERT | 11/19/2008 | 62719-588 | Registration |
| PENOXSULAM 3 FERT | 11/19/2008 | 62719-590 | Registration |
| GF-2122 | 7/21/2008 | 62719-600 | Registration |
| DICAMBA DMA 4# AG | 9/11/2009 | 66330-276 | Reregistration |
| DICAMBA DMA 2# AG | 10/6/2009 | 66330-277 | Reregistration |
| BANVEL + ATRAZINE | 3/22/2007 | 66330-286 | Reregistration |
| BANVEL + 2,4-D | 2/10/2009 | 66330-287 | Reregistration |

| ARY-0484-101 | 5/21/2014 | 66330-421 | Registration |
|---|---|---|---|
| ARY-0484-205 | 8/6/2014 | 66330-423 | Registration |
| DICAMBA 4 LB HERBICIDE | 3/11/2015 | 66330-425 | Registration |
| REPAR WEED AND FEED | 5/19/2011 | 69361-2 | Reregistration |
| REPAR BROAD SPECTRUM WEED AND FEED | 6/16/2011 | 69361-3 | Reregistration |
| CANON DICAMBA HERBICIDE | 3/13/2014 | 69361-44 | Registration |
| PC HERBICIDE CONCENTRATE | 4/7/2008 | 69526-11 | Registration |
| PC RTU HERBICIDE | 4/22/2008 | 69526-12 | Registration |
| PC HERBICIDE CONCENTRATE PLUS | 5/26/2009 | 69526-15 | Registration |
| PC HERBICIDE RTU PLUS | 5/21/2009 | 69526-16 | Registration |
| UPI DICAMBA | 10/5/2011 | 70506-244 | Registration |
| BURNMASTER HERBICIDE | 1/7/2014 | 71368-108 | Registration |
| SPITFIRE HERBICIDE | 1/23/2014 | 71368-109 | Registration |
| Panther Trio Herbicide | 7/23/2015 | 71368-116 | Registration |
| Scorch | 3/30/2016 | 71368-117 | Registration |
| GLYKAMBA BROADSPECTRUM HERBICIDE | 3/31/2011 | 71368-30 | Reregistration |
| NUFARM KAMBAMASTER HERB. | 7/29/2008 | 71368-34 | Reregistration |
| RD 1645 HERBICIDE | 6/6/2005 | 71995-41 | Registration |
| RD 1644 HERBICIDE | 6/6/2005 | 71995-42 | Registration |
| RD 1646 | 6/6/2005 | 71995-43 | Registration |
| LAWN 3FL2 HERBICIDE CONCENTRATE/READY-TO-SPRAY | 4/26/2011 | 72155-104 | Registration |
| LAWN 3FL2 HERBICIDE READY-TO-USE | 6/13/2011 | 72155-105 | Registration |
| Lawn 3FL Herbicide Concentrate/Ready-to-spray | 7/26/2010 | 72155-89 | Registration |
| Lawn 3FL Herbicide Ready-to-use | 7/26/2010 | 72155-90 | Registration |
| SWISS FARMS WEED & FEED (ZERO P) | 5/15/2009 | 73327-2 | Registration |
| BAS 183 06H HERBICIDE | 8/10/2009 | 7969-131 | Reregistration |
| BAS 452 18H HERBICIDE | 9/17/2008 | 7969-133 | Reregistration |
| BAS 183 10H HERBICIDE | 8/20/2009 | 7969-135 | Reregistration |
| MARKSMAN HERBICIDE | 5/11/2009 | 7969-136 | Reregistration |
| CLARITY HERBICIDE | 4/1/2011 | 7969-137 | Reregistration |
| IPA SALT OF DICAMBA | 9/11/2009 | 7969-138 | Reregistration |
| SAN845H HERBICIDE | 6/19/2009 | 7969-140 | Reregistration |
| SAN 821 H 600 HERBICIDE | 9/11/2009 | 7969-142 | Reregistration |
| BAS 661 00 H | 5/18/2009 | 7969-148 | Reregistration |
| DISTINCT HERBICIDE | 3/19/2010 | 7969-150 | Reregistration |
| STATUS HERBICIDE | 12/15/2006 | 7969-242 | Registration |
| ONETIME HERBICIDE | 2/14/2008 | 7969-267 | Registration |

| | | | |
|---|---|---|---|
| Dyvel WG Herbicide | 7/28/2011 | 7969-323 | Registration |
| LILLY/MILLER LAWN WEED KILLER | 12/4/2009 | 802-485 | Reregistration |
| LILLY/MILLER READY-TO-USE LAWN WEED KILLER | 5/29/2009 | 802-580 | Reregistration |
| LILLY/MILLER HOSE 'N GO WEED AND FEED | 12/8/2008 | 802-586 | Reregistration |
| LILLY/MILLER ULTRAGREEN WEED & FEED WITH TRIMEC HERBICIDE | 12/4/2009 | 802-588 | Reregistration |
| LILLY/MILLER 5M WEED & FEED | 10/9/2009 | 802-597 | Reregistration |
| YUKON HERBICIDE | 2/2/2006 | 81880-6 | Registration |
| CRUISE CONTROL | 2/13/2008 | 81927-27 | Registration |
| ALLIGARE DICAMBA + 2,4-D DMA | 6/3/2010 | 81927-42 | Registration |
| ALLIGARE DICAMBA DGA 4SC | 1/20/2011 | 81927-47 | Registration |
| ALLIGARE DICAMBA 4 | 4/23/2015 | 81927-55 | Registration |
| TOPEKA | 6/5/2012 | 83100-34 | Registration |
| DICAMBA 700 SG | 7/2/2014 | 83100-36 | Registration |
| DICAMBA 600 + NICO 150 SG | 10/21/2014 | 83100-37 | Registration |
| Dicamba DMA + 2,4-D DMA SL | 1/29/2016 | 83100-45 | Registration |
| DICAMBA 4 DMA | 10/25/2007 | 83520-10 | Registration |
| DICAMBA + 2,4-D | 6/10/2008 | 83520-12 | Registration |
| DICAMBA DGA 4 | 1/29/2014 | 83529-35 | Registration |
| AGSAVER DICAMBA DMA SALT | 10/28/2014 | 83772-11 | Registration |
| G7840 HERBICIDE | 3/31/2015 | 84836-19 | Registration |
| REGATTA 70 SG HERBICIDE | 8/22/2016 | 84836-20 | Registration |
| ARMORTECH (R) THREESOME(TM) | 12/16/2009 | 86064-5 | Registration |
| WILLOWOOD DICAMBA 4 | 3/10/2014 | 87290-51 | Registration |
| Dee-Cam Herbicide | 4/17/2017 | 87845-8 | Registration |
| Dicamba 48% SL | 9/21/2016 | 87895-5 | Registration |
| AX DIFLU-DICAMBA | 4/21/2015 | 89167-50 | Registration |
| AX-DICAMBA 2,4-D-ESTER | 7/15/2015 | 89167-52 | Registration |
| AX DGCA | 11/9/2012 | 89167-6 | Registration |
| DICAMBA + 2,4-D DMA | 12/6/2012 | 89168-2 | Registration |
| LIBERTY DICAMBA 4 DMA | 6/10/2010 | 89168-3 | Registration |
| LIBERTY SFO | 12/7/2016 | 89168-61 | Registration |
| TRIAD SELECT HERBICIDE | 3/26/2015 | 89442-22 | Registration |
| ANDERSONS GOLF PRODUCTS KOG WEED CONTROL | 8/2/2011 | 9198-184 | Reregistration |
| LAWN HERBICIDE JD READY-TO-USE | 4/29/2011 | 92564-2 | Reregistration |
| LAWN HERBICIDE 3F CONCENTRATE | 5/18/2007 | 92564-34 | Registration |
| LAWN HERBICIDE 3F READY-TO-USE | 5/18/2007 | 92564-35 | Registration |
| LAWN HERBICIDE JD CONCENTRATE | 8/5/2009 | 92564-4 | Reregistration |
| LAWN HERBICIDE 2Q READY-TO-USE | 4/14/2008 | 92564-41 | Registration |

| LAWN HERBICIDE 2Q CONCENTRATE READY-TO-SPRAY | 3/26/2008 | 92564-42 | Registration |
|---|---|---|---|
| LAWN 3IP HERBICIDE CONCENTRATE/READY-TO-SPRAY | 4/30/2009 | 92564-43 | Registration |
| LAWN 3IP HERBICIDE READY-TO-USE | 4/30/2009 | 92564-44 | Registration |
| LAWN 3FL HERBICIDE GRANULE | 7/26/2010 | 92564-45 | Registration |
| LAWN 3IP HERBICIDE GRANULE | 8/12/2011 | 92564-56 | Registration |
| LAWN 3FL2 HERBICIDE GR | 4/27/2012 | 92564-57 | Registration |
| 3 IN 1 WEED & FEED FOR SOUTHERN LAWNS | 4/21/2015 | 92564-61 | Registration |
| 3FL1A HERBICIDE GRANULE | 4/21/2015 | 92564-61 | Registration |
| 3FL1B HERBICIDE GRANULE | 4/21/2015 | 92564-62 | Registration |
| TURF FERTILIZER PLUS TRIMEC DMB WEED CONTROL | 6/3/2010 | 961-413 | Registration |
| TURF FERTILIZER PLUS TRIMEC ESTER WEED CONTROL | 6/7/2010 | 961-415 | Registration |
| TURF BROADLEAF WEED CONTROL | 7/14/2011 | 961-418 | Registration |
| TURF FERTILIZER BROADLEAF PLUS DIMENSION WEED CONTROL | 7/14/2011 | 961-419 | Registration |
| TURF FERTILIZER WITH LOCKUP PLUS DIMENSION WEED CONTROL | 7/18/2012 | 961-420 | Registration |
| CHEMSICO SPOT WEED KILLER A | 4/14/2009 | 9688-109 | Reregistration |
| CHEMSICO HERBICIDE CONCENTRATE DFC (ALTERNATE II) | 1/4/2009 | 9688-206 | Reregistration |
| CHEMSICO HERBICIDE RTU DFC | 7/28/2008 | 9688-208 | Reregistration |
| CHEMSICO HERBICIDE WSG RTU | 8/10/2006 | 9688-243 | Registration |
| CHEMSICO HERBICIDE TSG RTU | 8/2/2006 | 9688-244 | Registration |
| CHEMSICO HERBICIDE TSA | 11/20/2006 | 9688-248 | Registration |
| CHEMSICO HERBICIDE CONCENTRATE 4A | 11/8/2007 | 9688-259 | Registration |
| CHEMSICO HERBICIDE 2XG | 8/24/2007 | 9688-261 | Registration |
| CHEMSICO HERBICIDE RTU 4A | 12/3/2007 | 9688-264 | Registration |
| CHEMSICO HERBICIDE CONCENTRATE 3A | 12/3/2007 | 9688-265 | Registration |
| EH-1460 HERBICIDE | 3/17/2008 | 9688-268 | Registration |
| CHEMSICO HERBICIDE CONCENTRATE 1455 | 3/25/2010 | 9688-278 | Registration |
| CHEMSICO RTU HERBICIDE 1456 | 3/25/2010 | 9688-279 | Registration |
| CHEMSICO RTU HERBICIDE 1462 | 3/25/2010 | 9688-280 | Registration |
| CHEMSICO HERBICIDE CONCENTRATE 1464 | 3/25/2010 | 9688-281 | Registration |
| HERBICIDE CONCENTRATE 4B | 4/30/2010 | 9688-283 | Registration |

| CHEMSICO HERBICIDE RTU 4B | 5/6/2010 | 9688-284 | Registration |
|---|---|---|---|
| CHEMSICO BRUSH KILLER CONCENTRATE II | 11/10/2010 | 9688-286 | Registration |
| CHEMSICO PESTICIDE CONCENTRATE WI-N | 5/19/2011 | 9688-289 | Registration |
| CHEMSICO PESTICIDE CONCENTRATE WI-S | 5/19/2011 | 9688-290 | Registration |
| CHEMSICO SPOT WEED KILLER TFA | 8/2/2011 | 9688-292 | Registration |
| CHEMSICO GRASS & WEED KILLER RTU 3A | 5/13/2011 | 9688-293 | Registration |
| CHEMSICO PESTICIDE GRANULES WI-N | 12/18/2012 | 9688-310 | Registration |
| CHEMSICO PESTICIDE GRANULES WI-S | 12/18/2012 | 9688-311 | Registration |
| CHEMSICO HERBICIDE GWE | 12/17/2013 | 9688-318 | Registration |

350.    Upon information and belief, EPA provided no hearings or other public participation for these product registration actions.

351.    As set forth above, EPA has discretion to influence or change registrations of pesticide products for the benefit of protected species.  For example, EPA may only register or reregister a pesticide product if its use does not cause an unreasonable adverse effect on the environment.  7 U.S.C. § 136a(c)(5); 7 U.S.C. § 136a-1(g)(2)(C); 40 C.F.R. § 152.112; 40 C.F.R. § 152.113(a).   EPA may also change, cancel, restrict, or immediately suspend registered pesticides, pesticide labeling, or particular uses at any time if it appears that the pesticide is causing an unreasonable adverse effect on the environment.  7 U.S.C. § 136d(c).   Thus, EPA's product reregistration and its approvals of products containing dicamba and salts are "affirmative agency actions" subject to consultation under Section 7(a)(2) of the ESA. 16 U.S.C. § 1536(a)(2).

352.    Plaintiffs' members live, work, visit, recreate, and otherwise enjoy areas across the nation that may be impacted by products containing dicamba and salts.  Plaintiffs' members derive professional, aesthetic, spiritual, recreational, economic, and educational benefits from the endangered and threatened species that live in these areas and may be impacted by products containing dicamba and salts.  The list of species that may be affected by products containing dicamba and salts is provided in Exhibit A, and Plaintiffs' members have cognizable interests in these species.

353.   For example, products containing dicamba and salts may affect the San Marco salamander, and a member of Plaintiffs' organizations has a cognizable interest in this species based on, among other things, efforts to observe the species during frequent visits to habitats where the species can be found and may be affected byby products containing dicamba and salts.

354.   In the recovery plan covering the San Marcos Salamander (San Marcos & Comal Springs & Associated Aquatic Ecosystems (Revised) Recovery Plan, February 14, 1996), the U.S. Fish and Wildlife Service explains: "Pesticides, herbicides, and other chemical compounds could negatively impact the San Marcos and Comal aquatic ecosystems' biota in degrees of severity rangingfrom subtle to catastrophic."

355.   Plaintiffs' members engage in wildlife observation, research, photography, restoration activities, and educational programs involving endangered and threatened species that may be impacted by products containing dicamba and salts.  Plaintiffs' members will continue to maintain an interest in the species and areas that may be impacted by products containing dicamba and salts in the future.

356.   The above-described interests of Plaintiffs and their members have been and are being adversely affected by EPA's reregistration, registration and authorization of the use of products containing dicamba and salts, which is a pesticide that may harm endangered and threatened species and their habitats.  As alleged in the Complaint, dicamba and salts may affect the species identified in Exhibit A, as well as their designated critical habitat.

357.   EPA's failure to ensure that products containing dicamba and salts do not impact endangered species and their habitats harms Plaintiffs' members' interests in the species and their habitats affected by products containing dicamba and salts.  For example, EPA's failure to consult on dicamba and salts may impair recovery of species impacted by products containing dicamba and salts and may make it more likely that these species would suffer population declines.  Species declines and impaired recovery harm the interests that Plaintiffs' members have in the existence of these rare animals, such as by limiting their ability to observe the species.  Consultation on products containing dicamba and salts is necessary to ensure that Plaintiffs' members' interests in the species affected by products containing dicamba and salts are preserved and remain free from injury.

358.     EPA must register and authorize pesticide products before they can be used and has an ongoing responsibility to ensure that registered pesticides do not have unreasonable adverse effects on the environment.  Absent EPA's continuing registration and discretionary control and involvement in products containing dicamba and salts, this pesticide could not be used and could not negatively impact the listed species named in Exhibit A and their habitats.

359.     If this Court orders EPA to engage in consultation as required, the Service would analyze the extent to which products containing dicamba and salts affect listed species and their habitats and, if necessary, would suggest reasonable and prudent alternatives or measures to protect the species, which would protect Plaintiffs' members' interests in the species.  16 U.S.C. § 1536(a)(3).  Unless the requested relief is granted, Plaintiffs' interests will continue to be injured by EPA's failure to consult on products containing dicamba and salts with the Service, as well as by the potential ongoing harm to the species named in Exhibit A and their habitats as a result of ongoing use of products containing dicamba and salts.

360.     The injuries described above are actual, concrete injuries that are presently suffered by Plaintiffs and their members and will continue to occur unless relief is granted by this Court.  These injuries are directly caused by the Defendants' failure to consult with the Service to ensure that EPA's actions relating to products containing dicamba and salts do not affect listed species and Plaintiffs' members' cognizable interests in these species.  The relief sought herein, EPA's compliance with the ESA, would redress Plaintiffs' injuries.  Plaintiffs have no other adequate remedy at law, and they bring this action on behalf of their adversely affected members.

**Dimethoate[21]**

361.     Exhibit A contains a comprehensive, but not necessarily exhaustive, list of endangered and threatened species for which dimethoate is known to be harmful to the taxonomic group of that species and is used in the state where that species lives.

362.     In its Tier 1 assay for endocrine disrupting compounds, EPA determined that dimethoate potentially interacted with the thyroid pathway. The dose at which thyroid effects were seen was almost identical to the point of departure (POD) derived from AChE inhibition. This led the EPA to conclude

---

[21] The current EPA Case Number and EPA PC Code for dimethoate are 0088, 035001.

that "…there is a concern that the POD may not be protective of potential thyroid toxicity in the young." As explained above, endocrine disrupters have effects on the reproductive and immune systems capable of compromising populations of endangered species.

363.    Dimethoate is a pesticide for which the EPA has indicated that estimated environmental concentrations (EECs) are likely to exceed the Levels of Concern (LOCs) for endangered species, and/or may cause indirect effects on endangered species by altering habitat or food sources. Specifically, EECs of dimethoate are likely to exceed the LOCs for the following taxonomic groups: freshwater, estuarine/marine, and terrestrial invertebrates; birds; and mammals. Acute LOCs for honeybees were exceeded by more than four orders of magnitude for certain uses.

364.    Dimethoate is a pesticide that is "highly acutely toxic" or "very highly acutely toxic" to the following taxonomic groups:  birds, fish, amphibians, mollusks, crustaceans, insects, and reptiles. These toxicity rankings are based on LD50 or LC50 data (lethal dose to 50 percent of the test organisms or lethal concentration for 50 percent of the test organisms) that EPA possesses.

365.    EPA "affirmatively authorized" the continued use of the active ingredient dimethoate when it issued a Reregistration Eligibility Decision in July of 2006.

366.    EPA issued a revised Interim RED in August 20, 2008.  EPA's 2007 IRED explains that its "preliminary risk assessment for endangered species indicates that RQs exceed the endangered species LOC for birds and mammals. Further, potential indirect effects to any species dependent upon a species that experiences effects from use of dimethoate, can not be precluded based on the screening level ecological risk assessment. . . ." After a single application of 0.16 lbs a.i./A, the endangered species acute and chronic risk LOCs are exceeded for birds and mammals for some use sites.

367.    EPA's 2015 preliminary ecological risk assessment for dimethoate states that the EPA's "screening-level risk assessment for dimethoate indicates potential risks of direct effects to listed freshwater and estuarine/marine invertebrates, avian species and mammals on some of its registered use sites."

368.    On September 24, 2014, EPA completed product reregistration for dimethoate.  *See* https://www.epa.gov/pesticide-reevaluation/pesticides-have-completed-product-reregistration (last visited 6/26/2017).

369.   Active product registrations for this pesticide can be found on EPA's Pesticide Product Label System, *available at* http://iaspub.epa.gov/apex/pesticides/f?p=PPLS:1 (last visited 6/26/2017). Specifically, the EPA's online Pesticide Product Label System lists the following pesticide products containing dimethoate that EPA affirmatively authorized by product reregistration or new product registration since January 20, 2005:

| Product Name | Date | Registration Number | Action |
|---|---|---|---|
| GOWAN DIMETHOATE E267 | 4/11/2013 | 10163-56 | Reregistration |
| DREXEL DIMETHOATE 4EC | 5/23/2012 | 19713-231 | Reregistration |
| DREXEL DIMETHOATE 2.67 | 12/6/2011 | 19713-232 | Reregistration |
| DREXEL DIMETHOATE LV-2.67 | 9/24/2015 | 19713-664 | Registration |
| DREXEL DIMETHOATE LV-4 | 9/24/2015 | 19713-665 | Registration |
| DIMETHOATE 4E | 1/29/2013 | 279-3541 | Reregistration |
| DIMETHOATE 400 | 2/6/2013 | 279-3586 | Registration |
| DIMETHOATE 480 G/L | 12/10/2014 | 279-3595 | Registration |
| DIMETHOATE 400 | 2/6/2014 | 34704-207 | Reregistration |
| DIMETHOATE 2.67 EC | 7/20/2011 | 34704-489 | Reregistration |
| DIMETHOATE 4E | 5/4/2011 | 66330-223 | Reregistration |
| DIMETHOATE 25 WP | 11/17/2010 | 66330-237 | Reregistration |
| DIMETHOATE 2.67 EC | 5/4/2011 | 66330-244 | Reregistration |
| CYMATE 267 | 7/6/2011 | 66330-245 | Reregistration |
| DIMATE 4E | 8/7/2012 | 9779-273 | Reregistration |

370.   Upon information and belief, EPA provided no hearings or other public participation for these product registration actions.

371.   As set forth above, EPA has discretion to influence or change registrations of pesticide products for the benefit of protected species.  For example, EPA may only register or reregister a pesticide product if its use does not cause an unreasonable adverse effect on the environment.  7 U.S.C. § 136a(c)(5); 7 U.S.C. § 136a-1(g)(2)(C); 40 C.F.R. § 152.112; 40 C.F.R. § 152.113(a).  EPA may also change, cancel, restrict, or immediately suspend registered pesticides, pesticide labeling, or particular uses at any time if it appears that the pesticide is causing an unreasonable adverse effect on the environment.  7 U.S.C. § 136d(c).  Thus, EPA's product reregistration and its approvals of products containing dimethoate are "affirmative agency actions" subject to consultation under Section 7(a)(2) of the ESA. 16 U.S.C. § 1536(a)(2).

372.    Plaintiffs' members live, work, visit, recreate, and otherwise enjoy areas across the nation that may be impacted by products containing dimethoate.  Plaintiffs' members derive professional, aesthetic, spiritual, recreational, economic, and educational benefits from the endangered and threatened species that live in these areas and may be impacted by products containing dimethoate. The list of species that may be affected by products containing dimethoate is provided in Exhibit A, and Plaintiffs' members have cognizable interests in these species.

373.    For example, products containing dimethoate may affect the tan riffleshell, and a member of Plaintiffs' organizations has a cognizable interest in this species based on, among other things, efforts to observe the species during frequent visits to habitats where the species can be found and may be affected by products containing dimethoate.

374.    In the tan riffleshell's recovery plan (dated Oct. 22, 1984), the U.S. Fish and Wildlife Service discusses the importance of good water quality and notes presence of pesticides in its waterways. Moreover, the 1989 Biological Opinion made a jeopardy finding for the tan riffleshell.

375.    Plaintiffs' members engage in wildlife observation, research, photography, restoration activities, and educational programs involving endangered and threatened species that may be impacted by products containing dimethoate.  Plaintiffs' members will continue to maintain an interest in the species and areas that may be impacted by products containing dimethoate in the future.

376.    The above-described interests of Plaintiffs and their members have been and are being adversely affected by EPA's reregistration, registration and authorization of the use of products containing dimethoate, which are pesticides that may harm endangered and threatened species and their habitats.  As alleged in the Complaint, products containing dimethoate may affect the species identified in Exhibit A, as well as their designated critical habitat.

377.    EPA's failure to ensure that products containing dimethoate do not impact endangered species and their habitats harms Plaintiffs' members' interests in the species and their habitats affected by products containing dimethoate.  For example, EPA's failure to consult on products containing dimethoate may impair recovery of species impacted by products containing dimethoate and may make it more likely that these species would suffer population declines.  Species declines and impaired recovery harm the interests that Plaintiffs' members have in the existence of these rare animals, such as

by limiting their ability to observe the species.  Consultation on products containing dimethoate is necessary to ensure that Plaintiffs' members' interests in the species affected by products containing dimethoate are preserved and remain free from injury.

378.    EPA must register and authorize pesticide products before they can be used and has an ongoing responsibility to ensure that registered pesticides do not have unreasonable adverse effects on the environment.  Absent EPA's continuing registration and discretionary control and involvement in products containing dimethoate, these pesticides could not be used and could not be negatively impacting the listed species named in Exhibit A and their habitats.

379.    If this Court orders EPA to engage in consultation as required, the Service would analyze the extent to which the products containing dimethoate affect listed species and their habitats and, if necessary, would suggest reasonable and prudent alternatives or measures to protect the species, which would protect Plaintiffs' members' interests in the species.  16 U.S.C. § 1536(a)(3).  Unless the requested relief is granted, Plaintiffs' interests will continue to be injured by EPA's failure to consult on products containing dimethoate with the Service, as well as by the potential ongoing harm to the species named in Exhibit A and their habitats as a result of ongoing use of products containing dimethoate.

380.    The injuries described above are actual, concrete injuries that are presently suffered by Plaintiffs and their members and will continue to occur unless relief is granted by this Court.  These injuries are directly caused by the Defendants' failure to consult with the Service to ensure that EPA's actions relating to products containing dimethoate do not affect listed species and Plaintiffs' members' cognizable interests in these species.  The relief sought herein, EPA's compliance with the ESA, would redress Plaintiffs' injuries.  Plaintiffs have no other adequate remedy at law, and they bring this action on behalf of their adversely affected members.

**Diuron**[22]

381.    Exhibit A contains a comprehensive, but not necessarily exhaustive, list of endangered and threatened species for which diuron is known to be harmful to the taxonomic group of that species and is used in the state where that species lives.

---

[22] The current EPA Case Number and EPA PC Code for diuron are 0046, 035505.

382.   Diuron is a known endocrine disrupter.  As explained above, endocrine disrupters have effects on the reproductive and immune systems capable of compromising populations of endangered species.

383.   Diuron is a pesticide for which the EPA has indicated that estimated environmental concentrations (EECs) are likely to exceed the Levels of Concern (LOCs) for endangered species, and/or may cause indirect effects on endangered species by altering habitat or food sources. Specifically, EECs of diuron are likely to exceed the LOCs for the following taxonomic groups: mammals, birds, fish, amphibians, mollusks, crustaceans, and reptiles.

384.   Diuron is a pesticide that is "highly acutely toxic" or "very highly acutely toxic" to the following taxonomic groups:  fish, amphibians, and crustaceans. These toxicity rankings are based on LD50 or LC50 data (lethal dose to 50 percent of the test organisms or lethal concentration for 50 percent of the test organisms) that EPA possesses.

385.   The USGS has detected diuron in dozens of waterways across the nation, as documented in reports on its nationwide water quality surveys. As shown in Exhibit B, some of these watersheds overlap the range of species that may be affected by this pesticide.

386.   EPA "affirmatively authorized" the continued use of the active ingredient diuron when it issued a Reregistration Eligibility Decision in September of 2003.

387.   On September 18, 2008, EPA completed product reregistration for diuron.  *See* https://www.epa.gov/pesticide-reevaluation/pesticides-have-completed-product-reregistration (last visited 6/26/2017).

388.   Active product registrations for this pesticide can be found on EPA's Pesticide Product Label System, *available at* http://iaspub.epa.gov/apex/pesticides/f?p=PPLS:1 (last visited 6/26/2017).

389.   Specifically, the EPA's online Pesticide Product Label System lists the following pesticide products containing diuron that EPA affirmatively authorized by product reregistration or new product registration since January 20, 2005:

| Product Name | Date | Registration Number | Action |
|---|---|---|---|
| MISTY 2 PLUS 2 | 9/18/2008 | 10807-149 | Reregistration |
| RAINBOW WEED KILLER 4037 | 11/20/2007 | 13283-18 | Reregistration |
| RAINBOW WEED KILLER 4031 | 7/12/2007 | 13283-19 | Reregistration |

| RAINBOW WEED KILLER 4049 | 7/9/2007 | 13283-21 | Reregistration |
|---|---|---|---|
| DREXEL DIURON 80 | 6/5/2007 | 19713-274 | Reregistration |
| DREXEL DIURON 4L HERBICIDE | 7/3/2007 | 19713-36 | Reregistration |
| DIUMATE | 12/11/2007 | 19713-528 | Reregistration |
| DIBRO 2+2 | 10/29/2007 | 228-227 | Reregistration |
| DIBRO 4+2 | 5/15/2008 | 228-386 | Reregistration |
| NUFARM IMAZURON HERBICIDE | 5/3/2007 | 228-654 | Registration |
| NUFARM TDZ + DIURON SC COTTON DEFOLIANT | 5/6/2008 | 228-678 | Registration |
| TOPSITE 2.5G HERBICIDE | 8/28/2007 | 241-344 | Reregistration |
| SAHARA DG HERBICIDE | 1/26/2010 | 241-372 | Reregistration |
| GINSTAR EC COTTON DEFOLIANT | 5/30/2007 | 264-634 | Reregistration |
| POND BLOCK | 8/2/2010 | 33034-1 | Reregistration |
| NO MORE ALGAE | 6/27/2008 | 33034-2 | Reregistration |
| NO MORE ALGAE LIQUID | 6/12/2008 | 33034-3 | Reregistration |
| WEED AND GRASS KILLER | 7/1/2008 | 33560-46 | Reregistration |
| WEED BLAST RESIDUAL WEED CONTROL | 8/28/2007 | 34704-576 | Reregistration |
| DIURON 80 WDG WEED KILLER | 9/20/2007 | 34704-648 | Reregistration |
| DIURON NC | 4/1/2008 | 34704-770 | Reregistration |
| DIURON 4L HERBICIDE | 10/29/2007 | 34704-854 | Reregistration |
| GINMASTER COTTON DEFOLIANT | 8/15/2007 | 34704-872 | Reregistration |
| SPRAKIL SK-13 GRANULAR WEED KILLER | 6/5/2007 | 34913-15 | Reregistration |
| SPRAKIL SK-26 GRANULAR WEED KILLER | 6/5/2007 | 34913-16 | Reregistration |
| WEED BLAST 4-G WEED KILLER | 6/5/2007 | 34913-19 | Reregistration |
| WEED BLAST 8-G WEED KILLER | 6/5/2007 | 34913-20 | Reregistration |
| TOPSITE 2.5G HERBICIDE | 6/5/2007 | 34913-22 | Reregistration |
| DUPONT DIURON 80 DRY HERBICIDE | 12/27/2010 | 352-849 | Registration |
| KROVAR I DF HERBICIDE | 8/2/2007 | 432-1551 | Reregistration |
| DIURON 4L ALGAECIDE | 3/6/2009 | 53883-245 | Registration |
| LAYBY PRO HERBICIDE | 8/30/2007 | 61842-20 | Reregistration |
| DUPONT K-4 HERBICIDE | 8/2/2007 | 61842-42 | Reregistration |
| DUPONT VELPAR ALFAMAX MP HERBICIDE | 5/18/2010 | 61842-43 | Reregistration |
| DUPONT VELPAR K-4 MAX HERBICIDE | 10/27/2005 | 61842-44 | Registration |
| VELPAR ALFAMAX | 12/8/2005 | 61842-45 | Registration |
| VELPAR ALFAMAX GOLD | 7/7/2016 | 61842-46 | Registration |
| DIURON 80 DRY II | 10/10/2015 | 61842-50 | Registration |
| BIESTERFELD DIURON 80 | 10/24/2007 | 62575-9 | Reregistration |
| REDI-PIK 1.5EC COTTON DEFOLIANT | 5/17/2011 | 66222-137 | Registration |

| MOHAVE 70 EG BAREGROUND VEGETATION CONTROL | 9/18/2006 | 66222-171 | Registration |
|---|---|---|---|
| SWEEP | 11/5/2008 | 66222-173 | Registration |
| DUPONT DIREX 4L | 8/30/2007 | 66222-237 | Reregistration |
| MANA KARMEX XP HERBICIDE | 6/6/2007 | 66222-238 | Reregistration |
| DIURON 80DF | 5/17/2007 | 66222-51 | Reregistration |
| DIURON 4L | 5/29/2007 | 66222-54 | Reregistration |
| PRAMITOL 2L-DIURON 2L | 5/17/2007 | 66222-55 | Reregistration |
| DIURON 90DF | 5/17/2007 | 66222-96 | Reregistration |
| THIDIAZURON-DIURON EC | 8/15/2007 | 66330-333 | Reregistration |
| THIDIAZURON-DIURON SC | 7/13/2006 | 66330-344 | Registration |
| THIDIAZURON-DIURON 4.55C | 9/21/2007 | 66330-364 | Registration |
| ACTICIDE PM FLOWABLE | 12/4/2007 | 67071-15 | Reregistration |
| ALLIGARE DIURON 80DF | 5/22/2007 | 81927-12 | Registration |
| ALLIGARE MOJAVE 70 EG | 11/14/2007 | 81927-25 | Registration |
| BROMACIL/DIURON 40/40 | 9/26/2005 | 81927-3 | Registration |
| ALLIGARE DIURON 4L | 8/2/2010 | 81927-44 | Registration |
| DIURON 80 DF | 1/18/2012 | 83222-38 | Registration |
| DIURON 4L | 1/18/2012 | 83222-39 | Registration |
| DIURON 4L | 1/10/2012 | 85678-24 | Registration |
| AX THI-DI | 8/13/2014 | 89167-44 | Registration |
| LIBERTY DIURON 4SC | 9/20/2012 | 89168-12 | Registration |
| LIBERTY DIURON 80DF | 9/20/2012 | 89168-15 | Registration |
| DIURON 80DF | 8/2/2007 | 9779-318 | Reregistration |
| DIURON 4L | 9/20/2007 | 9779-329 | Reregistration |

390.    Upon information and belief, EPA provided no hearings or other public participation for these product registration actions.

391.    As set forth above, EPA has discretion to influence or change registrations of pesticide products for the benefit of protected species.  For example, EPA may only register or reregister a pesticide product if its use does not cause an unreasonable adverse effect on the environment.  7 U.S.C. § 136a(c)(5); 7 U.S.C. § 136a-1(g)(2)(C); 40 C.F.R. § 152.112; 40 C.F.R. § 152.113(a).   EPA may also change, cancel, restrict, or immediately suspend registered pesticides, pesticide labeling, or particular uses at any time if it appears that the pesticide is causing an unreasonable adverse effect on the environment.  7 U.S.C. § 136d(c).   Thus, EPA's product reregistration and its approvals of products containing diuron are "affirmative agency actions" subject to consultation under Section 7(a)(2) of the ESA. 16 U.S.C. § 1536(a)(2).

392.    Plaintiffs' members live, work, visit, recreate, and otherwise enjoy areas across the nation that may be impacted by products containing diuron.  Plaintiffs' members derive professional, aesthetic, spiritual, recreational, economic, and educational benefits from the endangered and threatened species that live in these areas and may be impacted by products containing diuron.  The list of species that may be affected by products containing diuron is provided in Exhibit A, and Plaintiffs' members have cognizable interests in these species.

393.    For example, products containing diuron may affect the conservancy fairy shrimp, and a member of Plaintiffs' organizations has a cognizable interest in this species based on, among other things, his efforts to observe the species during frequent visits to habitats where the species can be found and may be affected by products containing diuron.

394.    In the 5-year review of the conservancy fairy shrimp, FWS explains: "Because pesticides can be transported through the variety of methods . . ., and the high prevalence of pesticide use throughout the Central Valley, we believe it is likely that vernal pools containing Conservancy fairy shrimp have been exposed to harmful pesticides to some degree." And FWS lists "pesticide use" as a threat to the species.

395.    Plaintiffs' members engage in wildlife observation, research, photography, restoration activities, and educational programs involving endangered and threatened species that may be impacted by products containing diuron.  Plaintiffs' members will continue to maintain an interest in the species and areas that may be impacted by products containing diuron in the future.

396.    The above-described interests of Plaintiffs and their members have been and are being adversely affected by EPA's reregistration, registration and authorization of the use of products containing diuron, which is a pesticide that may harm endangered and threatened species and their habitats.  As alleged in the Complaint, products containing diuron may affect the species identified in Exhibit A, as well as their designated critical habitat.

397.    EPA's failure to ensure that products containing diuron do not impact endangered species and their habitats harms Plaintiffs' members' interests in the species and their habitats affected by products containing diuron.  For example, EPA's failure to consult on products containing diuron may impair recovery of species impacted by products containing diuron and may make it more likely

that these species would suffer population declines.  Species declines and impaired recovery harm the interests that Plaintiffs' members have in the existence of these rare animals, such as by limiting their ability to observe the species.  Consultation on products containing diuron is necessary to ensure that Plaintiffs' members' interests in the species affected by products containing diuron are preserved and remain free from injury.

398.    EPA must register and authorize pesticide products before they can be used and has an ongoing responsibility to ensure that registered pesticides do not have unreasonable adverse effects on the environment.  Absent EPA's continuing registration and discretionary control and involvement in products containing diuron, this pesticide could not be used and could not negatively impact the listed species named in Exhibit A and their habitats.

399.    If this Court orders EPA to engage in consultation as required, the Service would analyze the extent to which products containing diuron affect listed species and their habitats and, if necessary, would suggest reasonable and prudent alternatives or measures to protect the species, which would protect Plaintiffs' members' interests in the species.  16 U.S.C. § 1536(a)(3).  Unless the requested relief is granted, Plaintiffs' interests will continue to be injured by EPA's failure to consult on products containing diuron with the Service, as well as by the potential ongoing harm to the species named in Exhibit A and their habitats as a result of ongoing use of products containing diuron.

400.    The injuries described above are actual, concrete injuries that are presently suffered by Plaintiffs and their members and will continue to occur unless relief is granted by this Court.  These injuries are directly caused by the Defendants' failure to consult with the Service to ensure that EPA's actions relating to products containing diuron do not affect listed species and Plaintiffs' members' cognizable interests in these species.  The relief sought herein, EPA's compliance with the ESA, would redress Plaintiffs' injuries.  Plaintiffs have no other adequate remedy at law, and they bring this action on behalf of their adversely affected members.

1    **Ethoprop**[23]

2        401.    Exhibit A contains a comprehensive, but not necessarily exhaustive, list of endangered

3    and threatened species for which ethoprop is known to be harmful to the taxonomic group of that

4    species and is used in the state where that species lives.

5        402.    Ethoprop is a pesticide for which the EPA has indicated that estimated environmental

6    concentrations (EECs) are likely to exceed the Levels of Concern (LOCs) for endangered species,

7    and/or may cause indirect effects on endangered species by altering habitat or food sources.

8    Specifically, EECs of ethoprop are likely to exceed the LOCs for the following taxonomic groups:

9    mammals, birds, fish, amphibians, mollusks, crustaceans, and reptiles.

10       403.    In its September 18, 2015 Environmental Fate and Ecological Risk Assessment for the

11   Registration Review of Ethoprop, EPA states: "Based on current uses and potential aquatic exposure

12   levels, acute and chronic risk above the established levels of concern was identified for all aquatic taxa

13   except for plants in both freshwater and estuarine/marine environments." EPA further states:

14   "Environmental fate modeling and risk quotient determination indicate potential adverse effects on

15   aquatic animal taxa. Acute and chronic risk to freshwater fish, estuarine/marine fish, freshwater

16   invertebrates, and estuarine/marine invertebrates, and both freshwater and estuarine sediment

17   invertebrates was identified." EPA further states, : "LD50 per square foot analysis indicated that there

18   is acute risk to both birds and mammals from granular formulations. There was also acute dose based

19   and acute dietary based risk as well as chronic dietary risk to birds associated from EC applications.

20   Similarly, there was acute and chronic dose based risk as well as chronic dietary based risk to mammals

21   from EC applications. Both bird and mammals are predicted to be adversely affected by consumption

22   of fish contaminated with ethoprop. Modeling predicted risk to birds from acute dose based, acute

23   dietary based and chronic dietary based exposure to contaminated fish. Mammals are also predicted to

24   be at risk from acute dose based as well as chronic dose based and dietary based exposure to

25   contaminated fish. Other indirect routes of exposure may include consumption of contaminated

26   earthworms in treated fields. Modeling indicated acute avian risk from both dose-based and dietary

27   exposure as well as chronic risk from dietary exposure ." And, EPA further states: "Risk to terrestrial

28

---

[23] The current EPA Case Number and EPA PC Code for ethoprop are 0106, 041101.

invertebrates is predicted from Bee-REX modeling if exposure occurs to pollinators foraging on fields during the time of application."

404.    Ethoprop is a pesticide that is "highly acutely toxic" or "very highly acutely toxic" to the following taxonomic groups:  birds, fish, amphibians, crustaceans, and reptiles. These toxicity rankings are based on LD50 or LC50 data (lethal dose to 50 percent of the test organisms or lethal concentration for 50 percent of the test organisms) that EPA possesses.

405.    The USGS has detected ethoprop in dozens of waterways across the nation, as documented in reports on its nationwide water quality surveys. As shown in Exhibit B, some of these watersheds overlap the range of species that may be affected by this pesticide.

406.    EPA "affirmatively authorized" the continued use of the active ingredient ethoprop when it issued a Reregistration Eligibility Decision in July of 2006.

407.    On December 13, 2006, EPA completed product reregistration for ethoprop.  *See* https://www.epa.gov/pesticide-reevaluation/pesticides-have-completed-product-reregistration (last visited 6/26/2017).

408.    Active product registrations for this pesticide can be found on EPA's Pesticide Product Label System, *available at* http://iaspub.epa.gov/apex/pesticides/f?p=PPLS:1 (last visited 6/26/2017).

409.    Specifically, EPA's online Pesticide Product Label System lists the following pesticide products containing ethoprop that EPA affirmatively authorized by product reregistration or new product registration since January 20, 2005:

| Product Name | Date | Registration Number | Action |
|---|---|---|---|
| MOCAP 15% GRANULAR NEMATICIDE – INSECTICIDE | 9/25/2006 | 5481-9040 | Reregistration |
| MOCAP EC NEMATICIDE – INSECTICIDE | 9/25/2006 | 5481-9041 | Reregistration |
| MOCAP 20% GRANULAR LOCK 'N LOAD NEMATICIDE-INSECTICIDE | 9/25/2006 | 5481-9042 | Reregistration |

410.    Upon information and belief, EPA provided no hearings or other public participation for these product registration actions.

411.    As set forth above, EPA has discretion to influence or change registrations of pesticide products for the benefit of protected species.  For example, EPA may only register or reregister a

1  pesticide product if its use does not cause an unreasonable adverse effect on the environment.  7 U.S.C.

2  § 136a(c)(5); 7 U.S.C. § 136a-1(g)(2)(C); 40 C.F.R. § 152.112; 40 C.F.R. § 152.113(a).   EPA may also

3  change, cancel, restrict, or immediately suspend registered pesticides, pesticide labeling, or particular

4  uses at any time if it appears that the pesticide is causing an unreasonable adverse effect on the

5  environment.  7 U.S.C. § 136d(c).   Thus, EPA's product reregistration and its approvals of products

6  containing ethoprop constitute "affirmative agency actions" subject to consultation under Section

7  7(a)(2) of the ESA. 16 U.S.C. § 1536(a)(2).

8       412.   Plaintiffs' members live, work, visit, recreate, and otherwise enjoy areas across the

9  nation that may be impacted by products containing ethoprop.  Plaintiffs' members derive professional,

10  aesthetic, spiritual, recreational, economic, and educational benefits from the endangered and

11  threatened species that live in these areas and may be impacted by products containing ethoprop.  The

12  list of species that may be affected by products containing ethoprop is provided in Exhibit A, and

13  Plaintiffs' members have cognizable interests in these species.

14       413.   For example, products containing ethoprop may affect the reticulated flatwoods

15  salamander, and a member of Plaintiffs' organizations has a cognizable interest in this species based

16  on, among other things, efforts to observe the species during frequent visits to habitats where the

17  species can be found and may be affected by by products containing ethoprop.

18       414.   In the listing document for the reticulated flatwoods salamander, the U.S. Fish and

19  Wildlife Service explains: "Pesticides (including herbicides) may pose a threat to amphibians, such as

20  the reticulated flatwoods salamander, because their permeable eggs and skin readily absorb substances

21  from the surrounding aquatic or terrestrial environment (Duellman and Trueb 1986, pp. 199-200).

22  Negative effects that commonly used pesticides and herbicides may have on amphibians include

23  delayed metamorphosis, paralysis, reduced growth rate, and mortality (Bishop 1992, pp. 67-69)."

24       415.   Plaintiffs' members engage in wildlife observation, research, photography, restoration

25  activities, and educational programs involving endangered and threatened species that may be impacted

26  by products containing ethoprop.  Plaintiffs' members will continue to maintain an interest in the

27  species and areas that may be impacted by products containing ethoprop in the future.

28

416.    The above-described interests of Plaintiffs and their members have been and are being adversely affected by EPA's reregistration, registration and authorization of the use of products containing ethoprop, which is a pesticide that may harm endangered and threatened species and their habitats.  As alleged in the Complaint, products containing ethoprop may affect the species identified in Exhibit A, as well as their designated critical habitat.

417.    EPA's failure to ensure that products containing ethoprop does not impact endangered species and their habitats harms Plaintiffs' members' interests in the species and their habitats affected by products containing ethoprop.  For example, EPA's failure to consult on products containing ethoprop may impair recovery of species impacted by products containing ethoprop and may make it more likely that these species would suffer population declines.  Species declines and impaired recovery harm the interests that Plaintiffs' members have in the existence of these rare animals, such as by limiting their ability to observe the species.  Consultation on products containing ethoprop is necessary to ensure that Plaintiffs' members' interests in the species affected by products containing ethoprop are preserved and remain free from injury.

418.    EPA must register and authorize pesticide products before they can be used and has an ongoing responsibility to ensure that registered pesticides do not have unreasonable adverse effects on the environment.  Absent EPA's continuing registration and discretionary control and involvement in products containing ethoprop, this pesticide could not be used and could not negatively impact the listed species named in Exhibit A and their habitats.

419.    If this Court orders EPA to engage in consultation as required, the Service would analyze the extent to which products containing ethoprop affect listed species and their habitats and, if necessary, would suggest reasonable and prudent alternatives or measures to protect the species, which would protect Plaintiffs' members' interests in the species.  16 U.S.C. § 1536(a)(3).  Unless the requested relief is granted, Plaintiffs' interests will continue to be injured by EPA's failure to consult on products containing ethoprop with the Service, as well as by the potential ongoing harm to the species named in Exhibit A and their habitats as a result of ongoing use of products containing ethoprop.

420.    The injuries described above are actual, concrete injuries that are presently suffered by Plaintiffs and their members and will continue to occur unless relief is granted by this Court.  These injuries are directly caused by the Defendants' failure to consult with the Service to ensure that EPA's actions relating to products containing ethoprop do not affect listed species and Plaintiffs' members' cognizable interests in these species.  The relief sought herein, EPA's compliance with the ESA, would redress Plaintiffs' injuries.  Plaintiffs have no other adequate remedy at law, and they bring this action on behalf of their adversely affected members.

**MCPA, Salts and Esters**[24]

421.    Exhibit A contains a comprehensive, but not necessarily exhaustive, list of endangered and threatened species for which MCPA, salts and esters are known to be harmful to the taxonomic group of that species and is used in the state where that species lives.

422.    MCPA, salts and esters are pesticides for which the EPA has indicated that estimated environmental concentrations (EECs) are likely to exceed the Levels of Concern (LOCs) for endangered species, and/or may cause indirect effects on endangered species by altering habitat or food sources.  Specifically, EECs of MCPA, salts and esters are likely to exceed the LOCs for the following taxonomic groups:  mammals, birds, and reptiles.

423.    The MCPA, salts and esters are pesticides that are "highly acutely toxic" or "very highly acutely toxic" to the following taxonomic groups:  fish, amphibians, mollusks, and crustaceans.  These toxicity rankings are based on LD50 or LC50 data (lethal dose to 50 percent of the test organisms or lethal concentration for 50 percent of the test organisms) that EPA possesses.

424.    The USGS has detected MCPA, salts and esters in dozens of waterways across the nation, as documented in reports on its nationwide water quality surveys. As shown in Exhibit B, some of these watersheds overlap the range of species that may be affected by this pesticide.

425.    EPA "affirmatively authorized" the continued use of the active ingredient MCPA, salts and esters when it issued a Reregistration Eligibility Decision in September of 2004.

---

[24] MCPA, salts and esters refers to the following, which also shows the current EPA Case Number and EPA PC Code: MCPA, 2-ethyl hexyl ester (0017, 030564); MCPA, dimethylamine salt (0017, 030516); MCPA, isooctyl ester (0017, 030563); MCPA (0017, 030501); MCPA, sodium salt (0017, 030502).

426.   On August 18, 2010, EPA completed product reregistration for the MCPA, salts and esters.  *See* https://www.epa.gov/pesticide-reevaluation/pesticides-have-completed-product-reregistration (last visited 6/26/2017).

427.   Active product registrations for this pesticide can be found on EPA's Pesticide Product Label System, *available at* http://iaspub.epa.gov/apex/pesticides/f?p=PPLS:1 (last visited 6/26/2017).

428.   Specifically, the EPA's online Pesticide Product Label System lists the following pesticide products containing MCPA, salts and esters that EPA affirmatively authorized by product reregistration or new product registration since January 20, 2005[25]:

| Product Name | Date | Registration Number | Action |
| --- | --- | --- | --- |
| ORION HERBICIDE | 2/13/2008 | 100-1307 | Registration |
| RHOMENE MCPA AMINE HERBICIDE | 12/27/2007 | 11685-19 | Reregistration |
| CHIPTOX MCPA SODIUM SALT HERBICIDE | 1/20/2008 | 11685-20 | Reregistration |
| RHONOX MCPA LOW VOLATILE ESTER HERBICIDE | | 11685-21 | Reregistration |
| MCPA AMINE | 3/10/2008 | 1381-104 | Reregistration |
| WELD HERBICIDE | 3/18/2011 | 1381-246 | Registration |
| CARNIVORE HERBICIDE | 11/16/2011 | 1381-249 | Registration |
| MCPE PHENOXY HERBICIDE | 7/23/2008 | 1381-98 | Reregistration |
| AGROXONE | 12/26/2007 | 15440-37 | Reregistration |
| GORDON'S MCPA AMINE 4 | 1/11/2008 | 2217-362 | Reregistration |
| TRIMEC 959 BROADLEAF HERBICIDE | 4/9/2009 | 2217-773 | Reregistration |
| EH1153 WEED AND FEED 21-3-5 | 1/30/2008 | 2217-798 | Reregistration |
| EH-1154 WEED AND FEED 21-3-5 | 6/20/2008; 7/6/2009 | 2217-799 | Reregistration |
| EH1180 HERBICIDE | 8/11/2009 | 2217-803 | Reregistration |
| POWER ZONE BROADLEAF HERBICIDE FOR TURF | 10/22/2009 | 2217-834 | Reregistration |
| EH-1403 HERBICIDE | 8/20/2009 | 2217-863 | Reregistration |
| EH 1404 HERBICIDE | 10/1/2009 | 2217-865 | Reregistration |
| EH-1410 HERBICIDE | 1/31/2008 | 2217-873 | Reregistration |
| EH-1456 HERBICIDE | 9/17/2008 | 2217-914 | Registration |
| EH-1455 HERBICIDE | 9/17/2008 | 2217-915 | Registration |

[25] Where a date is not included, the EPA documentation of product reregistration did not appear on EPA's Pesticide Product Label System. However, product reregistration should have occurred between the September, 2004 RED and the August 8, 2010 completion of product reregistration.

| EH-1462 HERBICIDE | 10/2/2008 | 2217-917 | Registration |
|---|---|---|---|
| EH-1464 HERBICIDE | 10/2/2008 | 2217-918 | Registration |
| EH-1484 HERBICIDE | 8/6/2010 | 2217-940 | Registration |
| EH-1483 HERBICIDE | 8/6/2010 | 2217-941 | Registration |
| EH-1482 HERBICIDE | 4/29/2011 | 2217-945 | Registration |
| EH-1485 HERBICIDE | 1/21/2011 | 2217-946 | Registration |
| EH-1497 HERBICIDE | 9/15/2011 | 2217-953 | Registration |
| EH-1457 HERBICIDE | 9/15/2011 | 2217-954 | Registration |
| EH-1454 WEED & FEED | 9/15/2011 | 2217-956 | Registration |
| EH-1504 WEED & FEED | 9/15/2011 | 2217-957 | Registration |
| EH-1506 HERBICIDE | 7/14/2011 | 2217-958 | Registration |
| EH-1516 HERBICIDE | 10/11/2011 | 2217-961 | Registration |
| EH-1517 HERBICIDE | 10/11/2011 | 2217-962 | Registration |
| EH-1515 HERBICIDE | 2/7/2012 | 2217-965 | Registration |
| EH-1514 HERBICIDE | 5/7/2012 | 2217-966 | Registration |
| EH-1500 WEED & FEED | 6/8/2012 | 2217-967 | Registration |
| EH-1501 WEED & FEED | 6/8/2012 | 2217-968 | Registration |
| EH-1503 WEED & FEED | 8/23/2012 | 2217-969 | Registration |
| EH-1502 WEED & FEED | 8/23/2012 | 2217-970 | Registration |
| EH 1509 HERBICIDE | 8/28/2012 | 2217-971 | Registration |
| EH-1531 HERBICIDE | 8/26/2013 | 2217-979 | Registration |
| EH 1539 HERBICIDE | 11/18/2013 | 2217-984 | Registration |
| 1540 LCO TURF HERBICIDE | 11/18/2013 | 2217-985 | Registration |
| EH 1541 HERBICIDE | 11/21/2013 | 2217-986 | Registration |
| EH 1507 HERBICIDE | 9/10/2014 | 2217-994 | Registration |
| MCPA-4 AMINE | 1/11/2008 | 228-143 | Reregistration |
| RIVERDALE MCPA L.V. 4 ESTER | 9/17/2008 | 228-156 | Reregistration |
| RIVERDALE SODIUM SALT OF MCPA | 1/30/2008 | 228-199 | Reregistration |
| TRIAMINE II | 1/11/2008 | 228-206 | Reregistration |
| TRIAMINE II LAWN WEED KILLER | 1/11/2007 | 228-217 | Reregistration |
| TRI-POWER SELECTIVE HERBICIDE | 8/6/2009 | 228-262 | Reregistration |
| DAGGER SELECTIVE HERBICIDE | 1/24/2008 | 228-267 | Reregistration |
| SWEET SIXTEEN WEED AND FEED WITH TRI-POWER (R) | | 228-269 | Reregistration |
| RIVERDALE TRI-POWER (R) WEED AND FEED | 8/6/2009 | 228-270 | Reregistration |
| RIVERDALE TRI-POWER (R) LAWN WEED KILLER | | 228-271 | Reregistration |
| RIVERDALE TRI-POWER (R) SPOT WEED KILLER | | 228-272 | Reregistration |
| RIVERDALE TRI-POWER (R) LIQUID WEED AND FEED | 8/2/2011 | 228-276 | Reregistration |

| | | | |
|---|---|---|---|
| TRI-POWER PREMIUM LIQUID WEED AND FEED | 8/18/2010 | 228-277 | Reregistration |
| TRI-POWER (R) JET-SPRAY SPOT WEED KILLER | 1/28/2008 | 228-284 | Reregistration |
| RIVERDALE TRI-POWER L.A. WEED AND FEED | 5/3/2010 | 228-286 | Reregistration |
| RIVERDALE VETERAN 2010 HERBICIDE | 8/10/2009 | 228-296 | Reregistration |
| TRI-POWER (R) GRANULAR WEED KILLER | 8/24/2009 | 228-303 | Reregistration |
| 3-WAY WEED AND FEED WITH TRI-POWER (R) | 8/24/2009 | 228-304 | Reregistration |
| HORSEPOWER SELECTIVE HERBICIDE | 8/13/2009 | 228-313 | Reregistration |
| COOL POWER SELECTIVE HERBICIDE | 9/11/2009 | 228-317 | Reregistration |
| RIVERDALE TRUPOWER SELECTIVE HERBICIDE | 8/10/2009 | 228-323 | Reregistration |
| RIVERDALE SWEET SIXTEEN XL WEED AND FEED WITH HORSEPOWER | 6/16/2009 | 228-324 | Reregistration |
| RIVERDALE SWEET SIXTEEN WEED AND FEED WITH HORSEPOWER | 11/5/2007 | 228-325 | Reregistration |
| HORSEPOWER WEED AND FEED | 5/20/2009 | 228-326 | Reregistration |
| RIVERDALE HORSEPOWER L.A. WEED AND FEED | 8/6/2009 | 228-327 | Reregistration |
| HORSEPOWER GRANULAR WEED KILLER | 8/6/2009 | 228-328 | Reregistration |
| TRI-POWER N.Y. WEED AND FEED | 8/20/2009 | 228-330 | Reregistration |
| RIVERDALE MCDA L.A.C. SELECTIVE HERBICIDE | 6/30/2009 | 228-333 | Reregistration |
| RIVERDALE HORSEPOWER LAWN WEED KILLER | 8/13/2009 | 228-334 | Reregistration |
| RIVERDALE HORSEPOWER 8000 LAWN WEED KILLER | 1/31/2008 | 228-335 | Reregistration |
| HORSEPOWER SPOT WEED KILLER | 8/6/2009 | 228-336 | Reregistration |
| ECLIPSE SELECTIVE HERBICIDE | 1/23/2008 | 228-372 | Reregistration |
| PROGENY HERBICIDE | 7/1/2008 | 228-395 | Reregistration |
| RIVERDALE WIL-POWER SELECTIVE HERBICIDE | 7/23/2010 | 228-411 | Reregistration |
| TRUPOWER 2 SELECTIVE HERBICIDE | 9/11/2009 | 228-419 | Reregistration |
| CHASER ULTRA 2 SELECTIVE HERBICIDE | 12/10/2007 | 228-420 | Reregistration |
| RIVERDALE BATTLESHIP 2 SELECTIVE HERBICIDE | 3/24/2005 | 228-422 | Registration |

| | | | |
|---|---|---|---|
| CHANGE UP SELECTIVE HERBICIDE | 5/19/2005 | 228-445 | Registration |
| CHASER ULTRA3 SELECTIVE HERBICIDE | 5/27/2005 | 228-449 | Registration |
| BATTLESHIP 3 SELECTIVE HERBICIDE | 8/25/2005 | 228-453 | Registration |
| BRONATE ADVANCED HERBICIDE | 11/5/2007 | 264-690 | Reregistration |
| VENDETTA HERBICIDE | 11/22/2010 | 2935-552 | Registration |
| BASE CAMP MCP ESTER | 1/31/2011 | 2935-554 | Registration |
| COLT + SWORD HERBICIDE | 12/26/2007 | 34704-1011 | Reregistration |
| HAT TRICK THREE WAY HERBICIDE | 4/16/2009 | 34704-1017 | Registration |
| BROMAC ADVANCED | 3/19/2010 | 34704-1052 | Registration |
| MCP AMINE 4 | 6/6/2008 | 34704-130 | Reregistration |
| BROMAC | 10/21/2005 | 34704-886 | Registration |
| CHASER ULTRA 2 SELECTIVE HERBICIDE | 4/17/2006 | 34704-927 | Registration |
| MCP ESTER 4 HERBICIDE | 6/30/2008 | 34704-992 | Reregistration |
| SEE MCPA ESTER HERBICIDE | 6/17/2008 | 35935-20 | Reregistration |
| BROX-M ADVANCED | 11/18/2005 | 42750-103 | Registration |
| MCPA AMINE 4 | 12/27/2007 | 42750-14 | Reregistration |
| MCPA ESTER 4 | 1/17/2008 | 42750-23 | Reregistration |
| 91% MCPA ESTER | 10/3/2011 | 42750-233 | Registration |
| ALBAUGH SOLVE MCPA | 1/28/2008 | 42750-25 | Registration |
| DMD 3-WAY | 11/6/2014 | 42750-272 | Registration |
| BROX-M HERBICIDE | 1/31/2008 | 42750-52 | Reregistration |
| CLOPYRALID ACID + MCPA ESTER | 6/1/2005 | 42750-91 | Registration |
| TURF BUILDER PLUS 2 W/S FOR GRASS | | 538-160 | Reregistration |
| WEED-RHAP MCPA ESTER | 6/30/2008 | 5905-506 | Reregistration |
| WILDCARD XTRA | 1/31/2008 | 5905-550 | Registration |
| VOUCHER HERBICIDE | 5/7/2012 | 5905-585 | Registration |
| HM-1144 HERBICIDE | 2/21/2013 | 5905-590 | Registration |
| MCP AMINE | 12/27/2007 | 62719-13 | Reregistration |
| GF-1727 | 9/28/2007 | 62719-562 | Registration |
| MCP ESTER HERBICIDE | 11/20/2006 | 62719-573 | Registration |
| CURTAIL M | 7/23/2008 | 62719-86 | Reregistration |
| MCP AMINE WEED KILLER | 5/19/2008 | 67591-1 | Reregistration |
| TRUSLATE PRO HERBICIDE | 4/1/2009 | 71368-88 | Registration |
| CLEANSWEEP M HERBICIDE | 9/2/2009 | 71368-89 | Registration |
| VENDETTA F HERBICIDE | 7/1/2010 | 71368-98 | Registration |
| CLEARMAX HERBICIDE | 5/15/2006 | 7969-238 | Registration |
| TRIAD SELECT HERBICIDE | 3/26/2015 | 89442-22 | Registration |
| CHEMISCO HERBICIDE CONCENTRATE 1455 | 3/25/2010 | 9688-278 | Registration |

| CHEMISCO RTU HERBICIDE 1456 | 3/25/2010 | 9688-279 | Registration |
|---|---|---|---|
| CHEMISCO RTU HERBICIDE 1462 | 3/25/2010 | 9688-280 | Registration |
| CHEMISCO HERBICIDE CONCENTRATE 1464 | 3/25/2010 | 9688-281 | Registration |

429.    Upon information and belief, EPA provided no hearings or other public participation for these product registration actions.

430.    As set forth above, EPA has discretion to influence or change registrations of pesticide products for the benefit of protected species.  For example, EPA may only register or reregister a pesticide product if its use does not cause an unreasonable adverse effect on the environment.  7 U.S.C. § 136a(c)(5); 7 U.S.C. § 136a-1(g)(2)(C); 40 C.F.R. § 152.112; 40 C.F.R. § 152.113(a).  EPA may also change, cancel, restrict, or immediately suspend registered pesticides, pesticide labeling, or particular uses at any time if it appears that the pesticide is causing an unreasonable adverse effect on the environment.  7 U.S.C. § 136d(c).  Thus, EPA's product reregistration and its approvals of products containing MPCA salts and esters are "affirmative agency actions" subject to consultation under Section 7(a)(2) of the ESA. 16 U.S.C. § 1536(a)(2).

431.    Plaintiffs' members live, work, visit, recreate, and otherwise enjoy areas across the nation that may be impacted by products containing MCPA, salts and esters.  Plaintiffs' members derive professional, aesthetic, spiritual, recreational, economic, and educational benefits from the endangered and threatened species that live in these areas and may be impacted by products containing MCPA, salts and esters.  The list of species that may be affected by products containing MCPA, salts and esters is provided in Exhibit A, and Plaintiffs' members have cognizable interests in these species.

432.    For example, products containing MCPA, salts and esters may affect the blunt-nosed leopard lizard, and a member of Plaintiffs' organizations has a cognizable interest in this species based on, among other things, his efforts to observe the species during frequent visits to habitats where the species can be found and may be affected by products containing MCPA, salts and esters.

433.    In the recovery plan for the blunt-nosed leopard lizard, FWS states: "This dramatic loss of natural communities was the result of cultivation, modification and alteration of existing communities for petroleum and mineral extraction, pesticide applications, off-road vehicle use, and construction of transportation, communications, and irrigation infrastructures. These processes

1   collectively have caused the reduction and fragmentation of populations and decline of blunt-nosed

2   leopard lizards (Stebbins 1954, Montanucci 1965, USEWS 1980a, 1985a, Germano and Williams

3   1993)." MCPA salts and esters are herbicides commonly used in crops and pasture.

4       434.    Plaintiffs' members engage in wildlife observation, research, photography, restoration

5   activities, and educational programs involving endangered and threatened species that may be impacted

6   by products containing MCPA, salts and esters.  Plaintiffs' members will continue to maintain an

7   interest in the species and areas that may be impacted by products containing MCPA, salts and esters in

8   the future.

9       435.    The above-described interests of Plaintiffs and their members have been and are being

10  adversely affected by EPA's reregistration, registration and authorization of the use of products

11  containing MCPA, salts and esters, which is a pesticide that may harm endangered and threatened

12  species and their habitats.  As alleged in the Complaint, products containing MCPA, salts and esters

13  may affect the species identified in Exhibit A, as well as their designated critical habitat.

14      436.    EPA's failure to ensure that products containing MCPA, salts and esters do not impact

15  endangered species and their habitats harms Plaintiffs' members' interests in the species and their

16  habitats affected by products containing MCPA, salts and esters.  For example, EPA's failure to consult

17  on products containing MCPA, salts and esters may impair recovery of species impacted by products

18  containing MCPA, salts and esters and may make it more likely that these species would suffer

19  population declines.  Species declines and impaired recovery harm the interests that Plaintiffs'

20  members have in the existence of these rare animals, such as by limiting their ability to observe the

21  species.  Consultation on products containing MCPA, salts and esters is necessary to ensure that

22  Plaintiffs' members' interests in the species affected by products containing MCPA, salts and esters are

23  preserved and remain free from injury.

24      437.    EPA must register and authorize pesticides before they can be used and has an ongoing

25  responsibility to ensure that registered pesticides do not have unreasonable adverse effects on the

26  environment.  Absent EPA's continuing registration and discretionary control and involvement in

27  products containing MCPA, salts and esters, this pesticide could not be used and could not negatively

28  impact the listed species named in Exhibit A and their habitats.

438.    If this Court orders EPA to engage in consultation as required, the Service would analyze the extent to which products containing MCPA, salts and esters affect listed species and their habitats and, if necessary, would suggest reasonable and prudent alternatives or measures to protect the species, which would protect Plaintiffs' members' interests in the species.  16 U.S.C. § 1536(a)(3).  Unless the requested relief is granted, Plaintiffs' interests will continue to be injured by EPA's failure to consult on products containing MCPA, salts and esters with the Service, as well as by the potential ongoing harm to the species named in Exhibit A and their habitats as a result of ongoing use of products containing MCPA, salts and esters.

439.    The injuries described above are actual, concrete injuries that are presently suffered by Plaintiffs and their members and will continue to occur unless relief is granted by this Court.  These injuries are directly caused by the Defendants' failure to consult with the Service to ensure that EPA's actions relating to products containing MCPA, salts and esters do not affect listed species and Plaintiffs' members' cognizable interests in these species.  The relief sought herein, EPA's compliance with the ESA, would redress Plaintiffs' injuries.  Plaintiffs have no other adequate remedy at law, and they bring this action on behalf of their adversely affected members.

**Mancozeb**[26]

440.    Exhibit A contains a comprehensive, but not necessarily exhaustive, list of endangered and threatened species for which mancozeb is known to be harmful to the taxonomic group of that species and is used in the state where that species lives.

441.    Mancozeb is a pesticide for which the EPA has indicated that estimated environmental concentrations (EECs) are likely to exceed the Levels of Concern (LOCs) for endangered species, and/or may cause indirect effects on endangered species by altering habitat or food sources. Specifically, EECs of mancozeb are likely to exceed the LOCs for the following taxonomic groups: mammals, birds, freshwater fish, freshwater invertebrates, estuarine/marine fish, estuarine/marine invertebrates, and nonvascular aquatic plants.

442.    Mancozeb is a pesticide that is "highly acutely toxic" or "very highly acutely toxic" to the following taxonomic groups:  fish, amphibians, and crustaceans.  These toxicity rankings are based

---

[26] The current EPA Case Number and EPA PC Code for mancozeb are 0643, 014504.

on LD50 or LC50 data (lethal dose to 50 percent of the test organisms or lethal concentration for 50 percent of the test organisms) that EPA possesses.

443.    EPA "affirmatively authorized" the continued use of the active ingredient mancozeb when it issued a Reregistration Eligibility Decision in September of 2005.  EPA's 2005 mancozeb RED states:  "Available screening-level information for mancozeb indicate a potential concern for chronic effects on listed species of birds and mammals, acute and chronic effects on listed  species of freshwater fish and freshwater invertebrates, and acute effects on listed species of estuarine/marine fish should exposure actually occur . . . ."

444.    On June 11, 2013, EPA completed product reregistration for mancozeb.  *See* https://www.epa.gov/pesticide-reevaluation/pesticides-have-completed-product-reregistration (last visited 6/26/2017).

445.    Active product registrations for this pesticide can be found on EPA's Pesticide Product Label System, *available at* http://iaspub.epa.gov/apex/pesticides/f?p=PPLS:1 (last visited 6/26/2017). Specifically, the EPA's online Pesticide Product Label System lists the following pesticide products containing mancozeb that EPA affirmatively authorized by product reregistration or new product registration since January 20, 2005:

| Product Name | Date | Registration Number | Action |
|---|---|---|---|
| MAXIM MZ | 11/30/2009 | 100-1158 | Reregistration |
| RIDOMIL GOLD MZ WG | 5/16/2007 | 100-1269 | Registration |
| PROTECT DF | 7/25/2011 | 1001-77 | Reregistration |
| MEFENOXAM MZ | 11/30/2009 | 100-803 | Reregistration |
| MONCOAT MZ | 9/22/2010 | 10163-320 | Registration |
| GAVEL 75 DF | 7/21/2011 | 10163-6414 | Reregistration |
| P.S.T. 6 | 8/20/2012 | 11682-35 | Reregistration |
| ACROBAT MZ FUNGICIDE | 3/26/2009 | 241-383 | Reregistration |
| ACROBAT MZ WDG FUNGICIDE | 6/8/2009 | 241-395 | Reregistration |
| STATURE MZ FUNGICIDE | 2/18/2009 | 241-411 | Reregistration |
| KOVERALL FUNGICIDE | 9/30/2011 | 279-3580 | Registration |
| MANCOZEB POTATO SEED PROTECTANT FUNGICIDE | 8/27/2009 | 2935-496 | Reregistration |
| POTATO SEED TREATER PS | 4/7/2009 | 2935-539 | Reregistration |
| POTATO SEED TREATER 6% | 8/27/2009 | 2935-541 | Reregistration |
| ROPER DF | 12/21/2011 | 34704-1063 | Registration |

| GRAIN GUARD | 5/19/2011 | 400-558 | Reregistration |
| DUOSAN WSB WETTABLE POWDER TURF AND ORNAMENTAL FUNGICIDE | 1/13/2010 | 58185-31 | Reregistration |
| SEED RIGHT | 10/24/2014 | 59931-1 | Registration |
| DITHANE M-45 | 9/24/2009 | 62719-387 | Reregistration |
| FORE 80WP RAINSHIELD | 6/5/2013 | 62719-388 | Reregistration |
| DITHANE F-45 | 6/24/2009 | 62719-396 | Reregistration |
| DITHANE 75 DF RAINSHIELD | 3/26/2009 | 62719-402 | Reregistration |
| JUNCTION | 10/13/2005 | 67690-35 | Registration |
| PENTATHLON LF | 10/13/2005 | 67690-38 | Registration |
| PENTATHLON DF FUNGICIDE DISPERSIBLE GRANULES | 10/13/2005 | 67690-39 | Registration |
| Junction WSP | 8/22/2012 | 67690-59 | Registration |
| PENNCOZEB ORNAMENTAL FUNGICIDE | 7/24/2012 | 70506-182 | Reregistration |
| PENNCOZEB 80WP FUNGICIDE | 9/13/2012 | 70506-183 | Reregistration |
| PENNCOZEB 75 DF | 10/11/2011 | 70506-185 | Reregistration |
| MANZATE MAX FUNGICIDE | 6/11/2013 | 70506-194 | Reregistration |
| MANZATE 75 DF | 9/27/2012 | 70506-234 | Reregistration |
| MANZATE 80 WP FUNGICIDE | 6/8/2011 | 70506-235 | Reregistration |
| DUPONT MANZATE FLOWABLE | 7/13/2010 | 70506-236 | Reregistration |
| GREENSMAN | 4/8/2008 | 70506-269 | Registration |
| PHOENIX WINGMAN 4L | 3/1/2010 | 70506-287 | Registration |
| ELIXIR FUNGICIDE | 6/27/2013 | 70506-298 | Registration |
| Dexter Max Fungicide | 11/23/2016 | 70506-329 | Registration |
| MONCOAT MZ FUNGICIDE | 9/28/2009 | 71711-8 | Reregistration |
| 4 PLAY | 9/30/2010 | 73771-8 | Registration |
| DITHANE M-45 | 9/27/2012 | 829-286 | Reregistration |
| WILLOWOOD MANCOZEB 75WDG | 2/27/2014 | 87290-48 | Registration |
| MCC 3-Way Fungicide | 1/8/2016 | 87845-6 | Registration |
| Fortuna 75 WDG Fungicide | 12/6/2012 | 89333-1 | Registration |
| cY MANCO 4-40 WDG FUNGICIDE | 12/17/2014 | 90332-2 | Registration |
| JUNCTION | 8/10/2011 | 91411-7 | Reregistration |

446.    Upon information and belief, EPA provided no hearings or other public participation for these product registration actions.

447.    As set forth above, EPA has discretion to influence or change registrations of pesticide products for the benefit of protected species.  For example, EPA may only register or reregister a pesticide product if its use does not cause an unreasonable adverse effect on the environment.  7 U.S.C. § 136a(c)(5); 7 U.S.C. § 136a-1(g)(2)(C); 40 C.F.R. § 152.112; 40 C.F.R. § 152.113(a).  EPA may also

1    change, cancel, restrict, or immediately suspend registered pesticides, pesticide labeling, or particular

2    uses at any time if it appears that the pesticide is causing an unreasonable adverse effect on the

3    environment.  7 U.S.C. § 136d(c).   Thus, EPA's product reregistration and its approvals of products

4    containing mancozeb are "affirmative agency actions" subject to consultation under Section 7(a)(2) of

5    the ESA. 16 U.S.C. § 1536(a)(2).

6          448.   Plaintiffs' members live, work, visit, recreate, and otherwise enjoy areas across the

7    nation that may be impacted by products containing mancozeb.  Plaintiffs' members derive

8    professional, aesthetic, spiritual, recreational, economic, and educational benefits from the endangered

9    and threatened species that live in these areas and may be impacted by products containing mancozeb.

10   The list of species that may be affected by products containing mancozeb is provided in Exhibit A, and

11   Plaintiffs' members have cognizable interests in these species.

12         449.   For example, products containing mancozeb may affect the North American green

13   sturgeon (southern DPS), and a member of Plaintiffs' organizations has a cognizable interest in this

14   species based on, among other things, efforts to observe the species during frequent visits to habitats

15   where the species can be found and may be affected by products containing mancozeb.

16         450.   In the final rulemaking to designate critical habitat for North American green sturgeon,

17   the U.S. Fish and Wildlife Service found that the "application of pesticides may adversely affect prey

18   resources and water quality within the bays and estuaries . . . . In the San Francisco, San Pablo, and

19   Suisun bays, several pesticides have been detected at levels exceeding national benchmarks for the

20   protection of aquatic life (Domagalski et al. 2000). These pesticides pose a water quality issue and may

21   affect the abundance and health of prey items as well as the growth and reproductive health of Southern

22   DPS green sturgeon through bioaccumulation." 74 Fed. Reg. 52300 (October 9, 2009).

23         451.   Plaintiffs' members engage in wildlife observation, research, photography, restoration

24   activities, and educational programs involving endangered and threatened species that may be impacted

25   by products containing mancozeb.  Plaintiffs' members will continue to maintain an interest in the

26   species and areas that may be impacted by products containing mancozeb in the future.

27         452.   The above-described interests of Plaintiffs and their members have been and are being

28   adversely affected by EPA's reregistration, registration and authorization of the use of products

containing mancozeb, which are pesticides that may harm endangered and threatened species and their habitats. As alleged in the Complaint, products containing mancozeb may affect the species identified in Exhibit A, as well as their designated critical habitat.

453. EPA's failure to ensure that products containing mancozeb do not impact endangered species and their habitats harms Plaintiffs' members' interests in the species and their habitats affected by products containing mancozeb. For example, EPA's failure to consult on products containing mancozeb may impair recovery of species impacted by products containing mancozeb and may make it more likely that these species would suffer population declines. Species declines and impaired recovery harm the interests that Plaintiffs' members have in the existence of these rare animals, such as by limiting their ability to observe the species. Consultation on products containing mancozeb is necessary to ensure that Plaintiffs' members' interests in the species affected by products containing mancozeb are preserved and remain free from injury.

454. EPA must register and authorize pesticide products before they can be used and has an ongoing responsibility to ensure that registered pesticides do not have unreasonable adverse effects on the environment. Absent EPA's continuing registration and discretionary control and involvement in products containing mancozeb, these pesticides could not be used and could not be negatively impacting the listed species named in Exhibit A and their habitats.

455. If this Court orders EPA to engage in consultation as required, the Service would analyze the extent to which the products containing mancozeb affect listed species and their habitats and, if necessary, would suggest reasonable and prudent alternatives or measures to protect the species, which would protect Plaintiffs' members' interests in the species. 16 U.S.C. § 1536(a)(3). Unless the requested relief is granted, Plaintiffs' interests will continue to be injured by EPA's failure to consult on products containing mancozeb with the Service, as well as by the potential ongoing harm to the species named in Exhibit A and their habitats as a result of ongoing use of products containing mancozeb.

456. The injuries described above are actual, concrete injuries that are presently suffered by Plaintiffs and their members and will continue to occur unless relief is granted by this Court. These injuries are directly caused by the Defendants' failure to consult with the Service to ensure that EPA's

1  actions relating to products containing mancozeb do not affect listed species and Plaintiffs' members'

2  cognizable interests in these species.  The relief sought herein, EPA's compliance with the ESA, would

3  redress Plaintiffs' injuries.  Plaintiffs have no other adequate remedy at law, and they bring this action

4  on behalf of their adversely affected members.

5  **Methomyl**[27]

6  457.   Exhibit A contains a comprehensive, but not necessarily exhaustive, list of endangered

7  and threatened species for which methomyl is known to be harmful to the taxonomic group of that

8  species and is used in the state where that species lives.

9  458.   Methomyl is a known endocrine disrupter.  As explained above, endocrine disrupters

10  have effects on the reproductive and immune systems capable of compromising populations of

11  endangered species.

12  459.   Methomyl is a pesticide for which the EPA has indicated that estimated environmental

13  concentrations (EECs) are likely to exceed the Levels of Concern (LOCs) for endangered species,

14  and/or may cause indirect effects on endangered species by altering habitat or food sources.

15  Specifically, EECs of methomyl are likely to exceed the LOCs for the following taxonomic groups:

16  mammals, birds, fish, amphibians, crustaceans, and reptiles.

17  460.   Methomyl is a pesticide that is "highly acutely toxic" or "very highly acutely toxic" to

18  the following taxonomic groups:  mammals, birds, fish, amphibians, mollusks, crustaceans, insects, and

19  reptiles. These toxicity rankings are based on LD50 or LC50 data (lethal dose to 50 percent of the test

20  organisms or lethal concentration for 50 percent of the test organisms) that EPA possesses.

21  461.   The USGS has detected methomyl in dozens of waterways across the nation, as

22  documented in reports on its nationwide water quality surveys. As shown in Exhibit B, some of these

23  watersheds overlap the range of species that may be affected by this pesticide.

24  462.   EPA "affirmatively authorized" the continued use of the active ingredient methomyl

25  when it issued a Reregistration Eligibility Decision in March of 1998.

26

27

28

---

[27] The current EPA Case Number and EPA PC Code for methomyl are 0028, 090301.

463.    On November 15, 2011, EPA completed product reregistration for methomyl.  *See* https://www.epa.gov/pesticide-reevaluation/pesticides-have-completed-product-reregistration (last visited 6/26/2017).

464.    Active product registrations for this pesticide can be found on EPA's Pesticide Product Label System, *available at* http://iaspub.epa.gov/apex/pesticides/f?p=PPLS:1 (last visited 6/26/2017).

465.    Specifically, EPA's online Pesticide Product Label System lists the following pesticide products containing methomylthat EPA affirmatively authorized by product reregistration or new product registration since January 20, 2005:

| Product Name | Date | Registration Number | Action |
|---|---|---|---|
| DUPONT LANNATE SP INSECTICIDE | 9/22/2006 | 352-342 | Reregistration |
| DUPONT LANNATE LV INSECTICIDE | 5/23/2005 | 352-384 | Reregistration |
| ANNIHILATE LV | 7/9/2013 | 400-597 | Registration |
| ANNIHILATE SP | 7/9/2013 | 400-598 | Registration |
| LURECTRON SCATTERBAIT | 11/15/2011 | 7319-6 | Reregistration |
| METHOMYL 29 SL INSECTICIDE | 8/6/2012 | 82557-2 | Registration |
| METHOMYL 90 WSP | 8/6/2012 | 82557-3 | Registration |
| ROTAM METHOMYL 29LV INSECTICIDE | 4/5/2011 | 83100-27 | Registration |
| ROTAM METHOMYL 90SP INSECTICIDE | 4/5/2011 | 83100-28 | Registration |

466.    Upon information and belief, EPA provided no hearings or other public participation for these product registration actions. As set forth above, EPA has discretion to influence or change registrations of pesticide products for the benefit of protected species.  For example, EPA may only register or reregister a pesticide product if its use does not cause an unreasonable adverse effect on the environment.  7 U.S.C. § 136a(c)(5); 7 U.S.C. § 136a-1(g)(2)(C); 40 C.F.R. § 152.112; 40 C.F.R. § 152.113(a).   EPA may also change, cancel, restrict, or immediately suspend registered pesticides, pesticide labeling, or particular uses at any time if it appears that the pesticide is causing an unreasonable adverse effect on the environment.  7 U.S.C. § 136d(c).   Thus, EPA's product reregistration and its approvals of products containing methomyl are "affirmative agency actions" subject to consultation under Section 7(a)(2) of the ESA. 16 U.S.C. § 1536(a)(2).

467.    Plaintiffs' members live, work, visit, recreate, and otherwise enjoy areas across the nation that may be impacted by products containing methomyl.  Plaintiffs' members derive

1  professional, aesthetic, spiritual, recreational, economic, and educational benefits from the endangered

2  and threatened species that live in these areas and may be impacted by products containing methomyl.

3  The list of species that may be affected by products containing methomyl is provided in Exhibit A, and

4  Plaintiffs' members have cognizable interests in these species.

5      468.    For example, products containing methomyl may affect the giant garter snake, and a

6  member of Plaintiffs' organizations has a cognizable interest in this species based on, among other

7  things, his efforts to observe the species during frequent visits to habitats where the species can be

8  found and may be affected by products containing methomyl.

9      469.    In the rule listing the giant garter snake, FWS explains: "Contaminants, such as

10  fertilizers and pesticides, could adversely affect giant garter snake populations by degrading water

11  quality and reducing prey populations."

12      470.    Plaintiffs' members engage in wildlife observation, research, photography, restoration

13  activities, and educational programs involving endangered and threatened species that may be impacted

14  by products containing methomyl.  Plaintiffs' members will continue to maintain an interest in the

15  species and areas that may be impacted by products containing methomyl in the future.

16      471.    The above-described interests of Plaintiffs and their members have been and are being

17  adversely affected by EPA's registration and authorization of the use of products containing methomyl,

18  which is a pesticide that may harm endangered and threatened species and their habitats.  As alleged in

19  the Complaint, products containing methomyl may affect the species identified in Exhibit A, as well as

20  their designated critical habitat.

21      472.    EPA's failure to ensure that products containing methomyl do not impact endangered

22  species and their habitats harms Plaintiffs' members' interests in the species and their habitats affected

23  by products containing methomyl.  For example, EPA's failure to consult on products containing

24  methomyl may impair recovery of species impacted by products containing methomyl and may make it

25  more likely that these species would suffer population declines.  Species declines and impaired

26  recovery harm the interests that Plaintiffs' members have in the existence of these rare animals, such as

27  by limiting their ability to observe the species.  Consultation on products containing methomyl is

28

1    necessary to ensure that Plaintiffs' members' interests in the species affected by products containing

2    methomyl are preserved and remain free from injury.

3        473.    EPA must register and authorize pesticide products before they can be used and has an

4    ongoing responsibility to ensure that registered pesticides do not have unreasonable adverse effects on

5    the environment.  Absent EPA's continuing registration and discretionary control and involvement in

6    products containing methomyl, this pesticide could not be used and could not negatively impact the

7    listed species named in Exhibit A and their habitats.

8        474.    If this Court orders EPA to engage in consultation as required, the Service would analyze

9    the extent to which products containing methomyl affect listed species and their habitats and, if

10   necessary, would suggest reasonable and prudent alternatives or measures to protect the species, which

11   would protect Plaintiffs' members' interests in the species.  16 U.S.C. § 1536(a)(3).  Unless the

12   requested relief is granted, Plaintiffs' interests will continue to be injured by EPA's failure to consult

13   on products containing methomyl with the Service, as well as by the potential ongoing harm to the

14   species named in Exhibit A and their habitats as a result of ongoing use of products containing

15   methomyl.

16       475.    The injuries described above are actual, concrete injuries that are presently suffered by

17   Plaintiffs and their members and will continue to occur unless relief is granted by this Court.  These

18   injuries are directly caused by the Defendants' failure to consult with the Service to ensure that EPA's

19   actions relating to products containing methomyl do not affect listed species and Plaintiffs' members'

20   cognizable interests in these species.  The relief sought herein, EPA's compliance with the ESA, would

21   redress Plaintiffs' injuries.  Plaintiffs have no other adequate remedy at law, and they bring this action

22   on behalf of their adversely affected members.

23   **Metolachlor and Isomers**[28]

24       476.    Exhibit A contains a comprehensive, but not necessarily exhaustive, list of endangered

25   and threatened species for which metolachlor and isomers are known to be harmful to the taxonomic

26   group of that species and is used in the state where that species lives.

27   _____

28   [28] Metolachlor and isomers refers to the following, which also shows the current EPA Case Number and
     EPA PC Code: metolachlor (0001, 108801), metalachlor,S (0001, 108800).

477.    Metolachlor and isomers are known endocrine disrupters.  As explained above, endocrine disrupters have effects on the reproductive and immune systems capable of compromising populations of endangered species.

478.    Metolachlor and isomers are pesticides for which the EPA has indicated that estimated environmental concentrations (EECs) are likely to exceed the Levels of Concern (LOCs) for endangered species, and/or may cause indirect effects on endangered species by altering habitat or food sources.  Specifically, EECs of metolachlor and isomers are likely to exceed the LOCs for the following taxonomic groups:  mammals, birds, fish, amphibians, and reptiles.

479.    The metolachlor and isomers are pesticides that are "highly acutely toxic" or "very highly acutely toxic" to the following taxonomic groups:  mammals, fish, and amphibians.  These toxicity rankings are based on LD50 or LC50 data (lethal dose to 50 percent of the test organisms or lethal concentration for 50 percent of the test organisms) that EPA possesses.

480.    The USGS has detected metolachlor and isomers in dozens of waterways across the nation, as documented in reports on its nationwide water quality surveys. As shown in Exhibit B, some of these watersheds overlap the range of species that may be affected by this pesticide.

481.    EPA "affirmatively authorized" the continued use of the active ingredient metolachlor and isomers when it issued a Reregistration Eligibility Decision in December of 1994.

482.    On July 21, 2005, EPA completed product reregistration for metolachlor and isomers. *See* https://www.epa.gov/pesticide-reevaluation/pesticides-have-completed-product-reregistration (last visited 6/26/2017).

483.    Active product registrations for this pesticide can be found on EPA's Pesticide Product Label System, *available at* http://iaspub.epa.gov/apex/pesticides/f?p=PPLS:1 (last visited 6/26/2017).

484.    Specifically, EPA's online Pesticide Product Label System lists the following pesticide products containing metolachlor and isomers that EPA affirmatively authorized by product reregistration or new product registration since January 20, 2005:

| Product Name | Date | Registration Number | Action |
|---|---|---|---|
| PREFIX HERBICIDE | 4/13/2007 | 100-1268 | Registration |
| HALEX GT HERBICIDE | 9/5/2007 | 100-1282 | Registration |
| SYN-AI7227 | 11/10/2009 | 100-1356 | Registration |

| | | | |
|---|---|---|---|
| ZEMAX SELECTIVE HERBICIDE | 11/16/2011 | 100-1410 | Registration |
| LEXAR EZ HERBICIDE | 12/14/2011 | 100-1414 | Registration |
| Lumax EZ Herbicide | 8/2/2012 | 100-1442 | Registration |
| Acuron Flexi | 2/8/2016 | 100-1568 | Registration |
| CHARGER MAX | 9/19/2005 | 1381-194 | Registration |
| CHARGER MAX ATZ | 2/9/2006 | 1381-199 | Registration |
| CHARGER BASIC | 6/30/2006 | 1381-207 | Registration |
| CHARGER MAX ATZ LITE | 11/20/2006 | 1381-208 | Registration |
| DREXEL TRIZMET II | 1/12/2005 | 19713-547 | Registration |
| DREXEL TRIZMET LITE | 7/10/2014 | 19713-663 | Registration |
| UP-FRONT HERBICIDE | 2/16/2016 | 19713-677 | Registration |
| DREXEL TRIZAR HERBICIDE | 10/19/2016 | 19713-686 | Registration |
| TRIZMAX HERBICIDE | 1/3/2017 | 19713-688 | Registration |
| DREXEL MES-O-SATE HERBICIDE | 4/6/2017 | 19713-694 | Registration |
| F7583-3 HERBICIDE | 3/15/2012 | 279-3442 | Registration |
| STATEMENT HERBICIDE | 1/28/2014 | 279-3591 | Registration |
| MATADOR | 2/2/2011 | 34704-1054 | Registration |
| INTIMIDATOR-M | 2/2/2012 | 34704-1062 | Registration |
| INTIMIDATOR | 9/20/2012 | 34704-1065 | Registration |
| MATADOR-S | 1/29/2013 | 34704-1067 | Registration |
| LPI S-METOLACHLOR +ATRAZINE | 1/8/2013 | 34704-1070 | Registration |
| LPI METOLACHLOR + ATRAZINE HERBICIDE | 1/8/2013 | 34704-1072 | Registration |
| LPI S-METOLACHLOR HERBICIDE | 1/15/2013 | 34704-1073 | Registration |
| LPI METOLACHLOR | 1/26/2007 | 34704-977 | Registration |
| STALWART XTRA LITE HERBICIDE | 1/24/2012 | 60063-48 | Registration |
| STALWART MTZ | 12/21/2012 | 60063-52 | Registration |
| TRIANGLE HERBICIDE | 7/19/2005 | 66222-131 | Registration |
| PARALLEL PLUS | 11/15/2005 | 66222-132 | Registration |
| MANA 14204 | 12/21/2012 | 66222-244 | Registration |
| MANA 14223 | 12/21/2012 | 66222-245 | Registration |
| MANA 25311 | 5/22/2013 | 66222-251 | Registration |
| Moccasin Herbicide | 6/2/2016 | 70506-323 | Registration |
| HELMET SPC | 12/1/2016 | 74530-73 | Registration |
| HELMET | 12/28/2016 | 74530-74 | Registration |
| ARGOS ULTRA | 4/6/2017 | 74530-75 | Registration |
| Rotam Metolachlor+Atrazine+Mesotrione | 12/22/2016 | 83100-47 | Registration |
| Rotam Metolachlor+Mesotrione | 12/13/2016 | 83100-48 | Registration |
| Rotam Metolachlor 36.8% + Mesotrione 3.68% | 3/2/2017 | 83100-49 | Registration |
| Rotam Metolachlor 19% + Atrazine 18.6% + Mesotrione 2.44% | 3/8/2017 | 83100-50 | Registration |
| Sharda Metolachlor 86.4EC | 7/19/2016 | 83529-56 | Registration |

| Sharda Metolachlor 84.4EC-D | 7/19/2016 | 83529-57 | Registration |
| AGSAVER METOLACHLOR II | 5/24/2011 | 83772-10 | Registration |
| AGSAVER METOLACHLOR | 5/24/2011 | 83772-9 | Registration |
| ARC-METOLAZINE HERBICIDE | 12/28/2010 | 84930-23 | Registration |
| AX M-CHLOR CEC | 11/9/2012 | 89167-19 | Registration |
| AX M-CHLOR C | 11/13/2012 | 89167-20 | Registration |
| AX S-MET HERBICIDE | 6/26/2014 | 89167-40 | Registration |
| AX ATZ S-MET HERBICIDE | 5/29/2014 | 89167-41 | Registration |
| AX S-MET II HERBICIDE | 7/2/2014 | 89167-42 | Registration |
| AX MET-FOME | 11/30/2015 | 89167-55 | Registration |
| AX ATRACHLOR | 10/18/2012 | 89167-9 | Registration |
| LIBERTY METCHLORBUZIN | 11/21/2013 | 89168-28 | Registration |
| LIBERTY SULFENT/R-MET | 2/14/2017 | 89168-60 | Registration |

485.    Upon information and belief, EPA provided no hearings or other public participation for these product registration actions.

486.    As set forth above, EPA has discretion to influence or change registrations of pesticide products for the benefit of protected species.  For example, EPA may only register or reregister a pesticide product if its use does not cause an unreasonable adverse effect on the environment.  7 U.S.C. § 136a(c)(5); 7 U.S.C. § 136a-1(g)(2)(C); 40 C.F.R. § 152.112; 40 C.F.R. § 152.113(a).   EPA may also change, cancel, restrict, or immediately suspend registered pesticides, pesticide labeling, or particular uses at any time if it appears that the pesticide is causing an unreasonable adverse effect on the environment.  7 U.S.C. § 136d(c).   Thus, EPA's product reregistration and its approvals of products containing metolachlor and isomers are "affirmative agency actions" subject to consultation under Section 7(a)(2) of the ESA. 16 U.S.C. § 1536(a)(2).

487.    Plaintiffs' members live, work, visit, recreate, and otherwise enjoy areas across the nation that may be impacted by products containing metolachlor and isomers.  Plaintiffs' members derive professional, aesthetic, spiritual, recreational, economic, and educational benefits from the endangered and threatened species that live in these areas and may be impacted by products containing metolachlor and isomers.  The list of species that may be affected by products containing metolachlor and isomers is provided in Exhibit A, and Plaintiffs' members have cognizable interests in these species.

488.   For example, products containing metolachlor and isomers may affect the Atlantic salt marsh snake, and a member of Plaintiffs' organizations has a cognizable interest in this species based on, among other things, her efforts to observe the species during frequent visits to habitats where the species can be found and may be affected by products containing metolachlor and isomers.

489.   In the recovery plan for the Atlantic salt marsh snake, FWS explains: "Urban runoff, including pesticides and fertilizers applied to lawns and mosquito spraying, may degrade salt marsh habitats making them unsuitable for Atlantic salt marsh snakes." Metolachlor and isomers are herbicides used on lawns for weed control.

490.   Plaintiffs' members engage in wildlife observation, research, photography, restoration activities, and educational programs involving endangered and threatened species that may be impacted by products containing metolachlor and isomers.  Plaintiffs' members will continue to maintain an interest in the species and areas that may be impacted by products containing metolachlor and isomers in the future.

491.   The above-described interests of Plaintiffs and their members have been and are being adversely affected by EPA's reregistration, registration and authorization of the use of products containing metolachlor and isomers, which is a pesticide that may harm endangered and threatened species and their habitats.  As alleged in the Complaint, products containing metolachlor and isomers may affect the species identified in Exhibit A, as well as their designated critical habitat.

492.   EPA's failure to ensure that products containing metolachlor and isomers do not impact endangered species and their habitats harms Plaintiffs' members' interests in the species and their habitats affected by products containing metolachlor and isomers.  For example, EPA's failure to consult on products containing metolachlor and isomers may impair recovery of species impacted by products containing metolachlor and isomers and may make it more likely that these species would suffer population declines.  Species declines and impaired recovery harm the interests that Plaintiffs' members have in the existence of these rare animals, such as by limiting their ability to observe the species.  Consultation on products containing metolachlor and isomers is necessary to ensure that Plaintiffs' members' interests in the species affected by products containing metolachlor and isomers are preserved and remain free from injury.

493.    EPA must register and authorize pesticide products before they can be used and has an ongoing responsibility to ensure that registered pesticides do not have unreasonable adverse effects on the environment.  Absent EPA's continuing registration and discretionary control and involvement in products containing metolachlor and isomers, this pesticide could not be used and could not negatively impact the listed species named in Exhibit A and their habitats.

494.    If this Court orders EPA to engage in consultation as required, the Service would analyze the extent to which products containing metolachlor and isomers affect listed species and their habitats and, if necessary, would suggest reasonable and prudent alternatives or measures to protect the species, which would protect Plaintiffs' members' interests in the species.  16 U.S.C. § 1536(a)(3).  Unless the requested relief is granted, Plaintiffs' interests will continue to be injured by EPA's failure to consult on products containing metolachlor and isomers with the Service, as well as by the potential ongoing harm to the species named in Exhibit A and their habitats as a result of ongoing use of products containing metolachlor and isomers.

495.    The injuries described above are actual, concrete injuries that are presently suffered by Plaintiffs and their members and will continue to occur unless relief is granted by this Court.  These injuries are directly caused by the Defendants' failure to consult with the Service to ensure that EPA's actions relating to products containing metolachlor and isomers do not affect listed species and Plaintiffs' members' cognizable interests in these species.  The relief sought herein, EPA's compliance with the ESA, would redress Plaintiffs' injuries.  Plaintiffs have no other adequate remedy at law, and they bring this action on behalf of their adversely affected members.

**Metribuzin**[29]

496.    Exhibit A contains a comprehensive, but not necessarily exhaustive, list of endangered and threatened species for which metribuzin is known to be harmful to the taxonomic group of that species and is used in the state where that species lives.

497.    Metribuzin is a known endocrine disrupter.  As explained above, endocrine disrupters have effects on the reproductive and immune systems capable of compromising populations of endangered species.

---

[29] The current EPA Case Number and EPA PC Code for metribuzin are 0181, 101101.

498.    Metribuzin is a pesticide for which the EPA has indicated that estimated environmental concentrations (EECs) are likely to exceed the Levels of Concern (LOCs) for endangered species, and/or may cause indirect effects on endangered species by altering habitat or food sources. Specifically, EECs of metribuzin are likely to exceed the LOCs for the following taxonomic groups: mammals, birds, and reptiles.

499.    The USGS has detected metribuzin in dozens of waterways across the nation, as documented in reports on its nationwide water quality surveys. As shown in Exhibit B, some of these watersheds overlap the range of species that may be affected by this pesticide.

500.    EPA "affirmatively authorized" the continued use of the active ingredient metribuzin when it issued a Reregistration Eligibility Decision in June of 1997.

501.    On July 21, 2005, EPA completed product reregistration for metribuzin.  *See* https://www.epa.gov/pesticide-reevaluation/pesticides-have-completed-product-reregistration (last visited 6/26/2017).

502.    Active product registrations for this pesticide can be found on EPA's Pesticide Product Label System, *available at* http://iaspub.epa.gov/apex/pesticides/f?p=PPLS:1 (last visited 6/26/2017).

503.    Specifically, EPA's online Pesticide Product Label System lists the following pesticide products containing metribuzin that EPA affirmatively authorized by product reregistration or new product registration since January 20, 2005:

| Product Name | Date | Registration Number | Actions |
|---|---|---|---|
| DIMETRIC DF 75% | 2/28/2006 | 1381-197 | Registration |
| F6482 45DF HERBICIDE | 9/2/2008 | 279-3340 | Registration |
| F6482 TURF AND IVM | 8/28/2008 | 279-3350 | Registration |
| F6482-2 TURF AND IVM HERBICIDE | 2/15/2011 | 279-3412 | Registration |
| MATADOR | 2/2/2011 | 34704-1054 | Registration |
| INTIMIDATOR-M | 2/2/2012 | 34704-1062 | Registration |
| INTIMIDATOR | 9/20/2012 | 34704-1065 | Registration |
| MATADOR-S | 1/29/2013 | 34704-1067 | Registration |
| METRIBUZIN 75 | 3/3/2005 | 34704-876 | Registration |
| METRIBUZIN 4 L | 1/18/2008 | 34704-990 | Registration |
| DUPONT BL2 HERBICIDE | 3/11/2014 | 352-885 | Registration |
| DUPONT CANOPY BLEND HERBICIDE | 3/12/2014 | 352-886 | Registration |
| DUPONT TRIVENCE HERBICIDE | 3/19/2014 | 352-887 | Registration |
| DUPONT CANSIO HERBICIDE | 8/17/2015 | 352-912 | Registration |

| SENCOR 75% TURF HERBICIDE | 3/14/2007 | 432-1469 | Registration |
|---|---|---|---|
| STALWART MTZ | 12/21/2012 | 60063-52 | Registration |
| MANA 14223 | 12/21/2012 | 66222-245 | Registration |
| MANA 31301 | 1/23/2014 | 66222-256 | Registration |
| MANA 31304 | 4/20/2015 | 66222-260 | Registration |
| UPI METRIBUZIN 75DF HERBICIDE | 3/30/2005 | 70506-67 | Registration |
| METRI 4F HERBICIDE | 3/30/2005 | 70506-68 | Registration |
| Tribute SC | 11/28/2016 | 70905-5 | Registration |
| Tribute DF | 11/28/2016 | 70905-6 | Registration |
| Panther Pro Herbicide | 12/22/2016 | 71368-120 | Registration |
| CLOAK HERBICIDE | 1/5/2009 | 71368-83 | Registration |
| GWN-9889 | 12/7/2010 | 81880-25 | Registration |
| SHARDA CHLORIMURON + METRIBUZIN WDG | 10/23/2014 | 83529-41 | Registration |
| Metribuzin 70 WDG | 11/20/2015 | 83529-44 | Registration |
| Sharda Metribuzin 4SC | 12/2/2015 | 83529-46 | Registration |
| Sulfentrazone MTZ DF | 3/21/2017 | 87290-70 | Registration |
| LIBERTY METCHLORBUZIN | 11/21/2013 | 89168-28 | Registration |
| LIBERTY METRIBUZIN 75DF | 10/22/2013 | 89168-30 | Registration |
| LIBERTY BUZINAPYR | 4/13/2015 | 89168-37 | Registration |
| LIBERTY METRIBUZIN 4L | 1/3/2017 | 89168-62 | Registration |

504.    Upon information and belief, EPA provided no hearings or other public participation for these product registration actions.

505.    As set forth above, EPA has discretion to influence or change registrations of pesticide products for the benefit of protected species.  For example, EPA may only register or reregister a pesticide product if its use does not cause an unreasonable adverse effect on the environment.  7 U.S.C. § 136a(c)(5); 7 U.S.C. § 136a-1(g)(2)(C); 40 C.F.R. § 152.112; 40 C.F.R. § 152.113(a).   EPA may also change, cancel, restrict, or immediately suspend registered pesticides, pesticide labeling, or particular uses at any time if it appears that the pesticide is causing an unreasonable adverse effect on the environment.  7 U.S.C. § 136d(c).   Thus, EPA's product reregistration and its approvals of products containing metribuzin constitute "affirmative agency actions" subject to consultation under Section 7(a)(2) of the ESA. 16 U.S.C. § 1536(a)(2).

506.    Plaintiffs' members live, work, visit, recreate, and otherwise enjoy areas across the nation that may be impacted by products containing metribuzin.  Plaintiffs' members derive professional, aesthetic, spiritual, recreational, economic, and educational benefits from the endangered

and threatened species that live in these areas and may be impacted by products containing metribuzin. The list of species that may be affected by products containing metribuzin is provided in Exhibit A, and Plaintiffs' members have cognizable interests in these species.

507.   For example, products containing metribuzin may affect the Coastal California gnatcatcher, and a member of Plaintiffs' organizations has a cognizable interest in this species based on, among other things, efforts to observe the species during frequent visits to habitats where the species can be found and may be affected by products containing metribuzin.

508.   In the rule designating critical habitat for the Coastal California gnatcatcher, FWS explains that activities that affect gnatcatcher habitat, including "herbicide application" require consultation.

509.   Plaintiffs' members engage in wildlife observation, research, photography, restoration activities, and educational programs involving endangered and threatened species that may be impacted by products containing metribuzin.  Plaintiffs' members will continue to maintain an interest in the species and areas that may be impacted by products containing metribuzin in the future.

510.   The above-described interests of Plaintiffs and their members have been and are being adversely affected by EPA's reregistration, registration and authorization of the use of products containing metribuzin, which is a pesticide that may harm endangered and threatened species and their habitats.  As alleged in the Complaint, products containing metribuzin may affect the species identified in Exhibit A, as well as their designated critical habitat.

511.   EPA's failure to ensure that products containing metribuzin do not impact endangered species and their habitats harms Plaintiffs' members' interests in the species and their habitats affected by products containing metribuzin.  For example, EPA's failure to consult on products containing metribuzin may impair recovery of species impacted by products containing metribuzin and may make it more likely that these species would suffer population declines.  Species declines and impaired recovery harm the interests that Plaintiffs' members have in the existence of these rare animals, such as by limiting their ability to observe the species.  Consultation on products containing metribuzin is necessary to ensure that Plaintiffs' members' interests in the species affected by products containing metribuzin are preserved and remain free from injury.

512.    EPA must register and authorize pesticide products before they can be used and has an ongoing responsibility to ensure that registered pesticides do not have unreasonable adverse effects on the environment.  Absent EPA's continuing registration and discretionary control and involvement in products containing metribuzin, this pesticide could not be used and could not negatively impact the listed species named in Exhibit A and their habitats.

513.    If this Court orders EPA to engage in consultation as required, the Service would analyze the extent to which products containing metribuzin affect listed species and their habitats and, if necessary, would suggest reasonable and prudent alternatives or measures to protect the species, which would protect Plaintiffs' members' interests in the species.  16 U.S.C. § 1536(a)(3).  Unless the requested relief is granted, Plaintiffs' interests will continue to be injured by EPA's failure to consult on products containing metribuzin with the Service, as well as by the potential ongoing harm to the species named in Exhibit A and their habitats as a result of ongoing use of products containing metribuzin.

514.    The injuries described above are actual, concrete injuries that are presently suffered by Plaintiffs and their members and will continue to occur unless relief is granted by this Court.  These injuries are directly caused by the Defendants' failure to consult with the Service to ensure that EPA's actions relating to products containing metribuzin do not affect listed species and Plaintiffs' members' cognizable interests in these species.  The relief sought herein, EPA's compliance with the ESA, would redress Plaintiffs' injuries.  Plaintiffs have no other adequate remedy at law, and they bring this action on behalf of their adversely affected members.

**Naled**[30]

515.    Exhibit A contains a comprehensive, but not necessarily exhaustive, list of endangered and threatened species for which naled is known to be harmful to the taxonomic group of that species and is used in the state where that species lives.

516.    Naled is a pesticide for which the EPA has indicated that estimated environmental concentrations (EECs) are likely to exceed the Levels of Concern (LOCs) for endangered species, and/or may cause indirect effects on endangered species by altering habitat or food sources.

---

[30] The current EPA Case Number and EPA PC Code for naled are 0092, 034401.

Fourth Amended Complaint for Declaratory and Injunctive Relief
Case No. 3:11-cv-00293-JCS                                                                                     154

Specifically, EECs of naled are likely to exceed the LOCs for the following taxonomic groups: mammals, birds, fish, amphibians, mollusks, crustaceans, insects, and reptiles].

517.    Naled is a pesticide that is "highly acutely toxic" or "very highly acutely toxic" to the following taxonomic groups:  mammals, birds, fish, amphibians, crustaceans, insects, and reptiles. These toxicity rankings are based on LD50 or LC50 data (lethal dose to 50 percent of the test organisms or lethal concentration for 50 percent of the test organisms) that EPA possesses.

518.    EPA "affirmatively authorized" the continued use of the active ingredient naled when it issued a Reregistration Eligibility Decision in July of 2006.

519.    On December 6, 2007, EPA completed product reregistration for naled.  *See* https://www.epa.gov/pesticide-reevaluation/pesticides-have-completed-product-reregistration (last visited 6/26/2017).

520.    Active product registrations for this pesticide can be found on EPA's Pesticide Product Label System, *available at* http://iaspub.epa.gov/apex/pesticides/f?p=PPLS:1 (last visited 6/26/2017).

521.    Specifically, EPA's online Pesticide Product Label System lists the following pesticide products containing naled that EPA affirmatively authorized by product reregistration or new product registration since January 20, 2005:

| Product Name | Date | Registration Number | Action |
|---|---|---|---|
| PROKIL NALED INSECTICIDE | 12/6/2007 | 10163-46 | Reregistration |
| DIBROM 8 EMULSIVE | 9/24/2007 | 5481-479 | Reregistration |
| DIBROM CONCENTRATE | 7/12/2007 | 5481-480 | Reregistration |
| TRUMPET EC INSECTICIDE | 10/18/2007 | 5481-481 | Reregistration |
| FLY KILLER D | 11/8/2007 | 5481-482 | Reregistration |

522.    Upon information and belief, EPA provided no hearings or other public participation for these product registration actions.

523.    As set forth above, EPA has discretion to influence or change registrations of pesticide products for the benefit of protected species.  For example, EPA may only register or reregister a pesticide product if its use does not cause an unreasonable adverse effect on the environment.  7 U.S.C. § 136a(c)(5); 7 U.S.C. § 136a-1(g)(2)(C); 40 C.F.R. § 152.112; 40 C.F.R. § 152.113(a).  EPA may also change, cancel, restrict, or immediately suspend registered pesticides, pesticide labeling, or particular uses at any time if it appears that the pesticide is causing an unreasonable adverse effect on the

1   environment.  7 U.S.C. § 136d(c).   Thus, EPA's product reregistration and its approvals of products

2   containing naled constitute "affirmative agency actions" subject to consultation under Section 7(a)(2)

3   of the ESA. 16 U.S.C. § 1536(a)(2).

4       524.   Plaintiffs' members live, work, visit, recreate, and otherwise enjoy areas across the

5   nation that may be impacted by products containing naled.  Plaintiffs' members derive professional,

6   aesthetic, spiritual, recreational, economic, and educational benefits from the endangered and

7   threatened species that live in these areas and may be impacted by products containing naled.  The list

8   of species that may be affected by products containing naled is provided in Exhibit A, and Plaintiffs'

9   members have cognizable interests in these species.

10       525.   For example, products containing naled may affect the California least tern, and a

11   member of Plaintiffs' organizations has a cognizable interest in this species based on, among other

12   things, his efforts to observe the species during frequent visits to habitats where the species can be

13   found and may be affected by products containing naled.

14       526.   In the recovery plan for the California least tern, FWS explains: "A substantial pesticide

15   threat may occur from chemicals used for mosquito larvicide control. These may have high invertebrate

16   toxicities. It is conceivable that pesticides could alter the benthic communities to such an extent that

17   fish production or availability could be changed drastically. Agricultural fields near estuaries could also

18   be affected . . . ."  products containing naled are used in mosquito control.

19       527.   Plaintiffs' members engage in wildlife observation, research, photography, restoration

20   activities, and educational programs involving endangered and threatened species that may be impacted

21   by products containing naled.  Plaintiffs' members will continue to maintain an interest in the species

22   and areas that may be impacted by products containing naled in the future.

23       528.   The above-described interests of Plaintiffs and their members have been and are being

24   adversely affected by EPA's registration and authorization of the use of products containing naled,

25   which is a pesticide that may harm endangered and threatened species and their habitats.  As alleged in

26   the Complaint, products containing naled may affect the species identified in Exhibit A, as well as their

27   designated critical habitat.

28

529.   EPA's failure to ensure that products containing naled do not impact endangered species and their habitats harms Plaintiffs' members' interests in the species and their habitats affected by products containing naled.  For example, EPA's failure to consult on products containing naled may impair recovery of species impacted by products containing naled and may make it more likely that these species would suffer population declines.  Species declines and impaired recovery harm the interests that Plaintiffs' members have in the existence of these rare animals, such as by limiting their ability to observe the species.  Consultation on products containing naled is necessary to ensure that Plaintiffs' members' interests in the species affected by products containing naled are preserved and remain free from injury.

530.   EPA must reregister, register and authorize pesticides before they can be used and has an ongoing responsibility to ensure that registered pesticides do not have unreasonable adverse effects on the environment.  Absent EPA's continuing registration and discretionary control and involvement in products containing naled, this pesticide could not be used and could not negatively impact the listed species named in Exhibit A and their habitats.

531.   If this Court orders EPA to engage in consultation as required, the Service would analyze the extent to which products containing naled affect listed species and their habitats and, if necessary, would suggest reasonable and prudent alternatives or measures to protect the species, which would protect Plaintiffs' members' interests in the species.  16 U.S.C. § 1536(a)(3).  Unless the requested relief is granted, Plaintiffs' interests will continue to be injured by EPA's failure to consult on products containing naled with the Service, as well as by the potential ongoing harm to the species named in Exhibit A and their habitats as a result of ongoing use of products containing naled.

532.   The injuries described above are actual, concrete injuries that are presently suffered by Plaintiffs and their members and will continue to occur unless relief is granted by this Court.  These injuries are directly caused by the Defendants' failure to consult with the Service to ensure that EPA's actions relating to products containing naled do not affect listed species and Plaintiffs' members' cognizable interests in these species.  The relief sought herein, EPA's compliance with the ESA, would redress Plaintiffs' injuries.  Plaintiffs have no other adequate remedy at law, and they bring this action on behalf of their adversely affected members.

**Oxyfluorfen**[31]

533.   Exhibit A contains a comprehensive, but not necessarily exhaustive, list of endangered and threatened species for which oxyfluorfen is known to be harmful to the taxonomic group of that species and is used in the state where that species lives.

534.   Oxyfluorfen is a pesticide for which the EPA has indicated that estimated environmental concentrations (EECs) are likely to exceed the Levels of Concern (LOCs) for endangered species, and/or may cause indirect effects on endangered species by altering habitat or food sources. Specifically, EECs of oxyfluorfen are likely to exceed the LOCs for the following taxonomic groups: mammals, birds, fish, amphibians, crustaceans, and reptiles.

535.   Oxyfluorfen is a pesticide that is "highly acutely toxic" or "very highly acutely toxic" to the following taxonomic groups:  birds, fish, amphibians, crustaceans, and reptiles.  These toxicity rankings are based on LD50 or LC50 data (lethal dose to 50 percent of the test organisms or lethal concentration for 50 percent of the test organisms) that EPA possesses.

536.   EPA "affirmatively authorized" the continued use of the active ingredient oxyfluorfen when it issued a Reregistration Eligibility Decision in August of 2002.

537.   On January 8, 2008, EPA completed product reregistration for oxyfluorfen.  *See* https://www.epa.gov/pesticide-reevaluation/pesticides-have-completed-product-reregistration (last visited 6/26/2017).

538.   Active product registrations for this pesticide can be found on EPA's Pesticide Product Label System, *available at* http://iaspub.epa.gov/apex/pesticides/f?p=PPLS:1 (last visited 6/26/2017).

539.   Specifically, EPA's online Pesticide Product Label System lists the following pesticide products containing oxyfluorfen that EPA affirmatively authorized by product reregistration or new product registration since January 20, 2005:

| Product Name | Date | Registration Number | Action |
|---|---|---|---|
| NUFARM DOUBLE O PRO HERBICIDE | 6/9/2006 | 228-632 | Registration |
| NUFARM TWO OX PRO HERBICIDE | 1/19/2007 | 228-649 | Registration |
| ORTHO FENCE & GRASS EDGER FORMULA II | 10/23/2007 | 239-2516 | Reregistration |

---

[31] The current EPA Case Number and EPA PC Code for oxyfluorfen are 2490, 111601.

| | | | |
|---|---|---|---|
| TRIOX VEGETATION KILLER FORMULA II | 11/5/2007 | 239-2622 | Reregistration |
| ORTHO SEASON-LONG GRASS & WEED KILLER | 11/3/2005 | 239-2694 | Registration |
| ORTHO SEASON LONG WEED & GRASS KILLER PLUS PREVENTER READY-SPRAY II | 2/18/2010 | 239-2706 | Registration |
| END ZONE HERBICIDE | 4/7/2005 | 34704-877 | Registration |
| OXYFLUORFEN 2EC | 11/3/2006 | 42750-136 | Registration |
| OXYFLUORFEN 4SC | 8/22/2008 | 42750-199 | Registration |
| KLEENUP SUPER EDGER | 12/10/2007 | 4-432 | Reregistration |
| REGAL O-O HERBICIDE | 8/2/2007 | 48234-10 | Reregistration |
| HARRELL'S GRANULAR HERBICIDE 75 | 2/4/2005 | 52287-15 | Registration |
| ORNAMENTAL HERBICIDE II | 10/6/2006 | 58185-178 | Reregistration |
| ROUT ORNAMENTAL HERBICIDE | 9/14/2007 | 58185-27 | Reregistration |
| BIATHLON | 11/24/2010 | 59807-12 | Registration |
| GOAL 2XL HERBICIDE | 8/8/2006 | 62719-424 | Reregistration |
| GOALTENDER | 10/23/2007 | 62719-447 | Reregistration |
| RAWHIDE 4F HERBICIDE | 2/2/2006 | 62719-448 | Registration |
| Pindar GT | 12/17/2009 | 62719-611 | Registration |
| CLEANTRAXX | 2/24/2016 | 62719-702 | Registration |
| CHIEF 3SC HERBICIDE | 8/22/2005 | 66222-107 | Registration |
| GALIGAN H2O | 3/22/2007 | 66222-140 | Registration |
| ZOOMER HERBICIDE | 12/7/2007 | 66222-157 | Registration |
| GALIGAN 2E | 1/8/2008 | 66222-28 | Reregistration |
| OXBOW 2E | 10/27/2011 | 70506-245 | Registration |
| DOUBLEDOWN | 10/25/2007 | 70506-263 | Registration |
| ROCKET HERBICIDE | 10/5/2011 | 70506-295 | Registration |
| WILLOWOOD OXYFLO 4 SC | 9/29/2010 | 87290-10 | Registration |
| WILLOWOOD OXYFLO 2 EC | 11/2/2010 | 87290-8 | Registration |
| CHEMSICO HERBICIDE CONCENTRATE 4A | 11/8/2007 | 9688-259 | Registration |
| CHEMSICO HERBICIDE RTU 4A | 12/3/2007 | 9688-264 | Registration |
| HERBICIDE CONCENTRATE 4B | 4/30/2010 | 9688-283 | Registration |
| CHEMSICO HERBICIDE RTU 4B | 5/6/2010 | 9688-284 | Registration |
| CHEMSICO HERBICIDE GWE | 12/17/2013 | 9688-318 | Registration |

540.    Upon information and belief, EPA provided no hearings or other public participation for these product registration actions.

541.    As set forth above, EPA has discretion to influence or change registrations of pesticide products for the benefit of protected species.  For example, EPA may only register or reregister a

1  pesticide product if its use does not cause an unreasonable adverse effect on the environment.  7 U.S.C.

2  § 136a(c)(5); 7 U.S.C. § 136a-1(g)(2)(C); 40 C.F.R. § 152.112; 40 C.F.R. § 152.113(a).  EPA may also

3  change, cancel, restrict, or immediately suspend registered pesticides, pesticide labeling, or particular

4  uses at any time if it appears that the pesticide is causing an unreasonable adverse effect on the

5  environment.  7 U.S.C. § 136d(c).  Thus, EPA's product reregistration and its approvals of products

6  containing oxyfluorfen constitute "affirmative agency actions" subject to consultation under Section

7  7(a)(2) of the ESA. 16 U.S.C. § 1536(a)(2).

8       542.    Plaintiffs' members live, work, visit, recreate, and otherwise enjoy areas across the

9  nation that may be impacted by products containing oxyfluorfen.  Plaintiffs' members derive

10  professional, aesthetic, spiritual, recreational, economic, and educational benefits from the endangered

11  and threatened species that live in these areas and may be impacted by products containing oxyfluorfen.

12  The list of species that may be affected by products containing oxyfluorfen is provided in Exhibit A,

13  and Plaintiffs' members have cognizable interests in these species.

14       543.    For example, products containing oxyfluorfen may affect the piping plover, and a

15  member of Plaintiffs' organizations has a cognizable interest in this species based on, among other

16  things, her efforts to observe the species during frequent visits to habitats where the species can be

17  found and may be affected by oxyfluorfen.

18       544.    In the RED for oxyfluorfen, EPA explains: "The Agency had a consultation in 1985

19  (amended in 1986) with the US Fish and Wildlife Service (FWS or the Service) on oxyfluorfen (Goal

20  1.6E and Goal 2E) regarding its use on non-crop areas including rights-of ways, fence rows, roadsides,

21  and levee banks. The Service found jeopardy to 76 species of endangered plants, 54 species of

22  endangered fish, 23 species of endangered mussels (clams), two species of snails, eleven species of

23  endangered insects, four endangered amphibians and one endangered bird (piping plover)."

24       545.    Plaintiffs' members engage in wildlife observation, research, photography, restoration

25  activities, and educational programs involving endangered and threatened species that may be impacted

26  by products containing oxyfluorfen.  Plaintiffs' members will continue to maintain an interest in the

27  species and areas that may be impacted by oxyfluorfen in the future.

28

546.     The above-described interests of Plaintiffs and their members have been and are being adversely affected by EPA's reregistration, registration and authorization of the use of products containing oxyfluorfen, which is a pesticide that may harm endangered and threatened species and their habitats.  As alleged in the Complaint, oxyfluorfen may affect the species identified in Exhibit A, as well as their designated critical habitat.

547.     EPA's failure to ensure that products containing oxyfluorfen do not impact endangered species and their habitats harms Plaintiffs' members' interests in the species and their habitats affected by products containing oxyfluorfen.  For example, EPA's failure to consult on products containing oxyfluorfen may impair recovery of species impacted by products containing oxyfluorfen and may make it more likely that these species would suffer population declines.  Species declines and impaired recovery harm the interests that Plaintiffs' members have in the existence of these rare animals, such as by limiting their ability to observe the species.  Consultation on products containing oxyfluorfen is necessary to ensure that Plaintiffs' members' interests in the species affected by products containing oxyfluorfen are preserved and remain free from injury.

548.     EPA must register and authorize pesticide products before they can be used and has an ongoing responsibility to ensure that registered pesticides do not have unreasonable adverse effects on the environment.  Absent EPA's continuing registration and discretionary control and involvement in products containing oxyfluorfen, this pesticide could not be used and could not negatively impact the listed species named in Exhibit A and their habitats.

549.     If this Court orders EPA to engage in consultation as required, the Service would analyze the extent to which products containing oxyfluorfen affect listed species and their habitats and, if necessary, would suggest reasonable and prudent alternatives or measures to protect the species, which would protect Plaintiffs' members' interests in the species.  16 U.S.C. § 1536(a)(3).  Unless the requested relief is granted, Plaintiffs' interests will continue to be injured by EPA's failure to consult on products containing oxyfluorfen with the Service, as well as by the potential ongoing harm to the species named in Exhibit A and their habitats as a result of ongoing use of products containing oxyfluorfen.

1    550.    The injuries described above are actual, concrete injuries that are presently suffered by

2    Plaintiffs and their members and will continue to occur unless relief is granted by this Court.  These

3    injuries are directly caused by the Defendants' failure to consult with the Service to ensure that EPA's

4    actions relating to products containing oxyfluorfen do not affect listed species and Plaintiffs' members'

5    cognizable interests in these species.  The relief sought herein, EPA's compliance with the ESA, would

6    redress Plaintiffs' injuries.  Plaintiffs have no other adequate remedy at law, and they bring this action

7    on behalf of their adversely affected members.

8    **Paraquat Dichloride**[32]

9    551.    Exhibit A contains a comprehensive, but not necessarily exhaustive, list of endangered

10   and threatened species for which paraquat dichloride is known to be harmful to the taxonomic group of

11   that species and is used in the state where that species lives.

12   552.    Paraquat dichloride is a pesticide for which the EPA has indicated that estimated

13   environmental concentrations (EECs) are likely to exceed the Levels of Concern (LOCs) for

14   endangered species, and/or may cause indirect effects on endangered species by altering habitat or food

15   sources.  Specifically, EECs of paraquat dichloride are likely to exceed the LOCs for the following

16   taxonomic groups:  mammals, birds, and reptiles.

17   553.    Paraquat dichloride is a pesticide that is "highly acutely toxic" or "very highly acutely

18   toxic" to the following taxonomic groups:  crustaceans, mammals, fish, amphibians, and mollusks.

19   These toxicity rankings are based on LD50 or LC50 data (lethal dose to 50 percent of the test

20   organisms or lethal concentration for 50 percent of the test organisms) that EPA possesses.

21   554.    EPA "affirmatively authorized" the continued use of the active ingredient paraquat

22   dichloride when it issued a Reregistration Eligibility Decision in August of 1997.

23   555.    On November 21, 2006, EPA completed product reregistration for paraquat dichloride.

24   *See* https://www.epa.gov/pesticide-reevaluation/pesticides-have-completed-product-reregistration (last

25   visited 6/26/2017).

26   556.    Active product registrations for this pesticide can be found on EPA's Pesticide Product

27   Label System, *available at* http://iaspub.epa.gov/apex/pesticides/f?p=PPLS:1 (last visited 6/26/2017).

28

---

[32] The current EPA Case Number and EPA PC Code for paraquat dichloride are 0262, 061601.

Fourth Amended Complaint for Declaratory and Injunctive Relief

Case No. 3:11-cv-00293-JCS

162

557.   Specifically, EPA's online Pesticide Product Label System lists the following pesticide products containing paraquat dichloride that EPA affirmatively authorized by product reregistration or new product registration since January 20, 2005:

| Product Name | Date | Registration Number | Action |
|---|---|---|---|
| GRAMOXONE SL 2.0 | 10/13/2011 | 100-1431 | Registration |
| DREXEL QUIK-QUAT | 2/17/2009 | 19713-617 | Registration |
| PARAZONE 3SL | 12/5/2006 | 66222-130 | Registration |
| BONFIRE HERBICIDE | 3/9/2011 | 70506-239 | Registration |
| HELMQUAT 3SL | 12/6/2010 | 74530-48 | Registration |
| DYNAQUAT | 1/21/2010 | 82542-26 | Registration |
| PARAQUAT CONCENTRATE | 10/11/2007 | 82542-3 | Registration |
| PARAQUAT SL HERBICIDE | 1/25/2006 | 82557-1 | Registration |
| PARAQUAT CONCENTRATE | 3/24/2011 | 83529-27 | Registration |
| ROTAM PARAQUAT CONCENTRATE | 7/12/2013 | 83979-7 | Registration |
| WILLOWOOD PARAQUAT CONCENTRATE | 11/20/2012 | 87290-35 | Registration |
| AX PARAQUAT CONCENTRATE | 1/7/2013 | 89167-24 | Registration |
| LIBERTY PARAQUAT CONCENTRATE | 5/7/2013 | 89168-25 | Registration |

558.   Upon information and belief, EPA provided no hearings or other public participation for these product registration actions.

559.   As set forth above, EPA has discretion to influence or change registrations of pesticide products for the benefit of protected species. For example, EPA may only register or reregister a pesticide product if its use does not cause an unreasonable adverse effect on the environment. 7 U.S.C. § 136a(c)(5); 7 U.S.C. § 136a-1(g)(2)(C); 40 C.F.R. § 152.112; 40 C.F.R. § 152.113(a). EPA may also change, cancel, restrict, or immediately suspend registered pesticides, pesticide labeling, or particular uses at any time if it appears that the pesticide is causing an unreasonable adverse effect on the environment. 7 U.S.C. § 136d(c). Thus, EPA's product reregistration and its approvals of products containing paraquat dichloride constitute "affirmative agency actions" subject to consultation under Section 7(a)(2) of the ESA. 16 U.S.C. § 1536(a)(2).

560.   Plaintiffs' members live, work, visit, recreate, and otherwise enjoy areas across the nation that may be impacted by products containing paraquat dichloride. Plaintiffs' members derive professional, aesthetic, spiritual, recreational, economic, and educational benefits from the endangered and threatened species that live in these areas and may be impacted by products containing paraquat

1  dichloride.  The list of species that may be affected by products containing paraquat dichloride is

2  provided in Exhibit A, and Plaintiffs' members have cognizable interests in these species.

3      561.   For example, products containing paraquat dichloride may affect the sand skink, and a

4  member of Plaintiffs' organizations has a cognizable interest in this species based on, among other

5  things, his efforts to observe the species during frequent visits to habitats where the species can be

6  found and may be affected by paraquat dichloride.

7      562.   In the recovery plan for the sand skink, FWS prescribes: "Control pesticide use in or

8  adjacent to sand skink habitat. Because pesticide use on adjacent agricultural and residential lands

9  poses a potential risk to sand skinks, management plans should consider these risks and alleviate threats

10  whenever possible."

11     563.   Plaintiffs' members engage in wildlife observation, research, photography, restoration

12  activities, and educational programs involving endangered and threatened species that may be impacted

13  by products containing paraquat dichloride.  Plaintiffs' members will continue to maintain an interest in

14  the species and areas that may be impacted by products containing paraquat dichloride in the future.

15     564.   The above-described interests of Plaintiffs and their members have been and are being

16  adversely affected by EPA's reregistration, registration and authorization of the use of products

17  containing paraquat dichloride, which is a pesticide that may harm endangered and threatened species

18  and their habitats.  As alleged in the Complaint, products containing paraquat dichloride may affect the

19  species identified in Exhibit A, as well as their designated critical habitat.

20     565.   EPA's failure to ensure that products containing paraquat dichloride do not impact

21  endangered species and their habitats harms Plaintiffs' members' interests in the species and their

22  habitats affected by products containing paraquat dichloride.  For example, EPA's failure to consult on

23  products containing paraquat dichloride may impair recovery of species impacted by products

24  containing paraquat dichloride and may make it more likely that these species would suffer population

25  declines.  Species declines and impaired recovery harm the interests that Plaintiffs' members have in

26  the existence of these rare animals, such as by limiting their ability to observe the species.  Consultation

27  on products containing paraquat dichloride is necessary to ensure that Plaintiffs' members' interests in

28

1  the species affected by products containing paraquat dichloride are preserved and remain free from

2  injury.

3      566.    EPA must register and authorize pesticide products before they can be used and has an

4  ongoing responsibility to ensure that registered pesticides do not have unreasonable adverse effects on

5  the environment.  Absent EPA's continuing registration and discretionary control and involvement in

6  products containing paraquat dichloride, this pesticide could not be used and could not negatively

7  impact the listed species named in Exhibit A and their habitats.

8      567.    If this Court orders EPA to engage in consultation as required, the Service would analyze

9  the extent to which products containing paraquat dichloride affect listed species and their habitats and,

10  if necessary, would suggest reasonable and prudent alternatives or measures to protect the species,

11  which would protect Plaintiffs' members' interests in the species.  16 U.S.C. § 1536(a)(3).  Unless the

12  requested relief is granted, Plaintiffs' interests will continue to be injured by EPA's failure to consult

13  on products containing paraquat dichloride with the Service, as well as by the potential ongoing harm

14  to the species named in Exhibit A and their habitats as a result of ongoing use of products containing

15  paraquat dichloride.

16      568.    The injuries described above are actual, concrete injuries that are presently suffered by

17  Plaintiffs and their members and will continue to occur unless relief is granted by this Court.  These

18  injuries are directly caused by the Defendants' failure to consult with the Service to ensure that EPA's

19  actions relating to products containing paraquat dichloride do not affect listed species and Plaintiffs'

20  members' cognizable interests in these species.  The relief sought herein, EPA's compliance with the

21  ESA, would redress Plaintiffs' injuries.  Plaintiffs have no other adequate remedy at law, and they bring

22  this action on behalf of their adversely affected members.

23  **Pendimethalin**[33]

24      569.    Exhibit A contains a comprehensive, but not necessarily exhaustive, list of endangered

25  and threatened species for which pendimethalin is known to be harmful to the taxonomic group of that

26  species and is used in the state where that species lives.

27

28

---

[33] The current EPA Case Number and EPA PC Code for pendimethalin are 0187, 108501.

570.     Pendimethalin is a known endocrine disrupter.  As explained above, endocrine disrupters have effects on the reproductive and immune systems capable of compromising populations of endangered species.

571.     Pendimethalin is a pesticide for which the EPA has indicated that estimated environmental concentrations (EECs) are likely to exceed the Levels of Concern (LOCs) for endangered species, and/or may cause indirect effects on endangered species by altering habitat or food sources.  Specifically, EECs of pendimethalin are likely to exceed the LOCs for the following taxonomic groups:  birds, fish, amphibians, mollusks, crustaceans, and reptiles.

572.     Pendimethalin is a pesticide that is "highly acutely toxic" or "very highly acutely toxic" to the following taxonomic groups: fish, amphibians, and crustaceans. These toxicity rankings are based on LD50 or LC50 data (lethal dose to 50 percent of the test organisms or lethal concentration for 50 percent of the test organisms) that EPA possesses.

573.     The USGS has detected pendimethalin in dozens of waterways across the nation, as documented in reports on its nationwide water quality surveys. As shown in Exhibit B, some of these watersheds overlap the range of species that may be affected by this pesticide.

574.     EPA "affirmatively authorized" the continued use of the active ingredient pendimethalin when it issued a Reregistration Eligibility Decision in April of 1997.

575.     On July 3, 2007, EPA completed product reregistration for pendimethalin.  *See* https://www.epa.gov/pesticide-reevaluation/pesticides-have-completed-product-reregistration (last visited 6/26/2017).

576.     Active product registrations for this pesticide can be found on EPA's Pesticide Product Label System, *available at* http://iaspub.epa.gov/apex/pesticides/f?p=PPLS:1 (last visited 6/26/2017).

577.     Specifically, the EPA's online Pesticide Product Label System lists the following pesticide products containing pendimethalin that EPA affirmatively authorized by product reregistration or new product registration since January 20, 2005:

| Product Name | Date | Registration Number | Action |
|---|---|---|---|
| LESCO PRE-M 1.31% PLUS FERTILIZER | 7/3/2007 | 10404-82 | Reregistration |
| FRAMEWORK 3.3 EC | 5/8/2007 | 1381-216 | Registration |

| | | | |
|---|---|---|---|
| DREXEL PIN-DEE 3.3 T&O | 6/27/2006 | 19713-590 | Registration |
| DREXEL PENDIGUARD TURF 0.75% | 10/21/2008 | 19713-614 | Registration |
| DREXEL PENDIGUARD TURF 0.86% | 10/21/2008 | 19713-615 | Registration |
| DREXEL AQUAPEN | 11/2/2009 | 19713-621 | Registration |
| PIN-DEE 3.3 EC | 7/1/2015 | 19713-668 | Registration |
| PRE-M 3.3 EC TURF HERBICIDE | 9/1/2005 | 241-360 | Reregistration |
| IMAZAPIC E 2L HERBICIDE | 12/13/2007 | 241-442 | Registration |
| F7488-1 HERBICIDE | 8/13/2009 | 279-3359 | Registration |
| PENDIMETHALIN 3.3 EC | 12/3/2014 | 33270-28 | Registration |
| PDM 3.3 T&O HERBICIDE | 12/14/2005 | 34704-898 | Registration |
| TURF PRIDE FERTILIZER + 0.85% PREEMERGENT WEED CONTROL | 4/13/2010 | 35512-60 | Registration |
| TURF BUILDER PLUS HALTS | 5/16/2006 | 538-189 | Reregistration |
| TURF BUILDER PLUS HALTS FOR LAWNS | 11/7/2005 | 538-190 | Reregistration |
| CRABGRASS PREVENTER PLUS LAWN FOOD | 5/16/2006 | 538-202 | Registration |
| PROTURF FERTILIZER PLUS SOUTHERN TURF WEEDGRASS CONTROL | 4/21/2006 | 538-206 | Reregistration |
| PROTURF FERTILIZER PLUS PREEMERGENT WEED CONTROL | 6/21/2007 | 538-214 | Reregistration |
| PRIVATE LABEL CRABGRASS PREVENTER PLUS LAWN FOOD | 5/16/2006 | 538-219 | Registration |
| LANDSCAPER LAWN FERTILIZER WITH CRABGRASS CONTROL | 5/12/2006 | 538-237 | Reregistration |
| TURF BUILDER PRE/POST 2 | 10/27/2006 | 538-299 | Registration |
| TURF FERTILIZER PLUS PREEMERGENT WEED CONTROL 0.75% | 2/25/2009 | 538-308 | Registration |
| 33-0-0 FERTILIZER PLUS PREEMERGENT WEED CONTROL | 2/25/2009 | 538-309 | Registration |
| SQUADRON HERBICIDE | 2/6/2006 | 5481-602 | Reregistration |
| ORNAMENTAL HERBICIDE II | 10/6/2006 | 58185-178 | Reregistration |
| SOUTHERN WEEDGRASS CONTROL | 12/19/2006 | 58185-179 | Reregistration |
| REVOKE PRE-EMERGENT HERBICIDE | 6/2/2008 | 58185-34 | Registration |
| SETRE PROWL HERBICIDE + PROPANIL | 6/21/2007 | 5905-495 | Reregistration |
| PENDI HYDROCAP | 7/12/2010 | 70506-230 | Registration |
| SATELLITE 3.3 HERBICIDE | 1/26/2016 | 70506-318 | Registration |
| SATELLITE FLEX HERBICIDE | 6/7/2016 | 70506-324 | Registration |
| RICEONE CS | 1/20/2016 | 71085-40 | Registration |
| BAS 756 00 H HERBICIDE | 4/23/2007 | 7969-254 | Registration |

| FREEHAND 1.75G HERBICIDE | 4/28/2008 | 7969-273 | Registration |
| CANDO GRANULAR WEED PREVENTER | 8/1/2012 | 7969-347 | Registration |
| FREEHAND CA 1.75G HERBICIDE | 4/24/2013 | 7969-358 | Registration |
| PENDIMETHALIN 3.3 EC | 11/17/2011 | 83222-35 | Registration |
| SHAW'S 30-4-6 FERTILIZER PLUS PREEMERGENT WEED CONTROL | 12/4/2006 | 8378-45 | Reregistration |
| SHAW'S TURF FOOD WITH PENDIMETHALIN 66 | 2/13/2006 | 8378-66 | Registration |
| SHAW'S TURF FOOD WITH PENDIMETHALIN 86 | 2/13/2006 | 8378-67 | Registration |
| SHAW'S TURF FOOD WITH PENDIMETHALIN 107 | 2/13/2006 | 8378-68 | Registration |
| SHAW'S TURF FOOD WITH PENDIMETHALIN 75 | 2/13/2006 | 8378-69 | Registration |
| AX PENDI 3.3 EC | 12/2/2013 | 89167-29 | Registration |
| THE ANDERSONS PROPENDI DG | 12/4/2006 | 9198-191 | Reregistration |
| ANDERSONS GOLF PRODUCTS KANSEL + FERTILIZER | 7/6/2005 | 9198-230 | Registration |

578.    Upon information and belief, EPA provided no hearings or other public participation for these product registration actions.

579.    As set forth above, EPA has discretion to influence or change registrations of pesticide products for the benefit of protected species.  For example, EPA may only register or reregister a pesticide product if its use does not cause an unreasonable adverse effect on the environment.  7 U.S.C. § 136a(c)(5); 7 U.S.C. § 136a-1(g)(2)(C); 40 C.F.R. § 152.112; 40 C.F.R. § 152.113(a).  EPA may also change, cancel, restrict, or immediately suspend registered pesticides, pesticide labeling, or particular uses at any time if it appears that the pesticide is causing an unreasonable adverse effect on the environment.  7 U.S.C. § 136d(c).  Thus, EPA's product reregistration and its approvals of products containing pendimethalin are "affirmative agency actions" subject to consultation under Section 7(a)(2) of the ESA. 16 U.S.C. § 1536(a)(2).

580.    Plaintiffs' members live, work, visit, recreate, and otherwise enjoy areas across the nation that may be impacted by products containing pendimethalin.  Plaintiffs' members derive professional, aesthetic, spiritual, recreational, economic, and educational benefits from the endangered and threatened species that live in these areas and may be impacted by products containing

1   pendimethalin.  The list of species that may be affected by products containing pendimethalin is

2   provided in Exhibit A, and Plaintiffs' members have cognizable interests in these species.

3       581.   For example, products containing pendimethalin may affect the Chipola slabshell, and a

4   member of Plaintiffs' organizations has a cognizable interest in this species based on, among other

5   things, his efforts to observe the species during frequent visits to habitats where the species can be

6   found and may be affected by pendimethalin.

7       582.   In the recovery plan for the Chipola slabshell, FWS explains that pesticides may harm

8   the Chipola slabshell. *Recovery Plan for Endangered Fat Threeridge, Shinyrayed Pocketbook, Gulf*

9   *Moccasinshell,Ochlockonee Moccasinshell, Oval Pigtoe, and Threatened Chipola Slabshell and Purple*

10  *Bankclimber*, *available at* http://ecos.fws.gov/docs/recovery_plan/030930.pdf (last visited May 3,

11  2013).  The recovery plan explains that "effects of pesticides on mussels may be particularly profound

12  (Fuller 1974, Havlik and Marking 1987, Moulton et al. 1996). . . .  Commonly used pesticides have

13  been directly implicated in a North Carolina mussel dieoff (Fleming et al. 1995). Cotton is raised

14  extensively in much of the Apalachicolan Region inhabited by these mussels. One of the most

15  important pesticides used in cotton farming, malathion, is known to inhibit physiological activities of

16  mussels (Kabeer et al. 1979) that may decrease the ability of a mussel to respire and obtain food.  This

17  chemical may pose a continuing threat to some populations of these mussels." Pendimethalin is an

18  herbicide also used in cotton production.

19      583.   Plaintiffs' members engage in wildlife observation, research, photography, restoration

20  activities, and educational programs involving endangered and threatened species that may be impacted

21  by products containing pendimethalin.  Plaintiffs' members will continue to maintain an interest in the

22  species and areas that may be impacted by products containing pendimethalin in the future.

23      584.   The above-described interests of Plaintiffs and their members have been and are being

24  adversely affected by EPA's reregistration, registration and authorization of the use of products

25  containing pendimethalin, which is a pesticide that may harm endangered and threatened species and

26  their habitats.  As alleged in the Complaint, products containing pendimethalin may affect the species

27  identified in Exhibit A, as well as their designated critical habitat.

28

585.   EPA's failure to ensure that products containing pendimethalin do not impact endangered species and their habitats harms Plaintiffs' members' interests in the species and their habitats affected by products containing pendimethalin.  For example, EPA's failure to consult on products containing pendimethalin may impair recovery of species impacted by products containing pendimethalin and may make it more likely that these species would suffer population declines. Species declines and impaired recovery harm the interests that Plaintiffs' members have in the existence of these rare animals, such as by limiting their ability to observe the species.  Consultation on products containing pendimethalin is necessary to ensure that Plaintiffs' members' interests in the species affected by products containing pendimethalin are preserved and remain free from injury.

586.   EPA must register and authorize pesticide products before they can be used and has an ongoing responsibility to ensure that registered pesticides do not have unreasonable adverse effects on the environment.  Absent EPA's continuing registration and discretionary control and involvement in products containing pendimethalin, this pesticide could not be used and could not negatively impact the listed species named in Exhibit A and their habitats.

587.   If this Court orders EPA to engage in consultation as required, the Service would analyze the extent to which products containing pendimethalin affect listed species and their habitats and, if necessary, would suggest reasonable and prudent alternatives or measures to protect the species, which would protect Plaintiffs' members' interests in the species.  16 U.S.C. § 1536(a)(3).  Unless the requested relief is granted, Plaintiffs' interests will continue to be injured by EPA's failure to consult on products containing pendimethalin with the Service, as well as by the potential ongoing harm to the species named in Exhibit A and their habitats as a result of ongoing use of products containing pendimethalin.

588.   The injuries described above are actual, concrete injuries that are presently suffered by Plaintiffs and their members and will continue to occur unless relief is granted by this Court.  These injuries are directly caused by the Defendants' failure to consult with the Service to ensure that EPA's actions relating to products containing pendimethalin do not affect listed species and Plaintiffs' members' cognizable interests in these species.  The relief sought herein, EPA's compliance with the

1  ESA, would redress Plaintiffs' injuries.  Plaintiffs have no other adequate remedy at law, and they bring

2  this action on behalf of their adversely affected members.

3  **Phorate**[34]

4       589.   Exhibit A contains a comprehensive, but not necessarily exhaustive, list of endangered

5  and threatened species for which phorate is known to be harmful to the taxonomic group of that species

6  and is used in the state where that species lives.

7       590.   Phorate is a pesticide for which the EPA has indicated that estimated environmental

8  concentrations (EECs) are likely to exceed the Levels of Concern (LOCs) for endangered species,

9  and/or may cause indirect effects on endangered species by altering habitat or food sources.

10  Specifically, EECs of phorate are likely to exceed the LOCs for the following taxonomic groups:

11  mammals, birds, fish, amphibians, mollusks, crustaceans, insects, and reptiles.

12       591.   Phorate is a pesticide that is "highly acutely toxic" or "very highly acutely toxic" to the

13  following taxonomic groups:  mammals, birds, fish, amphibians, mollusks, crustaceans, insects, and

14  reptiles.  These toxicity rankings are based on LD50 or LC50 data (lethal dose to 50 percent of the test

15  organisms or lethal concentration for 50 percent of the test organisms) that EPA possesses.

16       592.   The USGS has detected phorate in dozens of waterways across the nation, as

17  documented in reports on its nationwide water quality surveys. As shown in Exhibit B, some of these

18  watersheds overlap the range of species that may be affected by this pesticide.

19       593.   EPA "affirmatively authorized" the continued use of the active ingredient phorate when

20  it issued a Reregistration Eligibility Decision in July of 2006.

21       594.   On April 30, 2008, EPA completed product reregistration for phorate.  *See*

22  https://www.epa.gov/pesticide-reevaluation/pesticides-have-completed-product-reregistration (last

23  visited 6/26/2017).

24       595.   Active product registrations for this pesticide can be found on EPA's Pesticide Product

25  Label System, *available at* http://iaspub.epa.gov/apex/pesticides/f?p=PPLS:1 (last visited 6/26/2017).

26

27

28

---

[34] The current EPA Case Number and EPA PC Code for phorate are 0103, 057201.

596.   Specifically, EPA's online Pesticide Product Label System lists the following pesticide products containing phorate that EPA affirmatively authorized by product reregistration or new product registration since January 20, 2005:

| Product Name | Date | Registration Number | Action |
|---|---|---|---|
| PHORATE 20G | 4/30/2008 | 34704-259 | Reregistration |
| THIMET 10-G SOIL AND SYSTEMIC INSECTICIDE | 4/30/2008 | 5481-526 | Reregistration |
| THIMET 15-G SOIL AND SYSTEMIC INSECTICIDE | 4/30/2008 | 5481-527 | Reregistration |
| THIMET 20-G | 4/30/2008 | 5481-530 | Reregistration |
| PHORATE 20-G | 4/30/2008 | 9779-293 | Reregistration |

597.   Upon information and belief, EPA provided no hearings or other public participation for these product registration actions.

598.   As set forth above, EPA has discretion to influence or change registrations of pesticide products for the benefit of protected species.  For example, EPA may only register or reregister a pesticide product if its use does not cause an unreasonable adverse effect on the environment.  7 U.S.C. § 136a(c)(5); 7 U.S.C. § 136a-1(g)(2)(C); 40 C.F.R. § 152.112; 40 C.F.R. § 152.113(a).   EPA may also change, cancel, restrict, or immediately suspend registered pesticides, pesticide labeling, or particular uses at any time if it appears that the pesticide is causing an unreasonable adverse effect on the environment.  7 U.S.C. § 136d(c).  Thus, EPA's product reregistration and its approvals of products containing phorate constitute "affirmative agency actions" subject to consultation under Section 7(a)(2) of the ESA. 16 U.S.C. § 1536(a)(2).

599.   Plaintiffs' members live, work, visit, recreate, and otherwise enjoy areas across the nation that may be impacted by products containing phorate.  Plaintiffs' members derive professional, aesthetic, spiritual, recreational, economic, and educational benefits from the endangered and threatened species that live in these areas and may be impacted by products containing phorate.  The list of species that may be affected by products containing phorate is provided in Exhibit A, and Plaintiffs' members have cognizable interests in these species.

600.   For example, products containing phorate may affect the Calippe silverspot, and a member of Plaintiffs' organizations has a cognizable interest in this species based on, among other

things, his efforts to observe the species during frequent visits to habitats where the species can be found and may be affected by phorate.

601.    In the ruling listing the Callippe silverspot, FWS explains that silverspot butterfly larvae are extremely sensitive to pesticides and the accumulation of runoff in the soil after spraying has proven lethal to the larvae of members of this genus. *Determination of Endangered Status for the Callippe Silverspot Butterfly and the Behren's Silverspot Butterfly and Threatened Status for Alameda Whipsnake*, 62 Fed. Reg. 64306, 64314 (Dec. 5, 1997).

602.    Plaintiffs' members engage in wildlife observation, research, photography, restoration activities, and educational programs involving endangered and threatened species that may be impacted by products containing phorate.  Plaintiffs' members will continue to maintain an interest in the species and areas that may be impacted by products containing phorate in the future.

603.    The above-described interests of Plaintiffs and their members have been and are being adversely affected by EPA's reregistration, registration and authorization of the use of products containing phorate, which is a pesticide that may harm endangered and threatened species and their habitats.  As alleged in the Complaint, products containing phorate may affect the species identified in Exhibit A, as well as their designated critical habitat.

604.    EPA's failure to ensure that products containing phorate do not impact endangered species and their habitats harms Plaintiffs' members' interests in the species and their habitats affected by products containing phorate.  For example, EPA's failure to consult on products containing phorate may impair recovery of species impacted by products containing phorate and may make it more likely that these species would suffer population declines.  Species declines and impaired recovery harm the interests that Plaintiffs' members have in the existence of these rare animals, such as by limiting their ability to observe the species.  Consultation on products containing phorate is necessary to ensure that Plaintiffs' members' interests in the species affected by products containing phorate are preserved and remain free from injury.

605.    EPA must register and authorize pesticide products before they can be used and has an ongoing responsibility to ensure that registered pesticides do not have unreasonable adverse effects on the environment.  Absent EPA's continuing registration and discretionary control and involvement in

1    products containing phorate, this pesticide could not be used and could not negatively impact the listed

2    species named in Exhibit A and their habitats.

3        606.   If this Court orders EPA to engage in consultation as required, the Service would analyze

4    the extent to which products containing phorate affect listed species and their habitats and, if necessary,

5    would suggest reasonable and prudent alternatives or measures to protect the species, which would

6    protect Plaintiffs' members' interests in the species.  16 U.S.C. § 1536(a)(3).  Unless the requested

7    relief is granted, Plaintiffs' interests will continue to be injured by EPA's failure to consult on products

8    containing phorate with the Service, as well as by the potential ongoing harm to the species named in

9    Exhibit A and their habitats as a result of ongoing use of products containing phorate.

10       607.   The injuries described above are actual, concrete injuries that are presently suffered by

11   Plaintiffs and their members and will continue to occur unless relief is granted by this Court.  These

12   injuries are directly caused by the Defendants' failure to consult with the Service to ensure that EPA's

13   actions relating to products containing phorate do not affect listed species and Plaintiffs' members'

14   cognizable interests in these species.  The relief sought herein, EPA's compliance with the ESA, would

15   redress Plaintiffs' injuries.  Plaintiffs have no other adequate remedy at law, and they bring this action

16   on behalf of their adversely affected members.

17   **Phosmet**[35]

18       608.   Exhibit A contains a comprehensive, but not necessarily exhaustive, list of endangered

19   and threatened species for which phosmet is known to be harmful to the taxonomic group of that

20   species and is used in the state where that species lives.

21       609.   Phosmet is a pesticide for which the EPA has indicated that estimated environmental

22   concentrations (EECs) are likely to exceed the Levels of Concern (LOCs) for endangered species,

23   and/or may cause indirect effects on endangered species by altering habitat or food sources.

24   Specifically, EECs of phosmet are likely to exceed the LOCs for the following taxonomic groups:

25   mammals, birds, fish, amphibians, mollusks, crustaceans, insects, and reptiles.

26       610.   Phosmet is a pesticide that is "highly acutely toxic" or "very highly acutely toxic" to the

27   following taxonomic groups:  mammals, fish, amphibians, crustaceans, and insects. These toxicity

28

---

[35] The current EPA Case Number and EPA PC Code for phosmet are 0242, 059201.

Fourth Amended Complaint for Declaratory and Injunctive Relief

Case No. 3:11-cv-00293-JCS                                                                        174

rankings are based on LD50 or LC50 data (lethal dose to 50 percent of the test organisms or lethal concentration for 50 percent of the test organisms) that EPA possesses.

611.    EPA "affirmatively authorized" the continued use of the active ingredient phosmet when it issued a Reregistration Eligibility Decision in July of 2006.

612.    On February 15, 2012, EPA completed product reregistration for phosmet.  *See* https://www.epa.gov/pesticide-reevaluation/pesticides-have-completed-product-reregistration (last visited 6/26/2017).

613.    Active product registrations for this pesticide can be found on EPA's Pesticide Product Label System, *available at* http://iaspub.epa.gov/apex/pesticides/f?p=PPLS:1 (last visited 6/26/2017).

614.    Specifically, EPA's online Pesticide Product Label System lists the following pesticide products containing phosmet that EPA affirmatively authorized by product reregistration or new product registration since January 20, 2005:

| Product Name | Date | Registration Number | Action |
|---|---|---|---|
| IMIDAN 5 DUST | 3/9/2009 | 10163-168 | Reregistration |
| IMIDAN 70-W AGRICULTURAL INSECTICIDE | 8/12/2005 | 10163-169 | Reregistration |
| IMIDAN 1-E INSECTICIDE | 1/27/2010 | 10163-171 | Reregistration |
| IMIDAN 50-WSB | 1/27/2010 | 10163-175 | Reregistration |
| IMIDAN 60 WDG | 3/4/2010 | 10163-313 | Registration |
| ZOECON RF-43 EMULSIFIABLE LIQUID | 4/8/2009 | 2724-262 | Reregistration |

615.    Upon information and belief, EPA provided no hearings or other public participation for these product registration actions.

616.    As set forth above, EPA has discretion to influence or change registrations of pesticide products for the benefit of protected species.  For example, EPA may only register or reregister a pesticide product if its use does not cause an unreasonable adverse effect on the environment.  7 U.S.C. § 136a(c)(5); 7 U.S.C. § 136a-1(g)(2)(C); 40 C.F.R. § 152.112; 40 C.F.R. § 152.113(a).   EPA may also change, cancel, restrict, or immediately suspend registered pesticides, pesticide labeling, or particular uses at any time if it appears that the pesticide is causing an unreasonable adverse effect on the environment.  7 U.S.C. § 136d(c).   Thus, EPA's product reregistration and its approvals of products

1    containing phosmet constitute "affirmative agency actions" subject to consultation under Section

2    7(a)(2) of the ESA. 16 U.S.C. § 1536(a)(2).

3      617. Plaintiffs' members live, work, visit, recreate, and otherwise enjoy areas across the

4    nation that may be impacted by products containing phosmet.  Plaintiffs' members derive professional,

5    aesthetic, spiritual, recreational, economic, and educational benefits from the endangered and

6    threatened species that live in these areas and may be impacted by products containing phosmet.  The

7    list of species that may be affected by products containing phosmet is provided in Exhibit A, and

8    Plaintiffs' members have cognizable interests in these species.

9      618. For example, products containing phosmet may affect the Buena Vista Lake shrew, and a

10   member of Plaintiffs' organizations has a cognizable interest in this species based on, among other

11   things, his efforts to observe the species during frequent visits to habitats where the species can be

12   found and may be affected by phosmet.

13     619. In the rule listing the Buena Vista Lake shrew, FWS states that due to the close

14   proximity of shrew habitat to an otherwise agriculturally dominated landscape, the shrew may be

15   "directly exposed to lethal and sublethal concentrations of pesticides from drift or direct spraying of

16   crops, canals and ditch banks, wetland or riparian edges, and roadsides where shrews might exist."

17   *Endangered Status for the Buena Vista Lake Shrew*, 67 Fed. Reg. 10101 (March 6, 2002).  The listing

18   designation also notes that "[r]educed reproduction in Buena Vista Lake Shrews could be directly

19   caused by pesticides through grooming, and secondarily from feeding on contaminated insects."  The

20   listing also specifically acknowledges the endocrine-disrupting effects of carbamates and

21   organophosphates, stating that "laboratory experiments have shown that behavioral activities such as

22   rearing, exploring for food, and sniffing can be depressed for up to 6 hours in the common shrew from

23   environmental and dietary exposure to sublethal doses of a widely used insecticide, dimethoate."  The

24   FWS explains that such depression in behavioral activities could make the shrews more vulnerable to

25   predation and starvation.  Furthermore, FWS explains that shrews may have higher concentrations of

26   pesticides in their system than would normally be available because they may feed heavily on

27   intoxicated arthropods after pesticide applications.  Finally, FWS reports that Fresno, Kern, and Tulare

28

1   counties are the three highest users of pesticides in California.  Phosmet is a organophosphate

2   insecticide.

3       620.   Plaintiffs' members engage in wildlife observation, research, photography, restoration

4   activities, and educational programs involving endangered and threatened species that may be impacted

5   by products containing phosmet.  Plaintiffs' members will continue to maintain an interest in the

6   species and areas that may be impacted by products containing phosmet in the future.

7       621.   The above-described interests of Plaintiffs and their members have been and are being

8   adversely affected by EPA's reregistration, registration and authorization of the use of products

9   containing phosmet, which is a pesticide that may harm endangered and threatened species and their

10  habitats.  As alleged in the Complaint, phosmet may affect the species identified in Exhibit A, as well

11  as their designated critical habitat.

12      622.   EPA's failure to ensure that products containing phosmet do not impact endangered

13  species and their habitats harms Plaintiffs' members' interests in the species and their habitats affected

14  by products containing phosmet.  For example, EPA's failure to consult on products containing

15  phosmet may impair recovery of species impacted by products containing phosmet and may make it

16  more likely that these species would suffer population declines.  Species declines and impaired

17  recovery harm the interests that Plaintiffs' members have in the existence of these rare animals, such as

18  by limiting their ability to observe the species.  Consultation on products containing phosmet is

19  necessary to ensure that Plaintiffs' members' interests in the species affected by products containing

20  phosmet are preserved and remain free from injury.

21      623.    EPA must register and authorize pesticide products before they can be used and has an

22  ongoing responsibility to ensure that registered pesticides do not have unreasonable adverse effects on

23  the environment.  Absent EPA's continuing registration and discretionary control and involvement in

24  products containing phosmet, this pesticide could not be used and could not negatively impact the listed

25  species named in Exhibit A and their habitats.

26      624.   If this Court orders EPA to engage in consultation as required, the Service would analyze

27  the extent to which products containing phosmet affect listed species and their habitats and, if

28  necessary, would suggest reasonable and prudent alternatives or measures to protect the species, which

would protect Plaintiffs' members' interests in the species.  16 U.S.C. § 1536(a)(3).  Unless the requested relief is granted, Plaintiffs' interests will continue to be injured by EPA's failure to consult on products containing phosmet with the Service, as well as by the potential ongoing harm to the species named in Exhibit A and their habitats as a result of ongoing use of products containing phosmet.

625.    The injuries described above are actual, concrete injuries that are presently suffered by Plaintiffs and their members and will continue to occur unless relief is granted by this Court.  These injuries are directly caused by the Defendants' failure to consult with the Service to ensure that EPA's actions relating to products containing phosmet do not affect listed species and Plaintiffs' members' cognizable interests in these species.  The relief sought herein, EPA's compliance with the ESA, would redress Plaintiffs' injuries.  Plaintiffs have no other adequate remedy at law, and they bring this action on behalf of their adversely affected members.

**Propanil**[36]

626.    Exhibit A contains a comprehensive, but not necessarily exhaustive, list of endangered and threatened species for which propanil is known to be harmful to the taxonomic group of that species and is used in the state where that species lives.

627.    Propanil is a known endocrine disrupter.  As explained above, endocrine disrupters have effects on the reproductive and immune systems capable of compromising populations of endangered species.

628.    Propanil is a pesticide for which the EPA has indicated that estimated environmental concentrations (EECs) are likely to exceed the Levels of Concern (LOCs) for endangered species, and/or may cause indirect effects on endangered species by altering habitat or food sources. Specifically, EECs of propanil are likely to exceed the LOCs for the following taxonomic groups: mammals, birds, fish, amphibians, mollusks, crustaceans, and reptiles.

629.    Propanil is a pesticide that is "highly acutely toxic" or "very highly acutely toxic" to the following taxonomic groups:  mammals, fish, amphibians, and crustaceans.  These toxicity rankings are

---

[36] The current EPA Case Number and EPA PC Code for propanil are 0226, 028201.

based on LD50 or LC50 data (lethal dose to 50 percent of the test organisms or lethal concentration for 50 percent of the test organisms) that EPA possesses.

630.   The USGS has detected propanil in dozens of waterways across the nation, as documented in reports on its nationwide water quality surveys. As shown in Exhibit B, some of these watersheds overlap the range of species that may be affected by this pesticide.

631.   EPA "affirmatively authorized" the continued use of the active ingredient propanil when it issued a Reregistration Eligibility Decision in September of 2003 (that was amended in March of 2006).

632.   On May 11, 2010, EPA completed product reregistration for propanil.  *See* https://www.epa.gov/pesticide-reevaluation/pesticides-have-completed-product-reregistration (last visited 6/26/2017).

633.   Active product registrations for this pesticide can be found on EPA's Pesticide Product Label System, *available at* http://iaspub.epa.gov/apex/pesticides/f?p=PPLS:1 (last visited 6/26/2017).

634.   Specifically, EPA's online Pesticide Product Label System lists the following pesticide products containing propanil that EPA affirmatively authorized by product reregistration or new product registration since January 20, 2005:

| Product Name | Date | Registration Number | Action |
|---|---|---|---|
| IDA PROP-A-NEL 4 | 11/26/2007 | 19713-285 | Reregistration |
| PROP-JOB 3 PROPANIL HERBICIDE | 11/20/2008 | 19713-30 | Reregistration |
| DREXEL PROP-JOB 4 PROPANIL HERBICIDE | 8/18/2008 | 19713-31 | Reregistration |
| PROPANIL XTRA FLOWABLE | 9/10/2008 | 19713-576 | Reregistration |
| DREXEL PROPANIL EC | 12/3/2007 | 19713-577 | Reregistration |
| BEST PROPANIL 3 EC POST EMERGENCE GRASS & WEED KILLER | 3/11/2009 | 34704-461 | Reregistration |
| SETRE PROWL HERBICIDE + PROPANIL | 6/21/2007 | 5905-495 | Reregistration |
| DUET DF RICE HERBICIDE | 3/24/2008 | 71085-16 | Reregistration |
| PROPANIL 48 SF | 12/20/2007 | 71085-2 | Reregistration |
| DUET 60DF | 4/7/2008 | 71085-23 | Reregistration |
| RICEMAX | 12/20/2006 | 71085-25 | Registration |
| RICEPRO | 3/13/2007 | 71085-26 | Registration |
| PROPANIL 36% | 3/11/2009 | 71085-3 | Reregistration |
| RICEEDGE | 4/1/2010 | 71085-31 | Registration |

| RICEEDGE 60 DF | 12/1/2010 | 71085-32 | Registration |
| STAM M4 HERBICIDE | 7/1/2008 | 71085-36 | Reregistration |
| STAM 80 EDF | 6/23/2008 | 71085-38 | Reregistration |
| STAM 4 SC | 5/20/2008 | 71085-39 | Reregistration |
| WHAM ! EZ | 5/27/2008 | 71085-5 | Reregistration |
| WHAM! 80 DF | 8/31/2012 | 71085-6 | Registration |
| DUET HERBICIDE | 4/7/2008 | 71085-9 | Reregistration |
| WILLOWOOD PROPANIL 80DF | 3/16/2011 | 87290-17 | Registration |
| WILLOWOOD PROPANIL 4SC | 3/9/2011 | 87290-18 | Registration |
| WILLOWOOD PROPANIL 4EC | 2/7/2012 | 87290-32 | Registration |
| LIBERTY PROPANIL 80DF | 11/15/2012 | 89168-10 | Registration |
| LIBERTY PROPANIL 4SC | 11/15/2012 | 89168-13 | Registration |
| LIBERTY PROPANIL 4EC | 10/29/2013 | 89168-31 | Registration |
| PROPANIL 4SC HERBICIDE | 11/10/2014 | 90188-2 | Registration |
| PROPANIL 4EC HERBICIDE | 12/17/2014 | 90188-3 | Registration |

635.    Upon information and belief, EPA provided no hearings or other public participation for these product registration actions.

636.    As set forth above, EPA has discretion to influence or change registrations of pesticide products for the benefit of protected species.  For example, EPA may only register or reregister a pesticide product if its use does not cause an unreasonable adverse effect on the environment.  7 U.S.C. § 136a(c)(5); 7 U.S.C. § 136a-1(g)(2)(C); 40 C.F.R. § 152.112; 40 C.F.R. § 152.113(a).   EPA may also change, cancel, restrict, or immediately suspend registered pesticides, pesticide labeling, or particular uses at any time if it appears that the pesticide is causing an unreasonable adverse effect on the environment.  7 U.S.C. § 136d(c).   Thus, EPA's product reregistration and its approvals of products containing propanil constitute "affirmative agency actions" subject to consultation under Section 7(a)(2) of the ESA. 16 U.S.C. § 1536(a)(2).

637.    Plaintiffs' members live, work, visit, recreate, and otherwise enjoy areas across the nation that may be impacted by products containing propanil.  Plaintiffs' members derive professional, aesthetic, spiritual, recreational, economic, and educational benefits from the endangered and threatened species that live in these areas and may be impacted by products containing propanil.  The list of species that may be affected by products containing propanil is provided in Exhibit A, and Plaintiffs' members have cognizable interests in these species.

638.    For example, products containing propanil may affect the razorback sucker, and a member of Plaintiffs' organizations has a cognizable interest in this species based on, among other things, efforts to observe the species during frequent visits to habitats where the species can be found and may be affected by propanil.

639.    In the listing document for the razorback sucker, the U.S. Fish and Wildlife Service explains: "Threats to the species include streamflow regulation, habitat modification, competition with and predation by nonnative fish species, and pesticides and pollutants."

640.    Plaintiffs' members engage in wildlife observation, research, photography, restoration activities, and educational programs involving endangered and threatened species that may be impacted by products containing propanil.  Plaintiffs' members will continue to maintain an interest in the species and areas that may be impacted by products containing propanil in the future.

641.    The above-described interests of Plaintiffs and their members have been and are being adversely affected by EPA's reregistration, registration and authorization of the use of products containing propanil, which is a pesticide that may harm endangered and threatened species and their habitats.  As alleged in the Complaint, products containing propanil may affect the species identified in Exhibit A, as well as their designated critical habitat.

642.    EPA's failure to ensure that products containing propanil do not impact endangered species and their habitats harms Plaintiffs' members' interests in the species and their habitats affected by products containing propanil.  For example, EPA's failure to consult on products containing propanil may impair recovery of species impacted by products containing propanil and may make it more likely that these species would suffer population declines.  Species declines and impaired recovery harm the interests that Plaintiffs' members have in the existence of these rare animals, such as by limiting their ability to observe the species.  Consultation on products containing propanil is necessary to ensure that Plaintiffs' members' interests in the species affected by products containing propanil are preserved and remain free from injury.

643.    EPA must register and authorize pesticide products before they can be used and has an ongoing responsibility to ensure that registered pesticides do not have unreasonable adverse effects on the environment.  Absent EPA's continuing registration and discretionary control and involvement in

products containing propanil, this pesticide could not be used and could not negatively impact the listed species named in Exhibit A and their habitats.

644.   If this Court orders EPA to engage in consultation as required, the Service would analyze the extent to which products containing propanil affect listed species and their habitats and, if necessary, would suggest reasonable and prudent alternatives or measures to protect the species, which would protect Plaintiffs' members' interests in the species.  16 U.S.C. § 1536(a)(3).  Unless the requested relief is granted, Plaintiffs' interests will continue to be injured by EPA's failure to consult on products containing propanil with the Service, as well as by the potential ongoing harm to the species named in Exhibit A and their habitats as a result of ongoing use of products containing propanil.

645.   The injuries described above are actual, concrete injuries that are presently suffered by Plaintiffs and their members and will continue to occur unless relief is granted by this Court.  These injuries are directly caused by the Defendants' failure to consult with the Service to ensure that EPA's actions relating to products containing propanil do not affect listed species and Plaintiffs' members' cognizable interests in these species.  The relief sought herein, EPA's compliance with the ESA, would redress Plaintiffs' injuries.  Plaintiffs have no other adequate remedy at law, and they bring this action on behalf of their adversely affected members.

**Propargite**[37]

646.   Exhibit A contains a comprehensive, but not necessarily exhaustive, list of endangered and threatened species for which propargite is known to be harmful to the taxonomic group of that species and is used in the state where that species lives.

647.   Propargite is a pesticide for which the EPA has indicated that estimated environmental concentrations (EECs) are likely to exceed the Levels of Concern (LOCs) for endangered species, and/or may cause indirect effects on endangered species by altering habitat or food sources.  Specifically, EECs of propargite are likely to exceed the LOCs for the following taxonomic groups: mammals, birds, fish, amphibians, mollusks, crustaceans, and reptiles.

---

[37] The current EPA Case Number and EPA PC Code for propargite are 0243, 097601.

648.    Propargite is a pesticide that is "highly acutely toxic" or "very highly acutely toxic" to the following taxonomic groups: fish, amphibians, and crustaceans.  These toxicity rankings are based on LD50 or LC50 data (lethal dose to 50 percent of the test organisms or lethal concentration for 50 percent of the test organisms) that EPA possesses.

649.    The USGS has detected propargite in dozens of waterways across the nation, as documented in reports on its nationwide water quality surveys. As shown in Exhibit B, some of these watersheds overlap the range of species that may be affected by this pesticide.

650.    EPA "affirmatively authorized" the use of propargite when it issued a Reregistration Eligibility Decision in September of 2001. In 2002, EPA conducted a public comment period on the 2001 RED. Based on the public comments, EPA revised the RED on December 15, 2005.  In September 2007, EPA amended the propargite RED to modify spray drift label language, the air blast application maximum use rate, and required personal protective equipment. On June 25, 2008, EPA issued an addendum to the propargite RED to specifiy minimum plant back intervals.  As set forth above, EPA has discretion to influence or change registrations of pesticides for the benefit of protected species.  For example, EPA may only register or reregister a pesticide if its use does not cause an unreasonable adverse effect on the environment.  7 U.S.C. § 136a(c)(5).  EPA may also change, cancel, restrict, or immediately suspend registered pesticides, pesticide labeling, or particular uses at any time if it appears that the pesticide is causing an unreasonable adverse effect on the environment.  7 U.S.C. § 136d(c).  Thus, EPA's reregistration of the active ingredient propargite is an "affirmative agency action" subject to consultation under Section 7(a)(2) of the ESA. 16 U.S.C. § 1536(a)(2).

651.    On May 15, 2008, EPA completed product reregistration for propargite.  *See* https://www.epa.gov/pesticide-reevaluation/pesticides-have-completed-product-reregistration (last visited 6/26/2017).

652.    Active product registrations for this pesticide can be found on EPA's Pesticide Product Label System, *available at* http://iaspub.epa.gov/apex/pesticides/f?p=PPLS:1 (last visited 6/26/2017).

653.    Specifically, EPA's online Pesticide Product Label System lists the following pesticide products containing propargite that EPA affirmatively authorized by product reregistration or new product registration since January 20, 2005:

| Product Name | Date | Registration Number | Action |
|---|---|---|---|
| COMITE | 7/27/2007 | 400-104 | Reregistration |
| COMITE II | 7/10/2007 | 400-154 | Reregistration |
| OMITE-30WS | 6/13/2007 | 400-427 | Reregistration |
| OMITE-57E | 7/2/2007 | 400-83 | Reregistration |
| OMITE-6E | 7/20/2007 | 400-89 | Reregistration |

654.    Upon information and belief, EPA provided no hearings or other public participation for these product registration actions.

655.    As set forth above, EPA has discretion to influence or change the RED and registrations of pesticide products for the benefit of protected species.  For example, EPA may only register or reregister a pesticide product if its use does not cause an unreasonable adverse effect on the environment.  7 U.S.C. § 136a(c)(5); 7 U.S.C. § 136a-1(g)(2)(C); 40 C.F.R. § 152.112; 40 C.F.R. § 152.113(a).   EPA may also change, cancel, restrict, or immediately suspend registered pesticides, pesticide labeling, or particular uses at any time if it appears that the pesticide is causing an unreasonable adverse effect on the environment.  7 U.S.C. § 136d(c).   Thus, EPA's product reregistration and its approvals of products containing propargite constitute "affirmative agency actions" subject to consultation under Section 7(a)(2) of the ESA. 16 U.S.C. § 1536(a)(2).

656.    Plaintiffs' members live, work, visit, recreate, and otherwise enjoy areas across the nation that may be impacted by propargite and products containing propargite.  Plaintiffs' members derive professional, aesthetic, spiritual, recreational, economic, and educational benefits from the endangered and threatened species that live in these areas and may be impacted by products containing propargite.  The list of species that may be affected by products containing propargite is provided in Exhibit A, and Plaintiffs' members have cognizable interests in these species.

657.    For example, propargite and products containing propargite may affect Santa Ana sucker, and a member of Plaintiffs' organizations has a cognizable interest in this species based on, among other things, efforts to observe the species during frequent visits to habitats where the species can be found and may be affected by propargite.

658.    In the rule listing the Santa Ana sucker, FWS states: "Although no toxicologically significant impacts were observed by the authors, maximum allowable concentrations of pesticides and related chemicals for aquatic organisms occasionally were exceeded. Moreover, maximum contaminant

Fourth Amended Complaint for Declaratory and Injunctive Relief

1  levels/health advisory levels were frequently exceeded for various pesticides and ground water nitrate-

2  nitrogen. Although the water quality tolerances of Santa Ana suckers are unknown, in general, point

3  and nonpoint source pollution (e.g., urban runoff, sedimentation) have significantly degraded the water

4  quality in most of the native range of the Santa Ana sucker."

5       659.    Plaintiffs' members engage in wildlife observation, research, photography, restoration

6  activities, and educational programs involving endangered and threatened species that may be impacted

7  by propargite and products containing propargite.  Plaintiffs' members will continue to maintain an

8  interest in the species and areas that may be impacted by products containing propargite in the future.

9       660.    The above-described interests of Plaintiffs and their members have been and are being

10  adversely affected by EPA's 2007 and 2008 propargite REDs, reregistration, registration and

11  authorization of the use of products containing propargite, which is a pesticide that may harm

12  endangered and threatened species and their habitats.  As alleged in the Complaint, propargite and

13  products containing propargite may affect the species identified in Exhibit A, as well as their

14  designated critical habitat.

15       661.    EPA's failure to ensure that propargite and products containing propargite do not impact

16  endangered species and their habitats harms Plaintiffs' members' interests in the species and their

17  habitats affected by products containing propargite.  For example, EPA's failure to consult on the 2007

18  and 2008 propargite REDs and products containing propargite may impair recovery of species

19  impacted by products containing propargite and may make it more likely that these species would

20  suffer population declines.  Species declines and impaired recovery harm the interests that Plaintiffs'

21  members have in the existence of these rare animals, such as by limiting their ability to observe the

22  species.  Consultation on the 2007 and 2008 propargite REDs and products containing propargite is

23  necessary to ensure that Plaintiffs' members' interests in the species affected by propargite and

24  products containing propargite are preserved and remain free from injury.

25       662.    EPA must register and authorize pesticide products before they can be used and has an

26  ongoing responsibility to ensure that registered pesticides do not have unreasonable adverse effects on

27  the environment.  Absent EPA's continuing registration and discretionary control and involvement in

28

1   propargite and products containing propargite, this pesticide could not be used and could not negatively

2   impact the listed species named in Exhibit A and their habitats.

3       663.    If this Court orders EPA to engage in consultation as required, the Service would analyze

4   the extent to which the 2007 and 2008 propargite REDs and products containing propargite affect listed

5   species and their habitats and, if necessary, would suggest reasonable and prudent alternatives or

6   measures to protect the species, which would protect Plaintiffs' members' interests in the species.  16

7   U.S.C. § 1536(a)(3).  Unless the requested relief is granted, Plaintiffs' interests will continue to be

8   injured by EPA's failure to consult on the 2007 and 2008 propargite REDs and products containing

9   propargite with the Service, as well as by the potential ongoing harm to the species named in Exhibit A

10  and their habitats as a result of ongoing use of products containing propargite.

11      664.    The injuries described above are actual, concrete injuries that are presently suffered by

12  Plaintiffs and their members and will continue to occur unless relief is granted by this Court.  These

13  injuries are directly caused by the Defendants' failure to consult with the Service to ensure that EPA's

14  actions relating to the 2007 and 2008 propargite REDs and products containing propargite do not affect

15  listed species and Plaintiffs' members' cognizable interests in these species.  The relief sought herein,

16  EPA's compliance with the ESA, would redress Plaintiffs' injuries.  Plaintiffs have no other adequate

17  remedy at law, and they bring this action on behalf of their adversely affected members.

18  **Simazine[38]**

19      665.    Exhibit A contains a comprehensive, but not necessarily exhaustive, list of endangered

20  and threatened species for which simazine is known to be harmful to the taxonomic group of that

21  species and is used in the state where that species lives.

22      666.    Simazine and its chlorinated degradates exhibit neuroendocrine effects seen across

23  mammals and can alterer hormone levels in rats that may result in developemental and reproductive

24  consequences. Simazine has the potential to interact with the estrogen and androgen pathways in

25  mammals and other wildlife.

26      667.    Simazine is a pesticide for which the EPA has indicated that estimated environmental

27  concentrations (EECs) are likely to exceed the Levels of Concern (LOCs) for endangered species,

28

---

[38] The current EPA Case Number and EPA PC Code for simazine are 0070, 080807.

Fourth Amended Complaint for Declaratory and Injunctive Relief

Case No. 3:11-cv-00293-JCS                                                                      186

and/or may cause indirect effects on endangered species by altering habitat or food sources. Specifically, EECs of simazine are likely to exceed the LOCs for the following taxonomic groups: mammals, birds, fish, plants, aquatic phase amphibians, aquatic invertebrates, and vascular aquatic plants, birds, mammals.

668.    Simazine is a pesticide that is "highly acutely toxic" or "very highly acutely toxic" to the following taxonomic groups:  fish and amphibians.  These toxicity rankings are based on LD50 or LC50 data (lethal dose to 50 percent of the test organisms or lethal concentration for 50 percent of the test organisms) that EPA possesses.

669.    The USGS has detected simazine in over 100 watersheds across the nation, as documented in reports on its nationwide water quality surveys.  As shown in Exhibit B, some of these watersheds overlap the range of species that may be affected by this pesticide.

670.    EPA "affirmatively authorized" the continued use of the active ingredient simazine when it issued a Reregistration Eligibility Decision in April of 2006.  In its 2006 RED for simazine, EPA states that EPA's "preliminary assessment indicates that the LOC for Listed Species is exceeded for the following combination of taxonomic groups and uses: Freshwater fish – granular application for nonselective weed control on turf and other non-crop land; Freshwater invertebrates – non-granular application on citrus, pine trees, nuts, peaches, and corn; granular application for nonselective weed control on turf and other non-crop land as well as apples; Vascular aquatic plants – non-granular application on citrus, nuts, peaches, and corn; granular application for nonselective weed control on turf and other non-crop land as well as apples; Birds – non-granular application for all uses; Mammals – non-granular and granular application for all use. . . .   Based on acute and chronic RQs, there are additional potential indirect effects to Listed Species that have the following behaviors: Eat fish or amphibians (e.g., fish, mammals, birds, reptiles), or in the case of freshwater mussels, use a fish as a necessary host in their life cycle; Rely on freshwater invertebrates (e.g., daphnids) as a primarily food source; rely on aquatic plants for food and/or habitat and shelter; Eat birds or require birds as pollinators or seed dispersers; Eat mammals or require mammals as pollinators or seed dispersers; and rely either on a specific plant species (plant species obligate) or multiple plant species (plant dependent) for some important aspect of their life cycle."

671.    In its April 13, 2016 Preliminary Ecological Risk Assessment for simazine, EPA determined that the endangered species LOC was exceeded for certain uses for mammals, birds, fish, freshwater invertebrates, vascual aquatic plants, and monocot and dicot terrestrial plants.

672.    On February 6, 2013, EPA completed product reregistration for simazine.  *See* https://www.epa.gov/pesticide-reevaluation/pesticides-have-completed-product-reregistration (last visited 6/26/2017).

673.    Active product registrations for this pesticide can be found on EPA's Pesticide Product Label System, *available at* http://iaspub.epa.gov/apex/pesticides/f?p=PPLS:1 (last visited 6/26/2017). Specifically, the EPA's online Pesticide Product Label System lists the following pesticide products containing simazine that EPA affirmatively authorized by product reregistration or new product registration since January 20, 2005:

| Product Name | Date | Registration Number | Action |
|---|---|---|---|
| PRINCEP 4L HERBICIDE | 7/26/2011 | 100-526 | Reregistration |
| PRINCEP CALIBER 90 HERBICIDE | 7/22/2011 | 100-603 | Reregistration |
| DREXEL SIMAZAT 4L HERBICIDE | 7/14/2011 | 19713-171 | Reregistration |
| SIMAZINE 90DF | 3/31/2011 | 19713-252 | Reregistration |
| DREXEL SIMAZINE 4F | 6/9/2011 | 19713-273 | Reregistration |
| DREXEL SIMAZAT 90DF | 7/14/2011 | 19713-553 | Reregistration |
| DREXEL SIMAZINE 4L | 3/31/2011 | 19713-60 | Reregistration |
| SIMAZINE 90DF | 12/16/2014 | 33270-26 | Registration |
| SIMAZINE 4L | 12/19/2014 | 33270-27 | Registration |
| SIMAZINE 90 WDG | 7/18/2011 | 34704-686 | Reregistration |
| SIMAZINE 4L FLOWABLE HERBICIDE | 7/18/2011 | 34704-687 | Reregistration |
| SMZ 4L | 8/4/2011 | 34704-913 | Reregistration |
| SIMAZINE 90 | 7/14/2011 | 34704-916 | Reregistration |
| OXON ITALIA SIM-TROL 4L SIMAZINE FLOWABLE HERBICIDE | 12/29/2010 | 35915-11 | Reregistration |
| SIM-TROL 9DF | 7/14/2011 | 35915-12 | Reregistration |
| UPI SIMAZINE 4L | 9/14/2010 | 70506-232 | Registration |
| UPI SIMAZINE 90DF HERBICIDE | 9/14/2010 | 70506-233 | Registration |
| ALGICLEAR | 6/16/2011 | 9712-8 | Reregistration |
| SIMAZINE 90DF | 12/29/2010 | 9779-295 | Reregistration |
| SIMAZINE 4L | 3/10/2011 | 9779-296 | Reregistration |

674.    Upon information and belief, EPA provided no hearings or other public participation for these product registration actions.

675.    As set forth above, EPA has discretion to influence or change registrations of pesticide products for the benefit of protected species.  For example, EPA may only register or reregister a pesticide product if its use does not cause an unreasonable adverse effect on the environment.  7 U.S.C. § 136a(c)(5); 7 U.S.C. § 136a-1(g)(2)(C); 40 C.F.R. § 152.112; 40 C.F.R. § 152.113(a).   EPA may also change, cancel, restrict, or immediately suspend registered pesticides, pesticide labeling, or particular uses at any time if it appears that the pesticide is causing an unreasonable adverse effect on the environment.  7 U.S.C. § 136d(c).   Thus, EPA's product reregistration and its approvals of products containing simazine are "affirmative agency actions" subject to consultation under Section 7(a)(2) of the ESA. 16 U.S.C. § 1536(a)(2).

676.    Plaintiffs' members live, work, visit, recreate, and otherwise enjoy areas across the nation that may be impacted by products containing simazine.  Plaintiffs' members derive professional, aesthetic, spiritual, recreational, economic, and educational benefits from the endangered and threatened species that live in these areas and may be impacted by products containing simazine.  The list of species that may be affected by products containing simazine is provided in Exhibit A, and Plaintiffs' members have cognizable interests in these species.

677.    For example, products containing simazine may affect the Chiricahua leopard frog, and a member of Plaintiffs' organizations has a cognizable interest in this species based on, among other things, efforts to observe the species during frequent visits to habitats where the species can be found and may be affected by products containing simazine.

678.    In the listing document for the Chiricahua leopard frog, the U.S. Fish and Wildlife Service explains that pesticides are a stressor that could increase the frog's susceptibility to the deadly chytrid fungus. 67 Fed. Reg. 40789 (June 13, 2002).

679.    Plaintiffs' members engage in wildlife observation, research, photography, restoration activities, and educational programs involving endangered and threatened species that may be impacted by products containing simazine.  Plaintiffs' members will continue to maintain an interest in the species and areas that may be impacted by products containing simazine in the future.

680.    The above-described interests of Plaintiffs and their members have been and are being adversely affected by EPA's reregistration, registration and authorization of the use of products

1    containing simazine, which are pesticides that may harm endangered and threatened species and their

2    habitats.  As alleged in the Complaint, products containing simazine may affect the species identified in

3    Exhibit A, as well as their designated critical habitat.

4        681.    EPA's failure to ensure that products containing simazine do not impact endangered

5    species and their habitats harms Plaintiffs' members' interests in the species and their habitats affected

6    by products containing simazine.  For example, EPA's failure to consult on products containing

7    simazine may impair recovery of species impacted by products containing simazine and may make it

8    more likely that these species would suffer population declines.  Species declines and impaired

9    recovery harm the interests that Plaintiffs' members have in the existence of these rare animals, such as

10   by limiting their ability to observe the species.  Consultation on products containing simazine is

11   necessary to ensure that Plaintiffs' members' interests in the species affected by products containing

12   simazine are preserved and remain free from injury.

13       682.    EPA must register and authorize pesticide products before they can be used and has an

14   ongoing responsibility to ensure that registered pesticides do not have unreasonable adverse effects on

15   the environment.  Absent EPA's continuing registration and discretionary control and involvement in

16   products containing simazine, these pesticides could not be used and could not be negatively impacting

17   the listed species named in Exhibit A and their habitats.

18       683.    If this Court orders EPA to engage in consultation as required, the Service would analyze

19   the extent to which the products containing simazine affect listed species and their habitats and, if

20   necessary, would suggest reasonable and prudent alternatives or measures to protect the species, which

21   would protect Plaintiffs' members' interests in the species.  16 U.S.C. § 1536(a)(3).  Unless the

22   requested relief is granted, Plaintiffs' interests will continue to be injured by EPA's failure to consult

23   on products containing simazine with the Service, as well as by the potential ongoing harm to the

24   species named in Exhibit A and their habitats as a result of ongoing use of products containing

25   simazine.

26       684.    The injuries described above are actual, concrete injuries that are presently suffered by

27   Plaintiffs and their members and will continue to occur unless relief is granted by this Court.  These

28   injuries are directly caused by the Defendants' failure to consult with the Service to ensure that EPA's

1   actions relating to products containing simazine do not affect listed species and Plaintiffs' members'

2   cognizable interests in these species.  The relief sought herein, EPA's compliance with the ESA, would

3   redress Plaintiffs' injuries.  Plaintiffs have no other adequate remedy at law, and they bring this action

4   on behalf of their adversely affected members.

5   **S,S,S-Tributyl Phosphorotrithioate**[39]

6       685.    Exhibit A contains a comprehensive, but not necessarily exhaustive, list of endangered

7   and threatened species for which S,S,S-tributyl phosphorotrithioate (tribufos) is known to be harmful to

8   the taxonomic group of that species and is used in the state where that species lives.

9       686.    S,S,S-tributyl phosphorotrithioate is a pesticide for which the EPA has indicated that

10  estimated environmental concentrations (EECs) are likely to exceed the Levels of Concern (LOCs) for

11  endangered species, and/or may cause indirect effects on endangered species by altering habitat or food

12  sources.  Specifically, EECs of S,S,S-tributyl phosphorotrithioate are likely to exceed the LOCs for the

13  following taxonomic groups:  mammals, birds, fish, amphibians, mollusks, crustaceans, and reptiles.

14      687.    S,S,S-tributyl phosphorotrithioate is a pesticide that is "highly acutely toxic" or "very

15  highly acutely toxic" to the following taxonomic groups:  fish, amphibians, crustaceans, and insects.

16  These toxicity rankings are based on LD50 or LC50 data (lethal dose to 50 percent of the test

17  organisms or lethal concentration for 50 percent of the test organisms) that EPA possesses.

18      688.    EPA "affirmatively authorized" the continued use of the active ingredient S,S,S-tributyl

19  phosphorotrithioate when it issued a Reregistration Eligibility Decision in July of 2006

20      689.    On July 12, 2006, EPA completed product reregistration for S,S,S-tributyl

21  phosphorotrithioate.  *See* https://www.epa.gov/pesticide-reevaluation/pesticides-have-completed-

22  product-reregistration (last visited 6/26/2017).

23      690.    Active product registrations for this pesticide can be found on EPA's Pesticide Product

24  Label System, *available at* http://iaspub.epa.gov/apex/pesticides/f?p=PPLS:1 (last visited 6/26/2017).

25

26

27

28

---

[39] The current EPA Case Number and EPA PC Code for S,S,S-tributyl phosphorotrithioate are 2145, 074801.

691.     Specifically, EPA's online Pesticide Product Label System lists the following pesticide products containing S,S,S-tributyl phosphorotrithioate that EPA affirmatively authorized by product reregistration or new product registration since January 20, 2005:

| Product Name | Date | Registration Number | Action |
|---|---|---|---|
| FOLEX 6 EC | 5/22/2006 | 5481-504 | Reregistration |
| DEF 6 EMULSIFIABLE DEFOLIANT | 7/12/2006 | 5481-9023 | Reregistration |
| TRIBUFOS 6 | 5/18/2011 | 85678-15 | Registration |
| AX TRIBUFOS 6 | 3/18/2014 | 89167-43 | Registration |

692.     Upon information and belief, EPA provided no hearings or other public participation for these product registration actions.

693.     As set forth above, EPA has discretion to influence or change registrations of pesticide products for the benefit of protected species.  For example, EPA may only register or reregister a pesticide product if its use does not cause an unreasonable adverse effect on the environment.  7 U.S.C. § 136a(c)(5); 7 U.S.C. § 136a-1(g)(2)(C); 40 C.F.R. § 152.112; 40 C.F.R. § 152.113(a).   EPA may also change, cancel, restrict, or immediately suspend registered pesticides, pesticide labeling, or particular uses at any time if it appears that the pesticide is causing an unreasonable adverse effect on the environment.  7 U.S.C. § 136d(c).   Thus, EPA's product reregistration and its approvals of products containing S,S,S-tributyl phosphorotrithioate constitute "affirmative agency actions" subject to consultation under Section 7(a)(2) of the ESA. 16 U.S.C. § 1536(a)(2).

694.     Plaintiffs' members live, work, visit, recreate, and otherwise enjoy areas across the nation that may be impacted by products containing S,S,S-tributyl phosphorotrithioate.  Plaintiffs' members derive professional, aesthetic, spiritual, recreational, economic, and educational benefits from the endangered and threatened species that live in these areas and may be impacted by products containing S,S,S-tributyl phosphorotrithioate.  The list of species that may be affected by products containing S,S,S-tributyl phosphorotrithioate is provided in Exhibit A, and Plaintiffs' members have cognizable interests in these species.

695.     For example, products containing S,S,S-tributyl phosphorotrithioate may affect the Kern primrose sphinx moth, and a member of Plaintiffs' organizations has a cognizable interest in this

species based on, among other things, efforts to observe the species during frequent visits to habitats where the species can be found and may be affected by S,S,S-tributyl phosphorotrithioate.

696.    In the recovery plan for the Kern primrose sphinx moth, FWS explains: "Other agricultural practices such as the application of pesticides and herbicides or channeling of washes could adversely effect the moth and its host plant was shown to be negatively affected by drift from aerial application of insecticide (Bagdonis, pers. comm.). The potential exists for causing accidental extirpation of the moth." FWS further explains: "In order to protect Kern primrose sphinx moth habitat, reduction of any deleterious effects to the moth from aerial pesticide application is essential."

697.    Plaintiffs' members engage in wildlife observation, research, photography, restoration activities, and educational programs involving endangered and threatened species that may be impacted by products containing S,S,S-tributyl phosphorotrithioate.  Plaintiffs' members will continue to maintain an interest in the species and areas that may be impacted by products containing S,S,S-tributyl phosphorotrithioate in the future.

698.    The above-described interests of Plaintiffs and their members have been and are being adversely affected by EPA's reregistration, registration and authorization of the use of products containing S,S,S-tributyl phosphorotrithioate, which is a pesticide that may harm endangered and threatened species and their habitats.  As alleged in the Complaint, products containing S,S,S-tributyl phosphorotrithioate may affect the species identified in Exhibit A, as well as their designated critical habitat.

699.    EPA's failure to ensure that products containing S,S,S-tributyl phosphorotrithioate do not impact endangered species and their habitats harms Plaintiffs' members' interests in the species and their habitats affected by products containing S,S,S-tributyl phosphorotrithioate.  For example, EPA's failure to consult on products containing S,S,S-tributyl phosphorotrithioate may impair recovery of species impacted by products containing S,S,S-tributyl phosphorotrithioate and may make it more likely that these species would suffer population declines.  Species declines and impaired recovery harm the interests that Plaintiffs' members have in the existence of these rare animals, such as by limiting their ability to observe the species.  Consultation on products containing S,S,S-tributyl

phosphorotrithioate is necessary to ensure that Plaintiffs' members' interests in the species affected by products containing S,S,S-tributyl phosphorotrithioate are preserved and remain free from injury.

700.   EPA must register and authorize pesticide products before they can be used and has an ongoing responsibility to ensure that registered pesticides do not have unreasonable adverse effects on the environment.  Absent EPA's continuing registration and discretionary control and involvement in products containing S,S,S-tributyl phosphorotrithioate, this pesticide could not be used and could not negatively impact the listed species named in Exhibit A and their habitats.

701.   If this Court orders EPA to engage in consultation as required, the Service would analyze the extent to which products containing S,S,S-tributyl phosphorotrithioate affect listed species and their habitats and, if necessary, would suggest reasonable and prudent alternatives or measures to protect the species, which would protect Plaintiffs' members' interests in the species.  16 U.S.C. § 1536(a)(3).  Unless the requested relief is granted, Plaintiffs' interests will continue to be injured by EPA's failure to consult on products containing S,S,S-tributyl phosphorotrithioate with the Service, as well as by the potential ongoing harm to the species named in Exhibit A and their habitats as a result of ongoing use of products containing S,S,S-tributyl phosphorotrithioate.

702.   The injuries described above are actual, concrete injuries that are presently suffered by Plaintiffs and their members and will continue to occur unless relief is granted by this Court.  These injuries are directly caused by the Defendants' failure to consult with the Service to ensure that EPA's actions relating to products containing S,S,S-tributyl phosphorotrithioate do not affect listed species and Plaintiffs' members' cognizable interests in these species.  The relief sought herein, EPA's compliance with the ESA, would redress Plaintiffs' injuries.  Plaintiffs have no other adequate remedy at law, and they bring this action on behalf of their adversely affected members.

**Thiobencarb**[40]

703.   Exhibit A contains a comprehensive, but not necessarily exhaustive, list of endangered and threatened species for which thiobencarb is known to be harmful to the taxonomic group of that species and is used in the state where that species lives.

---

[40] The current EPA Case Number and EPA PC Code for thiobencarb are 2665, 108401.

704. Thiobencarb is a pesticide for which the EPA has indicated that estimated environmental concentrations (EECs) are likely to exceed the Levels of Concern (LOCs) for endangered species, and/or may cause indirect effects on endangered species by altering habitat or food sources. Specifically, EECs of thiobencarb are likely to exceed the LOCs for the following taxonomic groups: mammals, birds, fish, amphibians, mollusks, crustaceans, and reptiles.

705. Thiobencarb is a pesticide that is "highly acutely toxic" or "very highly acutely toxic" to the following taxonomic groups: fish, amphibians, mollusks, crustaceans, and insects. These toxicity rankings are based on LD50 or LC50 data (lethal dose to 50 percent of the test organisms or lethal concentration for 50 percent of the test organisms) that EPA possesses.

706. The USGS has detected thiobencarb in dozens of waterways across the nation, as documented in reports on its nationwide water quality surveys. As shown in Exhibit B, some of these watersheds overlap the range of species that may be affected by this pesticide.

707. EPA "affirmatively authorized" the continued use of the active ingredietnt thiobencarb when it issued a Reregistration Eligibility Decision in September of 1997.

708. On April 20, 2006, EPA completed product reregistration for thiobencarb. *See* https://www.epa.gov/pesticide-reevaluation/pesticides-have-completed-product-reregistration (last visited 6/26/2017).

709. Active product registrations for this pesticide can be found on EPA's Pesticide Product Label System, *available at* http://iaspub.epa.gov/apex/pesticides/f?p=PPLS:1 (last visited 6/26/2017).

710. Specifically, EPA's online Pesticide Product Label System lists the following pesticide products containing thiobencarb that EPA affirmatively authorized by product reregistration or new product registration since January 20, 2005:

| Product Name | Date | Registration Number | Action |
|---|---|---|---|
| League MVP Herbicide | 8/2/2012 | 59639-189 | Registration |
| BOLERO 8 EC (HERBICIDE) | 8/23/2005 | 59639-79 | Reregistration |
| BOLERO 8 EC (HERBICIDE) | 2/2/2006 | 63588-6 | Reregistration |

711. Upon information and belief, EPA provided no hearings or other public participation for these product registration actions.

712.    As set forth above, EPA has discretion to influence or change registrations of pesticide products for the benefit of protected species.  For example, EPA may only register or reregister a pesticide product if its use does not cause an unreasonable adverse effect on the environment.  7 U.S.C. § 136a(c)(5); 7 U.S.C. § 136a-1(g)(2)(C); 40 C.F.R. § 152.112; 40 C.F.R. § 152.113(a).   EPA may also change, cancel, restrict, or immediately suspend registered pesticides, pesticide labeling, or particular uses at any time if it appears that the pesticide is causing an unreasonable adverse effect on the environment.  7 U.S.C. § 136d(c).   Thus, EPA's product reregistration and its approvals of products containing thiobencarb constitute "affirmative agency actions" subject to consultation under Section 7(a)(2) of the ESA. 16 U.S.C. § 1536(a)(2).

713.    Plaintiffs' members live, work, visit, recreate, and otherwise enjoy areas across the nation that may be impacted by products containing thiobencarb.  Plaintiffs' members derive professional, aesthetic, spiritual, recreational, economic, and educational benefits from the endangered and threatened species that live in these areas and may be impacted by products containing thiobencarb. The list of species that may be affected by products containing thiobencarb is provided in Exhibit A, and Plaintiffs' members have cognizable interests in these species.

714.    For example, products containing thiobencarb may affect the San Bruno elfin, and a member of Plaintiffs' organizations has a cognizable interest in this species based on, among other things, efforts to observe the species during frequent visits to habitats where the species can be found and may be affected by thiobencarb.

715.    In the recovery plan for the San Bruno elfin, FWS prescribes: "Minimize use of herbicides, insecticides and other toxic substances. The use of toxic substances within the essential habitat of San Bruno elfin and Mission blue butterflies should be prohibited or minimized. Physical removal of unwanted flora is preferred."

716.    Plaintiffs' members engage in wildlife observation, research, photography, restoration activities, and educational programs involving endangered and threatened species that may be impacted by products containing thiobencarb.  Plaintiffs' members will continue to maintain an interest in the species and areas that may be impacted by products containing thiobencarb in the future.

717.    The above-described interests of Plaintiffs and their members have been and are being adversely affected by EPA's reregistration, registration and authorization of the use of products containing thiobencarb, which is a pesticide that may harm endangered and threatened species and their habitats.  As alleged in the Complaint, products containing thiobencarb may affect the species identified in Exhibit A, as well as their designated critical habitat.

718.    EPA's failure to ensure that products containing thiobencarb do not impact endangered species and their habitats harms Plaintiffs' members' interests in the species and their habitats affected by products containing thiobencarb.  For example, EPA's failure to consult on products containing thiobencarb may impair recovery of species impacted by products containing thiobencarb and may make it more likely that these species would suffer population declines.  Species declines and impaired recovery harm the interests that Plaintiffs' members have in the existence of these rare animals, such as by limiting their ability to observe the species.  Consultation on products containing thiobencarb is necessary to ensure that Plaintiffs' members' interests in the species affected by products containing thiobencarb are preserved and remain free from injury.

719.    EPA must register and authorize pesticide products before they can be used and has an ongoing responsibility to ensure that registered pesticides do not have unreasonable adverse effects on the environment.  Absent EPA's continuing registration and discretionary control and involvement in products containing thiobencarb, this pesticide could not be used and could not negatively impact the listed species named in Exhibit A and their habitats.

720.    If this Court orders EPA to engage in consultation as required, the Service would analyze the extent to which products containing thiobencarb affect listed species and their habitats and, if necessary, would suggest reasonable and prudent alternatives or measures to protect the species, which would protect Plaintiffs' members' interests in the species.  16 U.S.C. § 1536(a)(3).  Unless the requested relief is granted, Plaintiffs' interests will continue to be injured by EPA's failure to consult on products containing thiobencarb with the Service, as well as by the potential ongoing harm to the species named in Exhibit A and their habitats as a result of ongoing use of thiobencarb.

721.    The injuries described above are actual, concrete injuries that are presently suffered by Plaintiffs and their members and will continue to occur unless relief is granted by this Court.  These

1   injuries are directly caused by the Defendants' failure to consult with the Service to ensure that EPA's

2   actions relating to products containing thiobencarb do not affect listed species and Plaintiffs' members'

3   cognizable interests in these species.  The relief sought herein, EPA's compliance with the ESA, would

4   redress Plaintiffs' injuries.  Plaintiffs have no other adequate remedy at law, and they bring this action

5   on behalf of their adversely affected members.

6   **Trifluralin**[41]

7       722.    Exhibit A contains a comprehensive, but not necessarily exhaustive, list of endangered

8   and threatened species for which trifluralin is known to be harmful to the taxonomic group of that

9   species and is used in the state where that species lives.

10      723.    Trifluralin is a known endocrine disrupter.  As explained above, endocrine disrupters

11  have effects on the reproductive and immune systems capable of compromising populations of

12  endangered species.

13      724.    Trifluralin is a pesticide for which the EPA has indicated that estimated environmental

14  concentrations (EECs) are likely to exceed the Levels of Concern (LOCs) for endangered species,

15  and/or may cause indirect effects on endangered species by altering habitat or food sources.

16  Specifically, EECs of trifluralin are likely to exceed the LOCs for the following taxonomic groups:

17  mammals, birds, fish, amphibians, and reptiles.

18      725.    Trifluralin is a pesticide that is "highly acutely toxic" or "very highly acutely toxic" to

19  the following taxonomic groups:  fish, amphibians, and crustaceans.  These toxicity rankings are based

20  on LD50 or LC50 data (lethal dose to 50 percent of the test organisms or lethal concentration for 50

21  percent of the test organisms) that EPA possesses.

22      726.    The USGS has detected trifluralin in dozens of waterways across the nation, as

23  documented in reports on its nationwide water quality surveys. As shown in Exhibit B, some of these

24  watersheds overlap the range of species that may be affected by this pesticide.

25      727.    EPA "affirmatively authorized" the continued use of the active ingredient trifluralin

26  when it issued a Reregistration Eligibility Decision in April of 1996.

---

[41] The current EPA Case Number and EPA PC Code for trifluralin are 0179, 036101.

728.    On October 17, 2006, EPA completed product reregistration for trifluralin.  *See* https://www.epa.gov/pesticide-reevaluation/pesticides-have-completed-product-reregistration (last visited 6/26/2017).

729.    Active product registrations for this pesticide can be found on EPA's Pesticide Product Label System, *available at* http://iaspub.epa.gov/apex/pesticides/f?p=PPLS:1 (last visited 6/26/2017).

730.    Specifically, the EPA's online Pesticide Product Label System lists the following pesticide products containing trifluralin that EPA affirmatively authorized by product reregistration or new product registration since January 20, 2005:

| Product Name | Date | Registration Number | Action |
|---|---|---|---|
| TEAM 2G | 12/10/2007 | 10163-340 | Reregistration |
| TURF FERTILIZER CONTAINS TEAM 1.25% | 1/11/2008 | 10163-343 | Reregistration |
| TURF FERTILIZER - CONTAINS TEAM* PRO {X.XX}% | 12/10/2007 | 10163-346 | Reregistration |
| TURF FERTILIZER-CONTAINS TEAM (XXX) % | 12/10/2007 | 10163-347 | Reregistration |
| SUPER TEAM* 1.15% | 4/29/2008 | 10163-351 | Reregistration |
| SUPER TEAM* 0.92% | 1/15/2008 | 10163-352 | Reregistration |
| TURF FERTILIZER - CONTAINS GALLERY PLUS TEAM PRO | 12/11/2006 | 10163-353 | Registration |
| LESCO Trifluralin 5G Herbicide | 11/23/2015 | 10404-118 | Registration |
| TRIFLURALIN 5%G | 1/3/2017 | 19713-689 | Registration |
| ACETO TRIFLURALIN 4 EC HERBICIDE | 9/15/2011 | 2749-561 | Registration |
| SENTRY TRIFLURALIN 4EC | 3/24/2011 | 33270-17 | Registration |
| FERTILIZER WITH STARTEEM(R) #2 | 7/31/2007 | 52287-11 | Reregistration |
| FERTILIZER WITH STARTEEM(R) #3 | 9/28/2007 | 52287-12 | Reregistration |
| HARRELL'S GRANULAR HERBICIDE 75 | 2/4/2005 | 52287-15 | Registration |
| FINCHIMICA TRIFLURALIN 4EC | 7/21/2014 | 53591-1 | Registration |
| FINCHIMICA TRIFLURALIN GR-10 | 8/1/2014 | 53591-2 | Registration |
| WEED PREVENTER | 12/11/2007 | 53883-234 | Registration |
| TRIFLURALIN 5G | 5/9/2008 | 53883-240 | Registration |
| BAYONET 2 | 2/16/2005 | 5905-554 | Registration |
| BIOBARRIER ROOT CONTROL SYSTEM | 8/10/2005 | 59823-1 | Reregistration |
| MIRACLE-GRO GARDEN WEED PREVENTER | 7/17/2008 | 62355-5 | Registration |

| | | | |
|---|---|---|---|
| MIRACLE GRO SHAKE 'N FEED ALL PURPOSE PLANT FOOD PLUS WEED PREVENTER | 5/7/2009 | 62355-7 | Registration |
| QUALI-PRO T/I 2.5 G | 11/23/2010 | 66222-224 | Registration |
| TRIFLURALIN HFP | 9/13/2011 | 66222-235 | Registration |
| TECHFILTER | 10/24/2006 | 83189-1 | Registration |
| SHAW'S PREMIUM TURF FOOD WITH CRABGRASS CONTROL | 9/27/2007 | 8378-18 | Reregistration |
| GRASSTOPPER | 3/18/2015 | 88863-2 | Registration |
| AX TRIFLURALIN 4EC | 12/20/2013 | 89167-33 | Registration |
| THE ANDERSONS WEED & GRASS PREVENTER WITH 5% TRAMMEL HERBICIDE (DISPERSIBLE GRANULES) | 12/8/2006 | 9198-237 | Registration |
| THE ANDERSONS 2.0% TREFLAN & 0.5% GALLERY HERBICIDES | 8/3/2010 | 9198-252 | Registration |
| THE ANDERSONS TEE TIME FERTILIZER WITH 1.15% TEAM | 1/16/2008 | 9198-79 | Reregistration |
| LEBANON LAWN CRABGRASS PREVENTER WITH FERTILIZER | 9/2/2008 | 961-346 | Reregistration |
| LEBANON LAWN FERTILIZER WITH TEAM CRABGRASS CONTROL | 7/23/2008 | 961-348 | Reregistration |
| PREEN GARDEN WEED PREVENTER PLUS FERTILIZER | 9/28/2006 | 961-407 | Registration |
| PREEN LANDSCAPE MULCH | 1/19/2007 | 961-408 | Registration |
| PREEN TRIFLURALIN MULCH | 1/10/2008 | 961-409 | Registration |
| PREEN WEED PRIVENTER WITH SNAPSHOT | 3/13/2014 | 961-421 | Registration |
| PREEN LANDSCAPE MULCH PLUS 3 | 3/18/2015 | 961-422 | Registration |

731.    Upon information and belief, EPA provided no hearings or other public participation for these product registration actions.

732.    As set forth above, EPA has discretion to influence or change registrations of pesticide products for the benefit of protected species.  For example, EPA may only register or reregister a pesticide product if its use does not cause an unreasonable adverse effect on the environment.  7 U.S.C. § 136a(c)(5); 7 U.S.C. § 136a-1(g)(2)(C); 40 C.F.R. § 152.112; 40 C.F.R. § 152.113(a).   EPA may also change, cancel, restrict, or immediately suspend registered pesticides, pesticide labeling, or particular uses at any time if it appears that the pesticide is causing an unreasonable adverse effect on the environment.  7 U.S.C. § 136d(c).   Thus, EPA's product reregistration and its approvals of products

1    containing trifluralin are "affirmative agency actions" subject to consultation under Section 7(a)(2) of

2    the ESA. 16 U.S.C. § 1536(a)(2).

3         733.    Plaintiffs' members live, work, visit, recreate, and otherwise enjoy areas across the

4    nation that may be impacted by products containing trifluralin.  Plaintiffs' members derive

5    professional, aesthetic, spiritual, recreational, economic, and educational benefits from the endangered

6    and threatened species that live in these areas and may be impacted by products containing trifluralin.

7    The list of species that may be affected by products containing trifluralin is provided in Exhibit A, and

8    Plaintiffs' members have cognizable interests in these species.

9         734.    For example, products containing trifluralin may affect the desert pupfish, and a member

10   of Plaintiffs' organizations has a cognizable interest in this species based on, among other things,

11   efforts to observe the species during frequent visits to habitats where the species can be found and may

12   be affected by trifluralin.

13        735.    In the rule listing the desert pupfish and designating its critical habitat, FWS explains:

14   "The surviving natural populations are impacted by . . . agricultural pesticide drift . . . ."  In addition, in

15   the recovery plan, FWS explains: "Drift from aerial application of pesticides, in proximity to pupfish

16   populations, has contributed to the decline of Quitobaquito pupfish (Kynard 1981, Miller and Fuiman

17   1987). Aerial pesticide application is a common practice near other natural populations (e.g., Rio

18   Sonoyta, Mexico; lower San Felipe Creek, California and a small portion of the upper creek) which

19   may be similarly impacted."  In addition, in the 1989 Biological Opinion for trifluralin, FWS provides

20   reasonable and prudent alternatives to avoid harm to the pupfish.

21        736.    Plaintiffs' members engage in wildlife observation, research, photography, restoration

22   activities, and educational programs involving endangered and threatened species that may be impacted

23   by products containing trifluralin.  Plaintiffs' members will continue to maintain an interest in the

24   species and areas that may be impacted by products containing trifluralin in the future.

25        737.    The above-described interests of Plaintiffs and their members have been and are being

26   adversely affected by EPA's reregistration, registration and authorization of the use of products

27   containing trifluralin, which is a pesticide that may harm endangered and threatened species and their

28

1    habitats.  As alleged in the Complaint, products containing trifluralin may affect the species identified

2    in Exhibit A, as well as their designated critical habitat.

3        738.    EPA's failure to ensure that products containing trifluralin do not impact endangered

4    species and their habitats harms Plaintiffs' members' interests in the species and their habitats affected

5    by products containing trifluralin.  For example, EPA's failure to consult on products containing

6    trifluralin may impair recovery of species impacted by products containing trifluralin and may make it

7    more likely that these species would suffer population declines.  Species declines and impaired

8    recovery harm the interests that Plaintiffs' members have in the existence of these rare animals, such as

9    by limiting their ability to observe the species.  Consultation on products containing trifluralin is

10   necessary to ensure that Plaintiffs' members' interests in the species affected by products containing

11   trifluralin are preserved and remain free from injury.

12       739.    EPA must register and authorize pesticide products before they can be used and has an

13   ongoing responsibility to ensure that registered pesticides do not have unreasonable adverse effects on

14   the environment.  Absent EPA's continuing registration and discretionary control and involvement in

15   products containing trifluralin, this pesticide could not be used and could not negatively impact the

16   listed species named in Exhibit A and their habitats.

17       740.    If this Court orders EPA to engage in consultation as required, the Service would analyze

18   the extent to which products containing trifluralin affect listed species and their habitats and, if

19   necessary, would suggest reasonable and prudent alternatives or measures to protect the species, which

20   would protect Plaintiffs' members' interests in the species.  16 U.S.C. § 1536(a)(3).  Unless the

21   requested relief is granted, Plaintiffs' interests will continue to be injured by EPA's failure to consult

22   on products containing trifluralin with the Service, as well as by the potential ongoing harm to the

23   species named in Exhibit A and their habitats as a result of ongoing use of products containing

24   trifluralin.

25       741.    The injuries described above are actual, concrete injuries that are presently suffered by

26   Plaintiffs and their members and will continue to occur unless relief is granted by this Court.  These

27   injuries are directly caused by the Defendants' failure to consult with the Service to ensure that EPA's

28   actions relating to products containing trifluralin do not affect listed species and Plaintiffs' members'

1   cognizable interests in these species.  The relief sought herein, EPA's compliance with the ESA, would

2   redress Plaintiffs' injuries.  Plaintiffs have no other adequate remedy at law, and they bring this action

3   on behalf of their adversely affected members.

4   **Warfarin**[42]

5          742.    Exhibit A contains a comprehensive, but not necessarily exhaustive, list of endangered

6   and threatened species for which warfarin is known to be harmful to the taxonomic group of that

7   species and is used in the state where that species lives.

8          743.    Warfarin is a pesticide for which the EPA has indicated that estimated environmental

9   concentrations (EECs) are likely to exceed the Levels of Concern (LOCs) for endangered species,

10  and/or may cause indirect effects on endangered species by altering habitat or food sources.

11  Specifically, EECs of warfarin are likely to exceed the LOCs for the following taxonomic groups:

12  mammals, birds, fish, amphibians, and reptiles.

13         744.    Warfarin is a pesticide that is "highly acutely toxic" or "very highly acutely toxic" to the

14  following taxonomic groups:  mammals, birds, fish, amphibians, and reptiles.  These toxicity rankings

15  are based on LD50 or LC50 data (lethal dose to 50 percent of the test organisms or lethal concentration

16  for 50 percent of the test organisms) that EPA possesses.

17         745.    EPA "affirmatively authorized" the continued use of the active ingredient warfarin when

18  it issued a Reregistration Eligibility Decision in June of 1991.

19         746.    EPA's 2008 rodenticide Risk Mitigation Decision states that there have been reported

20  rodenticide incidents involving the SanJoaquin kit fox and Northern spotted owl. EPA's comparative

21  ecological risk assessment concludes that each of the rodenticide active ingredients at issue, including

22  warfarin, poses significant risks to non-target wildlife when applied as grain-based bait products.  "The

23  risks to wildlife are from primary exposure (direct consumption of rodenticide bait) for all compounds

24  and secondary exposure (consumption of prey by predators or scavengers with rodenticide stored in

25  body tissues) from the anticoagulants."

26

27

28

---

[42] The current EPA Case Number and EPA PC Code for warfarin are 0011, 086002.

Fourth Amended Complaint for Declaratory and Injunctive Relief

Case No. 3:11-cv-00293-JCS                                                                    203

747.    On May 9, 1995, EPA completed product reregistration for warfarin. *See* https://www.epa.gov/pesticide-reevaluation/pesticides-have-completed-product-reregistration (last visited 6/30/2017).

748.    Active product registrations for this pesticide can be found on EPA's Pesticide Product Label System, *available at* http://iaspub.epa.gov/apex/pesticides/f?p=PPLS:1 (last visited 6/30/2017). Specifically, the EPA's online Pesticide Product Label System lists the following pesticide products containing warfarin that EPA affirmatively authorized by product reregistration or new product registration since January 20, 2005:

| Product Name | Date | Registration Number | Action |
|---|---|---|---|
| KAPUT COMBO BAIT PELLETS | 5/17/2012 | 72500-13 | Registration |
| NOVEL COMMENSAL RODENT PELLET # 2 | 5/17/2012 | 72500-13 | Registration |
| KAPUT COMBO BAIT MINI BLOCKS FOR RODENTS & FLEAS | 5/17/2012 | 72500-14 | Registration |
| KAPUT FERAL HOG BAIT | 1/3/2017 | 72500-26 | Registration |

749.    Upon information and belief, EPA provided no hearings or other public participation for these product registration actions.

750.    As set forth above, EPA has discretion to influence or change registrations of pesticide products for the benefit of protected species.  For example, EPA may only register or reregister a pesticide product if its use does not cause an unreasonable adverse effect on the environment.  7 U.S.C. § 136a(c)(5); 7 U.S.C. § 136a-1(g)(2)(C); 40 C.F.R. § 152.112; 40 C.F.R. § 152.113(a).   EPA may also change, cancel, restrict, or immediately suspend registered pesticides, pesticide labeling, or particular uses at any time if it appears that the pesticide is causing an unreasonable adverse effect on the environment.  7 U.S.C. § 136d(c).   Thus, EPA's product reregistration and its approvals of products containing warfarin are "affirmative agency actions" subject to consultation under Section 7(a)(2) of the ESA. 16 U.S.C. § 1536(a)(2).

751.    Plaintiffs' members live, work, visit, recreate, and otherwise enjoy areas across the nation that may be impacted by products containing warfarin.  Plaintiffs' members derive professional, aesthetic, spiritual, recreational, economic, and educational benefits from the endangered and threatened species that live in these areas and may be impacted by products containing warfarin.  The

1   list of species that may be affected by products containing warfarin is provided in Exhibit A, and

2   Plaintiffs' members have cognizable interests in these species.

3       752.    For example, products containing warfarin may affect the Florida salt marsh vole, and a

4   member of Plaintiffs' organizations has a cognizable interest in this species based on, among other

5   things, efforts to observe the species during frequent visits to habitats where the species can be found

6   and may be affected by products containing warfarin.

7       753.    The 1993 Biological Opinion concluded that warfarin was likely to jeopardize the

8   Florida salt marsh vole.

9       754.    Plaintiffs' members engage in wildlife observation, research, photography, restoration

10  activities, and educational programs involving endangered and threatened species that may be impacted

11  by products containing warfarin.  Plaintiffs' members will continue to maintain an interest in the

12  species and areas that may be impacted by products containing warfarin in the future.

13      755.    The above-described interests of Plaintiffs and their members have been and are being

14  adversely affected by EPA's reregistration, registration and authorization of the use of products

15  containing warfarin, which are pesticides that may harm endangered and threatened species and their

16  habitats.  As alleged in the Complaint, products containing warfarin may affect the species identified in

17  Exhibit A, as well as their designated critical habitat.

18      756.    EPA's failure to ensure that products containing warfarin do not impact endangered

19  species and their habitats harms Plaintiffs' members' interests in the species and their habitats affected

20  by products containing warfarin.  For example, EPA's failure to consult on products containing

21  warfarin may impair recovery of species impacted by products containing warfarin and may make it

22  more likely that these species would suffer population declines.  Species declines and impaired

23  recovery harm the interests that Plaintiffs' members have in the existence of these rare animals, such as

24  by limiting their ability to observe the species.  Consultation on products containing warfarin is

25  necessary to ensure that Plaintiffs' members' interests in the species affected by products containing

26  warfarin are preserved and remain free from injury.

27      757.    EPA must register and authorize pesticide products before they can be used and has an

28  ongoing responsibility to ensure that registered pesticides do not have unreasonable adverse effects on

the environment.  Absent EPA's continuing registration and discretionary control and involvement in products containing warfarin, these pesticides could not be used and could not be negatively impacting the listed species named in Exhibit A and their habitats.

758.    If this Court orders EPA to engage in consultation as required, the Service would analyze the extent to which the products containing warfarin affect listed species and their habitats and, if necessary, would suggest reasonable and prudent alternatives or measures to protect the species, which would protect Plaintiffs' members' interests in the species.  16 U.S.C. § 1536(a)(3).  Unless the requested relief is granted, Plaintiffs' interests will continue to be injured by EPA's failure to consult on products containing warfarin with the Service, as well as by the potential ongoing harm to the species named in Exhibit A and their habitats as a result of ongoing use of products containing warfarin.

759.    The injuries described above are actual, concrete injuries that are presently suffered by Plaintiffs and their members and will continue to occur unless relief is granted by this Court.  These injuries are directly caused by the Defendants' failure to consult with the Service to ensure that EPA's actions relating to products containing warfarin do not affect listed species and Plaintiffs' members' cognizable interests in these species.  The relief sought herein, EPA's compliance with the ESA, would redress Plaintiffs' injuries.  Plaintiffs have no other adequate remedy at law, and they bring this action on behalf of their adversely affected members.

**Zinc phosphide**[43]

760.    Exhibit A contains a comprehensive, but not necessarily exhaustive, list of endangered and threatened species for which zinc phosphide is known to be harmful to the taxonomic group of that species and is used in the state where that species lives.

761.    Zinc phosphide is a pesticide for which the EPA has indicated that estimated environmental concentrations (EECs) are likely to exceed the Levels of Concern (LOCs) for endangered species, and/or may cause indirect effects on endangered species by altering habitat or food sources.  Specifically, EECs of zinc phosphide are likely to exceed the LOCs for the following taxonomic groups:  mammals, birds, and reptiles.

---

[43] The current EPA Case Number and EPA PC Code for zinc phosphide are 0026, 088601.

762.    Zinc phosphide is a pesticide that is "highly acutely toxic" or "very highly acutely toxic" to the following taxonomic groups:  mammals, birds, and reptiles.  These toxicity rankings are based on LD50 or LC50 data (lethal dose to 50 percent of the test organisms or lethal concentration for 50 percent of the test organisms) that EPA possesses.

763.    EPA "affirmatively authorized" the continued use of the active ingredient zinc phosphide and esters when it issued a Reregistration Eligibility Decision in September of 1997.

764.    EPA's 2008 rodenticide Risk Mitigation Decision states that there have been reported rodenticide incidents involving the SanJoaquin kit fox and Northern spotted owl. EPA's comparative ecological risk assessment concludes that each of the rodenticide active ingredients at issue, including warfarin, poses significant risks to non-target wildlife when applied as grain-based bait products.  EPA states there are risks to wildlife are from primary exposure (direct consumption of rodenticide bait) for all rodenticide compounds at issue, including zinc phosphide.

765.    On June 5, 2013, EPA completed product reregistration for zinc phosphide.  *See* https://www.epa.gov/pesticide-reevaluation/pesticides-have-completed-product-reregistration (last visited 6/30/2017).

766.    Active product registrations for this pesticide can be found on EPA's Pesticide Product Label System, *available at* http://iaspub.epa.gov/apex/pesticides/f?p=PPLS:1 (last visited 6/26/2017). Specifically, the EPA's online Pesticide Product Label System lists the following pesticide products containing zinc phosphide that EPA affirmatively authorized by product reregistration or new product registration since January 20, 2005:

| Product Name | Date | Registration Number | Action |
|---|---|---|---|
| ZP RODENT OAT BAIT AG | 10/29/2009 | 12455-102 | Registration |
| Eraze AG | 8/7/2015 | 12455-131 | Registration |
| ZP RODENT BAIT AG | 11/21/2011 | 12455-17 | Reregistration |
| ZP POCKET GOPHER BAIT | 10/14/2010 | 12455-18 | Reregistration |
| GOPHA-RID | 11/9/2010 | 12455-30 | Reregistration |
| ZINC PHOSPHIDE PRAIRIE DOG BAIT | 11/21/2011 | 13808-6 | Reregistration |
| SWEENEY'S POISON PEANUTS MOLE & GOPHER BAIT II | 11/19/2010 | 149-16 | Reregistration |
| WILCO ZINC AG BAIT | 11/21/2011 | 36029-10 | Reregistration |
| WILCO ZINC HOMEOWNER BAIT | 12/7/2010 | 36029-12 | Reregistration |
| BONIDE ORCHARD MOUSE BAIT | 11/17/2011 | 4-152 | Reregistration |

| | | | |
|---|---|---|---|
| ZINC PHOSPHIDE ON OATS | 11/21/2011 | 4271-16 | Reregistration |
| BONIDE MOLETOX II | 11/9/2010 | 4-285 | Reregistration |
| ZINC PHOSPHIDE ON OATS | 9/27/2012 | 56228-14 | Reregistration |
| ZINC PHOSPHIDE ON WHEAT | 9/27/2012 | 56228-3 | Reregistration |
| PROZAP ZINC PHOSPHIDE OAT BAIT | 9/30/2011 | 61282-14 | Reregistration |
| PROZAP ZINC PHOSPHIDE PELLETS | 11/21/2011 | 61282-49 | Reregistration |
| ZINC PHOSPHIDE RODENT PELLETS | 11/5/2010 | 61282-50 | Reregistration |
| PROZAP ZINC PHOSPHIDE RODENT OAT BAIT | 12/21/2005 | 61282-51 | Registration |
| PROZAP ZINC PHOSPHIDE RODENT PELLETS AG | 10/27/2011 | 61282-56 | Registration |
| ZINC PHOSPHIDE IN OAT PELLETS | 6/4/2007 | 71096-14 | Registration |
| FORCE'S MOUS-CON NO. 2 | 11/21/2011 | 814-9 | Reregistration |
| GOPHA-RID 30 | 7/7/2015 | 90780-4 | Registration |

767.    Upon information and belief, EPA provided no hearings or other public participation for these product registration actions.

768.    As set forth above, EPA has discretion to influence or change registrations of pesticide products for the benefit of protected species.  For example, EPA may only register or reregister a pesticide product if its use does not cause an unreasonable adverse effect on the environment.  7 U.S.C. § 136a(c)(5); 7 U.S.C. § 136a-1(g)(2)(C); 40 C.F.R. § 152.112; 40 C.F.R. § 152.113(a).   EPA may also change, cancel, restrict, or immediately suspend registered pesticides, pesticide labeling, or particular uses at any time if it appears that the pesticide is causing an unreasonable adverse effect on the environment.  7 U.S.C. § 136d(c).   Thus, EPA's product reregistration and its approvals of products containing zinc phosphid are "affirmative agency actions" subject to consultation under Section 7(a)(2) of the ESA. 16 U.S.C. § 1536(a)(2).

769.    Plaintiffs' members live, work, visit, recreate, and otherwise enjoy areas across the nation that may be impacted by products containing zinc phosphide.  Plaintiffs' members derive professional, aesthetic, spiritual, recreational, economic, and educational benefits from the endangered and threatened species that live in these areas and may be impacted by products containing zinc phosphide.  The list of species that may be affected by products containing zinc phosphide is provided in Exhibit A, and Plaintiffs' members have cognizable interests in these species.

770.    For example, products containing zinc phosphide may affect the Florida salt marsh vole, and a member of Plaintiffs' organizations has a cognizable interest in this species based on, among

1    other things, efforts to observe the species during frequent visits to habitats where the species can be

2    found and may be affected by products containing zinc phosphide.

3        771.    The 1993 Biological Opinion concluded that warfarin was likely to jeopardize the

4    Florida salt marsh vole.

5        772.    Plaintiffs' members engage in wildlife observation, research, photography, restoration

6    activities, and educational programs involving endangered and threatened species that may be impacted

7    by products containing zinc phosphide.  Plaintiffs' members will continue to maintain an interest in the

8    species and areas that may be impacted by products containing zinc phosphide in the future.

9        773.    The above-described interests of Plaintiffs and their members have been and are being

10   adversely affected by EPA's reregistration, registration and authorization of the use of products

11   containing zinc phosphide, which are pesticides that may harm endangered and threatened species and

12   their habitats.  As alleged in the Complaint, products containing zinc phosphide may affect the species

13   identified in Exhibit A, as well as their designated critical habitat.

14       774.    EPA's failure to ensure that products containing zinc phosphide do not impact

15   endangered species and their habitats harms Plaintiffs' members' interests in the species and their

16   habitats affected by products containing zinc phosphide.  For example, EPA's failure to consult on

17   products containing zinc phosphide may impair recovery of species impacted by products containing

18   zinc phosphides and may make it more likely that these species would suffer population declines.

19   Species declines and impaired recovery harm the interests that Plaintiffs' members have in the

20   existence of these rare animals, such as by limiting their ability to observe the species.  Consultation on

21   products containing zinc phospide is necessary to ensure that Plaintiffs' members' interests in the

22   species affected by products containing zinc phosphide are preserved and remain free from injury.

23       775.    EPA must register and authorize pesticide products before they can be used and has an

24   ongoing responsibility to ensure that registered pesticides do not have unreasonable adverse effects on

25   the environment.  Absent EPA's continuing registration and discretionary control and involvement in

26   products containing zinc phosphide, these pesticides could not be used and could not be negatively

27   impacting the listed species named in Exhibit A and their habitats.

28

776.   If this Court orders EPA to engage in consultation as required, the Service would analyze the extent to which the products containing zinc phosphide affect listed species and their habitats and, if necessary, would suggest reasonable and prudent alternatives or measures to protect the species, which would protect Plaintiffs' members' interests in the species.  16 U.S.C. § 1536(a)(3).  Unless the requested relief is granted, Plaintiffs' interests will continue to be injured by EPA's failure to consult on products containing zinc phosphide with the Service, as well as by the potential ongoing harm to the species named in Exhibit A and their habitats as a result of ongoing use of products containing zinc phosphide.

777.   The injuries described above are actual, concrete injuries that are presently suffered by Plaintiffs and their members and will continue to occur unless relief is granted by this Court.  These injuries are directly caused by the Defendants' failure to consult with the Service to ensure that EPA's actions relating to products containing zinc phosphide do not affect listed species and Plaintiffs' members' cognizable interests in these species.  The relief sought herein, EPA's compliance with the ESA, would redress Plaintiffs' injuries.  Plaintiffs have no other adequate remedy at law, and they bring this action on behalf of their adversely affected members.

### FIRST CLAIM FOR RELIEF

### Violation Of The Endangered Species Act, 16 U.S.C. § 1536(a)(2)

### (EPA's Failure To Consult On 1,3-dichloropropene)

778.   All allegations set forth above in this Complaint are incorporated herein by reference.

779.   EPA "affirmatively authorized" the use of pesticide products containing 1,3-dichloropropene through its new registration and reregistration of these pesticide products listed in the Complaint.  EPA has discretion to influence or change this underlying agency activity for the benefit of protected species.  For example, EPA may only register or reregister a pesticide if its use does not cause an unreasonable adverse effect on the environment. 7 U.S.C. § 136a(c)(5).  EPA may also change, cancel, restrict, or immediately suspend registered pesticides, pesticide labeling, or particular uses at any time if it appears that the pesticide is causing an unreasonable adverse effect on the environment. 7 U.S.C. § 136d(c).  Thus, EPA's registration or reregistration of pesticide products containing 1,3-

dichloropropene is an "affirmative agency action" subject to consultation under Section 7(a)(2) of the ESA. 16 U.S.C. § 1536(a)(2).

780.    Because EPA's actions involving pesticide products containing 1,3-dichloropropene "may affect" the listed species named in Exhibit A and their designated critical habitat, EPA is required to initiate consultation with the Service.  50 C.F.R. § 402.14(a); 50 C.F.R. § 402.16.

781.    EPA has not initiated consultation with the Service on the effects of the affirmative authorizations of the use of pesticide products containing 1,3-dichloropropene on the affected endangered and threatened species listed in Exhibit A or their designated critical habitat.

782.    EPA is violating Section 7(a)(2) of the ESA and its implementing regulations by failing to initiate consultation with the Service and by failing to ensure through consultation that its actions regarding pesticide products containing 1,3-dichloropropene do not jeopardize the continued existence of endangered and threatened species or destroy or adversely modify designated critical habitat.  16 U.S.C. § 1536(a)(2); 50 C.F.R. Part 402.

783.    EPA's reregistrations and new registrations of products containing 1,3-dichloropropene did not follow a hearing and are therefore judicially reviewable by the district court under FIFRA § 16(a), 7 § U.S.C. 136n(a).

## SECOND CLAIM FOR RELIEF

### Violation Of The Endangered Species Act, 16 U.S.C. § 1536(a)(2)

### (EPA's Failure To Consult On 2,4-D, salts and esters)

784.    All allegations set forth above in this Complaint are incorporated herein by reference.

785.    EPA "affirmatively authorized" the use of pesticide products containing 2,4-D, salts and esters through its new registration and reregistration of these pesticide products listed in the Complaint. EPA has discretion to influence or change this underlying agency activity for the benefit of protected species.  For example, EPA may only register or reregister a pesticide if its use does not cause an unreasonable adverse effect on the environment. 7 U.S.C. § 136a(c)(5).  EPA may also change, cancel, restrict, or immediately suspend registered pesticides, pesticide labeling, or particular uses at any time if it appears that the pesticide is causing an unreasonable adverse effect on the environment. 7 U.S.C. § 136d(c).  Thus, EPA's registration or reregistration of pesticide products containing 2,4-D, salts and

esters is an "affirmative agency action" subject to consultation under Section 7(a)(2) of the ESA. 16 U.S.C. § 1536(a)(2).

786.   Because EPA's actions involving pesticide products containing 2,4-D, salts and esters "may affect" the listed species named in Exhibit A and their designated critical habitat, EPA is required to initiate consultation with the Service.  50 C.F.R. § 402.14(a); 50 C.F.R. § 402.16.

787.   EPA has not initiated consultation with the Service on the effects of the affirmative authorizations of the use of pesticide products containing 2,4-D, salts and esters on the affected endangered and threatened species listed in Exhibit A or their designated critical habitat.

788.   EPA is violating Section 7(a)(2) of the ESA and its implementing regulations by failing to initiate consultation with the Service and by failing to ensure through consultation that its actions regarding pesticide products containing 2,4-D, salts and esters do not jeopardize the continued existence of endangered and threatened species or destroy or adversely modify designated critical habitat.  16 U.S.C. § 1536(a)(2); 50 C.F.R. Part 402.

789.   EPA's reregistrations and new registrations of products containing 2,4-D, salts and esters did not follow a hearing and are therefore judicially reviewable by the district court under FIFRA § 16(a), 7 § U.S.C. 136n(a).

**THIRD CLAIM FOR RELIEF**

**Violation Of The Endangered Species Act, 16 U.S.C. § 1536(a)(2)**

**(EPA's Failure To Consult On Acephate)**

790.   All allegations set forth above in this Complaint are incorporated herein by reference.

791.   EPA "affirmatively authorized" the use of pesticide products containing acephate through its new registration and reregistration of these pesticide products listed in the Complaint.  EPA has discretion to influence or change this underlying agency activity for the benefit of protected species.  For example, EPA may only register or reregister a pesticide if its use does not cause an unreasonable adverse effect on the environment. 7 U.S.C. § 136a(c)(5).  EPA may also change, cancel, restrict, or immediately suspend registered pesticides, pesticide labeling, or particular uses at any time if it appears that the pesticide is causing an unreasonable adverse effect on the environment. 7 U.S.C. § 136d(c).  Thus, EPA's reregistration or registration of pesticide products containing acephate is an

1    "affirmative agency action" subject to consultation under Section 7(a)(2) of the ESA. 16 U.S.C. §

2    1536(a)(2).

3        792.    Because EPA's actions involving pesticide products containing acephate "may affect"

4    the listed species named in Exhibit A and their designated critical habitat, EPA is required to initiate

5    consultation with the Service.  50 C.F.R. § 402.14(a); 50 C.F.R. § 402.16.

6        793.    EPA has not initiated consultation with the Service on the effects of the affirmative

7    authorizations of the use of pesticide products containing acephate on the affected endangered and

8    threatened species listed in Exhibit A or their designated critical habitat.

9        794.    EPA is violating Section 7(a)(2) of the ESA and its implementing regulations by failing

10   to initiate consultation with the Service and by failing to ensure through consultation that its actions

11   regarding pesticide products containing acephate do not jeopardize the continued existence of

12   endangered and threatened species or destroy or adversely modify designated critical habitat.  16

13   U.S.C. § 1536(a)(2); 50 C.F.R. Part 402.

14       795.    EPA's product reregistration and its approvals of products containing acephate did not

15   follow a hearing and are therefore judicially reviewable by the district court under FIFRA § 16(a), 7 §

16   U.S.C. 136n(a).

17                                 **FOURTH CLAIM FOR RELIEF**

18                 **Violation Of The Endangered Species Act, 16 U.S.C. § 1536(a)(2)**

19                        **(EPA's Failure To Consult On <u>Atrazine</u>)**

20       796.    All allegations set forth above in this Complaint are incorporated herein by reference.

21       797.    EPA "affirmatively authorized" the use of pesticide products containing atrazine through

22   its new registration and reregistration of these pesticide products listed in the Complaint.  EPA has

23   discretion to influence or change this underlying agency activity for the benefit of protected species.

24   For example, EPA may only register or reregister a pesticide if its use does not cause an unreasonable

25   adverse effect on the environment. 7 U.S.C. § 136a(c)(5).  EPA may also change, cancel, restrict, or

26   immediately suspend registered pesticides, pesticide labeling, or particular uses at any time if it appears

27   that the pesticide is causing an unreasonable adverse effect on the environment. 7 U.S.C. § 136d(c).

28

1    Thus, EPA's registration or reregistration of pesticide products containing atrazine is an "affirmative

2    agency action" subject to consultation under Section 7(a)(2) of the ESA. 16 U.S.C. § 1536(a)(2).

3        798.    Because EPA's actions involving pesticide products containing atrazine "may affect" the

4    listed species named in Exhibit A and their designated critical habitat, EPA is required to initiate

5    consultation with the Service.  50 C.F.R. § 402.14(a); 50 C.F.R. § 402.16.

6        799.    EPA has not initiated consultation with the Service on the effects of the affirmative

7    authorizations of the use of pesticide products containing atrazine on the affected endangered and

8    threatened species listed in Exhibit A or their designated critical habitat.

9        800.    EPA is violating Section 7(a)(2) of the ESA and its implementing regulations by failing

10   to initiate consultation with the Service and by failing to ensure through consultation that its actions

11   regarding pesticide products containing atrazine do not jeopardize the continued existence of

12   endangered and threatened species or destroy or adversely modify designated critical habitat.  16

13   U.S.C. § 1536(a)(2); 50 C.F.R. Part 402.

14       801.    EPA's product reregistrations and new registrations of products containing atrazine did

15   not follow a hearing and are therefore judicially reviewable by the district court under FIFRA § 16(a), 7

16   § U.S.C. 136n(a).

17                         **FIFTH CLAIM FOR RELIEF**

18           **Violation Of The Endangered Species Act, 16 U.S.C. § 1536(a)(2)**

19                  **(EPA's Failure To Consult On Bensulide)**

20       802.    All allegations set forth above in this Complaint are incorporated herein by reference.

21       803.    EPA "affirmatively authorized" the use of pesticide products containing bensulide

22   through its registration and reregistration of these pesticide products listed in the Complaint.  EPA has

23   discretion to influence or change this underlying agency activity for the benefit of protected species.

24   For example, EPA may only register or reregister a pesticide if its use does not cause an unreasonable

25   adverse effect on the environment. 7 U.S.C. § 136a(c)(5).  EPA may also change, cancel, restrict, or

26   immediately suspend registered pesticides, pesticide labeling, or particular uses at any time if it appears

27   that the pesticide is causing an unreasonable adverse effect on the environment. 7 U.S.C. § 136d(c).

28

Thus, EPA's registration or reregistration of pesticide products containing bensulide is an "affirmative agency action" subject to consultation under Section 7(a)(2) of the ESA. 16 U.S.C. § 1536(a)(2).

804.    Because EPA's actions involving pesticide products containing bensulide "may affect" the listed species named in Exhibit A and their designated critical habitat, EPA is required to initiate consultation with the Service.  50 C.F.R. § 402.14(a); 50 C.F.R. § 402.16.

805.    EPA has not initiated consultation with the Service on the effects of the affirmative authorizations of the use of pesticide products containing bensulide on the affected endangered and threatened species listed in Exhibit A or their designated critical habitat.

806.    EPA is violating Section 7(a)(2) of the ESA and its implementing regulations by failing to initiate consultation with the Service and by failing to ensure through consultation that its actions regarding pesticide products containing bensulide do not jeopardize the continued existence of endangered and threatened species or destroy or adversely modify designated critical habitat.  16 U.S.C. § 1536(a)(2); 50 C.F.R. Part 402.

807.    EPA's reregistrations and new registrations of products containing bensulide did not follow a hearing and are therefore judicially reviewable by the district court under FIFRA § 16(a), 7 § U.S.C. 136n(a).

### SIXTH CLAIM FOR RELIEF

**Violation Of The Endangered Species Act, 16 U.S.C. § 1536(a)(2)**

**(EPA's Failure To Consult On Brodifacoum)**

808.    All allegations set forth above in this Complaint are incorporated herein by reference.

809.    EPA "affirmatively authorized" the use of pesticide products containing brodifacoum through its registration and reregistration of these pesticide products listed in the Complaint.  EPA has discretion to influence or change this underlying agency activity for the benefit of protected species. For example, EPA may only register or reregister a pesticide if its use does not cause an unreasonable adverse effect on the environment. 7 U.S.C. § 136a(c)(5).  EPA may also change, cancel, restrict, or immediately suspend registered pesticides, pesticide labeling, or particular uses at any time if it appears that the pesticide is causing an unreasonable adverse effect on the environment. 7 U.S.C. § 136d(c). Thus, EPA's registration or reregistration of pesticide products containing brodifacoum is an

1  "affirmative agency action" subject to consultation under Section 7(a)(2) of the ESA. 16 U.S.C. §

2  1536(a)(2).

3      810.    Because EPA's actions involving pesticide products containing brodifacoum "may

4  affect" the listed species named in Exhibit A and their designated critical habitat, EPA is required to

5  initiate consultation with the Service.  50 C.F.R. § 402.14(a); 50 C.F.R. § 402.16.

6      811.    EPA has not initiated consultation with the Service on the effects of the affirmative

7  authorizations of the use of pesticide products containing brodifacoum on the affected endangered and

8  threatened species listed in Exhibit A or their designated critical habitat.

9      812.    EPA is violating Section 7(a)(2) of the ESA and its implementing regulations by failing

10  to initiate consultation with the Service and by failing to ensure through consultation that its actions

11  regarding pesticide products containing brodifacoum do not jeopardize the continued existence of

12  endangered and threatened species or destroy or adversely modify designated critical habitat.  16

13  U.S.C. § 1536(a)(2); 50 C.F.R. Part 402.

14      813.    EPA's reregistrations and new registrations of products containing brodifacoum did not

15  follow a hearing and are therefore judicially reviewable by the district court under FIFRA § 16(a), 7 §

16  U.S.C. 136n(a).

17                          **SEVENTH CLAIM FOR RELIEF**

18          **Violation Of The Endangered Species Act, 16 U.S.C. § 1536(a)(2)**

19                  **(EPA's Failure To Consult On <u>Bromadiolone</u>)**

20      814.    All allegations set forth above in this Complaint are incorporated herein by reference.

21      815.    EPA "affirmatively authorized" the use of pesticide products containing bromadiolone

22  through its registration and reregistration of these pesticide products listed in the Complaint.  EPA has

23  discretion to influence or change this underlying agency activity for the benefit of protected species.

24  For example, EPA may only register or reregister a pesticide if its use does not cause an unreasonable

25  adverse effect on the environment. 7 U.S.C. § 136a(c)(5).  EPA may also change, cancel, restrict, or

26  immediately suspend registered pesticides, pesticide labeling, or particular uses at any time if it appears

27  that the pesticide is causing an unreasonable adverse effect on the environment. 7 U.S.C. § 136d(c).

28  Thus, EPA's registration or reregistration of pesticide products containing bromadiolone is an

"affirmative agency action" subject to consultation under Section 7(a)(2) of the ESA. 16 U.S.C. § 1536(a)(2).

816.   Because EPA's actions involving pesticide products containing bromadiolone "may affect" the listed species named in Exhibit A and their designated critical habitat, EPA is required to initiate consultation with the Service.  50 C.F.R. § 402.14(a); 50 C.F.R. § 402.16.

817.   EPA has not initiated consultation with the Service on the effects of the affirmative authorizations of the use of pesticide products containing bromadiolone on the affected endangered and threatened species listed in Exhibit A or their designated critical habitat.

818.   EPA is violating Section 7(a)(2) of the ESA and its implementing regulations by failing to initiate consultation with the Service and by failing to ensure through consultation that its actions regarding pesticide products containing bromadiolone do not jeopardize the continued existence of endangered and threatened species or destroy or adversely modify designated critical habitat.  16 U.S.C. § 1536(a)(2); 50 C.F.R. Part 402.

819.   EPA's product reregistration and reregistration of products containing bromadiolone did not follow a hearing and are therefore judicially reviewable by the district court under FIFRA § 16(a), 7 § U.S.C. 136n(a).

## EIGHTH CLAIM FOR RELIEF

### Violation Of The Endangered Species Act, 16 U.S.C. § 1536(a)(2)

### (EPA's Failure To Consult On Captan)

820.   All allegations set forth above in this Complaint are incorporated herein by reference.

821.   EPA "affirmatively authorized" the use of pesticide products containing captan through its registration and reregistration of these pesticide products listed in the Complaint.  EPA has discretion to influence or change this underlying agency activity for the benefit of protected species. For example, EPA may only register or reregister a pesticide if its use does not cause an unreasonable adverse effect on the environment. 7 U.S.C. § 136a(c)(5).  EPA may also change, cancel, restrict, or immediately suspend registered pesticides, pesticide labeling, or particular uses at any time if it appears that the pesticide is causing an unreasonable adverse effect on the environment. 7 U.S.C. § 136d(c).

Thus, EPA's registration or reregistration of pesticide products containing captan is an "affirmative agency action" subject to consultation under Section 7(a)(2) of the ESA. 16 U.S.C. § 1536(a)(2).

822.   Because EPA's actions involving pesticide products containing captan "may affect" the listed species named in Exhibit A and their designated critical habitat, EPA is required to initiate consultation with the Service.  50 C.F.R. § 402.14(a); 50 C.F.R. § 402.16.

823.   EPA has not initiated consultation with the Service on the effects of the affirmative authorizations of the use of pesticide products containing  captan on the affected endangered and threatened species listed in Exhibit A or their designated critical habitat.

824.   EPA is violating Section 7(a)(2) of the ESA and its implementing regulations by failing to initiate consultation with the Service and by failing to ensure through consultation that its actions regarding pesticide products containing captan do not jeopardize the continued existence of endangered and threatened species or destroy or adversely modify designated critical habitat.  16 U.S.C. § 1536(a)(2); 50 C.F.R. Part 402.

825.   EPA's product reregistration and new registration of products containing captan did not follow a hearing and are therefore judicially reviewable by the district court under FIFRA § 16(a), 7 § U.S.C. 136n(a).

## NINTH CLAIM FOR RELIEF

### Violation Of The Endangered Species Act, 16 U.S.C. § 1536(a)(2)

### (EPA's Failure To Consult On Carbaryl)

826.   All allegations set forth above in this Complaint are incorporated herein by reference.

827.   EPA "affirmatively authorized" the use of pesticide products containing carbaryl through its registration and reregistration of these pesticide products listed in the Complaint.  EPA has discretion to influence or change this underlying agency activity for the benefit of protected species. For example, EPA may only register or reregister a pesticide if its use does not cause an unreasonable adverse effect on the environment. 7 U.S.C. § 136a(c)(5).  EPA may also change, cancel, restrict, or immediately suspend registered pesticides, pesticide labeling, or particular uses at any time if it appears that the pesticide is causing an unreasonable adverse effect on the environment. 7 U.S.C. § 136d(c).

1    Thus, EPA's registration or reregistration of pesticide products containing carbaryl is an "affirmative

2    agency action" subject to consultation under Section 7(a)(2) of the ESA. 16 U.S.C. § 1536(a)(2).

3         828.    Because EPA's actions involving pesticide products containing carbaryl "may affect"

4    the listed species named in Exhibit A and their designated critical habitat, EPA is required to initiate

5    consultation with the Service.  50 C.F.R. § 402.14(a); 50 C.F.R. § 402.16.

6         829.    EPA has not initiated consultation with the Service on the effects of the affirmative

7    authorizations of the use of pesticide products containing carbaryl on the affected endangered and

8    threatened species listed in Exhibit A or their designated critical habitat.

9         830.    EPA is violating Section 7(a)(2) of the ESA and its implementing regulations by failing

10   to initiate consultation with the Service and by failing to ensure through consultation that its actions

11   regarding pesticide products containing carbaryl do not jeopardize the continued existence of

12   endangered and threatened species or destroy or adversely modify designated critical habitat.  16

13   U.S.C. § 1536(a)(2); 50 C.F.R. Part 402.

14        831.    EPA's completion of product reregistration and new registration of products containing

15   carbaryl did not follow a hearing and are therefore judicially reviewable by the district court under

16   FIFRA § 16(a), 7 § U.S.C. 136n(a).

17                            **TENTH CLAIM FOR RELIEF**

18            **Violation Of The Endangered Species Act, 16 U.S.C. § 1536(a)(2)**

19                **(EPA's Failure To Consult On <u>Chlorothalonil</u>)**

20        832.    All allegations set forth above in this Complaint are incorporated herein by reference.

21        833.    EPA "affirmatively authorized" the use of pesticide products containing chlorothalonil

22   through its registration and reregistration of these pesticide products listed in the Complaint.  EPA has

23   discretion to influence or change this underlying agency activity for the benefit of protected species.

24   For example, EPA may only register or reregister a pesticide if its use does not cause an unreasonable

25   adverse effect on the environment. 7 U.S.C. § 136a(c)(5).  EPA may also change, cancel, restrict, or

26   immediately suspend registered pesticides, pesticide labeling, or particular uses at any time if it appears

27   that the pesticide is causing an unreasonable adverse effect on the environment. 7 U.S.C. § 136d(c).

28   Thus, EPA's registration or reregistration of pesticide products containing chlorothalonil is an

1  "affirmative agency action" subject to consultation under Section 7(a)(2) of the ESA. 16 U.S.C. §

2  1536(a)(2).

3        834.    Because EPA's actions involving pesticide products containing chlorothalonil "may

4  affect" the listed species named in Exhibit A and their designated critical habitat, EPA is required to

5  initiate consultation with the Service.  50 C.F.R. § 402.14(a); 50 C.F.R. § 402.16.

6        835.    EPA has not initiated consultation with the Service on the effects of the affirmative

7  authorizations of the use of pesticide products containing chlorothalonil on the affected endangered and

8  threatened species listed in Exhibit A or their designated critical habitat.

9        836.    EPA is violating Section 7(a)(2) of the ESA and its implementing regulations by failing

10  to initiate consultation with the Service and by failing to ensure through consultation that its actions

11  regarding pesticide products containing chlorothalonil do not jeopardize the continued existence of

12  endangered and threatened species or destroy or adversely modify designated critical habitat.  16

13  U.S.C. § 1536(a)(2); 50 C.F.R. Part 402.

14        837.    EPA's product reregistrations and new registrations of products containing

15  chlorothalonil did not follow a hearing and are therefore judicially reviewable by the district court

16  under FIFRA § 16(a), 7 § U.S.C. 136n(a).

17  **ELEVENTH CLAIM FOR RELIEF**

18  **Violation Of The Endangered Species Act, 16 U.S.C. § 1536(a)(2)**

19  **(EPA's Failure To Consult On <u>Chlorpyrifos</u>)**

20        838.    All allegations set forth above in this Complaint are incorporated herein by reference.

21        839.    EPA "affirmatively authorized" the use of pesticide products containing chlorpyrifos

22  through its registration and reregistration of these pesticide products listed in the Complaint.  EPA has

23  discretion to influence or change this underlying agency activity for the benefit of protected species.

24  For example, EPA may only register or reregister a pesticide if its use does not cause an unreasonable

25  adverse effect on the environment. 7 U.S.C. § 136a(c)(5).  EPA may also change, cancel, restrict, or

26  immediately suspend registered pesticides, pesticide labeling, or particular uses at any time if it appears

27  that the pesticide is causing an unreasonable adverse effect on the environment. 7 U.S.C. § 136d(c).

28  Thus, EPA's registration or reregistration of pesticide products containing chlorpyrifos is an

1  "affirmative agency action" subject to consultation under Section 7(a)(2) of the ESA. 16 U.S.C. §

2  1536(a)(2).

3      840.    Because EPA's actions involving pesticide products containing chlorpyrifos "may

4  affect" the listed species named in Exhibit A and their designated critical habitat, EPA is required to

5  initiate consultation with the Service.  50 C.F.R. § 402.14(a); 50 C.F.R. § 402.16.

6      841.    EPA has not initiated consultation with the Service on the effects of the affirmative

7  authorizations of the use of pesticide products containing chlorpyrifos on the affected endangered and

8  threatened species listed in Exhibit A or their designated critical habitat.

9      842.    EPA is violating Section 7(a)(2) of the ESA and its implementing regulations by failing

10  to initiate consultation with the Service and by failing to ensure through consultation that its actions

11  regarding pesticide products containing chlorpyrifos do not jeopardize the continued existence of

12  endangered and threatened species or destroy or adversely modify designated critical habitat.  16

13  U.S.C. § 1536(a)(2); 50 C.F.R. Part 402.

14      843.    EPA's product reregistrations and new registrations of products containing chlorpyrifos

15  did not follow a hearing and are therefore judicially reviewable by the district court under FIFRA §

16  16(a), 7 § U.S.C. 136n(a).

## TWELFTH CLAIM FOR RELIEF

### Violation Of The Endangered Species Act, 16 U.S.C. § 1536(a)(2)

### (EPA's Failure To Consult On Diazinon)

20      844.    All allegations set forth above in this Complaint are incorporated herein by reference.

21      845.    EPA "affirmatively authorized" the use of pesticide products containing diazinon

22  through its registration and reregistration of these pesticide products listed in the Complaint.  EPA has

23  discretion to influence or change this underlying agency activity for the benefit of protected species.

24  For example, EPA may only register or reregister a pesticide if its use does not cause an unreasonable

25  adverse effect on the environment. 7 U.S.C. § 136a(c)(5).  EPA may also change, cancel, restrict, or

26  immediately suspend registered pesticides, pesticide labeling, or particular uses at any time if it appears

27  that the pesticide is causing an unreasonable adverse effect on the environment.  7 U.S.C. § 136d(c).

28

1  Thus, EPA's registration or reregistration of pesticide products containing diazinon is an "affirmative

2  agency action" subject to consultation under Section 7(a)(2) of the ESA. 16 U.S.C. § 1536(a)(2).

3      846.   Because EPA's actions involving pesticide products containing diazinon "may affect"

4  the listed species named in Exhibit A and their designated critical habitat, EPA is required to initiate

5  consultation with the Service.  50 C.F.R. § 402.14(a); 50 C.F.R. § 402.16.

6      847.   EPA has not initiated consultation with the Service on the effects of the affirmative

7  authorizations of the use of pesticide products containing diazinon on the affected endangered and

8  threatened species listed in Exhibit A or their designated critical habitat.

9      848.   EPA is violating Section 7(a)(2) of the ESA and its implementing regulations by failing

10  to initiate consultation with the Service and by failing to ensure through consultation that its actions

11  regarding pesticide products containing diazinon do not jeopardize the continued existence of

12  endangered and threatened species or destroy or adversely modify designated critical habitat.  16

13  U.S.C. § 1536(a)(2); 50 C.F.R. Part 402.

14      849.   EPA's product reregistrations and new registrations of products containing diazinon did

15  not follow a hearing and are therefore judicially reviewable by the district court under FIFRA § 16(a), 7

16  § U.S.C. 136n(a).

17  **THIRTEENTH CLAIM FOR RELIEF**

18  **Violation Of The Endangered Species Act, 16 U.S.C. § 1536(a)(2)**

19  **(EPA's Failure To Consult On <u>Dicamba And Salts</u>)**

20      850.   All allegations set forth above in this Complaint are incorporated herein by reference.

21      851.   EPA "affirmatively authorized" the use of pesticide products containing dicamba and

22  salts through its registration and reregistration of these pesticide products listed in the Complaint.  EPA

23  has discretion to influence or change this underlying agency activity for the benefit of protected

24  species.  For example, EPA may only register or reregister a pesticide if its use does not cause an

25  unreasonable adverse effect on the environment.  7 U.S.C. § 136a(c)(5).  EPA may also change,

26  cancel, restrict, or immediately suspend registered pesticides, pesticide labeling, or particular uses at

27  any time if it appears that the pesticide is causing an unreasonable adverse effect on the environment.  7

28  U.S.C. § 136d(c).  Thus, EPA's registration or reregistration of pesticide products containing dicamba

1  and salts is an "affirmative agency action" subject to consultation under Section 7(a)(2) of the ESA. 16

2  U.S.C. § 1536(a)(2).

3      852.    Because EPA's actions involving pesticide products containing dicamba and salts "may

4  affect" the listed species named in Exhibit A and their designated critical habitat, EPA is required to

5  initiate consultation with the Service.  50 C.F.R. § 402.14(a); 50 C.F.R. § 402.16.

6      853.    EPA has not initiated consultation with the Service on the effects of the affirmative

7  authorizations of the use of pesticide products containing dicamba on the affected endangered and

8  threatened species listed in Exhibit A or their designated critical habitat.

9      854.    EPA is violating Section 7(a)(2) of the ESA and its implementing regulations by failing

10  to initiate consultation with the Service and by failing to ensure through consultation that its actions

11  regarding pesticide products containing dicamba and salts do not jeopardize the continued existence of

12  endangered and threatened species or destroy or adversely modify designated critical habitat.  16

13  U.S.C. § 1536(a)(2); 50 C.F.R. Part 402.

14      855.    EPA's product reregistrations and new registrations of products containing dicamba and

15  salts did not follow a hearing and are therefore judicially reviewable by the district court under FIFRA

16  § 16(a), 7 § U.S.C. 136n(a).

17  <u>**FOURTEENTH CLAIM FOR RELIEF**</u>

18  **Violation Of The Endangered Species Act, 16 U.S.C. § 1536(a)(2)**

19  **(EPA's Failure To Consult On <u>Dimethoate</u>)**

20      856.    All allegations set forth above in this Complaint are incorporated herein by reference.

21      857.    EPA "affirmatively authorized" the use of pesticide products containing dimethoate

22  through its registration and reregistration of these pesticide products listed in the Complaint.  EPA has

23  discretion to influence or change this underlying agency activity for the benefit of protected species.

24  For example, EPA may only register or reregister a pesticide if its use does not cause an unreasonable

25  adverse effect on the environment. 7 U.S.C. § 136a(c)(5).  EPA may also change, cancel, restrict, or

26  immediately suspend registered pesticides, pesticide labeling, or particular uses at any time if it appears

27  that the pesticide is causing an unreasonable adverse effect on the environment. 7 U.S.C. § 136d(c).

28

1   Thus, EPA's registration or reregistration of pesticide products containing dimethoate is an "affirmative

2   agency action" subject to consultation under Section 7(a)(2) of the ESA. 16 U.S.C. § 1536(a)(2).

3       858.   Because EPA's actions involving pesticide products containing dimethoate "may affect"

4   the listed species named in Exhibit A and their designated critical habitat, EPA is required to initiate

5   consultation with the Service.  50 C.F.R. § 402.14(a); 50 C.F.R. § 402.16.

6       859.   EPA has not initiated consultation with the Service on the effects of the affirmative

7   authorizations of the use of pesticide products containing dimethoate on the affected endangered and

8   threatened species listed in Exhibit A or their designated critical habitat.

9       860.   EPA is violating Section 7(a)(2) of the ESA and its implementing regulations by failing

10  to initiate consultation with the Service and by failing to ensure through consultation that its actions

11  regarding pesticide products containing dimethoate do not jeopardize the continued existence of

12  endangered and threatened species or destroy or adversely modify designated critical habitat.  16

13  U.S.C. § 1536(a)(2); 50 C.F.R. Part 402.

14      861.   EPA's product reregistrations and new registrations of products containing dimethoate

15  did not follow a hearing and are therefore judicially reviewable by the district court under FIFRA §

16  16(a), 7 § U.S.C. 136n(a).

17                      **FIFTEENTH CLAIM FOR RELIEF**

18          **Violation Of The Endangered Species Act, 16 U.S.C. § 1536(a)(2)**

19                  **(EPA's Failure To Consult On <u>Diuron</u>)**

20      862.   All allegations set forth above in this Complaint are incorporated herein by reference.

21      863.   EPA "affirmatively authorized" the use of pesticide products containing diuron through

22  its registration and reregistration of these pesticide products listed in the complaint.  EPA has discretion

23  to influence or change this underlying agency activity for the benefit of protected species.  For

24  example, EPA may only register or reregister a pesticide if its use does not cause an unreasonable

25  adverse effect on the environment. 7 U.S.C. § 136a(c)(5).  EPA may also change, cancel, restrict, or

26  immediately suspend registered pesticides, pesticide labeling, or particular uses at any time if it appears

27  that the pesticide is causing an unreasonable adverse effect on the environment. 7 U.S.C. § 136d(c).

28

1   Thus, EPA's registration or reregistration of pesticide products containing diuron is an "affirmative

2   agency action" subject to consultation under Section 7(a)(2) of the ESA. 16 U.S.C. § 1536(a)(2).

3        864.    Because EPA's actions involving pesticide products containing diuron "may affect" the

4   listed species named in Exhibit A and their designated critical habitat, EPA is required to initiate

5   consultation with the Service.  50 C.F.R. § 402.14(a); 50 C.F.R. § 402.16.

6        865.    EPA has not initiated consultation with the Service on the effects of the affirmative

7   authorizations of the use of pesticide products containing diuron on the affected endangered and

8   threatened species listed in Exhibit A or their designated critical habitat.

9        866.    EPA is violating Section 7(a)(2) of the ESA and its implementing regulations by failing

10   to initiate consultation with the Service and by failing to ensure through consultation that its actions

11   regarding pesticide products containing diuron do not jeopardize the continued existence of endangered

12   and threatened species or destroy or adversely modify designated critical habitat.  16 U.S.C. §

13   1536(a)(2); 50 C.F.R. Part 402.

14       867.    EPA's product reregistrations and new registrations of products containing diuron did

15   not follow a hearing and are therefore judicially reviewable by the district court under FIFRA § 16(a), 7

16   § U.S.C. 136n(a).

17                               **SIXTEENTH CLAIM FOR RELIEF**

18                    **Violation Of The Endangered Species Act, 16 U.S.C. § 1536(a)(2)**

19                              **(EPA's Failure To Consult On Ethoprop)**

20       868.    All allegations set forth above in this Complaint are incorporated herein by reference.

21       869.    EPA "affirmatively authorized" the use of pesticide products containing ethoprop

22   through its registration and reregistration of these pesticide products listed in the complaint.  EPA has

23   discretion to influence or change this underlying agency activity for the benefit of protected species.

24   For example, EPA may only register or reregister a pesticide if its use does not cause an unreasonable

25   adverse effect on the environment. 7 U.S.C. § 136a(c)(5).  EPA may also change, cancel, restrict, or

26   immediately suspend registered pesticides, pesticide labeling, or particular uses at any time if it appears

27   that the pesticide is causing an unreasonable adverse effect on the environment. 7 U.S.C. § 136d(c).

28

Thus, EPA's registration or reregistration of pesticide products containing ethoprop is an "affirmative agency action" subject to consultation under Section 7(a)(2) of the ESA. 16 U.S.C. § 1536(a)(2).

870.     Because EPA's actions involving pesticide products containing ethoprop "may affect" the listed species named in Exhibit A and their designated critical habitat, EPA is required to initiate consultation with the Service.  50 C.F.R. § 402.14(a); 50 C.F.R. § 402.16.

871.     EPA has not initiated consultation with the Service on the effects of the affirmative authorizations of the use of pesticide products containing ethoprop on the affected endangered and threatened species listed in Exhibit A or their designated critical habitat.

872.     EPA is violating Section 7(a)(2) of the ESA and its implementing regulations by failing to initiate consultation with the Service and by failing to ensure through consultation that its actions regarding pesticide products containing ethoprop do not jeopardize the continued existence of endangered and threatened species or destroy or adversely modify designated critical habitat.  16 U.S.C. § 1536(a)(2); 50 C.F.R. Part 402.

873.     EPA's product reregistrations and new registrations of products containing ethoprop did not follow a hearing and are therefore judicially reviewable by the district court under FIFRA § 16(a), 7 § U.S.C. 136n(a).

## SEVENTEENTH CLAIM FOR RELIEF

### Violation Of The Endangered Species Act, 16 U.S.C. § 1536(a)(2)

### (EPA's Failure To Consult On MCPA, salts and esters)

874.     All allegations set forth above in this Complaint are incorporated herein by reference.

875.     EPA "affirmatively authorized" the use of pesticide products containing MCPA, salts and esters through its registration and reregistration of these pesticide products listed in the Complaint. EPA has discretion to influence or change this underlying agency activity for the benefit of protected species.  For example, EPA may only register or reregister a pesticide if its use does not cause an unreasonable adverse effect on the environment. 7 U.S.C. § 136a(c)(5).  EPA may also change, cancel, restrict, or immediately suspend registered pesticides, pesticide labeling, or particular uses at any time if it appears that the pesticide is causing an unreasonable adverse effect on the environment. 7 U.S.C. § 136d(c).  Thus, EPA's registration or reregistration of pesticide products containing MCPA, salts and

esters is an "affirmative agency action" subject to consultation under Section 7(a)(2) of the ESA. 16 U.S.C. § 1536(a)(2).

876.    Because EPA's actions involving pesticide products containing MCPA, salts and esters "may affect" the listed species named in Exhibit A and their designated critical habitat, EPA is required to initiate consultation with the Service.  50 C.F.R. § 402.14(a); 50 C.F.R. § 402.16.

877.    EPA has not initiated consultation with the Service on the effects of the affirmative authorizations of the use of pesticide products containing MCPA, salts and esters on the affected endangered and threatened species listed in Exhibit A or their designated critical habitat.

878.    EPA is violating Section 7(a)(2) of the ESA and its implementing regulations by failing to initiate consultation with the Service and by failing to ensure through consultation that its actions regarding pesticide products containing MCPA, salts and esters do not jeopardize the continued existence of endangered and threatened species or destroy or adversely modify designated critical habitat.  16 U.S.C. § 1536(a)(2); 50 C.F.R. Part 402.

879.    EPA's product reregistrations and new registrations of products containing MCPA, salts and esters did not follow a hearing and are therefore judicially reviewable by the district court under FIFRA § 16(a), 7 § U.S.C. 136n(a).

## EIGHTEENTH CLAIM FOR RELIEF

### Violation Of The Endangered Species Act, 16 U.S.C. § 1536(a)(2)

### (EPA's Failure To Consult On Mancozeb)

880.    All allegations set forth above in this Complaint are incorporated herein by reference.

881.    EPA "affirmatively authorized" the use of pesticide products containing mancozeb through its registration and reregistration of these pesticide products listed in the Complaint.  EPA has discretion to influence or change this underlying agency activity for the benefit of protected species. For example, EPA may only register or reregister a pesticide if its use does not cause an unreasonable adverse effect on the environment. 7 U.S.C. § 136a(c)(5).  EPA may also change, cancel, restrict, or immediately suspend registered pesticides, pesticide labeling, or particular uses at any time if it appears that the pesticide is causing an unreasonable adverse effect on the environment. 7 U.S.C. § 136d(c).

Thus, EPA's registration or reregistration of pesticide products containing mancozeb is an "affirmative agency action" subject to consultation under Section 7(a)(2) of the ESA. 16 U.S.C. § 1536(a)(2).

882.   Because EPA's actions involving pesticide products containing mancozeb "may affect" the listed species named in Exhibit A and their designated critical habitat, EPA is required to initiate consultation with the Service.  50 C.F.R. § 402.14(a); 50 C.F.R. § 402.16.

883.   EPA has not initiated consultation with the Service on the effects of the affirmative authorizations of the use of pesticide products containing mancozeb on the affected endangered and threatened species listed in Exhibit A or their designated critical habitat.

884.   EPA is violating Section 7(a)(2) of the ESA and its implementing regulations by failing to initiate consultation with the Service and by failing to ensure through consultation that its actions regarding pesticide products containing mancozeb do not jeopardize the continued existence of endangered and threatened species or destroy or adversely modify designated critical habitat.  16 U.S.C. § 1536(a)(2); 50 C.F.R. Part 402.

885.   EPA's product reregistrations and new registrations of products containing mancozeb did not follow a hearing and are therefore judicially reviewable by the district court under FIFRA § 16(a), 7 U.S.C. § 136n(a).

## NINTEENTH CLAIM FOR RELIEF

### Violation Of The Endangered Species Act, 16 U.S.C. § 1536(a)(2)

### (EPA's Failure To Consult On Methomyl)

886.   All allegations set forth above in this Complaint are incorporated herein by reference.

887.   EPA "affirmatively authorized" the use of pesticide products containing methomyl through its registration and reregistration of these pesticide products listed.  EPA has discretion to influence or change this underlying agency activity for the benefit of protected species.  For example, EPA may only register or reregister a pesticide if its use does not cause an unreasonable adverse effect on the environment. 7 U.S.C. § 136a(c)(5).  EPA may also change, cancel, restrict, or immediately suspend registered pesticides, pesticide labeling, or particular uses at any time if it appears that the pesticide is causing an unreasonable adverse effect on the environment. 7 U.S.C. § 136d(c).  Thus,

1  EPA's registration or reregistration of pesticide products containing methomyl is an "affirmative

2  agency action" subject to consultation under Section 7(a)(2) of the ESA. 16 U.S.C. § 1536(a)(2).

3      888.    Because EPA's actions involving pesticide products containing methomyl "may affect"

4  the listed species named in Exhibit A and their designated critical habitat, EPA is required to initiate

5  consultation with the Service.  50 C.F.R. § 402.14(a); 50 C.F.R. § 402.16.

6      889.    EPA has not initiated consultation with the Service on the effects of the affirmative

7  authorizations of the use of pesticide products containing methomyl on the affected endangered and

8  threatened species listed in Exhibit A or their designated critical habitat.

9      890.    EPA is violating Section 7(a)(2) of the ESA and its implementing regulations by failing

10 to initiate consultation with the Service and by failing to ensure through consultation that its actions

11 regarding pesticide products containing methomyl do not jeopardize the continued existence of

12 endangered and threatened species or destroy or adversely modify designated critical habitat.  16

13 U.S.C. § 1536(a)(2); 50 C.F.R. Part 402.

14     891.    EPA's product reregistrations and new registrations of products containing methomyl did

15 not follow a hearing and are therefore judicially reviewable by the district court under FIFRA § 16(a), 7

16 § U.S.C. 136n(a).

17 **TWENTIETH CLAIM FOR RELIEF**

18 **Violation Of The Endangered Species Act, 16 U.S.C. § 1536(a)(2)**

19 **(EPA's Failure To Consult On Metolachlor And Isomers)**

20     892.    All allegations set forth above in this Complaint are incorporated herein by reference.

21     893.    EPA "affirmatively authorized" the use of pesticide products containing metolachlor and

22 isomers through its registration and reregistration of these pesticide products listed in the Complaint.

23 EPA has discretion to influence or change this underlying agency activity for the benefit of protected

24 species.  For example, EPA may only register or reregister a pesticide if its use does not cause an

25 unreasonable adverse effect on the environment. 7 U.S.C. § 136a(c)(5).  EPA may also change, cancel,

26 restrict, or immediately suspend registered pesticides, pesticide labeling, or particular uses at any time

27 if it appears that the pesticide is causing an unreasonable adverse effect on the environment. 7 U.S.C. §

28 136d(c).  Thus, EPA's registration or reregistration of pesticide products containing metolachlor and

isomers is an "affirmative agency action" subject to consultation under Section 7(a)(2) of the ESA. 16 U.S.C. § 1536(a)(2).

894.     Because EPA's actions involving pesticide products containing metolachlor and isomers "may affect" the listed species named in Exhibit A and their designated critical habitat, EPA is required to initiate consultation with the Service.  50 C.F.R. § 402.14(a); 50 C.F.R. § 402.16.

895.     EPA has not initiated consultation with the Service on the effects of the affirmative authorizations of the use of pesticide products containing  metolachlor on the affected endangered and threatened species listed in Exhibit A or their designated critical habitat.

896.     EPA is violating Section 7(a)(2) of the ESA and its implementing regulations by failing to initiate consultation with the Service and by failing to ensure through consultation that its actions regarding pesticide products containing metolachlor and isomers do not jeopardize the continued existence of endangered and threatened species or destroy or adversely modify designated critical habitat.  16 U.S.C. § 1536(a)(2); 50 C.F.R. Part 402.

897.     EPA's product reregistrations and new registrations of products containing metolachlor and isomers did not follow a hearing and are therefore judicially reviewable by the district court under FIFRA § 16(a), 7 § U.S.C. 136n(a).

## TWENTY-FIRST CLAIM FOR RELIEF

### Violation Of The Endangered Species Act, 16 U.S.C. § 1536(a)(2)

### (EPA's Failure To Consult On Metribuzin)

898.     All allegations set forth above in this Complaint are incorporated herein by reference.

899.     EPA "affirmatively authorized" the use of pesticide products containing metribuzin through its registration and reregistration of these pesticide products listed in the Complaint.  EPA has discretion to influence or change this underlying agency activity for the benefit of protected species. For example, EPA may only register or reregister a pesticide if its use does not cause an unreasonable adverse effect on the environment. 7 U.S.C. § 136a(c)(5).  EPA may also change, cancel, restrict, or immediately suspend registered pesticides, pesticide labeling, or particular uses at any time if it appears that the pesticide is causing an unreasonable adverse effect on the environment. 7 U.S.C. § 136d(c).

Thus, EPA's registration or reregistration of pesticide products containing metribuzin is an "affirmative agency action" subject to consultation under Section 7(a)(2) of the ESA. 16 U.S.C. § 1536(a)(2).

900.   Because EPA's actions involving pesticide products containing metribuzin "may affect" the listed species named in Exhibit A and their designated critical habitat, EPA is required to initiate consultation with the Service.  50 C.F.R. § 402.14(a); 50 C.F.R. § 402.16.

901.   EPA has not initiated consultation with the Service on the effects of the affirmative authorizations of the use of pesticide products containing  metribuzin on the affected endangered and threatened species listed in Exhibit A or their designated critical habitat.

902.   EPA is violating Section 7(a)(2) of the ESA and its implementing regulations by failing to initiate consultation with the Service and by failing to ensure through consultation that its actions regarding pesticide products containing metribuzin do not jeopardize the continued existence of endangered and threatened species or destroy or adversely modify designated critical habitat.  16 U.S.C. § 1536(a)(2); 50 C.F.R. Part 402.

903.   EPA's product reregistrations and new registrations of products containing metribuzin did not follow a hearing and are therefore judicially reviewable by the district court under FIFRA § 16(a), 7 § U.S.C. 136n(a).

## TWENTY-SECOND CLAIM FOR RELIEF

### Violation Of The Endangered Species Act, 16 U.S.C. § 1536(a)(2)

### (EPA's Failure To Consult On Naled)

904.   All allegations set forth above in this Complaint are incorporated herein by reference.

905.   EPA "affirmatively authorized" the use of pesticide products containing naled through its registration and reregistration of these pesticide products listed in the Complaint.  EPA has discretion to influence or change this underlying agency activity for the benefit of protected species. For example, EPA may only register or reregister a pesticide if its use does not cause an unreasonable adverse effect on the environment. 7 U.S.C. § 136a(c)(5).  EPA may also change, cancel, restrict, or immediately suspend registered pesticides, pesticide labeling, or particular uses at any time if it appears that the pesticide is causing an unreasonable adverse effect on the environment. 7 U.S.C. § 136d(c).

Thus, EPA's registration or reregistration of pesticide products containing naled is an "affirmative agency action" subject to consultation under Section 7(a)(2) of the ESA. 16 U.S.C. § 1536(a)(2).

906.    Because EPA's actions involving pesticide products containing naled "may affect" the listed species named in Exhibit A and their designated critical habitat, EPA is required to initiate consultation with the Service.  50 C.F.R. § 402.14(a); 50 C.F.R. § 402.16.

907.    EPA has not initiated consultation with the Service on the effects of the affirmative authorizations of the use of pesticide products containing naled on the affected endangered and threatened species listed in Exhibit A or their designated critical habitat.

908.    EPA is violating Section 7(a)(2) of the ESA and its implementing regulations by failing to initiate consultation with the Service and by failing to ensure through consultation that its actions regarding pesticide products containing naled do not jeopardize the continued existence of endangered and threatened species or destroy or adversely modify designated critical habitat.  16 U.S.C. § 1536(a)(2); 50 C.F.R. Part 402.

909.    EPA's product reregistration and new registrations of products containing naled did not follow a hearing and are therefore judicially reviewable by the district court under FIFRA § 16(a), 7 § U.S.C. 136n(a).

## TWENTY-THIRD CLAIM FOR RELIEF

### Violation Of The Endangered Species Act, 16 U.S.C. § 1536(a)(2)

### (EPA's Failure To Consult On Oxyfluorfen)

910.    All allegations set forth above in this Complaint are incorporated herein by reference.

911.    EPA "affirmatively authorized" the use of pesticide products containing oxyfluorfen through its registration and reregistration of these pesticide products listed in the Complaint.  EPA has discretion to influence or change this underlying agency activity for the benefit of protected species. For example, EPA may only register or reregister a pesticide if its use does not cause an unreasonable adverse effect on the environment. 7 U.S.C. § 136a(c)(5).  EPA may also change, cancel, restrict, or immediately suspend registered pesticides, pesticide labeling, or particular uses at any time if it appears that the pesticide is causing an unreasonable adverse effect on the environment. 7 U.S.C. § 136d(c). Thus, EPA's registration or reregistration of pesticide products containing oxyfluorfen is an

1  "affirmative agency action" subject to consultation under Section 7(a)(2) of the ESA. 16 U.S.C. §

2  1536(a)(2).

3       912.   Because EPA's actions involving pesticide products containing oxyfluorfen "may

4  affect" the listed species named in Exhibit A and their designated critical habitat, EPA is required to

5  initiate consultation with the Service.  50 C.F.R. § 402.14(a); 50 C.F.R. § 402.16.

6       913.   EPA has not initiated consultation with the Service on the effects of the affirmative

7  authorizations of the use of pesticide products containing oxyfluorfen on the affected endangered and

8  threatened species listed in Exhibit A or their designated critical habitat.

9       914.   EPA is violating Section 7(a)(2) of the ESA and its implementing regulations by failing

10  to initiate consultation with the Service and by failing to ensure through consultation that its actions

11  regarding pesticide products containing oxyfluorfen do not jeopardize the continued existence of

12  endangered and threatened species or destroy or adversely modify designated critical habitat.  16

13  U.S.C. § 1536(a)(2); 50 C.F.R. Part 402.

14       915.   EPA's product reregistrations and reregistrations of products containing oxyfluorfen did

15  not follow a hearing and are therefore judicially reviewable by the district court under FIFRA § 16(a), 7

16  § U.S.C. 136n(a).

17  **TWENTY-FOURTH CLAIM FOR RELIEF**

18  **Violation Of The Endangered Species Act, 16 U.S.C. § 1536(a)(2)**

19  **(EPA's Failure To Consult On Paraquat Dichloride)**

20       916.   All allegations set forth above in this Complaint are incorporated herein by reference.

21       917.   EPA "affirmatively authorized" the use of pesticide products containing paraquat

22  dichloride through its registration and reregistration of these pesticide products listed in the Complaint.

23  EPA has discretion to influence or change this underlying agency activity for the benefit of protected

24  species.  For example, EPA may only register or reregister a pesticide if its use does not cause an

25  unreasonable adverse effect on the environment. 7 U.S.C. § 136a(c)(5).  EPA may also change, cancel,

26  restrict, or immediately suspend registered pesticides, pesticide labeling, or particular uses at any time

27  if it appears that the pesticide is causing an unreasonable adverse effect on the environment. 7 U.S.C. §

28  136d(c).  Thus, EPA's registration or reregistration of pesticide products containing paraquat dichloride

1   is an "affirmative agency action" subject to consultation under Section 7(a)(2) of the ESA. 16 U.S.C. §

2   1536(a)(2).

3       918.    Because EPA's actions involving pesticide products containing paraquat dichloride

4   "may affect" the listed species named in Exhibit A and their designated critical habitat, EPA is required

5   to initiate consultation with the Service.  50 C.F.R. § 402.14(a); 50 C.F.R. § 402.16.

6       919.    EPA has not initiated consultation with the Service on the effects of the affirmative

7   authorizations of the use of pesticide products containing paraquat dichloride on the affected

8   endangered and threatened species listed in Exhibit A or their designated critical habitat.

9       920.    EPA is violating Section 7(a)(2) of the ESA and its implementing regulations by failing

10  to initiate consultation with the Service and by failing to ensure through consultation that its actions

11  regarding pesticide products containing paraquat dichloride do not jeopardize the continued existence

12  of endangered and threatened species or destroy or adversely modify designated critical habitat.  16

13  U.S.C. § 1536(a)(2); 50 C.F.R. Part 402.

14      921.    EPA's product reregistrations and new registrations of products containing paraquat

15  dichloride did not follow a hearing and are therefore judicially reviewable by the district court under

16  FIFRA § 16(a), 7 § U.S.C. 136n(a).

17                  **TWENTY-FIFTH CLAIM FOR RELIEF**

18          **Violation Of The Endangered Species Act, 16 U.S.C. § 1536(a)(2)**

19              **(EPA's Failure To Consult On <u>Pendimethalin</u>)**

20      922.    All allegations set forth above in this Complaint are incorporated herein by reference.

21      923.    EPA "affirmatively authorized" the use of pesticide products containing pendimethalin

22  through its registration and reregistration of these pesticide products listed in the Complaint.  EPA has

23  discretion to influence or change this underlying agency activity for the benefit of protected species.

24  For example, EPA may only register or reregister a pesticide if its use does not cause an unreasonable

25  adverse effect on the environment. 7 U.S.C. § 136a(c)(5).  EPA may also change, cancel, restrict, or

26  immediately suspend registered pesticides, pesticide labeling, or particular uses at any time if it appears

27  that the pesticide is causing an unreasonable adverse effect on the environment. 7 U.S.C. § 136d(c).

28  Thus, EPA's registration or reregistration of pesticide products containing pendimethalin is an

"affirmative agency action" subject to consultation under Section 7(a)(2) of the ESA. 16 U.S.C. § 1536(a)(2).

924.    Because EPA's actions involving pesticide products containing pendimethalin "may affect" the listed species named in Exhibit A and their designated critical habitat, EPA is required to initiate consultation with the Service.  50 C.F.R. § 402.14(a); 50 C.F.R. § 402.16.

925.    EPA has not initiated consultation with the Service on the effects of the affirmative authorizations of the use of pesticide products containing pendimethalin on the affected endangered and threatened species listed in Exhibit A or their designated critical habitat.

926.    EPA is violating Section 7(a)(2) of the ESA and its implementing regulations by failing to initiate consultation with the Service and by failing to ensure through consultation that its actions regarding pesticide products containing pendimethalin do not jeopardize the continued existence of endangered and threatened species or destroy or adversely modify designated critical habitat.  16 U.S.C. § 1536(a)(2); 50 C.F.R. Part 402.

927.    EPA's product reregistrations and new registrations of products containing pendimethalin did not follow a hearing and are therefore judicially reviewable by the district court under FIFRA § 16(a), 7 § U.S.C. 136n(a).

## TWENTY-SIXTH CLAIM FOR RELIEF

### Violation Of The Endangered Species Act, 16 U.S.C. § 1536(a)(2)

### (EPA's Failure To Consult On Phorate)

928.    All allegations set forth above in this Complaint are incorporated herein by reference.

929.    EPA "affirmatively authorized" the use of pesticide products containing phorate through its registration and reregistration of these pesticide products listed in the Complaint.  EPA has discretion to influence or change this underlying agency activity for the benefit of protected species. For example, EPA may only register or reregister a pesticide if its use does not cause an unreasonable adverse effect on the environment. 7 U.S.C. § 136a(c)(5).  EPA may also change, cancel, restrict, or immediately suspend registered pesticides, pesticide labeling, or particular uses at any time if it appears that the pesticide is causing an unreasonable adverse effect on the environment. 7 U.S.C. § 136d(c).

Thus, EPA's registration or reregistration of pesticide products containing phorate is an "affirmative agency action" subject to consultation under Section 7(a)(2) of the ESA. 16 U.S.C. § 1536(a)(2).

930.    Because EPA's actions involving pesticide products containing phorate "may affect" the listed species named in Exhibit A and their designated critical habitat, EPA is required to initiate consultation with the Service.  50 C.F.R. § 402.14(a); 50 C.F.R. § 402.16.

931.    EPA has not initiated consultation with the Service on the effects of the affirmative authorizations of the use of pesticide products containing phorate on the affected endangered and threatened species listed in Exhibit A or their designated critical habitat.

932.    EPA is violating Section 7(a)(2) of the ESA and its implementing regulations by failing to initiate consultation with the Service and by failing to ensure through consultation that its actions regarding pesticide products containing phorate do not jeopardize the continued existence of endangered and threatened species or destroy or adversely modify designated critical habitat.  16 U.S.C. § 1536(a)(2); 50 C.F.R. Part 402.

933.    EPA's product reregistrations and new registrations of products containing phorate did not follow a hearing and are therefore judicially reviewable by the district court under FIFRA § 16(a), 7 § U.S.C. 136n(a).

## TWENTY-SEVENTH CLAIM FOR RELIEF

### Violation Of The Endangered Species Act, 16 U.S.C. § 1536(a)(2)

### (EPA's Failure To Consult On Phosmet)

934.    All allegations set forth above in this Complaint are incorporated herein by reference.

935.    EPA "affirmatively authorized" the use of pesticide products containing phosmet through its registration and reregistration of these pesticides listed in the Complaint.  EPA has discretion to influence or change this underlying agency activity for the benefit of protected species. For example, EPA may only register or reregister a pesticide if its use does not cause an unreasonable adverse effect on the environment. 7 U.S.C. § 136a(c)(5).  EPA may also change, cancel, restrict, or immediately suspend registered pesticides, pesticide labeling, or particular uses at any time if it appears that the pesticide is causing an unreasonable adverse effect on the environment. 7 U.S.C. § 136d(c).

1  Thus, EPA's registration or reregistration of pesticide products containing phosmet is an "affirmative

2  agency action" subject to consultation under Section 7(a)(2) of the ESA. 16 U.S.C. § 1536(a)(2).

3  936.    Because EPA's actions involving pesticide products containing phosmet "may affect"

4  the listed species named in Exhibit A and their designated critical habitat, EPA is required to initiate

5  consultation with the Service.  50 C.F.R. § 402.14(a); 50 C.F.R. § 402.16.

6  937.    EPA has not initiated consultation with the Service on the effects of the affirmative

7  authorizations of the use of pesticide products containing  phosmet on the affected endangered and

8  threatened species listed in Exhibit A or their designated critical habitat.

9  938.    EPA is violating Section 7(a)(2) of the ESA and its implementing regulations by failing

10  to initiate consultation with the Service and by failing to ensure through consultation that its actions

11  regarding pesticide products containing phosmet do not jeopardize the continued existence of

12  endangered and threatened species or destroy or adversely modify designated critical habitat.  16

13  U.S.C. § 1536(a)(2); 50 C.F.R. Part 402.

14  939.    EPA's product reregistrations and new registrations of products containing phosmet did

15  not follow a hearing and are therefore judicially reviewable by the district court under FIFRA § 16(a), 7

16  § U.S.C. 136n(a).

17  **TWENTY-EIGHTH CLAIM FOR RELIEF**

18  **Violation Of The Endangered Species Act, 16 U.S.C. § 1536(a)(2)**

19  **(EPA's Failure To Consult On Propanil)**

20  940.    All allegations set forth above in this Complaint are incorporated herein by reference.

21  941.    EPA "affirmatively authorized" the use of pesticide products containing propanil through

22  its registration and reregistration of these pesticide products listed in the Complaint.  EPA has

23  discretion to influence or change this underlying agency activity for the benefit of protected species.

24  For example, EPA may only register or reregister a pesticide if its use does not cause an unreasonable

25  adverse effect on the environment. 7 U.S.C. § 136a(c)(5).  EPA may also change, cancel, restrict, or

26  immediately suspend registered pesticides, pesticide labeling, or particular uses at any time if it appears

27  that the pesticide is causing an unreasonable adverse effect on the environment. 7 U.S.C. § 136d(c).

28

1   Thus, EPA's registration or reregistration of pesticide products containing propanil is an "affirmative

2   agency action" subject to consultation under Section 7(a)(2) of the ESA. 16 U.S.C. § 1536(a)(2).

3       942.   Because EPA's actions involving pesticide products containing propanil "may affect" the

4   listed species named in Exhibit A and their designated critical habitat, EPA is required to initiate

5   consultation with the Service.  50 C.F.R. § 402.14(a); 50 C.F.R. § 402.16.

6       943.   EPA has not initiated consultation with the Service on the effects of the affirmative

7   authorizations of the use of pesticide products containing propanil on the affected endangered and

8   threatened species listed in Exhibit A or their designated critical habitat.

9       944.   EPA is violating Section 7(a)(2) of the ESA and its implementing regulations by failing

10  to initiate consultation with the Service and by failing to ensure through consultation that its actions

11  regarding pesticide products containing propanil do not jeopardize the continued existence of

12  endangered and threatened species or destroy or adversely modify designated critical habitat.  16

13  U.S.C. § 1536(a)(2); 50 C.F.R. Part 402.

14      945.   EPA's product reregistrations and new registrations of products containing propanil did

15  not follow a hearing and are therefore judicially reviewable by the district court under FIFRA § 16(a), 7

16  § U.S.C. 136n(a).

17                        **TWENTY-NINTH CLAIM FOR RELIEF**

18          **Violation Of The Endangered Species Act, 16 U.S.C. § 1536(a)(2)**

19                **(EPA's Failure To Consult On Propargite)**

20      946.   All allegations set forth above in this Complaint are incorporated herein by reference.

21      947.   EPA "affirmatively authorized" the use of the active ingredient propargite in its 2007

22  and 2008 REDs and the use of pesticide products containing propargite through its registration and

23  reregistration of these pesticide products listed in the Complaint.  EPA has discretion to influence or

24  change this underlying agency activity for the benefit of protected species.  For example, EPA may

25  only register or reregister a pesticide if its use does not cause an unreasonable adverse effect on the

26  environment. 7 U.S.C. § 136a(c)(5).  EPA may also change, cancel, restrict, or immediately suspend

27  registered pesticides, pesticide labeling, or particular uses at any time if it appears that the pesticide is

28  causing an unreasonable adverse effect on the environment. 7 U.S.C. § 136d(c).  Thus, EPA's

registration or reregistration of pesticide products containing propargite is an "affirmative agency action" subject to consultation under Section 7(a)(2) of the ESA. 16 U.S.C. § 1536(a)(2).

948.    Because EPA's actions involving propargite and pesticide products containing propargite "may affect" the listed species named in Exhibit A and their designated critical habitat, EPA is required to initiate consultation with the Service.  50 C.F.R. § 402.14(a); 50 C.F.R. § 402.16.

949.    EPA has not initiated consultation with the Service on the effects of the affirmative authorizations of the use of the active ingredient propargite and pesticide products containing propargite on the affected endangered and threatened species listed in Exhibit A or their designated critical habitat.

950.    EPA is violating Section 7(a)(2) of the ESA and its implementing regulations by failing to initiate consultation with the Service and by failing to ensure through consultation that its actions regarding the active ingredient propargite and pesticide products containing propargite do not jeopardize the continued existence of endangered and threatened species or destroy or adversely modify designated critical habitat.  16 U.S.C. § 1536(a)(2); 50 C.F.R. Part 402.

951.    EPA's 2007 and 2008 propargite REDs and product reregistrations and new registrations of products containing propargite did not follow a hearing and are therefore judicially reviewable by the district court under FIFRA § 16(a), 7 § U.S.C. 136n(a) ).

## THIRTIETH CLAIM FOR RELIEF

### Violation Of The Endangered Species Act, 16 U.S.C. § 1536(a)(2)

### (EPA's Failure To Consult On Simazine)

952.    All allegations set forth above in this Complaint are incorporated herein by reference.

953.    EPA "affirmatively authorized" the use of pesticide products containing simazine through its registration and reregistration of these pesticide products listed in the Complaint.  EPA has discretion to influence or change this underlying agency activity for the benefit of protected species. For example, EPA may only register or reregister a pesticide if its use does not cause an unreasonable adverse effect on the environment. 7 U.S.C. § 136a(c)(5).  EPA may also change, cancel, restrict, or immediately suspend registered pesticides, pesticide labeling, or particular uses at any time if it appears that the pesticide is causing an unreasonable adverse effect on the environment. 7 U.S.C. § 136d(c).

1  Thus, EPA's registration or reregistration of pesticide products containing simazine is an "affirmative

2  agency action" subject to consultation under Section 7(a)(2) of the ESA. 16 U.S.C. § 1536(a)(2).

3  954.  Because EPA's actions involving pesticide products containing simazine "may affect"

4  the listed species named in Exhibit A and their designated critical habitat, EPA is required to initiate

5  consultation with the Service.  50 C.F.R. § 402.14(a); 50 C.F.R. § 402.16.

6  955.  EPA has not initiated consultation with the Service on the effects of the affirmative

7  authorizations of the use of pesticide products containing simazine on the affected endangered and

8  threatened species listed in Exhibit A or their designated critical habitat.

9  956.  EPA is violating Section 7(a)(2) of the ESA and its implementing regulations by failing

10  to initiate consultation with the Service and by failing to ensure through consultation that its actions

11  regarding pesticide products containing simazine do not jeopardize the continued existence of

12  endangered and threatened species or destroy or adversely modify designated critical habitat.  16

13  U.S.C. § 1536(a)(2); 50 C.F.R. Part 402.

14  957.  EPA's product reregistrations and new registrations of products containing simazine did

15  not follow a hearing and are therefore judicially reviewable by the district court under FIFRA § 16(a), 7

16  § U.S.C. 136n(a).

17  **THIRTY-FIRST CLAIM FOR RELIEF**

18  **Violation Of The Endangered Species Act, 16 U.S.C. § 1536(a)(2)**

19  **(EPA's Failure To Consult On S,S,S-tributyl phosphorotrithioate)**

20  958.  All allegations set forth above in this Complaint are incorporated herein by reference.

21  959.  EPA "affirmatively authorized" the use of pesticide products containing S,S,S-tributyl

22  phosphorotrithioate through its registration and reregistration of these pesticide products listed in the

23  Complaint.  EPA has discretion to influence or change this underlying agency activity for the benefit of

24  protected species.  For example, EPA may only register or reregister a pesticide if its use does not cause

25  an unreasonable adverse effect on the environment. 7 U.S.C. § 136a(c)(5).  EPA may also change,

26  cancel, restrict, or immediately suspend registered pesticides, pesticide labeling, or particular uses at

27  any time if it appears that the pesticide is causing an unreasonable adverse effect on the environment. 7

28  U.S.C. § 136d(c).  Thus, EPA's registration or reregistration of pesticide products containing S,S,S-

1  tributyl phosphorotrithioate is an "affirmative agency action" subject to consultation under Section

2  7(a)(2) of the ESA. 16 U.S.C. § 1536(a)(2).

3      960.    Because EPA's actions involving pesticide products containing S,S,S-tributyl

4  phosphorotrithioate "may affect" the listed species named in Exhibit A and their designated critical

5  habitat, EPA is required to initiate consultation with the Service.  50 C.F.R. § 402.14(a); 50 C.F.R. §

6  402.16.

7      961.    EPA has not initiated consultation with the Service on the effects of the affirmative

8  authorizations of the use of pesticide products containing S,S,S-tributyl phosphorotrithioate on the

9  affected endangered and threatened species listed in Exhibit A or their designated critical habitat.

10      962.    EPA is violating Section 7(a)(2) of the ESA and its implementing regulations by failing

11  to initiate consultation with the Service and by failing to ensure through consultation that its actions

12  regarding pesticide products containing S,S,S-tributyl phosphorotrithioate do not jeopardize the

13  continued existence of endangered and threatened species or destroy or adversely modify designated

14  critical habitat.  16 U.S.C. § 1536(a)(2); 50 C.F.R. Part 402.

15      963.    EPA's product reregistrations and new registrations of products containing S,S,S-tributyl

16  phosphorotrithioate did not follow a hearing and are therefore judicially reviewable by the district court

17  under FIFRA § 16(a), 7 § U.S.C. 136n(a).

## THIRTY-SECOND CLAIM FOR RELIEF

### Violation Of The Endangered Species Act, 16 U.S.C. § 1536(a)(2)

### (EPA's Failure To Consult On Thiobencarb)

21      964.    All allegations set forth above in this Complaint are incorporated herein by reference.

22      965.    EPA "affirmatively authorized" the use of pesticide products containing thiobencarb

23  through its registration and reregistration of these pesticide products listed in the Complaint.  EPA has

24  discretion to influence or change this underlying agency activity for the benefit of protected species.

25  For example, EPA may only register or reregister a pesticide if its use does not cause an unreasonable

26  adverse effect on the environment. 7 U.S.C. § 136a(c)(5).  EPA may also change, cancel, restrict, or

27  immediately suspend registered pesticides, pesticide labeling, or particular uses at any time if it appears

28  that the pesticide is causing an unreasonable adverse effect on the environment. 7 U.S.C. § 136d(c).

Thus, EPA's registration or reregistration of pesticide products containing thiobencarb is an "affirmative agency action" subject to consultation under Section 7(a)(2) of the ESA. 16 U.S.C. § 1536(a)(2).

966.   Because EPA's actions involving pesticide products containing thiobencarb "may affect" the listed species named in Exhibit A and their designated critical habitat, EPA is required to initiate consultation with the Service.  50 C.F.R. § 402.14(a); 50 C.F.R. § 402.16.

967.   EPA has not initiated consultation with the Service on the effects of the affirmative authorizations of the use of pesticide products containing thiobencarb on the affected endangered and threatened species listed in Exhibit A or their designated critical habitat.

968.   EPA is violating Section 7(a)(2) of the ESA and its implementing regulations by failing to initiate consultation with the Service and by failing to ensure through consultation that its actions regarding pesticide products containing thiobencarb do not jeopardize the continued existence of endangered and threatened species or destroy or adversely modify designated critical habitat.  16 U.S.C. § 1536(a)(2); 50 C.F.R. Part 402.

969.   EPA's product reregistrations and new registrations of products containing thiobencarb did not follow a hearing and are therefore judicially reviewable by the district court under FIFRA § 16(a), 7 § U.S.C. 136n(a).

**THIRTY-THIRD CLAIM FOR RELIEF**

**Violation Of The Endangered Species Act, 16 U.S.C. § 1536(a)(2)**

**(EPA's Failure To Consult On Trifluralin)**

970.   All allegations set forth above in this Complaint are incorporated herein by reference.

971.   EPA "affirmatively authorized" the use of pesticide products containing trifluralin through its registration and reregistration of these pesticide products listed in the Complaint.  EPA has discretion to influence or change this underlying agency activity for the benefit of protected species. For example, EPA may only register or reregister a pesticide if its use does not cause an unreasonable adverse effect on the environment. 7 U.S.C. § 136a(c)(5).  EPA may also change, cancel, restrict, or immediately suspend registered pesticides, pesticide labeling, or particular uses at any time if it appears that the pesticide is causing an unreasonable adverse effect on the environment. 7 U.S.C. § 136d(c).

Thus, EPA's reregistration of trifluralin is an "affirmative agency action" subject to consultation under Section 7(a)(2) of the ESA. 16 U.S.C. § 1536(a)(2).

972.    Because EPA's actions involving pesticide products containing trifluralin "may affect" the listed species named in Exhibit A and their designated critical habitat, EPA is required to initiate consultation with the Service.  50 C.F.R. § 402.14(a); 50 C.F.R. § 402.16.

973.    EPA has not initiated consultation with the Service on the effects of the affirmative authorizations of the use of pesticide products containing  trifluralin on the affected endangered and threatened species listed in Exhibit A or their designated critical habitat.

974.    EPA is violating Section 7(a)(2) of the ESA and its implementing regulations by failing to initiate consultation with the Service and by failing to ensure through consultation that its actions regarding pesticide products containing trifluralin do not jeopardize the continued existence of endangered and threatened species or destroy or adversely modify designated critical habitat.  16 U.S.C. § 1536(a)(2); 50 C.F.R. Part 402.

975.    EPA's product reregistration and new registrations of products containing trifluralin did not follow a hearing and are therefore judicially reviewable by the district court under FIFRA § 16(a), 7 § U.S.C. 136n(a).

## THIRTY-FOURTH CLAIM FOR RELIEF

### Violation Of The Endangered Species Act, 16 U.S.C. § 1536(a)(2)

### (EPA's Failure To Consult On Warfarin)

976.    All allegations set forth above in this Complaint are incorporated herein by reference.

977.    EPA "affirmatively authorized" the use of pesticide products containing warfarin through its registration and reregistration of these pesticide products listed in the Complaint.  EPA has discretion to influence or change this underlying agency activity for the benefit of protected species. For example, EPA may only register or reregister a pesticide if its use does not cause an unreasonable adverse effect on the environment. 7 U.S.C. § 136a(c)(5).  EPA may also change, cancel, restrict, or immediately suspend registered pesticides, pesticide labeling, or particular uses at any time if it appears that the pesticide is causing an unreasonable adverse effect on the environment. 7 U.S.C. § 136d(c).

1    Thus, EPA's registration or reregistration of pesticide products containing warfarin is an "affirmative

2    agency action" subject to consultation under Section 7(a)(2) of the ESA. 16 U.S.C. § 1536(a)(2).

3    　　978.　Because EPA's actions involving pesticide products containing warfarin "may affect"

4    the listed species named in Exhibit A and their designated critical habitat, EPA is required to initiate

5    consultation with the Service.  50 C.F.R. § 402.14(a); 50 C.F.R. § 402.16.

6    　　979.　EPA has not initiated consultation with the Service on the effects of the affirmative

7    authorizations of the use of pesticide products containing warfarin on the affected endangered and

8    threatened species listed in Exhibit A or their designated critical habitat.

9    　　980.　EPA is violating Section 7(a)(2) of the ESA and its implementing regulations by failing

10   to initiate consultation with the Service and by failing to ensure through consultation that its actions

11   regarding pesticide products containing warfarin do not jeopardize the continued existence of

12   endangered and threatened species or destroy or adversely modify designated critical habitat.  16

13   U.S.C. § 1536(a)(2); 50 C.F.R. Part 402.

14   　　981.　EPA's product reregistrations and new registrations of products containing warfarin did

15   not follow a hearing and are therefore judicially reviewable by the district court under FIFRA § 16(a), 7

16   § U.S.C. 136n(a).

17   **THIRTY-FIFTH CLAIM FOR RELIEF**

18   **Violation Of The Endangered Species Act, 16 U.S.C. § 1536(a)(2)**

19   **(EPA's Failure To Consult On Zinc Phosphide)**

20   　　982.　All allegations set forth above in this Complaint are incorporated herein by reference.

21   　　983.　EPA "affirmatively authorized" the use of pesticide products containing zinc phosphide

22   through its registration and reregistration of these pesticide products listed in the Complaint.  EPA has

23   discretion to influence or change this underlying agency activity for the benefit of protected species.

24   For example, EPA may only register or reregister a pesticide if its use does not cause an unreasonable

25   adverse effect on the environment. 7 U.S.C. § 136a(c)(5).  EPA may also change, cancel, restrict, or

26   immediately suspend registered pesticides, pesticide labeling, or particular uses at any time if it appears

27   that the pesticide is causing an unreasonable adverse effect on the environment. 7 U.S.C. § 136d(c).

28   Thus, EPA's registration or reregistration of pesticide products containing zinc phosphide is an

1   "affirmative agency action" subject to consultation under Section 7(a)(2) of the ESA. 16 U.S.C. §

2   1536(a)(2).

3        984.    Because EPA's actions involving pesticide products containing zinc phosphide "may

4   affect" the listed species named in Exhibit A and their designated critical habitat, EPA is required to

5   initiate consultation with the Service.  50 C.F.R. § 402.14(a); 50 C.F.R. § 402.16.

6        985.    EPA has not initiated consultation with the Service on the effects of the affirmative

7   authorizations of the use of pesticide products containing zinc phosphide on the affected endangered

8   and threatened species listed in Exhibit A or their designated critical habitat.

9        986.    EPA is violating Section 7(a)(2) of the ESA and its implementing regulations by failing

10  to initiate consultation with the Service and by failing to ensure through consultation that its actions

11  regarding pesticide products containing zinc phosphide do not jeopardize the continued existence of

12  endangered and threatened species or destroy or adversely modify designated critical habitat.  16

13  U.S.C. § 1536(a)(2); 50 C.F.R. Part 402.

14       987.    EPA's product reregistrations and new registrations of products containing zinc

15  phosphide did not follow a hearing and are therefore judicially reviewable by the district court under

16  FIFRA § 16(a), 7 § U.S.C. 136n(a).

17                                   **PRAYER FOR RELIEF**

18       WHEREFORE, Plaintiffs respectfully request that the Court enter judgment providing the

19  following relief:

20       1.    Declare that EPA is violating Section 7(a)(2) of the ESA by failing to consult with the

21  Service concerning effects of pesticide products on the endangered and threatened species and critical

22  habitats;

23       2.    Order EPA to begin consultation pursuant to Section 7(a)(2) of the ESA on the effects of

24  pesticide products identified herein on endangered and threatened species and critical habitats that may

25  be affected in an expeditious fashion and by a date certain;

26       3.    Vacate, set aside, and enjoin EPA's authorization of pesticide uses that may result in

27  pesticides entering occupied habitat or designated critical habitat of endangered and threatened species

28  until the consultation process has been completed and EPA is in compliance with Section 7(a)(2);

1        4.      Award Plaintiffs' costs, including reasonable attorneys' fees and expert witness fees;

2  and

3        5.      Grant Plaintiffs such additional and further relief as the Court may deem just and

4  appropriate.

5  Respectfully submitted this 29th day of June, 2018,

6

7                               */s/ Stephanie M. Parent*

Stephanie M. Parent (OR Bar No. 925908)*
Center for Biological Diversity
PO Box 11374
Portland, OR 97211-0374
(971) 717-6404
sparent@biologicaldiversity.org

Justin Augustine (CA Bar No. 235561)
Jennifer Loda (CA Bar No. 284889)
Center for Biological Diversity
1212 Broadway
Suite 800
Oakland, CA 94612
(415) 436-9682 ext. 302
Fax: (415) 436-9683
jaugustine@biologicaldiversity.org
jloda@biological diversity.org

Collette L. Adkins  (MN Bar No. 035059X)*
Center for Biological Diversity
P.O. Box 595
Circle Pines, MN  55014-0595
Tel: (651) 955-3821
Fax: (415) 436-9683
cadkins@biologicaldiversity.org

* Granted admission *pro hac vice*