JEFFREY WOOD
Acting Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
SETH M. BARSKY, Section Chief
Wildlife and Marine Resources Section
S. JAY GOVINDAN, Assistant Section Chief
ALISON C. FINNEGAN
Ben Franklin Station, P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0500; Fax: (202) 305-0275
BRIDGET KENNEDY McNEIL
999 18th St., Suite 370
Denver, CO 80202
Ph: 303-844-1484
bridget.mcneil@usdoj.gov

*Attorneys for Federal Defendants*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| Center for Biological Diversity, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>United States Environmental Protection Agency, *et al.*,<br><br>Defendants,<br><br>and<br><br>CROPLIFE AMERICA, *et al.*,<br><br>Intervenor-Defendants. | CASE NO. NO. 3:11-CV-293-JCS<br><br>**FEDERAL DEFENDANTS' RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12 AND 7-11** |

As Plaintiffs represented in their administrative motion, ECF No. 307, Federal Defendants do not believe that this action and the newly-filed action, *Ctr. for Environmental*

1

*Health, et al. v. Pruitt, et al.*, 3:18-cv-03197-SK (N.D. Cal) (filed May 31, 2018), satisfy the criteria set forth in Civil Local Rule 3-12(a), which are as follows: (1) The actions concern substantially the same parties, property, transaction or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges.

While there is some overlap in the parties, the U.S. Fish and Wildlife Service ("FWS") is a defendant in the newly-filed action but is not involved in the instant case. In any event, the overlap of parties is less determinative when the parties involve a large federal agency and a repeat plaintiff. As neither case involves property, that factor is not met here. Finally, there is no overlap between the transactions or events giving rise to the newly-filed action and this case. In the newly-filed action, Plaintiffs allege that EPA and FWS have not completed a nationwide Endangered Species Act ("ESA") Section 7 consultation for the pesticide active ingredient malathion, pursuant to the amended settlement agreement in *Ctr. for Biological Diversity v. U.S. Fish and Wildlife Serv.*, 11-cv-5108-JSW (N.D. Cal.).[1] While earlier iterations of Plaintiffs' complaint in this case included claims that EPA failed to reinitiate a prior ESA Section 7 consultation for active ingredients including malathion, Plaintiffs voluntarily dropped those claims in the Fourth Amended Complaint, ECF No. 305, which is now the operative complaint.

Finally, there is no likelihood that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges. The instant case is still at the pleading stage and, thus, the Court has never considered any facts or

---

[1] As shown in Exhibit A, Federal Defendants also filed an administrative motion to consider whether the cases should be related in *Ctr. for Biological Diversity v. U.S. Fish and Wildlife Serv.*, 11-cv-5108-JSW (N.D. Cal.), setting forth why those two cases satisfy the criteria.

legal arguments specific to a duty to consult on the active ingredient malathion and will not have to do so in the future because Plaintiffs dropped their only claim pertaining to malathion.

Respectfully submitted this 10th day of July, 2018,

        JEFFREY WOOD
        Acting Assistant Attorney General
        United States Department of Justice
        Environment and Natural Resources Division
        SETH M. BARSKY, Section Chief
        Wildlife and Marine Resources Section
        S. JAY GOVINDAN, Assistant Section Chief

          /s/ Alison C. Finnegan
        ALISON C. FINNEGAN
        Ben Franklin Station, P.O. Box 7611
        Washington, DC 20044-7611
        Tel: (202) 305-0500; Fax: (202) 305-0275

        BRIDGET KENNEDY McNEIL
        999 18th St., Suite 370
        Denver, CO 80202
        Ph: 303-844-1484
        bridget.mcneil@usdoj.gov
        *Attorneys for Federal Defendants*

**CERTIFICATE OF SERVICE**

    I hereby certify that July 10, 2018, I electronically filed the foregoing with the Clerk of the Court via the CM/ECF system, which will send notification of such to the attorneys of record.

                                      /s/ Alison C. Finnegan