[COUNSEL LISTED IN SIGNATURE BLOCK]

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br><br> Defendants, <br><br> CROPLIFE AMERICA, *et al.,* <br><br> Defendant-Intervenors | Case No. CV-11-0293-JCS <br><br> **SECOND STIPULATION TO MODIFY PARTIAL SETTLEMENT AGREEMENT** <br><br> **Magistrate Judge Joseph C. Spero** |

This Agreement is entered into by and between Plaintiffs Center for Biological Diversity, Pesticide Action Network North America (hereafter "Plaintiffs") and Defendants the United States Environmental Protection Agency ("EPA") and Andrew Wheeler, in his official capacity as EPA Administrator (hereafter "EPA") and CropLife America, Responsible Industry for a Sound Environment, Southern Crop Production Association, Western Plant Health Association,

SECOND STIPULATION TO MODIFY PARTIAL SETTLEMENT AGREEMENT   1
CV-11-0293-JCS

1  MidAmerican CropLife Association, and the American Chemistry Council (hereafter

2  "Defendant-Intervenors") (together, the "Parties"), who state as follows;

3      WHEREAS, on October 22, 2019, this Court entered the Parties' Stipulated Partial

4  Settlement Agreement, ECF No. 364, 366;

5      WHEREAS, pursuant to that agreement, EPA issued the draft carbaryl and methomyl

6  Biological Evaluations, on March 12, 2020, commencing a 60-day public comment period, ECF

7  No. 371;

8      WHEREAS, EPA granted requests for an extension of the public comment period for 45

9  days, based on the reasons set forth in the Federal Register Notice that published on April 27,

10  2020, *see* 85 Fed. Reg. 23,352;

11      WHEREAS, Paragraph 1.c.i of the Stipulated Partial Settlement Agreement provides that

12  if EPA grants a request to extend this public comment period, the Parties will file a stipulated

13  motion to modify the deadlines for the final carbaryl and methomyl Biological Evaluations by

14  the same number of days of EPA's extension of the public comment period but not to exceed 60

15  days as well as to modify the deadlines for the final Biological Evaluations identified in

16  Paragraphs 2 and 3 of the Stipulated Partial Settlement agreement by the same number of days,

17  ECF No. 364, ¶ 1.c.i;

18      WHEREAS, the parties stipulated accordingly to modify the Stipulated Partial Settlement

19  Agreement, which was granted by the Court on April 28, 2020, ECF No. 372, 373;

20      WHEREAS, pursuant to the modified deadlines of the Stipulated Partial Settlement

21  Agreement, on November 6, 2020, EPA issued the draft Biological Evaluations for atrazine,

22  simazine, and propazine, opening a public comment period that closes on January 5, 2021, *see* 85

23  Fed. Reg. 71,071;

24

WHEREAS, EPA has received several requests for an extension of this public comment period, ranging from 15 to 90 days;

WHEREAS, EPA determined that it would grant the requests for an extension of the public comment period for 45 days, based on the reasons set forth in the Federal Register Notice that published on December 30, 2020, *see* 85 Fed. Reg. 86556-02;

WHEREAS, the public comment period for the draft Biological Evaluations for atrazine, simazine, and propazine now closes on February 19, 2021;

WHEREAS, Paragraph 2.c.i of the Stipulated Partial Settlement Agreement provides that if EPA grants a request to extend this public comment period, the Parties will file a stipulated motion to modify the deadlines for the final atrazine and simazine Biological Evaluations by the same number of days of EPA's extension of the public comment period but not to exceed 60 days, ECF No. 364, ¶ 2.c.i;

WHEREAS, in the same provision, the Parties also agreed to stipulate to modify the deadlines for the final Biological Evaluations identified in Paragraphs 3 of the Stipulated Partial Settlement agreement by the same number of days, ECF No. 364, ¶ 2.c.i;

NOW, THEREFORE, THE PARTIES STIPULATE TO THE FOLLOWING MODIFICATION OF TERMS:

1. The deadline in Paragraph 2.a is extended from September 28, 2021 until November 12, 2021.

2. The deadline in Paragraph 3.a is extended from September 28, 2024 until November 12, 2024.

Respectfully submitted this 4th day of January, 2021,

*/s/ Stephanie Parent (per authorization)*

Stephanie M. Parent (OR Bar No. 925908)*
Center for Biological Diversity
PO Box 11374
Portland, OR 97211-0374
 (971) 717-6404
sparent@biologicaldiversity.org

Collette L. Adkins (MN Bar No. 035059X)*
Center for Biological Diversity
P. O Box 595
Circle Pines, MN 55014-0595
(651) 955-3821
Email: cadkins@biologicaldiversity.org

Justin Augustine (CA Bar No. 235561)
Center for Biological Diversity
1212 Broadway
Suite 800
Oakland, CA 94612
415-436-9682 ext. 302
jaugustine@biologicaldiversity.org

*Attorneys for Plaintiffs*

AND

*/s/ Bridget Kennedy McNeil*
Bridget Kennedy McNeil, Senior Trial Attorney
United States Department of Justice
Environmental & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
303-844-1484
bridget.mcneil@usdoj.gov

*Attorneys for Federal Defendants*

AND

*/s/ David Weinberg (per authorization)*
WILEY REIN LLP
David B. Weinberg (DC Bar No. 186247)*
dweinberg@wileyrein.com
Richard W. Smith (DC Bar No. 465563)*

SECOND STIPULATION TO MODIFY PARTIAL SETTLEMENT AGREEMENT   4
CV-11-0293-JCS

rwsmith@wileyrein.com
1776 K Street NW
Washington, DC 20006
(202) 719-7000

*Attorneys for CropLife America, et al.*

AND

Seth Goldberg (CA Bar No. 153719)
sgoldberg@steptoe.com
Cynthia L. Taub (DC Bar No. 445906)*
ctaub@steptoe.com
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
202.429.3000

AMERICAN CHEMISTRY COUNCIL

*/s/ Judah Prero*
Judah Prero (D.C. Bar 986830)
Judah_prero@americanchemistry.com
700 2nd Street, NE
Washington, DC 20002
T: (202) 249-6729

*Attorneys for Defendant-Intervenor American Chemistry Council*

*Granted admission *pro hac vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that today a true and correct copy of the foregoing document was filed with the Court's CM/ECF system, which will generate electronic service on all counsel of record.

/s/ Bridget K. McNeil
Bridget Kennedy McNeil