[COUNSEL LISTED IN SIGNATURE BLOCK]

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, | Case No. CV-11-0293-JCS |
| Plaintiffs, | **JOINT STATUS REPORT** |
| v. | **Magistrate Judge Joseph C. Spero** |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*, | |
| Defendants, | |
| CROPLIFE AMERICA, *et al.*, | |
| Defendant-Intervenors. | |

Plaintiffs, Federal Defendants, and Defendant-Intervenors, by and through undersigned counsel, (collectively, the "Parties") submit this Joint Status Report, pursuant to Paragraph 4.d. of the Parties' Stipulated Partial Settlement Agreement and Paragraph 1 of the Order Entering Third Stipulation to Modify Partial Settlement Agreement and Extend Administrative Stay. ECF No. 364 (October 18, 2019 Proposed Stipulated Partial Settlement Agreement); ECF No. 366 (October 22, 2019 Order Entering

Stipulated Partial Settlement Agreement); ECF No. 391 (December 15, 2021 Order Entering Third Stipulation to Modify Partial Settlement Agreement and Extend Administrative Stay).

The Parties have not yet reached a settlement regarding the remaining active ingredients and pesticide products listed in the Fourth Amended Complaint (Claims One to Three, Five, Eight, Ten, Thirteen to Eighteen, Twenty to Twenty-Nine, and Thirty-One to Thirty-Three) ("remaining claims"), but settlement discussions are ongoing. At this time, for the purpose of continuing settlement discussions, the Parties do not request the assistance of a mediator and believe that a continuation of the administrative closure of the case and/or stay of the remaining claims would be beneficial.

In connection with their ongoing settlement efforts, the Parties completed the following commitments made in their December 14, 2021 Joint Status Report (ECF No. 389):

- On January 19, 2022, Federal Defendants provided the Parties with a proposal for completing effects determinations for the eight organophosphates at issue in the case, including: acephate (Claim Three); bensulide (Claim Five); dimethoate (Claim Fourteen); ethoprop (Claim Sixteen); naled (Claim Twenty-Two); phorate (Twenty-Six); phosmet (Twenty-Seven); and S,S,S-tributyl phosphorotrithioate (Claim Thirty-One).

- On April 12, 2022, the Environmental Protection Agency (EPA) issued a Federal Insecticide, Fungicide, and Rodenticide Act (FIFRA) and Endangered Species Act (ESA) pesticides work plan entitled Balancing Wildlife Protection and Responsible Pesticide Use: How EPA's Pesticide Program Will Meet its Endangered Species Act Obligations (the "Work Plan").[2] The Work Plan addresses matters beyond those implicated in this case, but will also affect matters that are implicated in this case, as it addresses the challenge of protecting endangered species from

---

[2] EPA, Balancing Wildlife Protection and Responsible Pesticide Use: How EPA's Pesticide Program Will Meet its Endangered Species Act Obligations (2022) at 67, https://www.epa.gov/system/files/documents/2022-04/balancing-wildlife-protection-and-responsible-pesticide-use_final.pdf

pesticides.[3] The Parties believe the Work Plan will help inform a resolution to address the remaining claims.

- On May 13, 2022, Federal Defendants provided Plaintiffs and Defendant-Intervenors with a proposal for completing effects determinations for all of the remaining pesticides in the case.

- The Parties agree to continue the meet and confer as set forth in paragraph 4.b of the Parties' Stipulated Partial Settlement Agreement, ECF Nos. 364, 366, over the next six months regarding settlement of the case.

- The Parties will provide the Court with status reports regarding the progress of this case on September 15, 2022 and December 15, 2022.

Accordingly, the Parties respectfully request that the Court continue the administrative closure of the case and/or stay of the remaining claims for six months, until December 15, 2022, at which time they will notify the Court in writing if they have reached a settlement of all or some of the remaining claims and/or the appropriateness and scope of any interim remedies, whether they request the assistance of a mediator in reaching settlement, or whether the administrative closure and/or stay should be lifted and litigation on the remaining claims and/or the appropriateness and scope of any interim remedies or other actions should proceed. The Parties also respectfully request that all terms and conditions of this Court's Order entering the Parties' Stipulated Partial Settlement Agreement, ECF Nos. 364, 366, as amended, remain in effect. However, nothing in this paragraph is intended to prevent any party from seeking to reinitiate the litigation or request any other relief from the Court before December 15, 2022.

Respectfully submitted this 13th day of June, 2022,

/s/ Jonathan Evans
Jonathan Evans
Center for Biological Diversity

---

[3] EPA, EPA Announces Plan to Protect Endangered Species and Support Sustainable Agriculture (April 12, 2022), https://www.epa.gov/newsreleases/epa-announces-plan-protect-endangered-species-and-support-sustainable-agriculture

1212 Broadway Street, Suite 800
Oakland, CA 94612
Tel: 510-844-7100, ext. 318
jevans@biologicaldiversity.org

Stephanie M. Parent (OR Bar No. 925908)*
Center for Biological Diversity
PO Box 11374
Portland, OR 97211-0374
 (971) 717-6404
sparent@biologicaldiversity.org

*Attorneys for Plaintiffs*

AND

*/s/ Michelle M. Spatz*
MICHELLE M. SPATZ, Trial Attorney
(D.C. Bar No. 1044400)
United States Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
Tel: (202) 598-9741; Fax: (202) 305-0275
E-mail: michelle.spatz@usdoj.gov

Bridget Kennedy McNeil, Senior Trial Attorney
United States Department of Justice
Environmental & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
303-844-1484
bridget.mcneil@usdoj.gov

*Attorneys for Federal Defendants*

AND

*/s/ David B. Weinberg*
WILEY REIN LLP
David B. Weinberg (DC Bar No. 186247)*
dweinberg@wiley.law
Richard W. Smith (DC Bar No. 465563)*
rwsmith@wiley.law
2050 M Street NW
Washington, DC 20036
(202) 719-7000

*Attorneys for CropLife America, et al.*

*Admitted Pro Hac Vice

**CERTIFICATE OF SERVICE**

I hereby certify that today a true and correct copy of the foregoing Joint Status Report was filed with the Court's CM/ECF system, which will generate electronic service on all counsel of record.

*/s/ Jonathan Evans*
Jonathan Evans