[COUNSEL LISTED IN SIGNATURE BLOCK]

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br><br> Defendants, <br><br> CROPLIFE AMERICA, *et al.,* <br><br> Defendant-Intervenors. | Case No. CV-11-0293-JCS <br><br> **FOURTH STIPULATION TO MODIFY PARTIAL SETTLEMENT AGREEMENT AND EXTEND ADMINISTRATIVE STAY** <br><br> **Magistrate Judge Joseph C. Spero** |

This Agreement is entered into by and between Plaintiffs, Federal Defendants, and Defendant Intervenors (together, the "Parties"), who state as follows;

WHEREAS, on October 22, 2019, this Court entered the parties' Stipulated Partial Settlement Agreement, ECF Nos. 364, 366;

WHEREAS, on April 28, 2020, this Court granted the Parties' first stipulated motion to modify the Stipulated Partial Settlement Agreement, ECF Nos. 373, 372;

1    WHEREAS, on January 4, 2021, this Court granted the Parties' second stipulated motion to
2    modify the Stipulated Partial Settlement Agreement, ECF Nos. 383, 382;

3    WHEREAS, on December 15, 2021, this Court granted the Parties' third stipulated motion to
4    modify the Stipulated Partial Settlement Agreement, ECF Nos. 391, 390;

5    WHEREAS, the Partial Settlement Agreement provided the Parties would meet and confer to
6    attempt to enter a Stipulated Settlement Agreement to fully resolve this lawsuit, ECF No. 364 at 8-9, ¶ 4;

7    WHEREAS, the Parties wish to continue their conferral, as set forth in the Joint Status Report
8    filed this date;

9    WHEREAS, the remaining claims were administratively closed and/or the case stayed until June
10   15, 2022, ECF Nos. 391, 364 at 9, ¶ 4(d);

11   NOW, THEREFORE, THE PARTIES STIPULATE AND ASK THE COURT TO ORDER THE
12   FOLLOWING:

13   1.    The merits of the remaining claims as set forth in this Court's Order entering the Parties'
14   Stipulated Partial Settlement Agreement, ECF Nos. 364, 366, are, notwithstanding ¶ 4(d) of ECF No.
15   364, administratively closed until December 15, 2022, at which time the Parties will notify the Court in
16   writing if they have reached a settlement of all or some of the remaining claims and/or the
17   appropriateness and scope of any interim remedies, whether they request the assistance of a mediator in
18   reaching settlement, or whether the administrative closure and/or stay should be lifted and litigation on
19   the remaining claims and/or the appropriateness and scope of any interim remedies or other actions
20   should proceed.

21   2.    Administrative closure does not prevent any Party from seeking to reinitiate this litigation
22   or request any other relief in this case before December 15, 2022.

23   3.    The second sentence in Paragraph 7 of Stipulated Partial Settlement Agreement, ECF No.
24   364, is modified to read as follows:

25

Plaintiffs agree not to bring, assist any other person or entity in bringing, or join any other person or entity in a new court proceeding alleging that EPA has substantively violated ESA Section 7 pertaining to the effects of the active ingredients in the claims of the Fourth Amended Complaint on the listed species identified in the Fourth Amended Complaint until, subject to further modification by the Parties by stipulation, the later of: (1) December 15, 2022, if the Parties do not request the assistance of a mediator on or before that date; (2) the conclusion of a mediation process requested by the Parties on or before that date, with the following two exceptions.

4. Except as set forth above, all other terms and conditions of this Court's Order entering the Parties' Stipulated Partial Settlement Agreement, ECF Nos. 364, 366, as amended, remain in effect.

Respectfully submitted this 13th day of June, 2022,

/s/ Jonathan Evans
Jonathan Evans
Center for Biological Diversity
1212 Broadway Street, Suite 800
Oakland, CA 94612
Tel: 510-844-7100, ext. 318
jevans@biologicaldiversity.org

Stephanie M. Parent (OR Bar No. 925908)*
Center for Biological Diversity
PO Box 11374
Portland, OR 97211-0374
 (971) 717-6404
sparent@biologicaldiversity.org

*Attorneys for Plaintiffs*

AND

/s/ Michelle M. Spatz
MICHELLE M. SPATZ, Trial Attorney
(D.C. Bar No. 1044400)
United States Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
Tel: (202) 598-9741; Fax: (202) 305-0275
E-mail: michelle.spatz@usdoj.gov

Bridget Kennedy McNeil, Senior Trial Attorney
United States Department of Justice
Environmental & Natural Resources Division

|   |   |
|---|---|
| 1 | Wildlife & Marine Resources Section |
| 2 | 999 18th Street<br>South Terrace, Suite 370<br>Denver, CO 80202 |
| 3 | 303-844-1484<br>bridget.mcneil@usdoj.gov |
| 4 | *Attorneys for Federal Defendants* |
| 5 | AND |
| 6 | */s/ David B. Weinberg*<br>WILEY REIN LLP |
| 7 | David B. Weinberg (DC Bar No. 186247)*<br>dweinberg@wiley.law |
| 8 | Richard W. Smith (DC Bar No. 465563)*<br>rwsmith@wiley.law<br>2050 M Street NW |
| 9 | Washington, DC 20036<br>(202) 719-7000 |
| 10 | *Attorneys for CropLife America, et al.* |
| 11 | *Admitted Pro Hac Vice |

**CERTIFICATE OF SERVICE**

I hereby certify that today a true and correct copy of the foregoing Fourth Stipulation to Modify Partial Settlement Agreement and Extend Administrative Stay and associated documents were filed with the Court's CM/ECF system, which will generate electronic service on all counsel of record.

/s/ Jonathan Evans
Jonathan Evans