[COUNSEL LISTED IN SIGNATURE BLOCK]

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., | Case No. CV-11-0293-JCS |
| Plaintiffs, | **JOINT STATUS REPORT** |
| v. | **Magistrate Judge Joseph C. Spero** |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., | |
| Defendants, | |
| CROPLIFE AMERICA, et al., | |
| Defendant-Intervenors. | |

Plaintiffs, Federal Defendants, and Defendant-Intervenors, by and through undersigned counsel, (collectively, the "Parties") submit this Joint Status Report pursuant to the commitments made in their Joint Status Report filed on June 13, 2022, in which they agreed to "provide the Court with status reports regarding the progress of this case on September 15, 2022 and December 15, 2022." ECF No. 393.

While the Parties have not yet reached a settlement regarding the remaining active ingredients and pesticide products listed in the Fourth Amended Complaint (Claims One to Three, Five, Eight, Ten,

Thirteen to Eighteen, Twenty to Twenty-Nine, and Thirty-One to Thirty-Three) ("Remaining Claims"), they have continued to make progress in their ongoing settlement discussions. Since filing their last joint status report, the following settlement conferences and proposals have brought the Parties closer to reaching a potential settlement agreement:

- On July 14, 2022, Plaintiffs provided a settlement proposal to Federal Defendants and Defendant-Intervenors, which proposed an alternative approach to resolving the Remaining Claims than that set forth Federal Defendants' May 13, 2022 settlement proposal.
- On July 22, counsel for the Parties had a teleconference to discuss Plaintiffs' July 14 settlement proposal.
- On July 28, counsel for the Parties, along with several staff members from the Environmental Protection Agency's (EPA's) Office of Chemical Safety and Pollution Prevention (OCSPP), had a settlement conference in which they continued discussions regarding Plaintiffs' July 14 proposal.
- On September 2, Federal Defendants provided a settlement counterproposal to Plaintiffs and Defendant-Intervenors, which responded to Plaintiffs' July 14 settlement proposal.
- On September 8, counsel for the Parties had another settlement conference, in which they discussed Federal Defendant's September 6 settlement counterproposal.

Further, the Parties have a settlement meeting scheduled for September 19 in Washington, D.C., which EPA's Assistant Administrator for OCSPP plans to attend.

Given the Parties' progress in their ongoing settlement discussions, they continue to believe that, at this time, the assistance of a mediator is not necessary, and that the current administrative closure of the case and/or stay of the Remaining Claims (set to expire on December 15) is beneficial. Should the Parties determine that the assistance of a mediator is needed prior to their December 15 status report, they will notify the Court.

Pursuant to the commitments made in their June 13, 2022 Joint Status Report, ECF No. 393, the Parties will provide another joint status report to the Court on December 15. Additionally, pursuant to the Clerk's Notice Setting Zoom Hearing filed on June 13, 2022, ECF No. 396, the Parties will appear for a case management conference by videoconference on December 16.

Respectfully submitted this 15th day of September, 2022,

/s/ Stephanie M. Parent
Stephanie M. Parent (OR Bar No. 925908)*
Center for Biological Diversity
PO Box 11374
Portland, OR 97211-0374
 (971) 717-6404
sparent@biologicaldiversity.org

Jonathan Evans
Center for Biological Diversity
1212 Broadway Street, Suite 800
Oakland, CA 94612
Tel: 510-844-7100, ext. 318
jevans@biologicaldiversity.org

*Attorneys for Plaintiffs*

AND

/s/ Michelle M. Spatz
MICHELLE M. SPATZ, Trial Attorney
(D.C. Bar No. 1044400)
United States Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
Tel: (202) 598-9741; Fax: (202) 305-0275
E-mail: michelle.spatz@usdoj.gov

Bridget Kennedy McNeil, Senior Trial Attorney
United States Department of Justice
Environmental & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
303-844-1484
bridget.mcneil@usdoj.gov

*Attorneys for Federal Defendants*

AND

*/s/ David B. Weinberg*
WILEY REIN LLP
David B. Weinberg (DC Bar No. 186247)*
dweinberg@wiley.law
Richard W. Smith (DC Bar No. 465563)*
rwsmith@wiley.law
2050 M Street NW
Washington, DC 20036
(202) 719-7000

*Attorneys for CropLife America, et al.*

**CERTIFICATE OF SERVICE**

I hereby certify that today a true and correct copy of the foregoing Joint Status Report was filed with the Court's CM/ECF system, which will generate electronic service on all counsel of record.

*/s/ Michelle M. Spatz*
MICHELLE M. SPATZ