[COUNSEL LISTED IN SIGNATURE BLOCK]

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Defendants, <br><br> CROPLIFE AMERICA, et al., <br><br> Defendant-Intervenors. | Case No. CV-11-0293-JCS <br><br> **SIXTH STIPULATION TO MODIFY PARTIAL SETTLEMENT AGREEMENT AND EXTEND ADMINISTRATIVE STAY** <br><br> **Magistrate Judge Joseph C. Spero** |

This Agreement is entered into by and between Plaintiffs, Federal Defendants, and Defendant Intervenors (together, the "Parties"), who state as follows;

WHEREAS, on October 22, 2019, this Court entered the parties' Stipulated Partial Settlement Agreement, ECF Nos. 364, 366;

WHEREAS, on April 28, 2020, this Court granted the Parties' first stipulated motion to modify the Stipulated Partial Settlement Agreement, ECF Nos. 373, 372;

WHEREAS, on January 4, 2021, this Court granted the Parties' second stipulated motion to modify the Stipulated Partial Settlement Agreement, ECF Nos. 383, 382;

WHEREAS, on December 15, 2021, this Court granted the Parties' third stipulated motion to modify the Stipulated Partial Settlement Agreement, ECF Nos. 391, 390;

WHEREAS, on June 13, 2022, this Court granted the Parties' fourth stipulated motion to modify the Stipulated Partial Settlement Agreement, ECF Nos. 395, 394;

WHEREAS, on December 14, 2022, this Court granted the Parties' fifth stipulated motion to modify the Stipulated Partial Settlement Agreement, ECF Nos. 401, 400;

WHEREAS, the Partial Settlement Agreement provided the Parties would meet and confer to attempt to enter a Stipulated Settlement Agreement to fully resolve this lawsuit, ECF No. 364 at 8-9, ¶ 4;

WHEREAS, the Parties have reached an agreement on draft settlement agreement language which would resolve all remaining claims in the case, and, with the exception of Federal Defendants, whose approval process is still ongoing, all other Parties have approval to enter the draft proposed settlement agreement;[2]

WHEREAS, the remaining claims were administratively closed and/or the case stayed until June 13, 2023, ECF Nos. 401, 364 at 9, ¶ 4(d);

NOW, THEREFORE, THE PARTIES STIPULATE AND ASK THE COURT TO ORDER THE FOLLOWING:

1. The merits of the remaining claims as set forth in this Court's Order entering the Parties' Stipulated Partial Settlement Agreement, ECF Nos. 364, 366, are, notwithstanding ¶ 4(d) of ECF No. 364, administratively closed until August 30, 2023, at which time the Parties will notify the Court in writing if they have reached a settlement of all or some of the remaining claims and/or the

---

[2] Federal Defendants do not currently have authorization to enter a settlement agreement; the draft settlement agreement language referenced herein remains subject to the review and approval of the appropriate officials at the Environmental Protection Agency and the United States Department of Justice.

appropriateness and scope of any interim remedies, whether they request the assistance of a mediator in reaching settlement, or whether the administrative closure and/or stay should be lifted and litigation on the remaining claims and/or the appropriateness and scope of any interim remedies or other actions should proceed.

2. Administrative closure does not prevent any Party from seeking to reinitiate this litigation or request any other relief in this case before August 30, 2023.

3. The second sentence in Paragraph 7 of Stipulated Partial Settlement Agreement, ECF No. 364, is modified to read as follows:

> Plaintiffs agree not to bring, assist any other person or entity in bringing, or join any other person or entity in a new court proceeding alleging that EPA has substantively violated ESA Section 7 pertaining to the effects of the active ingredients in the claims of the Fourth Amended Complaint on the listed species identified in the Fourth Amended Complaint until, subject to further modification by the Parties by stipulation, the later of: (1) August 30, 2023, if the Parties do not request the assistance of a mediator on or before that date; (2) the conclusion of a mediation process requested by the Parties on or before that date, with the following two exceptions.

4. Except as set forth above, all other terms and conditions of this Court's Order entering the Parties' Stipulated Partial Settlement Agreement, ECF Nos. 364, 366, as amended, remain in effect.

Respectfully submitted this 1st day of June, 2023,

/s/ Stephanie M. Parent
Stephanie M. Parent (OR Bar No. 925908)*
Center for Biological Diversity
PO Box 11374
Portland, OR 97211-0374
(971) 717-6404
sparent@biologicaldiversity.org

Jonathan Evans
Center for Biological Diversity
1212 Broadway Street, Suite 800
Oakland, CA 94612
Tel: 510-844-7100, ext. 318
jevans@biologicaldiversity.org

*Attorneys for Plaintiffs*

AND

*/s/ Michelle M. Spatz*
MICHELLE M. SPATZ, Trial Attorney
(D.C. Bar No. 1044400)
United States Department of Justice
Environment & Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
Tel: (202) 598-9741; Fax: (202) 305-0275
E-mail: michelle.spatz@usdoj.gov

Bridget Kennedy McNeil, Senior Trial Attorney
United States Department of Justice
Environmental & Natural Resources Division
Wildlife & Marine Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
303-844-1484
bridget.mcneil@usdoj.gov

*Attorneys for Federal Defendants*

AND

*/s/ David B. Weinberg*
WILEY REIN LLP
David B. Weinberg (DC Bar No. 186247)*
dweinberg@wiley.law
Richard W. Smith (DC Bar No. 465563)*
rwsmith@wiley.law
2050 M Street NW
Washington, DC 20036
(202) 719-7000

*Attorneys for CropLife America, et al.*

AND

*/s/ Seth A. Goldberg*
Seth A. Goldberg (CA Bar No. 153719)
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, D.C. 20036
Telephone: (202) 429-3000
sgoldberg@steptoe.com

Aleacia Chinkhota (MD Bar No. 0512130136)
Assistant General Counsel, Legal Services
American Chemistry Council
700 2nd Street, NE
Washington, D.C. 20002
Telephone: (202) 249-6131
Aleacia_Chinkhota@americanchemistry.com

(Pro hac vice)

*Attorneys for Defendant-Intervenor
American Chemistry Council*

## CERTIFICATE OF SERVICE

I hereby certify that today a true and correct copy of the foregoing Sixth Stipulation to Modify Partial Settlement Agreement and Extent Administrative Stay was filed with the Court's CM/ECF system, which will generate electronic service on all counsel of record.

*/s/ Michelle M. Spatz*
MICHELLE M. SPATZ