IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br><br> Defendants, <br><br> CROPLIFE AMERICA, *et al.,* <br><br> Defendant-Intervenors. | Case No. CV-11-0293-JCS <br><br> [PROPOSED] ORDER ENTERING SEVENTH STIPULATION TO MODIFY PARTIAL SETTLEMENT AGREEMENT AND EXTEND ADMINISTRATIVE STAY <br><br> The Honorable Joseph C. Spero |

On August 30, 2023, the parties submitted a Seventh Stipulation to Modify Partial Settlement Agreement and Extend Administrative Stay. ECF No. 410. Good cause having been shown:

1. The merits of the remaining claims as set forth in this Court's Order entering the Parties' Stipulated Partial Settlement Agreement, ECF Nos. 364, 366, are, notwithstanding ¶ 4(d) of ECF No. 364, administratively closed until September 29, 2023, at which time the Parties will notify the Court in writing if they have reached a settlement of all or some of the remaining claims and/or the

appropriateness and scope of any interim remedies, whether they request the assistance of a mediator in reaching settlement, or whether the administrative closure and/or stay should be lifted and litigation on the remaining claims and/or the appropriateness and scope of any interim remedies or other actions should proceed.

2. Administrative closure does not prevent any Party from seeking to reinitiate this litigation or request any other relief in this case before September 29, 2023.

3. The second sentence in Paragraph 7 of Stipulated Partial Settlement Agreement, ECF No. 364, is modified to read as follows:

> Plaintiffs agree not to bring, assist any other person or entity in bringing, or join any other person or entity in a new court proceeding alleging that EPA has substantively violated ESA Section 7 pertaining to the effects of the active ingredients in the claims of the Fourth Amended Complaint on the listed species identified in the Fourth Amended Complaint until, subject to further modification by the Parties by stipulation, the later of: (1) September 29, 2023, if the Parties do not request the assistance of a mediator on or before that date; (2) the conclusion of a mediation process requested by the Parties on or before that date, with the following two exceptions.

4. Except as set forth above, all other terms and conditions of this Court's Order entering the Parties' Stipulated Partial Settlement Agreement, ECF Nos. 364, 366, as amended, remain in effect.

IT IS SO ORDERED

Date: August 31, 2023

The Hon. Joseph C. Spero
United States Magistrate Judge